IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No.: ) 2:06CV392-WKW |
| STATE OF ALABAMA, and NANCY L. WORLEY, Secretary of State; in her official capacity, | ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

COMES now Plaintiff, the United States of America, by and through Leura G. Canary, through the undersigned, R. Randolph Neeley, and pursuant to Fed. R. Civ. P. 65 moves this Court to grant an Order of preliminary injunction in the above-styled cause. As grounds for said Motion Plaintiff provides the following:

1. Defendants have failed to comply with the Help America Vote Act of 2002 ("HAVA"), 42 U.S.C. § 15301 et seq.

2. The absence of immediate injunctive relief, will result in irreparable injury to Alabama voters and to the federal election process.

3. In support of said Motion Plaintiff provides the accompanying Memorandum of Law, Declaration of Christy McCormick, and exhibits "A" through "Q."

Respectfully submitted this 1st day of May, 2006.

ALBERTO R. GONZALES
Attorney General

Wan J. Kim
Assistant Attorney General
Civil Rights Division

John K. Tanner
Chief, Voting Section

Robert D. Popper
Special Counsel
Christy A. McCormick
Attorney, Voting Section

LEURA G. CANARY
United States Attorney

By: /s/ R. Randolph Neeley

R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of May, 2006, a copy of the foregoing Motion was filed with the Court and served upon Defendants via first class U.S. mail addressed as below:

Nancy L. Worley
Secretary of State of the State of Alabama
State Capitol, Room 5105
600 Dexter Avenue
Montgomery, AL 36101

State of Alabama
c/o Troy King
Attorney General For the State of Alabama
11 South Union Street
Montgomery, AL 36130

_____
Assistant United States Attorney