# EXHIBIT C

Alabama's Help America Vote Committee
Review of Finalist Vendors Proposing Implementation of
Alabama's Centralized Voter Registration System
September 10, 2004
The Alabama State Capitol - The Old Archives Room

| | |
|---|---|
| 8:00 A. M. | All vendors may begin setup. |
| 10:30 A. M. | <u>All</u> setup complete. |
| 12:30 P. M. | Diebold |
| 1:30 P. M. | EDS |
| 2:30 P. M. | Maximus |
| 3:30 P. M. | Unisys/ESS |
| 4:30 P. M. | Vendors may begin take down of presentation equipment. |

Note: The vendors receiving the top <u>four</u> scores from the review committee were assigned the presentation times listed above. The time for each presentation was assigned <u>alphabetically</u> and in no way reflects the score assigned to a particular vendor. We look forward to seeing you on Friday and hope that you will structure your presentation in the manner most accommodating to your group. You will be assigned a presentation location in the Archives Room on Friday morning upon your arrival. Please confirm your intent to participate by noon on Thursday, September 9, 2004.