# EXHIBIT F



NANCY L. WORLEY  
SECRETARY OF STATE

First Floor, State Capitol  
Suite S-105  
600 Dexter Avenue  
P.O. Box 5616  
Montgomery, Alabama 36103-5616

## State of Alabama

September 9, 2005

**VIA CERTIFIED U.S. MAIL**

The Honorable John Tanner  
Chief, Voting Section  
United States Department of Justice  
Civil Rights Division  
Voting Section – Room 7254 – NWB  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530

Re: **HAVA Information Request of August 26, 2005**

Dear Mr. Tanner:

Please find below a response to your inquiries of August 26, 2005.

### Section 301 – Voting System Standards

Alabama's first election for federal office in 2006 is scheduled for June 6, 2006, the state's Primary Election.

Currently, sixty-four (64) of sixty-seven (67) Alabama counties use voting systems that meet or exceed most or all of the requirements set forth in Section 301 of the Help America Vote Act ("HAVA").

Specifically, 64 counties use optical scan voting systems that leave paper audit trails, notify a voter of an overvote, and allow a voter to verify his or her ballot and correct errors. This voting system produces a permanent paper record with a manual audit capacity. Fully compliant DRE system(s) will be in place in all 67 counties soon after Alabama's Electronic Voting Committee ("EVC") certifies a new set of such system(s) for use in the state. As a result, voters with disabilities or with alternative language needs will have access to the DRE voting system(s) by the June 6, 2006 Primary Election.

The EVC has met several times in recent months with the intent to certify new voting machines for use in Alabama; however, the Committee has remained deadlocked over certain preliminary issues. I expect one or more DRE system(s) to be certified in an upcoming September meeting of the EVC, allowing the counties to proceed with

OFFICE (334) 242-7206, FAX (334) 242-4993, E-MAIL sos@sos.al.gov • ELECTIONS (334) 242-7210, FAX (334) 242-2444  
CORPORATIONS (334) 242-5324, FAX (334) 240-3138 • UCC (334) 343-5231, FAX (334) 353-8269 • LEGAL (334) 242-7476, FAX (334) 242-4993  
LANDS & TRADEMARKS (334) 242-5325, FAX (334) 240-3138

soliciting bids and procuring equipment under the guidelines agreed upon by Alabama's HAVA Committee. Therefore, with the continued use of optical scan systems and the likely certification of one or more DRE system(s), Alabama should have the required system(s) in place for use in the June 6, 2006 Primary Election.

## Section 303(a) – Computerized Statewide Voter Registration List

Alabama's current statewide, centralized, computerized voter registration system, the Alabama Voter Information Network ("ALVIN") is operational in all 67 counties, serving as the primary system in thirty-nine (39) counties. The remaining twenty-eight (28) counties utilize various systems but send data to ALVIN at least monthly, with approximately twenty-six (26) of those counties sending data to ALVIN at least weekly.

At present, Alabama is seeking to modernize ALVIN by implementing a statewide, uniform, centralized voter registration system using the best available technology. Specifically, Alabama is evaluating the possibility of creating a new, statewide, customized system with a user-friendly interface and enhanced database capabilities.

Alabama has taken a variety of steps to acquire a statewide voter registration system from a private vendor. On August 12, 2003, the Secretary of State's office issued a Request for Proposals ("RFP") pursuant to Alabama law. The RFP was sent to six-hundred (600) vendors. Approximately Sixty (60) of those vendors indicated an interest in the project and, on September 26, 2003, ten (10) vendors responded with proposals. One such responder was Alabama's Information Services Division ("ISD"), the state's information technology office. This particular proposal represented a potential conflict of interest, as ISD would assist in the evaluation of the proposals.

However, the process for opening and reviewing the proposals was stalled due to a state senator's request for an Alabama Attorney General's opinion on the appropriate authority to choose a vendor under state law. The request for an Attorney General's opinion was ultimately withdrawn, allowing the evaluation process to begin. ISD also withdrew its proposal, leaving nine (9) proposals for evaluation.

The evaluation process consisted of the following:

(A.) A group of technical experts independently evaluated the proposals offered by the responding vendors. This group consisted of government, business, university, and private sector individuals, as well as general users. All evaluators had knowledge of statewide networks. They scored nine (9) submitted proposals. The experts ranked four (4) systems in a superior category. The four finalists were reviewed by the state's HAVA Committee, which narrowed the choices to two (2) and reviewed these systems on site in two different counties and made a recommendation to the Secretary of State.

(B.) Meanwhile, the State Voter Registration Advisory Board took exception to the HAVA Committee's selection process and requested time to review the vendors and

make their recommendation. The Voter Registration Advisory Board appointed one of its members to evaluate the four finalists and send his findings to them.

(C.) I invited potential users, a group consisting of voter registrars, probate judges, circuit clerks, and members of the Voter Registration Board, to evaluate the finalist systems.

(D.) Following that comprehensive process, technical representatives from ISD, the Voter Registration Advisory Board, and my office met to evaluate the voter registration software packages. All evaluating entities reached different conclusions, therefore, in May 2005, I ended the two-year process and entered into negotiations with the lowest priced private vendor. After three (3) months of negotiations, the state and the private vendor reached an impasse in negotiations, and, as a result, the Secretary of State's office issued a revised RFP in August of 2005.

(E.) Currently, three (3) revised proposals are under consideration, while the state is reviewing its current technological capacity and evaluating all alternatives, including the possibility of creating a custom-designed system.

Despite the time consuming process described above, Alabama is, as of this date, substantially compliant with Section 303(a) of HAVA. The Secretary of State's technical staff indicates the necessary enhancements of ALVIN can occur quickly. On January 1, 2006, an interface with other state agencies, including the Alabama Department of Public Safety, the Administrative Office of Courts, and the Department of Public Health, will be completed. By March of 2006, the functions of the interface will be implemented, and between January and April of 2006, the Secretary of State's office will coordinate training on the enhanced statewide voter registration system.

Finally, documentation of the above-described process can be found in the HAVA section of my office's website, http://www.sos.state.al.us/election/hava/index.cfm. Furthermore, a copy of the manual for ALVIN will be mailed to you next week.

I hope this helps to answer your questions. Please don't hesitate to contact me or my voter registration project manager, Al Austin, at (334) 242-7206 with any further questions you may have.

Sincerely,

Nancy L. Worley
Secretary of State of Alabama