# EXHIBIT I



NANCY L. WORLEY
SECRETARY OF STATE



**State of Alabama**

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

November 28, 2005

The Honorable Chris Herren, Attorney
Voting Section, Civil Rights Division, USDOJ
950 Pennsylvania Avenue, N.W., Room 7254 – NWB
Washington, DC 20530

<u>VIA U.S. MAIL</u>

Re: Bradley J. Schlozman's Letter of October 27, 2005

Dear Mr. Herren:

In a letter dated October 27, 2005, Acting Assistant Attorney General Bradley J. Schlozman inquired as to whether the State of Alabama had made contact with the Social Security Administration for the purpose of entering into the agreement contemplated by Section 303(a)(5) of the Help America Vote Act ("HAVA").

Representatives of the Secretary of State's office have had contact with officials from the Social Security Administration for the purpose of entering into the aforementioned agreement. However, at this time, there exists no firm agreement between the two agencies.

Under federal law, Alabama is exempt from the requirement that only the last four digits of social security numbers be used for voter registration. See HAVA Section 303(a)(5)(D) and 5 U.S.C. 552a (note). The State of Alabama has chosen to continue its practice of requesting, though not requiring, those registering to vote to provide full social security numbers. Those voters who do not have social security numbers or driver's license numbers will be assigned unique identifier numbers to use on their voter registration forms.

As such, Alabama has fewer changes to make in its recordkeeping practices than most other states. Our office has full confidence that it will be able to reach an agreement with the Social Security Administration soon after development begins on a new voter registration system to replace Alabama's current statewide system.

Thank you for your continued support and assistance in bringing Alabama into full compliance with HAVA. I look forward to working with you and other officials at the Department of Justice to improve elections throughout Alabama.

Sincerely,

Nancy L. Worley
Secretary of State of Alabama

OFFICE (334) 242-7206, FAX (334) 242-4993, E-MAIL SOS@SOS.AL.GOV • ELECTIONS (334) 242-7210, FAX (334) 242-2444
CORPORATIONS (334) 242-5324, FAX (334) 240-3138 • UCC (334) 242-5231, FAX (334) 353-8269 • LEGAL (334) 242-7202, FAX (334) 353-9155
LANDS & TRADEMARKS (334) 242-5325, FAX (334) 240-3138 • PUBLIC INFORMATION (334) 242-7224, FAX (334) 353-8993