# EXHIBIT O

From: adam.bourne@sos.alabama.gov [mailto:adam.bourne@sos.alabama.gov]
Sent: Tuesday, February 07, 2006 11:42 AM
To: McCormick, Christy (CRT)
Subject: Alabama and Social Security Numbers

Ms. McCormick:

Upon further study, it appears that Alabama registrars did not ask for Social Security numbers prior to January 1, 1975. Thank you; I hope all is well.

Adam Bourne