# EXHIBIT P

# State of Alabama Postcard Voter Registration Form

**FOR USE BY U.S. CITIZENS ONLY ◆ FILL IN ALL BOXES ON THIS FORM! ◆ USE INK! ◆ DO NOT USE A PENCIL!**

You can use this form to:
- ▶ Register to vote in Alabama.
- ▶ Update your voter registration record, if you have changed your name or address.

Deadline for submitting application:
Registration and updating of voter records cuts off ten days prior to each election in Alabama.

To register to vote in the State of Alabama, you must:
- ▶ Be a citizen of the United States.
- ▶ Reside in Alabama.
- ▶ Be at least 18 years old.
- ▶ Have not been convicted of a felony, or if you have been convicted, you must have had your civil rights restored.
- ▶ Have not been declared "mentally incompetent" by a court.

---

**Statement of U.S. Citizenship**   Are you a citizen of the United States? ☐ Yes ☐ No

**Attention!** If you answered "no," you are not eligible to register to vote in the State of Alabama.

① Your name:   Last   First   Middle

② Maiden Name / Former name (if reporting a change of name)

**Social Security Number:**

☐☐☐ - ☐☐ - ☐☐☐☐

Social Security Number is requested, but not required, by authority of §17-4-122, Code of Alabama, 1975, for record-keeping purposes.

③ Home Telephone   ④ Work Telephone   ⑤ Inside City Limits? ☐ Yes ☐ No   If yes, please name the city:

⑥ County where you live

⑦ Addresses | Current
Address where you live: (do not use post office box)   House Number and Street   City   State   ZIP

Address where you receive your mail:   House Number and Street (or PO Box)   City   State   ZIP

Old
Address where you were last registered to vote: (do not use post office box)   House Number and Street   City   County   State   ZIP

⑧ Date of Birth  (month, day, year)

⑪ Place of Birth   City   County   State   Country

⑨ Race (check one)
☐ White   ☐ Black
☐ Asian   ☐ American Indian
☐ Hispanic   ☐ Other

⑫ Map / Diagram
If your house has no street number or name, please draw a map of where your house is located. Please include roads and landmarks.

⑬ Did you receive assistance?
If you are unable to sign your name, who helped you fill out this application? Give name, address, and phone number (phone number is optional).

⑩ Sex (check one)
☐ Female   ☐ Male

REGISTRARS USE ONLY
County Pct.
City Pct.
DATE APPROVED
Board member
Board member
Board member

### VOTER DECLARATION - READ AND SIGN

- ▶ I am a U.S. citizen
- ▶ I live in the State of Alabama
- ▶ I am at least 18 years old
- ▶ I am not barred from voting by reason of a felony conviction
- ▶ I have not been judged "mentally incompetent" in a court of law

I SOLEMNLY SWEAR OR AFFIRM TO SUPPORT AND DEFEND THE CONSTITUTION OF THE UNITED STATES AND THE STATE OF ALABAMA AND FURTHER DISAVOW ANY BELIEF OR AFFILIATION WITH ANY GROUP WHICH ADVOCATES THE OVERTHROW OF THE GOVERNMENTS OF THE UNITED STATES OR THE STATE OF ALABAMA BY UNLAWFUL MEANS AND THAT THE INFORMATION CONTAINED HEREIN IS TRUE, SO HELP ME GOD.

Your Signature: _____   Date: _____

WARNING!   If you sign this statement even though you know it is untrue, you can be convicted and imprisoned for up to five years.

Questions? Do you need assistance?
Please call your county Board of Registrars at the number listed on the back of this form.
You may also call the Alabama Office of Voter Registration at 334-242-4337.
Call the Office of Secretary of State Nancy L. Worley
at 1-800-274-VOTE (1-800-274-8683) or 334-242-7210



To mail, put the address of your county Board of Registrars on the lines below.

