# EXHIBIT Q

NANCY L. WORLEY
SECRETARY OF STATE



**State of Alabama**

September 19, 2003

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

To: All Respondents presenting an Expression of Interest
Alabama Secretary of State – Request for Proposal (RFP)
Statewide Voter Registration System

From: Trey Granger
Counsel for Public Affairs
For Alabama Secretary of State

Re: Questions Submitted/Follow Up Provisions

---

On behalf of Secretary of State Nancy Worley and the office of Secretary of State, we appreciate your continued interest and participation in our Request for Proposal. We are honored to have such an extensive group of participants in this effort and look forward to submissions from each of you on September 26, 2003.

Included in this transmission you will find follow up questions that were submitted to and answered by this office. As a reminder, please make sure that your proposal is received by this office no later than noon on Friday, September 26, 2003. Any document received after noon on that date, will be rejected.

Several requests for an extension of time have been submitted for consideration. The Secretary of State is committed to a fair and scheduled process for this project. Accordingly, all requests for an extension of time have been denied. Again, we appreciate your continued interest in this most important undertaking of the Secretary of State.

1. *Question #32* - Since this project is acknowledged to be a phased implementation of only a certain amount of counties at a given time, what will be the approximate mix of large counties to small counties in each of the requested phases ("large county" defined as 250,000 or more registered voters)?

    **ANSWER:** To be determined at a later time.

2. *Question #36* - In the 9 month period identified, does the Secretary of State anticipate all 67 Counties will be fully implemented, or at some predefined level of installed implementation? If the latter, what is that predefined level or expectation?

    **ANSWER:** All 67 counties shall be fully implemented.

3. *Question #42* - Will each county be required to electronically update the State master file daily, weekly, or monthly? What will be the standard for the transmission of this data to the State (e.g., FTP)?

    **ANSWER:** The Voter Registration system shall be an interactive, real-time system.

4. *Question #55* - What is the maximum number of political subdivision identifiers that are currently attached to each voter record?

    **ANSWER:** Undetermined at this time.

5. *Question #60* - Please provide samples of the following reports (if applicable):

    - Current NVRA semi-annual report
    - Sample of current Poll List
    - Absentee Voter Listing, e.g., Ballot request versus Ballot mailed
    - Duplicate Voter Listing
    - Cancelled Voter Listing
    - DMV Listing of New Registered Voters
    - Active Voter Summary
    - Early Voter labels

    Also, for Absentee or Early Voting, please provide the following reports
    - Listing of In Person voters
    - Listing of By Mail (or absentee voting)

    **ANSWER:** Samples will be provided to awardee, if any.

6. *Question #61* - Does the State want the vendor to price the mass mail-outs as an option? If so, due to the variation that could exist in each mailing, how would the State want to see this pricing offered (such as price per thousand per item to be mailed)?

    ANSWER: **No. The Voter Registration system shall have the capability to print these mass mail-outs complete with CASS certification.**

7. *Question #63* - Item 17-4-201 (e) of the Code of Alabama also indicates that the potential Suspense Voter's name must be published in a newspaper of general circulation once a week for 2 consecutive weeks before the voter is reclassified as inactive. Does the State want to also identify the newspaper and corresponding dates in which the Voter's name was published?

    ANSWER: **Yes.**

8. *Question #65* - What minimum anticipated functionality is required for Election Management?

    ANSWER: **To be recommended by Respondent.**

9. *Question #81* – The answer indicates each of the 67 counties will require at least 5 workstations. What is the total number of users anticipated for the new system?

    ANSWER: **There are 67 counties that will require at least 5 users each at a minimum. However, the total number of users has not been determined at this time.**

**New Questions:**

10. Would the SOS consider an extension to the Sept. 26 due date? We had requested to be on the bidder's list for RFP release and did not receive notice of its release.

    ANSWER: **No.**

11. *RFP VI.C.1, Page 11:* Please clarify whether the following exceptions to the requirement regarding the exclusive use of white bond paper are permissible:

- A cover letter prepared on our company's letterhead stationery
- Tab dividers to mark major proposal sections

   ANSWER:   **These exceptions will be permissible.**

12. Regarding training, what locations will you require for training? Will all users be brought to a central location or will you require the respondent to travel to individual counties to conduct the training?

