IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.2:06-cv-392-WKW |
| | ) |
| STATE OF ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER TO SHOW CAUSE**

Upon consideration of the Complaint, Plaintiff's Motion for Preliminary Injunction, the Declaration of Christy A. McCormick, Esq. and attachments, and the accompanying Memorandum of Law in Support of United States' Motion for Preliminary Injunction, it is hereby:

ORDERED, that the above-named defendants shall show cause before this Court, at Room D-200, located at One Church Street, Montgomery, Alabama on May 30, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure: enjoining defendants from failing to comply with Section 303(a) and (b) of the Help America Vote Act of 2002 ("HAVA"), 42 U.S.C. §§ 15483(a) and (b); and requiring defendants to submit to the Court, within 30 (thirty) days of such order, a plan for coming into compliance with Section 303(a) and (b) of HAVA, and for such other

and further relief as may be just and proper.

IT IS FURTHER ORDERED, that defendants shall serve and file a response to the motion for preliminary injunction on or before May 17, 2006, together with supporting briefs, and that plaintiff shall serve and file any reply thereto on or before May 24, 2006.

IT IS FURTHER ORDERED, that a copy of this Order be served upon defendants by U.S. mail addressed as follows: Troy King, 11 South Union Street, Montgomery, Alabama, 36130; Nancy L. Worley, State Capitol, Room 5105, 600 Dexter Avenue, Montgomery, Alabama, 36101.

DONE this 3rd day of May, 2006.

                                       /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE