AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA,

V.

STATE OF AL; NANCY L. WORLEY,
SECRETARY OF STATE

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 2:06CV392-WKW

TO: (Name and address of Defendant)

NANCY L. WORLEY
SECRETARY OF STATE OF THE STATE OF ALABAMA
STATE CAPITOL, ROOM 5105
600 DEXTER AVE.
MONTGOMERY, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK    Donna M. Neyfleet

DATE    May 3, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     *Date*                        *Signature of Server*

                                        _____
                                                  *Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

Postmark Here

2:06CV392

Nancy L. Worley
Secretary of State of the State of Alabama
State Capitol, Room 5105
600 Dexter Ave.
Montgomery, AL 36101

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA,

V.

STATE OF AL; NANCY L. WORLEY,
SECRETARY OF STATE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv392-WKW

TO: (Name and address of Defendant)

STATE OF ALABAMA
C/O TROY KING
ATTORNEY GENERAL FOR THE STATE OF ALABAMA
11 SOUTH UNION STREET
MONTGOMERY, AL 36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WAN J. KIM
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
ROOM 7254-NWB
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

_(signature)_
DEPUTY CLERK

DATE  May 3, 2006

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                         Date                            *Signature of Server*

                                                       _____
                                                       *Address of Server*

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Article Sent To:

Postage  $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark Here

2:06CV392-WKW

State of Alabama
c/o Troy King
Attorney General For the State of Alabama
11 South Union Street
Montgomery, AL 36130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.