USA

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
2:06CV392 (cmp/smo/order)
Nancy L. Worley
Secretary of State of the State of Alabama
State Capitol, Room 5105
600 Dexter Ave.
Montgomery, AL 36101

4a. Article Number
2006 MAY -5 A 10: 0

4b. Service Type
☐ Registered         ☑ Certified
☐ Express Mail       ☐ Insured
☑ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery MAY 0 4 2006

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X [signature]

PS Form 3811, December 1994      102595-98-B-0229      Domestic Return Receipt