**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: 2:06cv392 Cmp Smo Order    USA

State of Alabama
c/o Troy King
Attorney General For the State of Alabama
11 South Union Street
Montgomery, AL 36130

4a. Article Number 2006

5. Service Type
- ☐ Registered
- ☐ Express Mail
- ☑ Return Receipt for Merchandise
- ☑ Certified
- ☐ Insured
- ☐ COD

Date of Delivery: 5/10/2006

5. Received By: (Print Name) Margaret L. Fleming

6. Signature: (Addressee or Agent) X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Receipt