IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>STATE OF ALABAMA, and )<br>NANCY L. WORLEY, )<br>Alabama Secretary of State, )<br>in her official capacity, )<br>    )<br>    Defendants. ) | Civil Action Number<br><br>2:06-CV-00392-WKW-SRW |

## NOTICE OF APPEARANCE

Comes now Winfield J. Sinclair, a duly appointed Assistant Attorney General for the Defendants State of Alabama and Secretary of State, and hereby files this Notice of Appearance as counsel for Defendants.

    Respectfully submitted,

    TROY KING
    ATTORNEY GENERAL
    BY:

    s/Winfield J. Sinclair
    Winfield J. Sinclair
    Assistant Attorney General
    Attorney No. ASB-1750-S81W

    Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that on the 17th day of May, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

    Wan J. Kim, Esq.
    Assistant Attorney General
    Civil Rights Division
    United States Department of Justice
    Room 7254-NWB
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 2006

    John K. Tanner, Esq.
    United States Department of Justice
    Civil Rights Division
    Voting Section
    P.O. Box 66128
    Washington, D.C. 20035-6128

    Christy A. McCormick, Esq.
    United States Department of Justice
    1800 G Street, Room 7246
    Washington, D.C. 2006

    Robert D. Popper, Esq.
    United States Department of Justice
    Civil Rights Division
    Room 7254-NWB
    950 Pennsylvania Ave N.W.
    Washington, D.C. 20530

    Leura G. Canary, Esq.
    United States Attorney
    P.O. Box 197
    Montgomery, Alabama 36101-0197

        R. Randolph Neeley, Esq.
        Assistant United States Attorney
        P.O. Box 197
        Montgomery, Alabama 36101-0197


        s/Winfield J. Sinclair

        Winfield J. Sinclair
        Assistant Attorney General


Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us