IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:2:06-cv-392-SRW |
| | ) |
| STATE OF ALABAMA, and | ) |
| NANCY L. WORLEY, Secretary of | ) |
| State; in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and enters his appearance as an attorney of record for Plaintiff, United States of America, in the above-styled case.

Respectfully submitted this the 24th day of May, 2006.

        LEURA G. CANARY
        United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Winfield J. Sinclair, Christy A. McCormick, John K. Tanner, Robert D. Popper; and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

**Wan J. Kim**
Voting Section
U.S. Department of Justice Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

**John K. Tanner**
U S Department of Justice -- DC
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

                                                /s/R. Randolph Neeley
                                                Assistant United States Attorney