# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:2:06-cv-392-SRW |
| | ) |
| STATE OF ALABAMA, and | ) |
| NANCY L. WORLEY, Secretary of | ) |
| State; in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned attorney, Donald Palmer, and enters his appearance as

an attorney of record for Plaintiff, United States of America, in the above-styled case.

Respectfully submitted this 24th day of May, 2006.

By: /s/ Donald Palmer

Donald Palmer
U.S. Department of Justice
Voting Section
Civil Rights Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 305-0196
donald.palmer@usdoj.gov

/s/ R. Randolph Neeley

R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Winfield J. Sinclair, Christy A. McCormick, John K. Tanner, Robert D. Popper; and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

**Wan J. Kim**
Voting Section
U.S. Department of Justice Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

**John K. Tanner**
U S Department of Justice -- DC
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

　　　　　　　　　　　　　　　　/s/Donald Palmer
　　　　　　　　　　　　　　　　Attorney for Plaintiff