IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-392-WKW |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The defendant, Nancy L. Worley, and Adam Bourne, Legal Counsel to Elections, are hereby DIRECTED to personally attend the hearing set in this matter on May 30, 2006, at 10:00 a.m., in Courtroom D-200, United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this the 26th day of May, 2006.

　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE