IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| v. ) | |
| ) | 2:06-CV-00392-WKW-SRW |
| STATE OF ALABAMA, and ) | |
| NANCY L. WORLEY, ) | |
| Alabama Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

DEFENDANTS' RESPONSE TO
PLAINTIFF'S MAY 24, 2006 LETTER

Come now Defendants State of Alabama and Secretary of State Nancy L. Worley in her official capacity as Alabama Secretary of State, by and through Troy King, Attorney General for the State of Alabama, and in response to the Plaintiff's May 25, 2006 letter with attached proposed plan for State HAVA compliance, state as follows:

1. The plaintiff's Complaint (to which an answer is not yet due) sought as relief (1) a declaration that the defendants are not in compliance with Section 303(a) of HAVA, 42 U.S.C. 15438(a), with respect to having a single, official statewide computerized voter registration list in elections for Federal office; (2) a declaration that

the defendants are not in compliance with Section 303(b) of HAVA, 42 U.S.C. 15438(b), with respect to voter registration forms and matching procedures in elections for Federal office; (3) an injunction enjoining the defendants from failing or refusing to comply with the requirements of Sections 303(a) and (b); and, (4) an order directing the defendants "to develop a plan, within 30 days of this Court's order, to remedy the demonstrated violations of Sections 303(a) and (b)…." (Complaint at pp. 8-9).

2. The plaintiff's motion for a preliminary injunction does not seek any relief not mentioned in the Complaint (see Plaintiff's Motion for a Preliminary Injunction at p.1).

3. This Honorable Court's Order to Show Cause directed the defendants to show cause why the requested relief should not be granted. As stated in the Order to Show Cause, the relief would "require[e] defendants to submit to the Court, within 30 (thirty) days of such order, a plan for coming into compliance with Section 303(a) and (b) and for such other and further relief as may be just and proper." (Order to Show Cause at 1-2).

4. The Show Cause Order permitted the plaintiff to reply to the defendants' response but did not provide for a response to the plaintiff's reply.

5. After the defendants filed their response not disputing the pertinent facts and law, the plaintiff submitted for the first time in this litigation (and six days before the

hearing) its own plan for the State of Alabama to achieve HAVA compliance (Plaintiffs' May 24, 2006 letter with attachments).

6. A cursory review of the plaintiff's plan reveals that it goes far beyond the HAVA statutory requirements.  It contains draconian deadlines and reporting requirements; it may violate other federal laws, for example provisions of the Voting Rights Act of 1965 concerning the removal from the voter rolls of federally registered voters; and, it fails to take into account various requirements of State law which are binding on the defendants unless preempted by federal law.

7. The defendants submit that they should be granted a reasonable period of time to carefully consider the plaintiff's proposal, and that the plaintiff should be required to amend their proposal to cite the authority on which they rely for making each and every demand of the State defendants.

8. The defendants submit that the purpose of the show cause hearing is not to entertain the plaintiff's HAVA compliance plan (which may well provide a useful framework into which to integrate the Secretary of State's eventual HAVA compliance plan).  Instead, the hearing was scheduled to allow this Court to hear any arguments of counsel and to direct, in conformity therewith, that the State come into HAVA compliance and that the Secretary of State submit a HAVA compliance plan within 30 days of the Court order.  Had the defendants actually defaulted on the Complaint and

the Motion for Preliminary Injunction, the defendants could not be ordered to provide relief in excess of that sought in the Complaint, but now being sought by the plaintiff.

8. Therefore, the defendants submit that the plaintiff's HAVA compliance plan is premature and should not be considered until after the Secretary of State has had a full and fair opportunity to propose a HAVA compliance plan as contemplated in the Complaint and this Honorable Court's Show Cause Order.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

Margaret L. Fleming (FLE 001)
Assistant Attorney General

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that on the 26th day of May, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Wan J. Kim, Esq.
>Assistant Attorney General
>Civil Rights Division
>United States Department of Justice
>Room 7254-NWB
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 2006

>John K. Tanner, Esq.
>United States Department of Justice
>Civil Rights Division
>Voting Section
>P.O. Box 66128
>Washington, D.C. 20035-6128

>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C. 2006

>Robert D. Popper, Esq.
>United States Department of Justice
>Civil Rights Division
>Room 7254-NWB
>950 Pennsylvania Ave N.W.
>Washington, D.C. 20530

Donald Palmer, Esq.
Assistant Attorney General
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 2006

Leura G. Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197

R. Randolph Neeley, Esq.
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us