**MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS,         JUDGE                    AT MONTGOMERY, ALABAMA

DATE COMMENCED  MAY 30, 2006                         AT 10:00 A.M./P.M.

DATE COMPLETED  MAY 30, 2006                         AT 11:05 A.M./P.M.

```
                                    )
UNITED STATES OF AMERICA            )      CIVIL ACTION NO.
                                    )      2:06cv392-WKW
                                    )
STATE OF ALABAMA, ET AL.            )
```

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
|  | X |  |
| Atty. Robert D. Popper | X | Atty. Winfield Sinclair |
| Atty. Christy McCormick | X | Pro Se - Nancy Worley |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Ann Roy, | Angela Reitler | Risa Entrekin |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

Motion Hearing

Motion for Preliminary Injunction (On the Record)


| | |
|---|---|
| 10:00 a.m | Court convened; motion hearing commences. Appearances of counsel noted for the record; proper notice and jurisdiction agreed; Discussion of preliminary matters: Court's concern that all proper parties are before the court, that there are no objections to the submissions of the government and affidavit and they are submitted into the record today, discussion of HAVA funds and state's plan for spending of funds; the technical, legal and political impediments of the plan; |
| 10:50 a.m. | Break |
| 10:55 a.m. | Court issues declarations and Preliminary Injunction instructions as noted in the record. Order to issue within one week. |
| 11:05 a.m. | Hearing concluded. |

2