IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, and )<br>NANCY L. WORLEY, )<br>Alabama Secretary of State, )<br>in her official capacity, )<br>)<br>    Defendants. ) | Civil Action Number<br><br>2:06-CV-00392-WKW-SRW |

## ANSWER

Come now Defendants State of Alabama and Secretary of State Nancy L. Worley in her official capacity as Alabama Secretary of State, by and through Troy King, Attorney General for the State of Alabama, and in response to the Plaintiff's Complaint, state the following:

    1-7. Admitted.

    8-11. Admitted.

    12-14. Admitted.

    15-16. Admitted.

    17-22. Admitted.

    23. Denied.

24. Admitted and denied as previously set out above.

25-27. Admitted.

28. Denied.

## DEFENSES

29. With respect to the plaintiff's allegation that the defendants are not in compliance with Section 303(a) of the Help America Vote Act ("HAVA"), the defendants assert that, consistent with the representations made at this Honorable Court's May 30, 2006 hearing, the Secretary of State is in the process of drafting a plan, for submission to this Honorable Court within the next thirty days, for achieving HAVA compliance for the 2008 federal elections and for achieving, insofar as is practicable, HAVA compliance for the 2006 general election.

2. With respect to the plaintiff's allegations that the defendants are not in compliance with Section 303(g) of HAVA, the Defendants aver that the Secretary of State is making changes to the Alabama voter registration forms to make said forms HAVA compliant and that said forms will be promptly submitted to the United States Department of Justice for preclearance as required by the Voting Rights of 1965.  Once preclearance is obtained, the defendants will promptly advise this Honorable Court that preclearance has been obtained.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

Margaret L. Fleming (FLE 001)
Assistant Attorney General

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that on the 30th day of May, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Wan J. Kim, Esq.
>Assistant Attorney General
>Civil Rights Division
>United States Department of Justice
>Room 7254-NWB
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 2006

>John K. Tanner, Esq.
>United States Department of Justice
>Civil Rights Division
>Voting Section
>P.O. Box 66128
>Washington, D.C. 20035-6128

>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C. 2006

>Robert D. Popper, Esq.
>United States Department of Justice
>Civil Rights Division
>Room 7254-NWB
>950 Pennsylvania Ave N.W.
>Washington, D.C. 20530

Donald Palmer, Esq.
Assistant Attorney General
Civil Rights Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 2006

Leura G. Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197

R. Randolph Neeley, Esq.
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama 36101-0197


s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General


Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us