IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CASE NO. 2:06-CV-00392-WKW-SRW |
| ) | |
| STATE OF ALABAMA, and ) | |
| NANCY L. WORLEY, Alabama ) | |
| Secretary of State, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Comes now Misty S. Fairbanks, a member of the bar of this Court, respectfully enters her appearance as additional counsel for the Defendants State of Alabama and Secretary of State.

Respectfully submitted,

**s/ Misty S. Fairbanks**
Misty S. Fairbanks
Assistant Attorney General
Bar No. ASB-1813-T71F
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
11 South Union Street
Montgomery, AL 36130-0152
Telephone: (334) 353-8674
Facsimile: (334) 353-8440
Email: mfairbanks@ago.state.al.us

**Attorney for Defendants**

## **CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of June, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: Christy A. McCormick, R. Randolph Neeley, Donald Palmer, Robert D. Popper, and I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

Wan J. Kim
Assistant Attorney General
Civil Rights Division
United States Department of Justice
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 2006

John K. Tanner
United States Department of Justice
Civil Rights Division
Voting Section
P.O. Box 66128
Washington, D.C. 20035-6128

Respectfully submitted,

**s/ Misty S. Fairbanks**
Misty S. Fairbanks
Assistant Attorney General
Bar No. ASB-1813-T71F
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
11 South Union Street
Montgomery, AL  36130-0152
Telephone:  (334) 353-8674
Facsimile:   (334) 353-8440
Email:  mfairbanks@ago.state.al.us