IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | *   Case No.: 2:06-cv-392-WKW |
| | * |
| **The STATE OF ALABAMA and** | * |
| **NANCY L. WORLEY, Secretary of** | * |
| **State, in her official capacity,** | * |
| | * |
| **Defendants.** | * |

## MOTION FOR EXTENSION OF TIME

COMES now the Alabama Department of Public Safety by and through its attorney and moves this Honorable Court as follows:

The Department of Public Safety requests an extension of 10 days in which to file a Special Report in compliance with this Court's Order of June 7, 2006.

Respectfully submitted,

/s Michael W. Robinson
Michael W. Robinson
ASB-1170-I71M
mrobinson@dps.state.al.us
Attorney for Department of Public Safety
Department of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511
(334) 242-4392
(334) 242-0894 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22nd 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Misty S. Fairbanks
Margaret L. Fleming
Christy A. McCormick
R. Randolph Neeley
Donald Palmer
Robert D. Popper
Winfield J. Sinclair

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

John K. Tanner
Wan J. Kim
U.S. Department of Justice
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC  20530

s/ Michael W. Robinson