**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| **STATE OF ALABAMA, and** | ) | 2:06-cv-0392-WKW-SRW |
| **NANCY L. WORLEY, Alabama** | ) | |
| Secretary of State, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO COMMENT**

Comes Now The Alabama Probate Judges Association, by and through counsel, and moves this Honorable Court to allow it to receive a copy of the HAVA compliance plan as soon as practicable from Defendants State of Alabama and Nancy L. Worley and for leave of Court to submit written comments regarding the same on or before July 13, 2006, and possibly to be heard at the hearing set for July 20, 2006, at 10:00 a.m. In support of its request, The Alabama Probate Judges Association would show the following:

1.  Under § 17-1-8(b), ALA. CODE 1975, the judge of probate is the chief election official of each county. As the chief election official at the local level, the judge of probate in each county has a direct interest in how Defendants intend to comply with this Court's injunction. Further, the judge of probate in each county can be a valuable resource to the Court in the process of bringing Alabama's voter registration system into compliance with Section 303 of HAVA.

2. The Alabama Probate Judges Association represents all of Alabama's 68 probate judges. In a recent informal poll of the membership of the Association in which 87% (59 of 68 member judges) responded, 97% (57 of 59) of those probate judges responding favored providing input to the Court on the State's proposed HAVA compliance plan through the Association.

3. The undersigned has contacted counsel for the parties in this case. The State Defendants do not object to this Court granting the motion of the Alabama Probate Judges Association for leave to comment on the Defendants' proposed plan to achieve compliance with Section 303 of HAVA. At the time of filing this motion, The Alabama Probate Judges Association has been unable to obtain a response from the United States as to whether it would oppose or support the Court granting this motion.

Wherefore premises considered, The Alabama Probate Judges Association submits that its motion for leave to comment on the Defendants' proposed plan to achieve compliance with Section 303 of HAVA is due to be granted.

Respectfully submitted this 23d day of June, 2006.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (SJS No. AGR001)

Counsel for The Alabama Probate Judges Association

OF COUNSEL:

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 Fax
aagricola@slatenlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| *vs.* | ) | **Civil Action No.** |
| | ) | |
| **STATE OF ALABAMA, and** | ) | **2:06-cv-0392-WKW-SRW** |
| **NANCY L. WORLEY, Alabama** | ) | |
| **Secretary of State, in her official** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

    I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Winfield J. Sinclair wsinclair@ago.state.al.us
    Margaret L. Fleming mfleming@ago.state.al.us
    Misty S. Fairbanks mfairbanks@ago.state.al.us
    Christy A. McCormick christy.mccormick@usdoj.gov
    Donald Palmer donald.palmer@usdoj.gov
    R. Randolph Neeley rand.neeley@usdoj.gov
    Robert D. Popper robert.popper@usdoj.gov

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW

Washington, D.C. 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

                                      Respectfully submitted,

                                      s/ Algert S. Agricola, Jr.
                                      Algert S. Agricola, Jr.
                                      **SLATEN & O'CONNOR, P.C.**
                                      Winter Loeb Building
                                      105 Tallapoosa Street, Suite 101
                                      Montgomery, AL 36104
                                      Phone:  (334) 396-8882
                                      Fax:      (334) 396-8880
                                      E-mail: aagricola@slatenlaw.com

F:\Gen Litigation\Ala Probate Judges Assoc\Pleadings\Motion for Leave to Comment.wpd