IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number |
| v. ) | |
| ) | 2:06-CV-00392-WKW-SRW |
| STATE OF ALABAMA, and ) | |
| NANCY L. WORLEY, ) | |
| Alabama Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUPPLEMENT THE RECORD

Come now Defendants State of Alabama and Nancy L. Worley in her official capacity as Alabama Secretary of State, by and through Troy King, Attorney General for the State of Alabama, and hereby respectfully move this Honorable Court to supplement the record by adding the May 24, 2006 letter (including its attachments) to this Honorable Court from the plaintiff's counsel. A copy of said letter is attached hereto as Exhibit A. As grounds therefor, it is stated that on this date defense counsel were advised by counsel for a potential intervenor that said documents are not currently part of the record.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W


s/Misty S. Fairbanks

Misty S. Fairbanks
Assistant Attorney General
Attorney No. ASB-1813-T71F

Attorneys for Defendants

## CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of June, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Michael W. Robinson, Esq.
>Attorney for Department of Public Safety
>Department of Public Safety, Legal Unit
>Post Office Box 1511
>Montgomery, Alabama 36102-1511
>
>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C. 2006
>
>Robert D. Popper, Esq.
>United States Department of Justice
>Civil Rights Division
>Room 7254-NWB
>950 Pennsylvania Ave N.W.
>Washington, D.C. 20530
>
>Donald Palmer, Esq.
>Assistant Attorney General
>Civil Rights Division
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 2006
>
>R. Randolph Neeley, Esq.
>Assistant United States Attorney
>P.O. Box 197
>Montgomery, Alabama 36101-0197

>Algert S. Agricola, Jr.
>Slaten & O'Connor, P.C.
>Winter Loeb Building
>105 Tallapoosa Street, Suite 101
>Montgomery, Alabama 36104

And by first class mail, postage prepaid to the following:

>Wan J. Kim, Esq.
>Assistant Attorney General
>Civil Rights Division
>United States Department of Justice
>Room 7254-NWB
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 2006

>John K. Tanner, Esq.
>United States Department of Justice
>Civil Rights Division
>Voting Section
>P.O. Box 66128
>Washington, D.C. 20035-6128

>s/Winfield J. Sinclair

>Winfield J. Sinclair
>Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us

4