# Exhibit 2

June 23, 2006 facsimile communication



**STATE OF ALABAMA**
OFFICE OF THE ATTORNEY GENERAL

**TROY KING**
ATTORNEY GENERAL

M E M O R A N D U M

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

*VIA FAX ONLY*

| | |
|---|---|
| To: | All Alabama Registrars<br>HAVA Committee<br>Hon. Michael Robinson, Alabama Department of Public Safety<br>Hon. Lynne Thrower, Administrative Office of Courts<br>Hon. John Wible, Alabama Department of Public Health |
| CC: | Hon. Al Agricola, Counsel for The Association of Probate Judges<br>Hon. Mary Pons, Association of County Commissions<br>Hon. Nancy L. Worley, Secretary of State<br>Hon. Adam L. Bourne, Elections Counsel to the Secretary of State<br>Hon. Kenneth D. Wallis II, Chief Legal Advisor to the Governor |
| From: | Winfield J. Sinclair, Assistant Attorney General<br>Misty S. Fairbanks, Assistant Attorney General |
| Date: | June 23, 2006 |
| Re: | <u>United States v. State of Alabama</u>,<br>Civil Action No. 2:06-CV-00392-WKW-SRW<br>(M.D. Ala., pending) |

This memorandum is a follow-up to our June 12, 2006 memorandum. As you will recall, in that memorandum we notified you that the United States District Court for the Middle District of Alabama had entered a Memorandum and Order Granting Declaratory Judgment and Preliminary Injunction in the above-styled case. The Preliminary Injunction directs the State of Alabama, the Alabama Secretary of State, and all appropriate election officials "to develop promptly a HAVA compliance plan."

**The Secretary has written a draft plan and, commencing at 1:30 p.m. today, it will be available for your review and comment at the Secretary's website: http://www.sos.state.al.us/** If you do not have access to the Internet, or if you have any problems accessing the draft plan, please contact the Secretary's Office and request that a copy be faxed or e-mailed to you.

**Time is short.** The Preliminary Injunction requires that the plan be filed no later than 12:00 noon on June 29, 2006. Our goal is to file the plan no later than June 28; this

Memorandum
June 23, 2006
Page 2

earlier deadline is particularly important if it becomes necessary to submit a motion for reconsideration or clarification of the Preliminary Injunction based upon any inability to comply with its terms. Accordingly, **if you have any concerns about the contents of the Secretary's draft plan, please make those concerns known to the Secretary as soon as possible, and in any event no later than the close of business on Tuesday, June 27.** Please send courtesy copies of any written comments to Winfield J. Sinclair or Misty S. Fairbanks, Attorney General's Office, 11 South Union Street, Montgomery, Alabama 36130, or *via* fax to 334-353-8440.

(In submitting any comments, please understand that both the Court's Preliminary Injunction and the Secretary's draft plan contemplate that a new Request for Proposals will be issued. Thus, it is premature to raise any vendor selection concerns until the new RFP is issued, proposals are received, and the proposal evaluation process is underway.)

Once the Secretary of State files her plan, with whatever revisions she makes based upon your input, the United States Department of Justice will have until July 13, 2006 to file its written objections to the plan. The Probate Judges, through counsel, have requested that the Court allow them the same opportunity. Unless you also choose to appear in the litigation, your next opportunity to make your concerns known will be at the hearing scheduled for **July 20, 2006, at 10:00 a.m. in Courtroom 2-E at the United States Courthouse in Montgomery, Alabama, before United States District Judge W. Keith Watkins.** If you wish to be heard at this hearing, you will need to do so through local counsel.

Thank you in advance for your consideration of the Secretary's draft plan and for your comments.