# Exhibit 3

June 12, 2006 facsimile communication



**STATE OF ALABAMA**
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

# MEMORANDUM

***VIA FAX ONLY***

| | |
|---|---|
| To: | All Alabama Registrars<br>Hon. Michael Robinson, Alabama Department of Public Safety |
| CC: | HAVA Committee<br>All Alabama Probate Judges<br>Hon. Lynne Thrower, Administrative Office of Courts<br>Hon. John Wible, Alabama Department of Public Health<br>Hon. Mary Pons, Association of County Commissions of Alabama<br>Hon. Nancy L. Worley, Secretary of State<br>Hon. Adam L. Bourne, Elections Counsel to the Secretary of State<br>Hon. Kenneth D. Wallis II, Chief Legal Advisor to the Governor |
| From: | Winfield J. Sinclair, Assistant Attorney General<br>Misty S. Fairbanks, Assistant Attorney General |
| Date: | June 12, 2006 |
| Re: | <u>United States v. State of Alabama,</u><br>Civil Action No. 2:06-CV-00392-WKW-SRW<br>(M.D. Ala, pending) |

1. Please be advised that you have either received, or will shortly be receiving, from the Secretary of State a copy of the Memorandum and Order Granting Declaratory Judgment and Preliminary Injunction (hereinafter "Preliminary Injunction") in the above-styled case. The Preliminary Injunction is directed at achieving full compliance with the Help America Vote Act ("HAVA") and is the federal district court's first step toward enforcing HAVA requirements on state officials.

2. The Preliminary Injunction specifically finds that Alabama registrars "are agents of the State and are specifically subject to the jurisdiction of this Court, including the contempt powers thereof." Preliminary Injunction at 7.

3. The Preliminary Injunction specifically envisions the cooperation of the Alabama Administrative Office of Courts, the Alabama Department of Public Health, and the Alabama Department of Public Safety. Preliminary Injunction at 10. Moreover, the Preliminary Injunction specifically

Memorandum
June 12, 2006
Page 2

    directs the Department of Public Safety to file a report with the Court on or before June 22, 2006. Preliminary Injunction at 11.

4. **Please be advised that your receipt of actual notice of the existence of the Preliminary Injunction is legally sufficient notice in order to subject you to the jurisdiction, including contempt powers, of the federal district court.** *United States v. Hall*, 472 F.2d 261 (5th Cir. 1972); *Meredith v. Fair*, 328 F.2d 586 (5th Cir. 1962). Accordingly, you will want to carefully review the Preliminary Injunction and may want to discuss it with your attorney.

5. The Preliminary Injunction directs the State of Alabama, the Alabama Secretary of State, and all appropriate state officials "to develop promptly a HAVA compliance plan." Preliminary Injunction at 9, ¶ 2. As chief elections official for the State of Alabama, the Secretary of State will necessarily be the architect of the HAVA compliance plan. However, the HAVA plan will also necessarily have components that will have to be executed on a local level, with or without your consent. **Therefore, any local problem that you may have that will create compliance issues will need to be brought to the Secretary of State's attention and resolved, if possible, prior to the submission of the HAVA compliance plan to the federal court on June 29, 2006.** Obviously, the sooner problems are identified, the better the chances will be that local problems will be resolved prior to the submission of the Secretary's HAVA compliance plan.

6. After the Secretary of State submits her HAVA compliance plan to the court, the United States will have until July 13, 2006, to file its written objections to the plan. Thereafter, a hearing will be held before the federal court to consider the proposed plan and the United States' objections.

7. **In the event that you are unable to resolve a local problem that will adversely affect your ability to implement the HAVA compliance plan or you have any other concern, you and your counsel may attend the hearing. It is set for July 20, 2006, at 10:00 a.m. in Courtroom 2-E at the United States Courthouse in Montgomery, Alabama, before United States District Judge W. Keith Watkins.** Because you are subject to the jurisdiction of the court and subject to its contempt powers, you have a right to be heard before the Court finalizes its injunctive relief.

8. The federal court will be the final decision-maker on what the State's HAVA compliance plan requires. State officials, including you, will be responsible for the successful implementation of that plan.

9. Please direct your comments about the Secretary's HAVA compliance plan and any request for copies of either the plan or the Preliminary Injunction to the Secretary of State. Please also send courtesy copies of any written comments to Winfield J. Sinclair or Misty S. Fairbanks, c/o Attorney General's Office, 11 South Union, Montgomery, AL 36130 or *via* fax to 334-353-8440.