# Exhibit 4

# Alabama's Congressional Races

Nancy L. Worley  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the pages hereto attached contain true, accurate and literal copies of the following documents on file in this office:

1) pages one and two of the Alabama Democratic Party's certification of candidates, received by this office on April 12, 2006, indicating said Party's nominees for the offices of Member, United States House of Representatives, Districts 1, 2, 3, 4, 5, and 7, for the June 6, 2006, primary election;

2) pages one and two of the Alabama Republican Party's certification of candidates, received by this office on April 12, 2006, indicating said Party's nominees for the offices of Member, United States House of Representatives, Districts 1, 2, 3, 4, and 6, for the June 6, 2006, primary election;

3) a letter dated February 21, 2006, confirming that Mr. Mark Layfield has met the requirements set forth in §17-7-1(a)(3), Code of Alabama, 1975, for an individual seeking independent candidacy for Member, United States House of Representatives, District 3, for the November 7, 2006, general election.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

Date  June 29, 2006

Nancy L. Worley                    Secretary of State



Post Office Box 950
Montgomery, Alabama 36101-0950

p - 334.262.2221
f - 334.262.6474

www.aladems.org



The Honorable Nancy Worley
Secretary of State
State Capitol Building
600 Dexter Avenue, S-105
Montgomery, AL 36130

## CERTIFICATION

Pursuant to Section 17-16-11, Code of Alabama, 1975, I hereby certify that the persons whose names appear on the following schedules filed qualifications with me for the June 6, 2006 Democratic primary election as candidates for the offices indicated.

Subject to the provisions therein, I declare that the candidates who are unopposed are nominated.

This certification is subject to such disqualifications or corrective action as hereafter may appropriately be made.

Given under my hand and the seal of the State Democratic Executive Committee of Alabama, this the 12th day of April, 2006.

Joe Turnham
Chair


Contributions are not tax deductible and may not be used for federal election candidates.
Paid for by the Alabama Democratic Party, not at taxpayers expense.

| Office | District | Place | County | Gender | BallotName |
|---|---|---|---|---|---|
| Governor | | | | | Lucy Baxley |
| Governor | | | | | Joe Copeland |
| Governor | | | | | Harry Lyon |
| Governor | | | | | Katherine Mack |
| Governor | | | | | Nathan Mathis |
| Governor | | | | | James Potts |
| Governor | | | | | Don Siegelman |
| Lieutenant Governor | | | | | Jim Folsom, Jr. |
| United States Representative | 1 | | | | Vivian Sheffield Beckerle |
| United States Representative | 2 | | | | Charles (Chuck) Dean James |
| United States Representative | 2 | | | | John Morykwas, Jr. |
| United States Representative | 3 | | | | Greg A. Pierce |
| United States Representative | 4 | | | | Barbara Bobo |
| United States Representative | 5 | | | | Bud Cramer |
| United States Representative | 7 | | | | Artur Davis |
| United States Representative | 7 | | | | Eddison T. Walters |
| Attorney General | | | | | Larry Darby |
| Attorney General | | | | | John Tyson, Jr. |
| State Senator | 1 | | | | Victor Billingham |
| State Senator | 1 | | | | Bobby Denton |
| State Senator | 2 | | | | Tom Butler |
| State Senator | 3 | | | | Bobby Day |
| State Senator | 3 | | | | Doc Mancuso |
| State Senator | 4 | | | | Zeb Little |
| State Senator | 5 | | | | Larry B. Cagle |
| State Senator | 5 | | | | Byron McMath |
| State Senator | 5 | | | | Carthell Williams |
| State Senator | 6 | | | | Roger Bedford, Jr. |
| State Senator | 7 | | | | Phil Dotts |
| State Senator | 7 | | | | Parker Griffith |
| State Senator | 8 | | | | Lowell R. Barron |
| State Senator | 9 | | | | Hinton Mitchem |
| State Senator | 10 | | | | Larry Means |
| State Senator | 11 | | | | Larry H. Barton |
| State Senator | 11 | | | | Jim Preuitt |
| State Senator | 13 | | | | Kim S. Benefield |
| State Senator | 13 | | | | Gerald Dial |
| State Senator | 16 | | | | Russ Parker |

 

April 12, 2006

The Honorable Nancy Worley
Office of the Secretary of State
State Capitol
Room S-102
Montgomery, AL  36130

The Alabama Republican Party hereby certifies that the persons whose names appear on the following document have qualified to run in the June 6 Republican primary.

This certification is subject to such disqualifications or corrective action as hereafter may be made.

Given under my hand, this the 12th day of April 2006.

