# Exhibit 5

# Census Information

## Census Information

Alabama is divided into seven Congressional Districts for purposes of electing members of the United States House of Representatives. According to the records of the Secretary of State, the incumbents in Districts 5, 6, and 7 do not have any opposition in the General Election.

Taken together, Congressional Districts 5, 6, and 7 include the high population areas of Jefferson County (Birmingham) and Huntsville. Specifically, the following counties (or portions thereof) are within these three Congressional Districts: Lauderdale, Colbert, Lawrence, Limestone, Madison, Jackson, portions of Morgan, portions of Tuscaloosa, Jefferson, portions of St. Clair, Shelby, Bibb, Chilton, portions of Coosa, portions of Pickens, Greene, Hale, Perry, Sumter, Marengo, Dallas, Choctaw, portions of Clarke, and Wilcox.

According to the U.S. Census Bureau's website (http://quickfacts.census.gov/qfd/states/01000.html), the population of Alabama in the year 2000 was 4,447,100. For the counties completely within the scope of Congressional Districts 5, 6, and 7 (as those districts are currently drawn and set out above) the population figures were:

| County | Population | URL |
|---|---|---|
| Lauderdale | 87,966 | http://quickfacts.census.gov/qfd/states/01/01077.html |
| Colbert | 54,984 | http://quickfacts.census.gov/qfd/states/01/01033.html |
| Lawrence | 34,803 | http://quickfacts.census.gov/qfd/states/01/01079.html |
| Limestone | 65,676 | http://quickfacts.census.gov/qfd/states/01/01083.html |
| Madison | 276,700 | http://quickfacts.census.gov/qfd/states/01/01089.html |
| Jackson | 53,926 | http://quickfacts.census.gov/qfd/states/01/01071.html |
| Jefferson | 662,047 | http://quickfacts.census.gov/qfd/states/01/01073.html |
| Shelby | 143,293 | http://quickfacts.census.gov/qfd/states/01/01117.html |
| Bibb | 20,826 | http://quickfacts.census.gov/qfd/states/01/01007.html |
| Chilton | 39,593 | http://quickfacts.census.gov/qfd/states/01/01021.html |
| Greene | 9,974 | http://quickfacts.census.gov/qfd/states/01/01063.html |
| Hale | 17,185 | http://quickfacts.census.gov/qfd/states/01/01065.html |
| Perry | 11,861 | http://quickfacts.census.gov/qfd/states/01/01105.html |
| Sumter | 14,798 | http://quickfacts.census.gov/qfd/states/01/01119.html |
| Marengo | 22,539 | http://quickfacts.census.gov/qfd/states/01/01091.html |
| Dallas | 46,365 | http://quickfacts.census.gov/qfd/states/01/01047.html |
| Choctaw | 15,922 | http://quickfacts.census.gov/qfd/states/01/01023.html |
| Wilcox | 13,183 | http://quickfacts.census.gov/qfd/states/01/01131.html |

TOTAL   1,591,641   or 35.79% of the total population of the State of Alabama, according to the 2000 census data.

This figure does not the portions of Morgan, Tuscaloosa, St. Clair, Coosa, Pickens, and Clarke Counties included in Congressional Districts 5, 6, and 7.