IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Motion for Leave to Comment (Doc. # 20) filed by the Alabama Probate Judges Association, it is ORDERED that Plaintiff shall show cause **on or before July 5, 2006**, why said motion should not be granted.

Furthermore, the defendant's Motion to Supplement the Record (Doc. # 21) is DENIED.

DONE this the 29th day of June, 2006.

　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE