IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion for Extension of Time (Doc. # 18) filed by the Alabama Department of Public Safety, it is ORDERED that the motion is GRANTED. The deadline for filing the Report is continued from June 22, 2006, to July 5, 2006.

DONE this the 29th day of June, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE