IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *   Case No.: 2:06-cv-392-WKW |
| The STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | * |
| Defendants. | * |

## RESPONSE TO COURT ORDER FOR REPORT

Comes now the Alabama Department of Public Safety by and through its counsel and in response to the Court's Order for a Report, submits the following:

### Exhibits

1. AAMVA NET Agreement.

2. Letter from the Secretary of State of Alabama.

3. Social Security Information Exchange Agreement (original).

4. Social Security Information Exchange Agreement (updated).

5. Social Security Reimbursable Agreement – 1235.

6. Check to the Social Security Administration.

7. Affidavit of Curt Terling.

8. Email exchange between the Department of Public Safety and Social Security Administration.

1. The Alabama Department of Public Safety (DPS) is the state agency tasked with processing applications for the Alabama Driver License and the Alabama Non-Driver Identification Card. As part of the process, the DPS currently verifies that the social security number (SSN) provided by the applicant matches the name, date of birth (DOB), and other

identifying information provided during the application process. This check is made through AAMVA NET[1] with the consent and cooperation of the Social Security Administration (SSA). (Exhibit 1.) This system has been in place since the year 2000.

2. Late in March, 2006 the DPS received a request from the Secretary of State's Office (SOS) that we enter into an agreement with the SSA to assist the SOS in becoming HAVA compliant. (Exhibit 2.)

3. In order to ensure the information in the DPS database is as accurate as possible, the DPS began the process of entering into an agreement with the SSA to verify our information by comparing it to the SSA database by use of the complete SSN.

4. The DPS received the most recent version of the SSA Information Exchange Agreement at our request. This is a SSA standardized form that authorizes batch checks of the entire DPS database of Driver License and Identification Card records.

5. On May 8, 2006, the Director of DPS signed the Information Exchange Agreement. (Exhibit 3.) The Information Exchange Agreement was forwarded to the SSA.

6. According to the Information Exchange Agreement, a second document – the Reimbursable Agreement – 1235 – is a companion to the Information Exchange Agreement and is required by the SSA prior to processing the request.

7. On May 9, 2006, Mr. Curt Terling contacted the SSA to remind them we had not received their Reimbursable Agreement – 1235. (Exhibit 7.) Our contact with SSA is Ms. Dottie Hoover. (Exhibit 8.)

8. Mr. Terling again sent an email to SSA stating that the DPS had yet to receive the Reimbursable Agreement – 1235. (Exhibits 7 & 8.)

---

[1] AAMVA is the acronym for American Association of Motor Vehicle Administrators.

9. On June 1, 2006, Mr. Terling received an internal email from SSA showing the SSA was trying to expedite the process to provide the DPS with the Reimbursable Agreement – 1235.  (Exhibits 7 & 8.)

10. On June 16, 2006, Mr. Terling sent another email to the SSA requesting the status of the Reimbursable Agreement – 1235.  (Exhibits 7 & 8.)

11. On June 20, 2006, the DPS received an updated version of the Information Exchange Agreement (Exhibit 4) and completed the Reimbursable Agreement – 1235.  (Exhibit 5.)

12. On June 22, 2006, the Director of the DPS signed the Information Exchange Agreement and the Reimbursable Agreement – 1235.  (Exhibits 4 & 5.)

13. Mr. Terling then requested the DPS Financial Services Office to have a check cut for pre-payment, as required by SSA.  That check was cut and delivered to Mr. Terling on June 30, 2006.  (Exhibits 6 & 7.)

14. On June 30, 2006, Mr. Terling placed the Information Exchange Agreement, the SSA Reimbursable Agreement – 1235, and the check for pre-payment for services in the First Class Mail to his point of contact with the SSA.  (Exhibit 7.)

15. The DPS has taken every action required by the SSA.  We are now awaiting approval by the SSA.  Once the agreement is approved, DPS will begin to submit our database in batches of 250,000 to SSA for verification.

          Respectfully submitted,

          /s Michael W. Robinson
          Michael W. Robinson
          ASB-1170-I71M
          mrobinson@dps.state.al.us
          Attorney for Department of Public Safety
          Department of Public Safety
          Legal Unit
          P.O. Box 1511
          Montgomery, Alabama 36102-1511
          (334) 242-4392
          (334) 242-0894 FAX

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Misty S. Fairbanks
Margaret L. Fleming
Christy A. McCormick
R. Randolph Neeley
Donald Palmer
Robert D. Popper
Winfield J. Sinclair

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

John K. Tanner
Wan J. Kim
U.S. Department of Justice
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC  20530

          s/ Michael W. Robinson

4