United States v. State of Alabama, et al
2:06-cv-392-WKW
Dept. of Public Safety Exhibit 1

# MODEL--MVA USING AAMVANET, INC. SERVICES

# MEMORANDUM OF AGREEMENT

# BETWEEN

# ALABAMA DEPARTMENT OF PUBLIC SAFETY

# AND

# THE SOCIAL SECURITY ADMINISTRATION

## ARTICLE I
## PURPOSE OF AGREEMENT

The purpose of this Agreement is to establish the conditions under which the Social Security Administration (SSA) will provide Social Security Number (SSN) verification services to the Alabama Department of Public Safety (ADPS)

## ARTICLE II
## PERIOD OF AGREEMENT

The terms of this Agreement are effective upon signature of both parties and will continue to be in effect until modified or cancelled under ARTICLE III.

## ARTICLE III
## MODIFICATION OR CANCELLATION PROVISION

Either party may request modification to this Agreement at any time. Such a request must be in writing. Agreement to a request for modification may not be unreasonably withheld. Modification to this Agreement must be in writing and signed by all parties. Written notification of failure to reach agreement on a written request for modification by the end of the next full calendar quarter constitutes notice of intent to cancel the Agreement, unless the requesting party withdraws the request for modification. This Agreement will be deemed cancelled on the 31st day after the end of the calendar quarter unless an Agreement is reached or the request for modification is withdrawn prior to this date.

Either party to the Agreement may notify the other party in writing of its intent to cancel the Agreement at the expiration of 30 days from the date of the notice or a longer period specified in the notice. The parties will confer during the period specified in the notice of intent to cancel for the purpose of resolving differences and reaching an agreement acceptable to both parties. Disputes will be referred jointly to the SSA Deputy Commissioner for Programs and Policy and the Director of the Alabama Department of Public Safety for resolution.

If agreement can be reached, the notice of intent to cancel will be withdrawn. If agreement cannot be reached, cancellation will be effective at the expiration of the period specified in the notice or such later period upon which the parties mutually agree.

## ARTICLE IV
## AUTHORITY

Authority for this Agreement is found in 5 U.S.C. □552a(b)(3) and 42 U.S.C. □1306.

## ARTICLE V
## FUNCTIONS TO BE PERFORMED

The American Association of Motor Vehicle Administrators' (AAMVA) subsidiary AAMVAnet, Inc. is hereafter deemed the "agent" for the ADPS for billing purposes and will serve as the conduit to transmit information to and receive information from SSA, consistent with the terms of this Agreement. AAMVAnet, Inc. will transmit information to and receive information from SSA on behalf of the ADPS.

### SSA Responsibilities

SSA agrees to provide ADPS with SSN online verification service for ADPS's existing, renewal and new drivers' license (DL), and identification card (ID) records via direct terminal access through AAMVAnet, Inc.

SSA agrees to compare the information furnished by ADPS with information in SSA's Master Files of Social Security Number (SSN) Holders and SSN Applications system of records. SSA will respond to ADPS through AAMVAnet, Inc. with one of the following responses:

- UNI Value = 1  Both name and date of birth (DOB) match
- UNI Value = 2  Invalid SSN
- UNI Value = 3  Name does not match, DOB matches
- UNI Value = 4  DOB does not match, name matches
- UNI Value = 5  Both name and DOB do not match
- UNI Value = 6  We are unable to process the information for the SSN provided. Please review your information or have your customer visit a Social Security Administration office.
- UNI Value = 9  System error, unable to process at this time.

### ADPS Responsibilities

ADPS agrees to provide to SSA the name, date of birth, and SSN furnished by each person about whom SSN verification service is requested through AAMVAnet, Inc.

## ARTICLE VI
## OTHER CONDITIONS

Certain State and Federal laws govern the collection of SSNs by ADPS. State and Federal laws also restrict the use and disclosure of SSNs by the State. Examples of these laws are section 7 of the Privacy Act of 1974 (5 U.S.C. □552a note) and 42 U.S.C. □405(c)(2)(C). ADPS agrees to collect, use and disclose SSNs in accordance with these laws.

IF ADPS MUST OBTAIN CONSENT TO COLLECT THE SSN, ADD THE FOLLOWING PARAGRAPH:

The ADPS will secure a written consent from each person for whom SSN verification will be requested. In addition to adhering to the State and Federal laws that govern the collection of SSNs by ADPS, ADPS agrees to collect, use and disclose SSNs in accordance with the conditions of the written consent statements obtained from such individuals. ADPS agrees to retain all written consent statements for a period of not less than six months and to make those written consent statements available upon demand for inspection by SSA.

ADPS agrees to use the verification services provided by SSA under this Agreement only for purposes of establishing the identities of applicants for, and holders of, DL and ID documents issued by ADPS.

SSN verification services are being provided under the terms of this Agreement with the understanding that (name of State, district or territory) will not use the fact of SSN verification as an enhancement to any information marketing efforts conducted by (name of State, district or territory) or its agents. If any such marketing effort occurs, termination of this Agreement under Article III will be considered.

## ARTICLE VII
## REFERRAL OF INDIVIDUALS TO SSA

ADPS will refer individuals to SSA field offices when they state that no SSN has been issued to them or when they cannot recall their SSN.

If a "No match" response occurs, ADPS will take the following actions before making referrals to SSA field offices for correction of discrepancies and issuance of a new or replacement SSN. (Resolution of discrepancies and issuance of new or replacement cards usually requires at least two weeks.)

1. The ADPS will determine whether the data submitted to SSA match the data contained in ADPS's records.

2. If the data in ADPS's records and the data submitted to SSA match, then ADPS will re-contact the individual involved to verify the data in ADPS records.

If different data are discovered, ADPS will attempt another verification under Article V of this Agreement.

# TITLE VIII
## REIMBURSEMENT

SSA will enter into a separate reimbursable agreement with AAMVAnet, Inc. for online SSN verification services. Any fees charged ADPS by AAMVAnet, Inc. for services it provides on behalf of ADPS are the sole responsibility of ADPS and AAMVAnet, Inc. and are not covered under this Agreement. AAMVAnet, Inc. will be responsible for coordinating with ADPS all billing and collection information. For billing and collection purposes, SSA will deal directly with AAMVAnet, Inc.

APPROVED BY:

_____     Date   8/17/00
(name)
Regional Commissioner
Social Security Administration


_____     Date   7-18-00
James H. Alexander
Director
Alabama Department of Public Safety


This Agreement was reviewed for content and
legal form, and is in substantial compliance
with all applicable laws, rules, and regulations
of the State of Alabama governing these matters.

_____
Legal Counsel
Department of Public Safety

5