United States v. State of Alabama, et al
2:06-cv-392-WKW
Dept. of Public Safety Exhibit 2

NANCY L. WORLEY
SECRETARY OF STATE
March 24, 2006



**State of Alabama**

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

Colonel W.M. Coppage
Director of Public Safety
Post Office Box 1511
Montgomery Alabama 36102-1511

Dear Colonel Coppage: *Mike*

    Over the past two years, representatives from the Secretary of State's office and representatives from the Department of Public Safety ("DPS") have met on at least three occasions to discuss an agreement between our agencies and the Social Security Administration ("SSA") to facilitate the verification of voter registration information among the agencies, as required by the federal Help America Vote Act ("HAVA").

    On Friday, March 17, 2006, an attorney in our office, Adam Bourne, called Mr. Jack M. Curtis of your General Counsel's office. Mr. Bourne also sent Mr. Curtis a copy of the model agreement designed by SSA to satisfy the HAVA requirement. A copy of the model agreement is enclosed for your review. I suggest that Mr. Bourne and Mr. Curtis and/or other DPS officials of your choice meet during the week of March 27-31 to further discuss entering into an agreement between our agencies and SSA. We are hopeful that the next meeting will result in an agreement, so that Alabama will meet its obligations under HAVA in time for the June Primary Election.

    Without this agreement, Alabama could lose a substantial part of forty million dollars in federal funds. Please contact me or Adam Bourne (242-3942) so that we can get this part of HAVA completed.

    On a related subject, the National Voter Registration Act of 1993 ("Motor Voter") requires states to provide individuals with the opportunity to register to vote at the same time they apply for a driver's license or seek to renew a driver's license. I have recently received an electronic message (enclosed) stating that this service is not available in your Shelby County driver's license office. Please ask each driver's license office to comply with the Motor Voter Act. If our office can provide your driver's license offices with voter registration forms or assistance, please feel free to contact me, Mr. Bourne, or the county Boards of Registrars.

    Thank you for your attention to both of these important matters. Please feel free to contact me or Mr. Bourne if we can help you in any way.

Sincerely,

Nancy L. Worley
Secretary of State

Enclosures (2)
Cc: The Honorable Bob Riley, Governor of Alabama

OFFICE (334) 242-7206, FAX (334) 242-4993, E-MAIL sos@sos.al.gov • ELECTIONS (334) 242-7210, FAX (334) 242-2444
CORPORATIONS (334) 242-5324, FAX (334) 240-3138 • UCC (334) 343-5231, FAX (334) 353-8269 • LEGAL (334) 242-7476, FAX (334) 242-4993
LANDS & TRADEMARKS (334) 242-5325, FAX (334) 240-3138