SOCIAL SECURITY ADMINISTRATION

## AGREEMENT COVERING REIMBURSABLE SERVICES

JOB NUMBER: R491    EIN Number: 52-6004813    CAN Number:

### REQUESTING ORGANIZATION

| NAME | BEGINNING AND ENDING DATES |
|---|---|
| Alabama Department of Public Safety (DPS) | 10/01/2005 through 09/30/2006 |

ADDRESS
301 South Ripley
Montgomery, AL 36102-

### TYPE OF SERVICE REQUESTED

PROJECT TITLE OR KIND OF SERVICES
SSN Verification Service for:

BRIEF EXPLANATION: EXAMPLE – Use the Enumeration Verification Service (EVS) to verify Social Security numbers (SSNs) used by the Florida Department of Highway Safety and Motor Vehicles only for purposes of establishing the identities of applicants for, and holders of, driver's licenses and identification documents issued by the Florida Department of Highway Safety and Motor Vehicles.

Authority is found in section 205 of the Social Security Act (42 U.S.C. § 405); 5 U.S.C. § 552a(b)(3); and section 1106 of the Social Security Act (42 U.S.C. § 1306).

REFERENCES TO CORRESPONDENCE ON THIS MATTER (copies attached)

### SSA PROJECT COORDINATOR

| NAME | OFFICE |
|---|---|
| Paul Barnes | SSA, Office of the Regional Commissioner, Atlanta Ga |

### SSA CONTACT FOR INFORMATION PERTAINING TO THIS AGREEMENT

| NAME | OFFICE |
|---|---|
|  | SSA, 2001 12 Avenue North, Birmingham Al 35285 |

### ESTIMATED COST AND FINANCING OF SERVICES

| ESTIMATED COST OF SERVICES (Full cost is to be billed as work is completed) | FINANCING (Advance Payment Required Before Work Begins) |
|---|---|
| $2,630.11 | ☐ TOTAL PROJECT <br> ☐ |

### SSA AUTHORIZATION

| SSA AUTHORIZING OFFICIAL (RC signs here) | DATE |
|---|---|
|  |  |

### ACCEPTANCE - FOR USE OF REQUESTING ORGANIZATION

Please provide the services requested above. We agree to pay you the full cost of such services in the amount or amounts to be determined by you prior to any work being performed; and we agree also to all of the terms and conditions stated on the reverse of this form.

| NAME - ORGANIZATION'S PROJECT COORDINATOR | TITLE |
|---|---|
| Curt Terling | IT Manager |
| SIGNATURE OF AUTHORIZING OFFICIAL *[signature]* | TITLE: Director    DATE: 6/22/06 |

Form SSA-1235-U5

## CONDITIONS OF AGREEMENT

1. The authority to compile and furnish information to the requesting organization and receive reimbursement for the cost thereof, is contained in Section 601 of the Economy Act (47 Stat. 417), Section 1106 of the Social Security Act (42 U.S.C. 1306), Regulation No. 1 of the Social Security Administration (20 CFR 401.1 et seq.) and the Office of Management and Budget Circular A-34 (Revised November 7, 1997). Moreover, furnishing this information is consistent with the provisions of the Privacy Act and the Freedom of Information Act, as amended. In addition, Section 2207 of the Omnibus Reconciliation Act of 1981 (P.L. 97-35) and Section 1106 of the Social Security Act authorize SSA to recover the full costs, notwithstanding the fee limitations under the Privacy Act or Freedom of Information Act.

2. For agreements that span more than one fiscal year (October 1 through September 30), SSA's ability to provide service in the subsequent fiscal year is subject to the availability of funds. Should obligational authority not be available, thus requiring SSA to terminate work under the agreement, the requestor agrees to reimburse SSA for its full costs incurred through the period for which funds were available to SSA.

3. An advance payment is required before SSA will begin work on a project as follows:

    a. **Non-Federal** requestors are required to provide an advance payment equal to 100 percent of the Social Security Administration's estimated costs. When the project is completed, these requestors will receive either a refund of any unused advance balance or be billed for any additional costs. Interest will not be paid by SSA on the unused advance balance.

    b. **Federal** agency requestors are required to provide an advance payment equal to 50 percent of the Social Security Administration's estimated costs. The Social Security Administration will collect the initial advance and subsequent reimbursements through the Treasury Department's On-Line Payment and Collection System (OPAC).

4. Full costs (direct and indirect) incurred will be offset either monthly or quarterly against advances received. Any additional costs not covered by an advance will be billed immediately. The Debt Collection Act, the Federal Claims Collection Act, and 45 CFR 30 require that interest, administrative costs and penalties be charged if debts are not paid within 30 days from the mailing of a first notice. This is the Social Security Administration" policy except where prohibited or expressly provided for by law. The interest charge will be at a rate developed by Treasury for the most recent 3 month period and applied against the overdue payment for each 30 day period or portion thereof that the payment is delayed. It is understood that the requesting organization will be billed for and will pay the full costs notwithstanding the estimated costs.

5. The Social Security Administration will not be held accountable for any errors in such information, whether such errors occur in compilation of such information or in the data from which the compilation is made. All information furnished will be subject to the limitations and qualifications, if any, transmitted with such information. If, because of any error, such information must be recompiled or refurnished, or both, the cost thereof will be treated as a part of the full costs incurred in compiling and furnishing such information to be paid by the requesting organization.

6. Requests for information, identifying a Social Security number holder, are to be submitted on forms furnished by the requesting organization and each request must be signed and dated by the Social Security number holder or must be accompanied by a signed and dated authorization of the Social Security number holder. An authorization must be presented within 60 days after its execution. Where the Social Security number holder is deceased, the form or authorization must be signed by his survivor or the legal representative of his estate. A signature by mark must be witnessed by two disinterested persons; i.e., individuals not connected with the requesting organization, and the signatures of the witnesses must be written and their addresses shown. Improperly completed requests; e.g., those not received within 60 days from the date of the individual's signature, will be returned without processing.

7. It is agreed by the requesting organization that any identifiable information furnished to them under this agreement will be made available to the individual concerned upon his request.

8. The requesting organization and/or the Social Security Administration may terminate this agreement, in whole or in part, by giving a 60 day advance written notice. All costs incurred prior to the termination date will be paid by the requesting organization.

9. If the requesting organization fails to pay any costs not entirely covered by an advance, payment within 15 days of billing, the Social Security Administration will stop processing/furnishing information until the delinquent bill is paid in full.