# REMITTANCE ADVICE

# STATE OF ALABA

United States v. State of Alabama, et al
2:06-cv-392-WKW
Dept. of Public Safety Exhibit 6

Department of Finance - Office of State Comptroller
Montgomery, AL  36130-2602

| Agency | Fund | Voucher | Warrant | Date | Amount |
|--------|------|---------|---------|------|--------|
| 017 | 0749 | 60174000770 | 60502940 | 06/29/06 | $2,630.11 |

INVOICE NUMBERS:
4/05 AGREMNT

```
                PLEASE DIRECT QUESTIONS TO:        PUBLIC SAFETY
                             (334) 242-4432        500 DEXTER AVE
                                                   P O BOX 1511
                                                   MONTGOMERY AL  36130


    SOCIAL SECURITY ADMINISTRATION
    ATTN DOTTIE HOOVER 2ND FLOOR
    2001 12TH AVE N
    BIRMINGHAM         AL     35285
```

---

0265203



### State of Alabama
DEPARTMENT OF FINANCE
OFFICE OF STATE COMPTROLLER
MONTGOMERY, ALABAMA 36130-2602

VOUCHER NO.   60174000770   CHARGE TO:   0749 017

PAY TO THE ORDER OF:

| WARRANT NUMBER | DATE OF ISSUE | NET AMOUNT |
|----------------|---------------|------------|
| 60502940 | 06/29/06 | $ *******2,630.11 |

1204

SOCIAL SECURITY ADMINISTRATION
ATTN DOTTIE HOOVER 2ND FLOOR
2001 12TH AVE N
BIRMINGHAM       AL    35285
PAYABLE AT STATE TREASURER
MONTGOMERY, ALABAMA

VOID AFTER 1 YEAR

*Robert L. Childree*
STATE COMPTROLLER

⑈60502940⑈ ⑆062200440⑆ 00000263011⑈