United States v. State of Alabama, et al
2:06-cv-392-WKW
Dept. of Public Safety Exhibit 7

STATE OF ALABAMA

COUNTY OF MONTGOMERY

### AFFIDAVIT

Before me, the undersigned notary public in and for said county and state, personally appeared Curt Terling, who being first deposed, says as follows:

My name is Curt Terling. I am employed by the Alabama Department of Public Safety and assigned to the Driver License Division, Information Services Unit. Listed below is a timeline of events that occurred between the Alabama Department of Public Safety and the Social Security Administration.

On April 27, 2006 I received the new SSA MVA Memorandum of Agreement. I forwarded the agreement to our legal department for review.

On May 8, 2006 the SSA MVA Memorandum of Agreement was signed by the Director of the Department of Public Safety.

On May 9, 2006 I sent an email to Dottie Hoover, Data Coordinator for the Social Security Administration. The Subject of the email was a reminder that DPS needed the SSA Reimbursable Agreement-1235 back from the SSA with costs estimates. The 1235 is a companion agreement that was not supplied to DPS by the Social Security Administration.

Again on May 30, 2006 an email was sent to Dottie Hoover stating that DPS had not received the SSA Reimbursable-1235 Agreement.

June 1, 2006 I received an email from SSA showing an internal email where SSA was asking to expedite the process to get the SSA Reimbursable Agreement-1235 to DPS.

June 16, 2006 I sent another email to Dottie Hoover requesting status on the SSA Reimbursable-1235 Agreement.

June 20, 2006 I received an updated version of the MVA Memorandum of Agreement and a completed SSA Reimbursable-1235 Agreement. On June 22, 2006 the Director of DPS signed both agreements. I then requested that our Financial Services Office have a check cut to send to SSA with the required agreements. The check was cut and delivered to me on June 30, 2006.

I have placed the MVA Memorandum of Agreement, the SSA Reimbursable -1235 Agreement, and the check for pre-payment for services in the First Class Mail to Ms. Dottie Hoover with the SSA.

At this point we have completed all action that we are required to do as directed by SSA.

Done this the 30th day of June, 2006.

*Curt Terling*
Curt Terling
Affiant

Sworn to and subscribed before me this the 30 day of June, 2006.

*Jamie McDugu*
Notary Public
My Commission Expires: 4/28/2010

2