United States v. State of Alabama, et al
2:06-cv-392-WKW
Dept. of Public Safety Exhibit 8

**Robinson, Michael**

| | |
|---|---|
| From: | Terling, Curt |
| Sent: | Tuesday, May 09, 2006 10:59 AM |
| To: | Robinson, Michael |
| Subject: | FW: New Data Exchange Coordinators |

Michael,

I received the signed SSA agreement and I talked to the new coordinator. They still have to send another form with the estimated cost of processing 5 million records that we will have to have signed. Then we will have to send the signed MOA, the Reimbursement Cost document, and a check back to them for signatures and final approval.

I am waiting for the Estimated Cost form now to be sent before the next steps are taken by us.

Take care...Curt

---

**From:** ||ATL MOS CA DATA EXCHANGE [mailto:ATL.MOS.CA.DATA.EXCHANGE@ssa.gov]
**Sent:** Tuesday, May 09, 2006 9:31 AM
**To:** CTerling@dps.state.al.us
**Cc:** Hatcher, Don E.
**Subject:** RE: New Data Exchange Coordinators

```
Curt,
Please send me both agreement and the SSA-1235.  I must forward these
electronically to OGC for approval.
Once OGC approves, they will fax the SSA-1235 back to me stamped "Funds Available".
I will then send the approved package to you for signature as a .pdf file.  You
must print and have it signed.  Return the signed agreement, the signed SSA-1235
and the check for payment in full back to me.  The SSA-1235 is the only 'invoice'
the state will receive.

Hope this answers your questions.  Thanks.
```

Dottie G. Hoover
Mainframe Operations Support Team
Atlanta Region
Ph. 205-801-1824
Fax-205-801-1804

---

**From:** CTerling@dps.state.al.us [mailto:CTerling@dps.state.al.us]
**Sent:** Tuesday, May 09, 2006 9:08 AM
**To:** ||ATL MOS CA DATA EXCHANGE
**Subject:** RE: New Data Exchange Coordinators

Dottie,

The two questions for the AL Department of Public Safety:

1. I have the approved version of the MVA batch agreement signed and ready to be sent. Do also have

6/22/2006

to have the ssa-1235 document signed and sent along with it or is it a two step process?
2. The MVA batch agreement states that we must send a check for the estimated amount it will cost to process our records. The State Finance Dept does not like to cut a PO(check) without an invoice first. Will SSA send something stating the estimated cost and work to be done for that cost in order to cut our PO?

Thanks...Curt Terling

---

**From:** ||ATL MOS CA DATA EXCHANGE [mailto:ATL.MOS.CA.DATA.EXCHANGE@ssa.gov]
**Sent:** Thursday, May 04, 2006 8:00 AM
**To:** vvdega@dhr.state.ga.us; CTerling@dps.state.al.us; hkenny@co.pinellas.fl.us; scarlett.consalvi@kyret.com
**Subject:** New Data Exchange Coordinators


Hello Everyone,

For the past four months I have been temporarily working as the Data Exchange Coordinator. The permanent replacements for the position have been found. Today will be my last day working in this capacity. As of 05/08/2006 the new coordinators will be Dottie Hoover and Kate Adkison. Dottie's phone number is (205) 801-1824. You will be given Kate's number soon. We have also set up a Data Exchange mailbox that both of the new coordinators will have access to. If you have any Data Exchange questions or problems please send them to:

   atl.mos.ca.data.exchange@ssa.gov

It has been a pleasure working with all of you.

**Jeff Tippets**
**SSA Data Exchange**

6/22/2006

## Robinson, Michael

**From:** Terling, Curt
**Sent:** Monday, June 19, 2006 2:02 PM
**To:** Robinson, Michael
**Subject:** FW: New Data Exchange Coordinators

Fyi...

