IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| The STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion for Leave to Comment (Doc. # 20) filed by the Alabama Probate Judges Association ("APJA"), it is ORDERED that, at this time, the motion is DENIED.

Should the APJA, after review of the plan proposed by the defendants and the objections made by the plaintiff, deem its interests not adequately represented by the Alabama Attorney General, the Court would entertain a new motion by the APJA -- provided such motion is proper and timely under the Federal Rules of Civil Procedure and the APJA meets constitutional and prudential standing requirements. In any event, at the hearing in this matter, the Court will consider all evidence submitted by those the Court deems to be interested parties.

DONE this the 10th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE