IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Grant Status as Amicus Curiae (Doc. # 28) filed by the Alabama Probate Judges Association ("APJA"), and upon the plaintiff's oral notification of withdrawal of the objection, the Court finds that the APJA has satisfied the requirements to be heard as an amicus curiae in this matter. It is therefore ORDERED that the motion is GRANTED.

It is further ORDERED that the APJA is granted leave to file any such pleadings as it deems appropriate not later than two days prior to the scheduled hearing in this matter and is further granted leave to appear and participate in said hearing.

DONE this the 12th day of July, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE