IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> The STATE OF ALABAMA, and ) <br> NANCY L. WORLEY, Secretary of State; ) <br> in her official capacity, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 2:06-cv-0392-WKW-SRW <br><br> **DECLARATION OF** <br> **DONALD L. PALMER** |

**DONALD L. PALMER**, for his declaration pursuant to 28 U.S.C. § 1746, deposes and says:

1.  I am currently a trial attorney in the Voting Section of the Civil Rights Division (the "Voting Section") of the United States Department of Justice. I have worked at the Voting Section as a trial attorney since January 2006, and have been employed as an attorney since 1997. I am fully and personally familiar with the facts stated herein. I make this declaration in support of Plaintiff's Response to Defendants' Submission of HAVA Plan.

2.  Annexed hereto as Exhibit A is a true and correct copy of relevant transcript pages from the Hearing on Motion for Preliminary Injunction, held May 30, 2006. The transcript excerpts included in this declaration are pages 1-2, 8, 14, and 24-25.

3.  On September 6, 2005, an AP article citing the Huntsville Times, entitled "State looking for new voter registration proposals," quoted Secretary of State Nancy Worley as saying, "We don't have to go back and reread all of the proposals; we've already read them," and "We don't have to go back, in my opinion, and have any kind of technical group evaluate the proposals because they've already been evaluated from a technical standpoint." A true and

correct copy of that newspaper article is annexed hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:	Washington, D.C.
	July 13, 2006

	_____s/ Donald L. Palmer_____
	Donald L. Palmer