1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE MIDDLE DISTRICT OF ALABAMA
 3                        NORTHERN DIVISION
 4  UNITED STATES OF AMERICA,
 5        Plaintiff,
 6     vs.                          CASE NO.:  2:06cv392-WKW
 7  STATE OF ALABAMA, et al.,
 8        Defendants.
 9                    * * * * * * * * * *
10        HEARING ON MOTION FOR PRELIMINARY INJUNCTION
11                    * * * * * * * * * *
12          BEFORE THE HONORABLE W. KEITH WATKINS, UNITED STATES
13  DISTRICT JUDGE, at Montgomery, Alabama, on Tuesday, May 30,
14  2006, commencing at 9:57 a.m.
15  APPEARANCES:
16  FOR THE PLAINTIFF:        Mr. Robert D. Popper
                              Special Litigation Counsel
17                            U.S. DEPARTMENT OF JUSTICE
                              1800 G Street, Room 7270
18                            Washington, DC  20006
19                            Ms. Christy A. McCormick
                              Attorney, Voting Section
20                            U.S. DEPARTMENT OF JUSTICE
                              1800 G Street, Room 7246
21                            Washington, DC  20006
22  FOR THE DEFENDANTS:       Mr. Winfield J. Sinclair
                              Assistant Attorney General
23                            STATE OF ALABAMA
                              OFFICE OF THE ATTORNEY GENERAL
24                            11 South Union Street
                              Montgomery, Alabama  36130
25
```

```
 1  APPEARANCES, Continued:

 2  ALSO PRESENT:              Mr. Adam L. Bourne
                               Elections Counsel
 3                             STATE OF ALABAMA
                               OFFICE OF THE SECRETARY OF STATE
 4                             Alabama State Capitol
                               600 Dexter Avenue
 5                             Montgomery, Alabama   36130

 6                             Ms. Misty S. Fairbanks
                               Assistant Attorney General
 7                             STATE OF ALABAMA
                               OFFICE OF THE ATTORNEY GENERAL
 8                             11 South Union Street
                               Montgomery, Alabama   36130
 9
                               The Honorable Nancy L. Worley
10                             Alabama Secretary of State
                               Alabama State Capitol
11                             600 Dexter Avenue
                               Montgomery, Alabama   36130
12
                               Mr. Kenneth D. Wallis, II
13                             Chief Legal Advisor
                               STATE OF ALABAMA
14                             OFFICE OF THE GOVERNOR
                               Alabama State Capitol
15                             600 Dexter Avenue
                               Montgomery, Alabama   36130
16
                   Proceedings reported stenographically;
17                    transcript produced by computer.

18                      *  *  *  *  *  *  *  *  *  *

19     (The following proceedings were heard before the Honorable

20     W. Keith Watkins, United States District Judge, at

21     Montgomery, Alabama, on Tuesday, May 30, 2006, commencing

22     at 9:57 a.m.:)

23     (Call to Order of the Court)

24          THE COURT:  You may be seated.  We're here in United

25  States of America versus State of Alabama, 06cv392.  I'd like to
```

1  "election" and then 2 U.S. Code, Section 431(3), definition of
2  "federal election."
3      The government has made a submission with their initial
4  filing.  And Mr. Sinclair, I would like to make that our
5  official record today, a part of the record.  Do you have any
6  objections to that?
7      MR. SINCLAIR:  No objection, Your Honor.
8      THE COURT:  Okay.  From your response, I had supposed
9  that you didn't.  That is so ordered that the submissions of the
10 government, including the affidavit and exhibits of
11 Ms. McCormick, will be the -- will be placed into the record
12 officially.
13     I would ask the plaintiff as an initial thought -- it
14 has not been mentioned.  But is the Secretary of State in
15 compliance with the state law, with the enabling legislation?
16     MR. POPPER:  Your Honor, I --
17     THE COURT:  Or have you looked at that?
18     MR. POPPER:  I have not.  I honestly don't have an
19 opinion about that.  And it's not the kind of thing that we
20 would tend to want to have an opinion about.
21     THE COURT:  Right.  It's not relevant from your side of
22 the case.
23     MR. POPPER:  That's correct, Your Honor, it's our view.
24     THE COURT:  Okay.  I also wanted to ask you while you
25 were up, is the attachment that you submitted on Friday, a

