AP Alert - Political

Copyright 2005 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

September 6, 2005

State looking for new voter registration proposals

MONTGOMERY, Ala._The Alabama Secretary of State's office is looking for a new company to provide a statewide voter registration system, three months after Diebold Election Systems was chosen to do the job.

Secretary of State Nancy Worley told The Huntsville Times the agreement with Diebold was thrown out because of an issue over whether the state would buy or license the software.

The original plan called for the state to buy the software, which would require the state to take care of any problems with the program. Other states typically pay license fees for the programs and suppliers take care of any issues under the leases.

"I think it was a wise decision," said state Rep. Sue Schmitz, D-Toney, who had criticized Worley's choice of Diebold.

Some worry that Alabama might miss the federal Jan. 1 deadline to have the new registration system in place for the 2006 elections.

"That is pushing it mighty thin," said Brenda Storey, a registrar in Russell County.

If the state misses the deadline, it could face being hauled into court by the U.S. Justice Department.

The state has already received a waiver for a 2004 deadline to get the new system working.

Worley said the state is still ahead of other states in trying to comply with the law and expects Alabama to be "substantially compliant" by the deadline.

Worley said the state has already seen the original proposals, which she expects are similar to the new ones. The new request for proposals had one paragraph changed, to allow the state to license the software, rather than own it

"We don't have to go back and reread all of the proposals; we've already read them," she said. "We don't have to go back, in my opinion, and have any kind of technical group evaluate the proposals because they've already been evaluated from a technical standpoint."

Registrars say they will need time to train on a new system for next year's elections.

Robin Foster, Tallapoosa County's registrar and chairman and president of the Alabama Association of the Boards of Registrars, said Worley's decision may push the implementation of a new system past the 2006 elections. That may not be a bad thing, she said, because registrars won't have to learn a new system during a hectic election year.

"Having to learn a new system is not something most people can do overnight," she said. "The accuracy of the record has to be the priority here."

Congress passed the Help America Vote Act in 2002 to try to prevent problems in the 2000 election from occurring again. Registrars say keeping accurate voter rolls ensures the integrity of the elections.

Worley chose Diebold in May, citing a bid that was $1.5 million lower than the next highest bid, despite an advisory committee's recommendation that she select one of two other firms.

END OF DOCUMENT