# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) ) ) ) ) | |
| Defendants. | ) | |
| STATE OF ALABAMA | ) ) | |
| SHELBY COUNTY | ) | |

### AFFIDAVIT OF SHELBY COUNTY JUDGE OF PROBATE PATRICIA YEAGER FUHRMEISTER

Personally appeared before me, the undersigned officer duly authorized to administer oaths in the State of Alabama, Patricia Yeager Fuhrmeister, who, after having been sworn, deposes and states as follows:

1. My name is Patricia Yeager Fuhrmeister. I am over 18 years of age and have never been adjudged incompetent. The contents of this affidavit are from my personal knowledge.

2. I am the duly elected Judge of Probate for Shelby County, Alabama. As such, my duties include administering federal, state, and county elections in Shelby County.

3. Following are comments on and objections to the HAVA compliance plan submitted to the Court on June 29, 2006. *Doc. no. 22.*

4. I fully understand HAVA's requirement for a centralized voter list. These comments and objections do not indicate lack of support for HAVA. Instead, I hope these

169853.1

comments will lead to the adoption of a HAVA compliance plan that fully meets the requirements of the Act without ignoring the needs of Shelby County and other counties.

5. I agree that counties who currently operate local voter registration systems (and print voters' lists from those systems) should be allowed to continue that practice for the November, 2006, General Election. To require otherwise would be impractical and would risk the smooth operation of the election. Many counties, including Shelby, do not use ALVIN as their primary voters' list because it is deficient in a number of ways. For example, ALVIN does not automatically assign voters with the correct precinct and political subdivision designations based on the entry of voter name and address. Shelby County's present system does, and that feature is particularly important due to the fact that Shelby County is dissected by nine legislative districts, nine commission districts, and two state board of education districts. If the Shelby County Board of Registrars are required to manually enter the precinct and district information for each voter, this will not only require an excessive amount of time, it will likely result in a much higher error rate. Voters will be more likely to receive the wrong ballot style, and the integrity of election results will be compromised.

6. ALVIN cannot automatically assign voters with a ballot style based on the voter's combination of political subdivision attributes.

7. ALVIN is apparently not available during all voting hours and may be unavailable, at least temporarily, during the peak voting hour of 5:00 p.m.

8. There is no field in the ALVIN system for state board of education districts. Many counties are wholly contained within one board of education district; however, Shelby County is split between two districts, as are some individual precincts within the County. Shelby County's system makes an automatic assignment of state board of education district, based on address point, and ballot styles are developed based on that and other variables.

169853.1

2

9. In Shelby County, I am accustomed to generating electronic reports as needed, sometimes very quickly. I understand that, using ALVIN, my office would not be able to generate electronic reports, but would be dependent on an employee at the state level to email them to us upon request.

10. As regards the implementation of a new system for all elections after November 2006, any county could be required to hold a special election prior to the implementation of the new system. While I would not anticipate that such an election would involve a federal office or issue, I would need the ability to use Shelby County's system until such time as a new system is implemented. For instance, Shelby County has a number of fire districts, a library district, and multiple zoning districts. The lists of voters for these elections are derived by inputting the lines of the districts' physical boundaries and assigning voters a designation based on address point. For zoning elections, certain municipal incorporation/annexation elections, and fire/library district elections, the petition verification process requires us to merge our voter list information with property assessment information. This is clearly an attribute that ALVIN lacks and which any new system may lack. Any new system should also provide for the automatic assignment of precinct/political subdivision information based on address point. The system should be able to accept our line and mapping work in order to create lists as needed for all purposes. And, of course, I hope that the new system would allow a seamless transfer of our present information without the need for manual reentry.

11. I have concerns about the extent to which Administrative Rulemaking has been proposed as a substitute for matters which might require legislative action. I have particular concerns regarding a proposed rule that would bar certification of certain federal election results.

12. I also have concerns about the Secretary's request for Court-ordered access to local registration systems. Shelby County's voter registration information is stored and

maintained with that of other county departments. The County does not object to providing "read only" access to its voters' list, and/or working with the State to satisfy compliance concerns; however, I would not wish to compromise the security of our county's other sensitive data, and would request involvement in formulating the procedures for such access.

13. Shelby County objects to the Secretary's proposed moratorium on the purchase and implementation of new voter registration systems by individual counties. Shelby County is in the process of developing a comprehensive elections application which will allow it to administer elections more easily and to communicate important information to voters more effectively. A part of that overall plan includes a new voter registration platform which is more compatible with those which store other county data. As stated previously, one of the uses Shelby County makes of its registration list is to merge it with a list of property ownership assessments for certain elections, such as zoning, incorporation and annexation. I need to maintain the ability to perform that and other functions, even if we use a new, centralized list for the actual elections.

14. To the extent that a new RFP is developed or the existing RFP is modified, the Secretary should solicit input from the counties as to their specific needs, in order to establish the functional requirements of a new system. A new system should contain certain essential attributes (including, but not limited, to the following) so that each county will be able to function within its framework. Any new, centralized voter registration system meant to ensure fair and honest elections should not result in any counties taking a step back in terms of their capability of producing complete and accurate lists. Any new system should certainly include features to provide automatic assignment of precinct and political subdivision variables and municipal codes based on address point, and should be able to accept mapping, line work and legal descriptions in order to create lists as needed for special election types. All district variables

existing among the counties should be addressed. The new system should allow a seamless transfer of existing county data without manual reentry. The system should be capable of accepting updated line work as needed (Shelby County is an area of rapid development and adds new addresses to its system regularly), including municipal annexation data.

15. It is important that the completion date for the new system allow for the input of each county's existing data (some of which is not contained on ALVIN, but is necessary for the conduct of elections) and that each county's geographical mapping and line work be installed by the completion date.

16. Those counties with Clerks in the Registrars' office and those counties with IT Departments managing their data will need sufficient hardware to supply all necessary users, and will need the ability to have additional hardware as necessary (for example, in the event that the Circuit Clerk cannot serve as Absentee Manager, and another office must be equipped). We will need equipment, such as high speed and quality printers, in those counties where the size of the list is larger than normal.

17. System support should be available during all voting hours at all hours in the days leading up to an election (when lists are being programmed and printed).

18. We need to maintain the capability at the county level to run statistical and other reports, without having them run at the state level and e-mailed to us. As an example, we run reports showing the number of registered voters in each precinct with various political subdivision combinations. Those numbers and combinations are used to devise ballot styles. Once we program the list with ballot styles, we run reports showing numbers of voters with a particular style in each precinct. This is how we ensure that the list is programmed correctly and that the correct ballots are sent to each precinct. These are often run quickly and as needed for verification and problem resolution.

_Patricia Fuhrmeister_
Patricia Fuhrmeister
Shelby County Judge of Probate

STATE OF ALABAMA   )
                   )
COUNTY OF SHELBY   )

      I, the undersigned, a Notary Public in and for said County and State, hereby certify that Patricia Fuhrmeister, Judge of Probate of Shelby County, whose name is signed to the foregoing instrument and who is known to me, acknowledged before me on this day, that being informed of the contents of said affidavit, she, in her capacity as Judge of Probate and with full authority, executed this affidavit voluntarily on the day the same bears date. And being further duly sworn, she certified and affirmed that the facts described herein are true and correct to the best of her knowledge, information and belief.

_signature_
NOTARY PUBLIC
My Commission Expires: 2-10-10