# EXHIBIT 1

Alabama Help America Vote Act (AHAVA)
Committee Meeting
September 10, 2004

The meeting was officially called to order by the Chairman of the AHAVA Committee, Judge Richard Proctor, at 11:15 a.m. Trey Granger, of the Secretary of State's Office, gave a prayer prior to the group partaking of the luncheon meal..

Chairman Proctor reiterated that this meeting was called to review vendor presentations for an Alabama Centralized Voter Registration System by four vendors: Diebold, EDS, Maximus and Unisys/ESS.

Introductions were given by members of the Committee and a quorum was established. (See the attached sign-in sheet)

Valvier "Val" Bright was appointed Secretary to the Committee.

Secretary of State Worley gave a brief history of the ALVIN System, which had served as the state's major voter registration system in the past. She expressed concern about the system we will eventually agree to put into operation should be one that satisfies our total needs.

She gave a brief description of the preliminary process which had taken place prior to this meeting where a panel of expert judges with technical "know-how" reviewed the proposals for the centralized voter registration system and selected the top four in their opinion for this committee to review.

Chairman Proctor followed by reviewing the HAVA requirements as described in Section 303 of the HAVA federal act. He continued by laying out the procedures for receiving the presentations on today. He indicated that we would hear the proposals and opt to reduce the proposals to two or we can make a decision on one vendor today. It was decided that we would use a score sheet with designated criteria as an individual rating chart to aid in the final discussion of today. Chairman Proctor commented that the categories on the score sheet were some of the same used by the expert judges who narrowed the choices of vendors to the four we were about to see.

Secretary of State Worley stressed the importance of the software being user friendly.
Trey Granger provided a definition of the categories as listed on the score sheet that we were about to use for our own individual notes.

Chairman Proctor concluded the discussion by advising that only one vendor would be present in the room at a time out of a sense of fairness so as not give any benefit to another vendor who may gain additional insight by observing. Each vendor had one hour to make a presentation and answer any questions of the Committee.

Following the presentations of the four vendors, a motion was made to select two vendors for consideration and additional review, Unisys/ESS and EDS. (Hurst/Guin) The motion carried. It was agreed that we would visit operational sites for each system and view the operation. Representative Guin was to make the appropriate contact for EDS to set up arrangements to view the operation in Walker County and Judge Bolin would make the arrangements for Unisys/ESS with the viewing in Birmingham. Both sites would be viewed on the same day, preferably on a Friday.

A motion was made to adjourn and the meeting was concluded at 4:48 p.m. (Burkhalter/many others).

# Alabama Help America Vote Act (AHAVA)
## Committee Meeting
### November 23, 2004

The meeting was officially called to order by the Chairman of the AHAVA Committee, Judge Richard Proctor, at 10:00 a.m., at the Jefferson County Courthouse. He outlined the schedule for the day, which consisted of a demonstration by Unisys/ES&S to be followed by lunch at the Tutwiler Hotel and completed with the demonstration in Jasper (Walker County) by EDS-SysCon.

There was not a quorum present. (See attached attendance sheet.)

Following both presentations (Unisys/ES&S and EDS-SysCon), the group had an informal discussion and voiced individual opinions/preferences. The Chairman indicated that a vote would be taken at the next meeting on the two systems presented.

It was also decided that the agenda for the next meeting would include the issue of "Uniformity" as it relates to voting machines. It was agreed that the public would be notified of this meeting in order to give others an opportunity to voice their opinions and concerns on the issue.

The next meeting was set for Tuesday, December 14, 2004 at 10:00 a.m. in Montgomery. The Secretary of State advised that a place for the meeting would be identified and all would be notified.

The meeting adjourned at 4:24 p.m.

# Alabama Help America Vote Committee
## November 23, 2004

### Attendance Sheet

1. Richard I. Proctor
2. Valvier H. Bright
3. Ray Styles
4. Rep. Joe Faust
5. Rep. Blaine Galliher
6. Rep. Ken Guin
7. Sen. Hank Erwin
8. Don Davis
9. Mike Kanarick
10. Stuart Burkhalter
11. Trey Granger
12. Secretary of State Nancy Worley

**Alabama Help America Vote**
Committee Meeting
American Village – Montevallo
December 14, 2004

10:00 a.m.

The meeting was called to order by the Chairman of the AHAVA Committee, Judge Richard Proctor, at 10:00 a.m. A quorum was present.(See attached attendance list.) Mr. Thomas Walker, Executive Director of American Village welcomed the Committee to the Village and presented a brief video describing its facilities and programs.

