# EXHIBIT 4



**CORINNE T. HURST**
CIRCUIT CLERK
37th JUDICIAL CIRCUIT OF ALABAMA

TOKIE McKINNEY
DEPUTY CLERK

LEE COUNTY JUSTICE CENTER
2311 GATEWAY DRIVE
ROOM 104
OPELIKA, ALABAMA 36801-6847
TELEPHONE (334) 749-7141

July 13, 2006

<u>**VIA FACSIMILE AND U.S. MAIL**</u>

The Honorable Nancy Worley
Secretary of State
State Capitol
600 Dexter Ave.
Montgomery, Alabama 36130

Re:  court-mandated plan

Dear Secretary Worley:

   I am submitting this letter in response to requested input regarding a court-mandated plan for a statewide centralized voter registration list. I also submit this response on behalf of the Alabama Circuit Clerks Association.

   I served as a member of the Alabama HAVA State Plan Committee. The bi-partisan committee spent considerable time and effort over the course of several meetings to reach a <u>unanimous</u> recommendation of a statewide voter registration system which we submitted to you on December 14, 2004 at a meeting at The American Village in Montevallo. You refused to act upon the recommendation and the state now finds itself in litigation regarding this matter.

   The system which the State Plan Committee recommended contained an absentee component to enable the Circuit Clerk/Absentee Election Manager to adequately perform the functions required for HAVA compliance and to generate customized reports. The ALVIN computer system which you propose does not.

   There are, in my opinion, many deficiencies with the ALVIN system which you propose. As one of the three elections officials in the county, the Circuit Clerk shares the concerns of the Probate Judges Association, which is addressing those concerns in separate written responses to you.

The Honorable Nancy Worley
July 13, 2006
Page 2

The Alabama Circuit Clerks Association understands completely the requirement for a centralized voter list and is fully supportive of the establishment of such a list. However, to propose to use the antiquated ALVIN system is not the answer. The Federal Government disbursed over $43 million dollars several years ago to Alabama to insure that the plan that is developed is adequate. The HAVA State Plan Committee <u>unanimously</u> recommended a plan that is HAVA compliant, affordable, adequate, and could have easily been operational for the 2006 election cycle. I would respectfully request that you accept and implement the plan as recommended in 2004.

Sincerely,

Corinne T. Hurst, Esq.
Circuit Clerk, Lee County
President, Alabama Circuit Clerks Association

cc: The Honorable Leura G. Canary
    Robert D. Popper, Esq.
    Winfield J. Sinclair, Esq.
    Misty J. Fairbanks, Esq.
    Al Agricola, Esq.
    J. Michael Druhan, Jr., Esq.