**Autauga County**
185 W 5th St
Prattville AL 36067-3041
(334) 361-3713

**Baldwin County**
PO Box 1507
Bay Minette AL 36507-
(251) 937-0229

**Barbour County**
PO Box 402
Clayton AL 36016-
(334) 775-8578

**Bibb County**
175 SW Davidson Dr
Centreville AL 35042-
(205) 926-3102

**Blount County**
PO Box 326
Oneonta AL 35121-0005
(205) 625-4182

**Bullock County**
217B N Prairie St
Union Springs AL 36089-1859
(334) 738-5372

**Butler County**
PO Box 756
Greenville AL 36037-0756
(334) 382-5685

**Calhoun County**
1702 Noble St Ste 113
Anniston AL 36201-3841
(256) 241-2930

**Chambers County**
3200 22nd Ave Ste C
Valley AL 36854-3020
(334) 864-4313

**Cherokee County**
102 Main St Ste 100
Centre AL 35960-1536
(256) 927-5336

**Chilton County**
PO Box 270
Clanton AL 35046-0270
(205) 755-3820

**Choctaw County**
117 S Mulberry Ave Ste 1
Butler AL 36904-2557
(205) 459-2531

**Clarke County**
PO Box 10
Grove Hill AL 36451-0010
(251) 275-3002

**Clay County**
PO Box 446
Ashland AL 36251-0446
(256) 354-7815

**Cleburne County**
120 Vickery St Rm 103
Heflin AL 36264-1166
(256) 463-5269

**Coffee County**
6 County Complex
New Brockton AL 36351-9791
(334) 894-5347

**Colbert County**
201 N Main St
Tuscumbia AL 35674-2068
(256) 386-8558

**Conecuh County**
200 Court St Rm 224
Evergreen AL 36401-2836
(251) 578-7024

**Coosa County**
PO Box 218
Rockford AL 35136-0218
(256) 377-2416

**Covington County**
220 Hillcrest Dr
Andalusia AL 36420-2527
(334) 428-2605

**Crenshaw County**
PO Box 328
Luverne AL 36049-0328
(334) 335-6568 x254

**Cullman County**
500 2nd Ave SW Ste 112
Cullman AL 35055-4125
(256) 739-3530 x275

**Dale County**
PO Box 1101
Ozark AL 36361-1101
(334) 774-9038

**Dallas County**
PO Box 987
Selma AL 36702-
(334) 874-2534

**DeKalb County**
200 Grand Ave SW Ste 103
Fort Payne AL 35967-
(256) 845-8598

**Elmore County**
100 E Commerce St Rm 205
Wetumpka AL 36092-2758
(334) 567-1150

**Escambia County**
PO Box 557
Brewton AL 36427-0557
(251) 867-0243

**Etowah County**
800 Forrest Ave Ste 13
Gadsden AL 35901-3680
(256) 549-5304

**Fayette County**
103 First Ave NW Ste 4
Fayette AL 35555-2027
(205) 932-5412

**Franklin County**
PO Box 70
Russellville AL 35653-0070
(256) 332-8840

**Geneva County**
PO Box 430
Geneva AL 36340-0430
(334) 684-5640

**Greene County**
PO Box 224
Eutaw AL 35462-0224
(205) 372-9888

**Hale County**
9050 Centerville St
Greensboro AL 36744-
(334) 624-4072

**Henry County**
101 Court Square Ste E
Abbeville AL 36310-
(334) 585-6080

**Houston County**
PO Box 6406
Dothan AL 36302-6406
(334) 677-4776

**Jackson County**
PO Box 548
Scottsboro AL 35768-0548
(256) 574-9339

**Jefferson County**
716 Richard Arrington Jr Blvd N
Ste A-410
Birmingham AL 35203-0115
(205) 325-5550

**Lamar County**
PO Box 338
Vernon AL 35592-0338
(205) 695-8346

**Lauderdale County**
PO Box 1059
Florence AL 35630-1059
(256) 760-5840

**Lawrence County**
14330 Court St Ste 109
Moulton AL 35650-1139
(256) 974-2460

**Lee County**
PO Box 1530
Opelika AL 36803-1530
(334) 745-9780

**Limestone County**
1 Courthouse Sq Ste 101
Athens AL 35611-2563
(256) 233-6405

**Lowndes County**
PO Box 311
Hayneville AL 36040-0311
(334) 548-2389

**Macon County**
101 E Northside St Rm 104
Tuskegee AL 36083-1731
(334) 724-2617

**Madison County**
100 Northside Sq Rm 517
Huntsville AL 35801-4820
(256) 532-3510

**Marengo County**
PO Box 480715
Linden AL 36748-0715
(334) 295-2246

**Marion County**
PO Box 984
Hamilton AL 35570-0984
(205) 921-3625

**Marshall County**
424 Blount Ave Ste 106
Guntersville AL 35976-1108
(256) 571-7740

**Mobile County**
109 Government St Rm 116
Mobile AL 36602-3121
(251) 574-6500
(251) 690-8507

**Monroe County**
PO Box 972
Monroeville AL 36461-0972
(251) 743-4107 x141

**Montgomery County**
PO Box 1667
Montgomery AL 36102-1667
(334) 832-1215

**Morgan County**
PO Box 668
Decatur AL 35602-0668
(256) 351-4660

**Perry County**
PO Box 555
Marion AL 36756-0555
(334) 683-2218

**Pickens County**
PO Box 173
Carrollton AL 35447-0173
(205) 367-2071

**Pike County**
120 W Church St Rm 82
Troy AL 36081-1913
(334) 566-1757

**Randolph County**
PO Box 215
Wedowee AL 36278-0215
(256) 357-2138

**Russell County**
PO Box 700
Phenix City AL 36868-0700
(334) 298-1443

**Shelby County**
PO Box 1842
Columbiana AL 35051-1842
(205) 669-3913

**St. Clair County**
PO Box 488
Ashville AL 35953-0488
(205) 594-2126

**Sumter County**
PO Box 783
Livingston AL 35470-0783
(205) 652-7802

**Talladega County**
PO Box 6170
Talladega AL 35161-6170
(256) 761-2132
(256) 761-2131

**Tallapoosa County**
125 N Broadnax St Rm 20
Dadeville AL 36853-1371
(256) 825-1081

**Tuscaloosa County**
Courthouse Annex
2501 7th St Ste 200
Tuscaloosa AL 35401-1801
(205) 349-3870 x415
(205) 345-9580

**Walker County**
PO Box 1472
Jasper AL 35502-1472
(205) 384-7270

**Washington County**
PO Box 1224
Chatom AL 36518-1224
(251) 847-3255

**Wilcox County**
PO Box 661
Camden AL 36726-0551
(334) 682-9753

**Winston County**
PO Box 459
Double Springs AL 35553-045
(205) 489-3966

**Secretary of State**
Attn: Elections Division
PO Box 5616
Montgomery AL 36103-5616
(334) 242-7210
(800) 274-8683

---

YOUR ADDRESS:

_____

_____

_____

PUT
FIRST
CLASS
STAMP
HERE

MAIL TO:

**BOARD OF REGISTRARS**

_____

_____

_____

_____