   ANSWER:   **To be determined at a later time.**

13.
   Question 64

   In the SOS' response to question 64, the SOS stated that there would be other (additional) data sources provided for street indexing and other data. Would the SOS please be more specific in the nature and number of the other data sources for getting the street indexing and other data? At this time, can we assume at least two other data sources and any further data sources interfaces will be negotiated at a later date?

   ANSWER:   **SOS cannot be more specific at this time. No assumptions can be made about the number of data sources.**

14.
   Questions 65 and 78

   The State has determined that Election Management functions are to be a part of the Voter Registration System being procured with this RFP. What is the scope and functionality required of each Election Management function to be included in the Voter Registration System under this proposal?

   ANSWER:   **Refer to Question #8 of this document for answer.**

15. **Question # 44:**
   Will the AL-SOS (or another state assigned department) supply to the vendor all the necessary documents and maps that describe the legal change(s) to a municipality, congressional district, etc?

> ANSWER:   Appropriate governing bodies will submit these materials to SOS who will then provide them to the awardee, if any.

16. **Question # 46:**
In addition to the statutorily required documentation submitted by voter for address verification, will Al SOS perform NCOA processing as a method to identify/flag voters that have moved according to USPS?

> ANSWER:   No.

17. **Question # 85:**
Will the vendor be required to research and digitize (on their own) all municipal or congressional annexation/deannexation boundary changes which includes an effective date for each change (and why) to the database?

> ANSWER:   As regards research, refer to Question #15 of this document for answer. Respondent will be required to digitize the changes.

18. **Question # 86:**
If it is very important to the AL-SOS to have up-to-date municipal boundaries assigned to each street segment in/out of the incorporated municipality, is it important enough to do this update process quarterly or monthly?

> ANSWER:   It is very important to have this on an as needed basis.

19. *Question #138* - Will the real-time interface between the Voter Registration system and the outside agencies be 2-way, such that as the SOS receives record updates from voters, those updates would also be forwarded to the SOS's corresponding outside agencies?

> ANSWER:   No.

20. *Question #144 (e)* - For purposes of continuity and given the nature of on-going attrition that takes place in any organization, will the State have key personnel trained to be interdepartmental trainers?  Or is the vendor to provide all post implementation training?

> ANSWER:   SOS anticipates that SOS administrators will be trained to become trainers in the event that maintenance is not continued beyond the initial period of maintenance. Respondent is to provide all training for all aspects of

the Voter Registration System throughout implementation, the entire initial period of maintenance, and any optional maintenance periods.

21. *Question #172 e* - For purposes of clarification (as well as properly budgeting for conversion expectations), will 100% of all records be converted? Is 100% of the data in each record to be converted (excluding those records that will have area codes added separately)?

    ANSWER:  Yes.

22. *Question #230* - Will the Mapping System option also be used to dynamically update the Street Index?

    ANSWER:  Yes.

23. Your requirements listed an Errors Log? What type of errors do you wish to track? Can you supply any examples of the types of errors you with to log?

    ANSWER:  SOS requires that a log be kept of all Help Desk calls related to the new Voter Registration System. The log shall include contact information of user making request, information about request or problem, any actions taken by technicians, and resolution of request or problem. This log shall be maintained by Respondent during the initial and any optional maintenance period.

24. Question 130  Can the State provide more detail on how the duplicate matching will be resolved? While it is understood how a duplicate will be identified (DL, SSN, etc), does there need to be an electronic means of notifying the previous county of a duplicate? Who makes the determination to purge the voter from the rolls?

    ANSWER:  A previous venue of registration shall be notified. Registrars will make the determination to purge.

25. Question 138  We realize that Interagency Agreements have yet to be procured by the SOS, however, is it the intention of the SOS that the interfaces to external agencies be of a query-only nature?

    ANSWER:  Yes.

26. Question 138  Although Interagency Agreements have yet to be procured by the SOS, would the SOS provide specifics whether it is a requirement for the Voter Registration System sent data updates to external agency systems (i.e., a two-way interface - query and write)?

       **ANSWER:** There is no requirement for updating external systems.

27. **Question: #230:**
Will the AL-SOS consider using an alternate matching technique (instead of a mapping system) that uses the latitude and longitude assigned to a voter's specific physical address, and based on this physical point - determine if it resides inside all the vertex points associated with the legal boundaries of a precinct/voting district? Is it necessary for the mapping system or alternate matching technique we are suggesting to run on a mainframe and process millions or records per hour?

       **ANSWER:** To be recommended by Respondent.