Twinkle Andress Cavanaugh
Chairman

P.O. Box 55628 • Birmingham, AL 35255 • 2019 Highland Ave. • Birmingham, AL 35205 • (205) 212-5900 • Fax (205) 212-5910
www.algop.org • Paid for by the Alabama Republican Party

Alabama Republican Party                                                                                                    4/11/2006

| Office | District/Co. | Place | Qualified Candidate |
|---|---|---|---|
| US Congress | | 1 | Jo Bonner |
| US Congress | | 2 | Terry Everett |
| US Congress | | 3 | Mike Rogers |
| US Congress | | 4 | Robert B. Aderholt |
| US Congress | | 6 | Spencer Bachus |
| Governor | | | Roy Moore |
| Governor | | | Bob Riley |
| Lt. Governor | | | Hilbun Adams |
| Lt. Governor | | | Mo Brooks |
| Lt. Governor | | | Luther Strange |
| Lt. Governor | | | George C. Wallace, Jr. |
| Attorney General | | | Troy King |
| Attorney General | | | Mark Montiel |
| Secretary of State | | | Beth Chapman |
| State Treasurer | | | Kay Ivey |
| State Auditor | | | Wes Allen |
| State Auditor | | | Chess Bedsole |
| State Auditor | | | S. Samantha "Sam" Shaw |
| State Auditor | | | Tripp Skipper |
| Comm. of Ag & Industries | | | Albert Lipscomb |
| Public Service Commission | | 1 | John Rice |
| Public Service Commission | | 2 | John Amari |
| Public Service Commission | | 2 | Perry O. Hooper, Jr. |
| Public Service Commission | | 2 | Jack Hornady |
| State Board of Education | 2 | | Frank Moore |
| State Board of Education | 2 | | Betty Peters |
| State Board of Education | 6 | | David Byers |
| State Board of Education | 6 | | Jonathan C. Putman |
| State Board of Education | 8 | | Marrell Dixon |
| Supreme Court | | Chief Justice | Drayton Nabers, Jr. |
| Supreme Court | | Chief Justice | Tom Parker |
| Supreme Court | | 1 | Ben C. Hand |
| Supreme Court | | 1 | Champ Lyons, Jr. |
| Supreme Court | | 2 | Hank Fowler |
| Supreme Court | | 2 | Tom Woodall |
| Supreme Court | | 3 | Lyn Stuart |
| Supreme Court | | 3 | Alan Zeigler |
| Supreme Court | | 4 | Tracy Gwyn BirdSong |
| Supreme Court | | 4 | Jean Brown |
| Supreme Court | | 4 | Glenn Murdock |
| Court of Civil Appeals | | 1 | Mark Anderson |
| Court of Civil Appeals | | 1 | Terry Moore |
| Court of Civil Appeals | | 2 | Craig Pittman |
| Court of Civil Appeals | | 3 | Bill Shashy |
| Court of Civil Appeals | | 3 | Terri Willingham Thomas |
| Court of Civil Appeals | | 3 | Phillip Wood |
| Court of Criminal Appeals | | 1 | Greg Shaw |
| Court of Criminal Appeals | | 2 | Kelli Wise |
| Court of Criminal Appeals | | 3 | Clay Crenshaw |
| Court of Criminal Appeals | | 3 | Beth Kellum |
| Court of Criminal Appeals | | 3 | Alva Lambert |
| Court of Criminal Appeals | | 3 | Sam Welch |
| State Senate | 1 | | Buddy Brook |
| State Senate | 2 | | Jim Burden |
| State Senate | 3 | | Arthur Orr. |
| State Senate | 3 | | Hubert M. Porter |

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

February 21, 2006

Mr. Mark Layfield
427 East Magnolia #39
Auburn, Alabama 36830-5577

Dear Mr. Layfield,

We have checked the signatures on the petitions you submitted for the office of U.S. House of Representatives, District 3, and were able to verify the requisite number, 5,447. You have met the requirements set forth in section 17-7-1 (a) (3), Code of Alabama, 1975 for an individual seeking independent candidacy.

Under Section 17-7-1 (c), Code of Alabama 1975, the certification of all candidates must be made at the same time, no later than forty-five (45) days after the second primary, to the appropriate probate judges. This letter simply informs you that you have obtained sufficient signatures for the Secretary of State to make that certification to the appropriate probate judges.

Sincerely,

Nancy L. Worley
Secretary of State

OFFICE (334) 242-7206,  FAX (334) 242-4993,  E-MAIL SOS@SOS.AL.GOV  •  ELECTIONS (334) 242-7210,  FAX (334) 242-2444
CORPORATIONS (334) 242-5324,  FAX (334) 240-3138  •  UCC (334) 242-5231,  FAX (334) 353-8269  •  LEGAL (334) 242-7202,  FAX (334) 353-9155
LANDS & TRADEMARKS (334) 242-5325,  FAX (334) 240-3138  •  PUBLIC INFORMATION (334) 242-7224,  FAX (334) 353-8993