---

**From:** ||ATL MOS CA DATA EXCHANGE [mailto:ATL.MOS.CA.DATA.EXCHANGE@ssa.gov]
**Sent:** Monday, June 19, 2006 1:06 PM
**To:** CTerling@dps.state.al.us
**Subject:** FW: New Data Exchange Coordinators

```
Curt,
See below.  Shouldn't be long now.
```

Dottie G. Hoover
Mainframe Operations Support Team
Atlanta Region
Ph. 205-801-1824
Fax-205-801-1804

---

**From:** ||ATL MOS CA DATA EXCHANGE
**Sent:** Monday, June 19, 2006 1:04 PM
**To:** Hunt, Diane
**Subject:** RE: New Data Exchange Coordinators

```
Thanks Diane,
I'll be on the lookout for the email.
```

Dottie G. Hoover
Mainframe Operations Support Team
Atlanta Region
Ph. 205-801-1824
Fax-205-801-1804

---

**From:** Hunt, Diane
**Sent:** Monday, June 19, 2006 12:31 PM
**To:** ||ATL MOS CA DATA EXCHANGE
**Subject:** RE: New Data Exchange Coordinators

Hi Dottie, sorry I missed your call. I submitted the request for the cost estimate. I will send it to you when I receive it. It usually doesn't take long, a day or so.

6/22/2006

**From:** ||ATL MOS CA DATA EXCHANGE
**Sent:** Friday, June 16, 2006 3:43 PM
**To:** Hunt, Diane
**Subject:** FW: New Data Exchange Coordinators

```
Diane,
Can we get the cost estimate now for AL?  See attached.  Janet has their
check.  Thanks so much.  The estimated number is 5,000,000 records.
```

Dottie G. Hoover
Mainframe Operations Support Team
Atlanta Region
Ph. 205-801-1824
Fax-205-801-1804

6/22/2006

## Robinson, Michael

| From: | Terling, Curt |
|---|---|
| Sent: | Tuesday, June 20, 2006 8:21 AM |
| To: | Robinson, Michael |
| Subject: | FW: MVA Batch Agreement FY '06 |
| Importance: | High |
| Attachments: | ~$-25-2005 Approved Version of MVA Batch EVS amended2.doc; ssa-1235.doc |

Additional info on SSA.

---

**From:** ||ATL MOS CA DATA EXCHANGE [mailto:ATL.MOS.CA.DATA.EXCHANGE@ssa.gov]
**Sent:** Tuesday, June 20, 2006 7:38 AM
**To:** CTerling@dps.state.al.us
**Cc:** Hatcher, Don E.
**Subject:** FW: MVA Batch Agreement FY '06
**Importance:** High


Curt,
See below.  I have added the estimate to the SSA-1235.  Please review the agreement
and let me know if you have any questions/concerns.  If all is ok, I will send to
OGC for approval.

When that comes back, we will send all back to you in PDF format for signatures.
At that point I will need your check for full payment.  When you have the
signatures, please return the package and the check to me and I will then get our
RCs signature.  Last but not least, I will forward entire package to OGC and the
check to the Office of Finance.  I am going to keep a photocopy of the check just
in case.

Remember that this completes the process for FY 2006.  We will need to then work on
FY 2007.

<<~$-25-2005 Approved Version of MVA Batch EVS amended2.doc>> <<ssa-1235.doc>>
Dottie G. Hoover
Mainframe Operations Support Team
Atlanta Region
Ph. 205-801-1824
Fax-205-801-1804



**From:** ||ATL MOS CA DATA EXCHANGE
**Sent:** Thursday, April 27, 2006 9:38 AM
**To:** 'CTerling@dps.state.al.us'
**Subject:** MVA Batch Agreement FY '06

Curt,

6/22/2006

Here are the Agreement and SSA Form 1235. Make your adjustments to the agreement and fill the blanks on the SSA 1235 for the Job Number, CAN #, and EIN #, and the agency name and address.

*Jeff Tippets*
SSA Data Exchange
(205)801-1822

6/22/2006