```
 1  sued to mandate their becoming a part of the ALVIN system.  So
 2  to that extent, it's more than a political problem.  It is
 3  potentially a legal problem.
 4          THE COURT:  Okay.
 5          MR. BOURNE:  Your Honor, it's a legal problem in that
 6  the local voter registration systems are controlled by
 7  independently elected officials.  And it's uncertain as to how
 8  much authority we have over those officials with regard to their
 9  local systems.
10          And if I may mention a couple of the legal impediments
11  that may exist, we have a couple of options with regard to the
12  state purchasing process.  We can either select or enter into
13  negotiations with one of the three vendors that are on our table
14  now that responded to the last amended RFP request, or we could
15  go out and begin the purchasing process anew and issue another
16  RFP, which would take a significant amount of time.  But even if
17  we were to select from one of the three vendors that's currently
18  on our plate, if you will, there would be a couple of legal
19  impediments in that we would have to go before the contract
20  review committee, the legislative contract review committee,
21  which potentially could take up to 45 days.  And so that's
22  something to consider as well.  Most of them relate to the
23  purchasing requirements.
24          THE COURT:  Any other legal impediments you're aware
25  of, Mr. Bourne?
```

```
 1  easy.  Connectivity to the death records, driver's license
 2  records, Social Security records, why has that not been done?
 3          Ms. Worley, if you know, I'll accept your response.
 4          MS. WORLEY:  Your Honor, two years ago, we entered into
 5  negotiations with the Department of Public Safety on the
 6  connectivity between Public Safety, Social Security
 7  Administration, and the ALVIN system or whatever state system we
 8  would have.  At that time, Public Safety was getting a new
 9  software license vendor, and that was not possible at that time
10  because they were working on their system to update it.
11          They have since implemented a data warehousing system,
12  I understand.  I do not know the name of their system, but they
13  have implemented that.  They are currently working to get an
14  agreement with the Social Security Administration, which has to
15  be done prior to their connecting to the statewide voter
16  registration database.
17          THE COURT:  Would your connection be through the -- to
18  the Social Security Administration be through the Department of
19  Public Safety, or would it be a direct connection with the
20  Secretary of State?
21          MR. BOURNE:  Your Honor, if I may, the system would
22  connect in this way.  You'd have Public Safety connected to the
23  Social Security Administration, and then Public Safety would be
24  connected to the statewide voter registration list.  And that's
25  why it's important to have an agreement between Public Safety
```

```
 1  and Social Security Administration before we can go forward.  On
 2  our end, the agreement has been put together by the attorney for
 3  the Department of Public Safety, and a draft of that has been
 4  submitted to the Social Security Administration.  But at this
 5  point, we have not heard anything from the Social Security
 6  Administration on that issue.
 7          THE COURT:  Who is the attorney for the Department of
 8  Public Safety?
 9          MR. BOURNE:  Michael Robinson, Judge.
10          THE COURT:  Yes, sir.  Mr. Popper, what's your response
11  to connectivity?
12          MR. POPPER:  Well, I just wanted to point out -- and
13  again, what's past is past in one sense.  What's past is very
14  relevant in terms of crafting deadlines going forward.  And I
15  just wanted to point out that in Exhibit F attached to the
16  declaration submitted in support of the motion for preliminary
17  injunction, on the last page, it is indicated by the Secretary
18  of State that the necessary connectivity can occur beginning in
19  January and ending in March 2006.  Now, I'm in no position to
20  say why it didn't happen, but it didn't happen.  I just wanted
21  to point that out.
22          THE COURT:  Is it sufficient that the connectivity
23  travel through the Department of Public Safety and not be a
24  direct connectivity?  Is that adequate for your purposes?
25          MR. POPPER:  My understanding is that that is adequate.
```