Self-introductions were made by all in attendance. Both sets of minutes (9/10/04 and 11/23/04) were approved. Prior to a discussion and vote on the two vendors who were being considered to provide our centralized voter registration system, the Secretary of State advised that three members of the Committee had failed to sign necessary disclaimer forms as directed by the national office and therefore, any vote taken without such disclaimer forms would be in violation. After further discussion, a motion was made (Davis/Galliher) to strike some contested language from the disclaimer form. The motion carried with one opposed. The three members who had opposed the language signed the forms with the contested language stricken and the Secretary of State advised that the language would also be stricken from those forms previously submitted by all other Committee members.

Chairman Proctor reviewed the agenda and led the Committee in taking action on each item as follows:

## Discussion and Recommendation of EDS/SysCon or Unisys/ES&S for Centralized Voter Registration System

Following a few comments regarding a preference of the two vendors, a motion was made (Galliher/Faust) to recommend Unisys/ES&S to the Secretary of State as the vendor to provide our statewide voter registration system. A roll call vote was taken and carried unanimously.

## Review of Voting Equipment Used in Alabama Counties HAVA Compliant????

The Committee Chairman distributed a listing, which indicated the voting systems presently used in each county. Discussion and comparisons were made of the three major systems, i.e., Touch Panel, Central Count Optical Scan and Eagle System-Precinct Optical Scan. Judge Davis submitted a letter from the Montgomery County Probate Judge, encouraging the decision of selecting voting equipment to be left up to the counties. He also submitted a copy of an editorial from the Mobile Register, which

supported the same concept. Mr. Bert Estes, along with Judge Davis described the Touch Panel system and described some options for getting the system into compliance with HAVA regulations. Judge Proctor described the Central Count Optical Scan and Precinct Optical Scan.

## Statewide Uniform Voting System

Following several comments and appeals to give the various counties the authority to choose its own voting system, the following motion was made by Judge Davis and seconded by Chris Brown and Judge Mike Bolin:

*A recommendation will be made to the Secretary of State to permit each county to choose its voting equipment, provided that it is HAVA compliant and can provide precinct level tabulation.* A roll call vote was taken. The motion carried with one dissenting vote (Michael Jones) and one abstention (Stewart Burkhalter).

The meeting adjourned at 11:54 a.m.

Alabama Help America Vote Committee
State Capitol, Montgomery, AL
October 7, 2005
10:00 a.m.

The AHAVA Chairman, Judge Proctor, **called the meeting to order** at 10:03 a.m. He welcomed those who were there in attendance and introduced the Committee. A quorum was present.

A motion was made to dispense with the reading and to approve the **minutes**. It carried.

Judge Proctor advised the Committee as well as those in attendance of the process which had been followed in developing a "Report of Voting System Guidelines" and the "Report of Reimbursement Guidelines" for our consideration. He advised that a sub-committee had been appointed, Chaired by Judge Davis to come up with a proposal that would be considered today.

Judge Davis gave the **sub-committee's report**. A copy of the report was issued to each Committee member. Following the sub-committee's report, a substitute motion was made and seconded. (Hurst/Faust) A copy of the substitute was issued to each Committee member. Corrine Hurst read through the substitution and advised of the changes made from the original document. Discussion of the report was held on various parts of the substitute document prior to it being voted on and adopted. Several motions to amend the substitution were made and carried. (Gallaher/Guin)*, (Guin/Gallaher)*, (Guin/Faust)*, (Spearman/Bright)*. A motion to amend the substitution was made (King/Gaines) and withdrawn. Another motion to amend by (King/Gaines) failed.

Following a recommendation by the Secretary of State, regarding time guidelines for implementation, another motion to amend the substitute was made (Jones/Guin) and adopted. The final motion to adopt the substitute motion as amended was made (Guin/King)* and approved.

A resolution was read and presented by Sherry Phillips, on behalf of the Association of County Commissions of Alabama. Copies were distributed to each AHAVA Commission member present.

A motion for adjournment was called for and made (Davis/Hurst). The meeting adjourned at 11:23 a.m.

---

*All typed or written amendments which were approved and given to the Secretary are attached to these minutes. A final copy of the document, including approved amendments was prepared, following the meeting, by the Association of County Commissions, and submitted to Judge Proctor for final approval. A copy was sent to the Secretary of State and to each AHAVA Committee member. A copy is also attached to these minutes.*