IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA, and )<br>NANCY L. WORLEY, )<br>Alabama Secretary of State, )<br>in her official capacity, )<br>)<br>Defendants. ) | Civil Action Number<br><br>2:06-CV-00392-WKW-SRW |

<u>DEFENDANTS' FIRST EVIDENTIARY SUBMISSION</u>

Come now Defendants State of Alabama and Nancy L. Worley, in her official capacity as Alabama Secretary of State, by and through Troy King, Attorney General for the State of Alabama, and hereby submit their first evidentiary submission in the above-styled cause.

The defendants submit the following exhibits:

1. United States Department of Justice Press Release dated May 1, 2006

2. United States Department of Justice letter dated July 14, 2006

3. July 6, 2006 Memorandum to Alabama Probate Judges requesting information concerning use of ALVIN in November 2006 General Election

4. Summary of responses from Probate Judges to request for information concerning use of ALVIN in November 2006 General Election

5. Responses of Probate Judges to request for information concerning use of ALVIN in November 2006 General Election

6. Letter from Mobile County Officials to Secretary of State Worley, dated July 13, 2006

7. Affidavit of Sheldon Jeames

8. Affidavit of Adam L. Bourne

9. Maps from the State's Legislative Reapportionment Office: 2002 Congressional Districts; 2001 Senate Districts; 2001 House Districts; and, 2002 State Board of Education Districts

10. Congressional Races and ALVIN Usage

11. Letter from SysCon, Inc. dated July 17, 2006

12. Letter from Election Systems & Software (ES&S) dated July 18, 2006

13. Letter from Diebold Election Systems, Inc. dated July 18, 2006

14. Communications from Other Vendors

15. July 14, 2006 Memorandum to Chief Election Officials asking for input on how they implemented a HAVA-compliant voter registration system

16. Responses from Chief Election Officials to the July 14, 2006 Memorandum

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

s/ Misty S. Fairbanks

Misty S. Fairbanks
Assistant Attorney General
Attorney No. ASB-1813-T71F

Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that on the 18th day of July, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Michael W. Robinson, Esq.
>Alabama Dept. of Public Safety
>Legal Unit
>P.O. Box 1511
>Montgomery, Alabama 36102-1511
>
>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C. 20006
>
>Robert D. Popper, Esq.
>United States Department of Justice
>1800 G Street, Room 7270
>Washington, D.C. 20006
>
>Donald Palmer, Esq.
>Civil Rights Division
>Voting Section
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Room No. 7149
>Washington, D.C. 20006
>
>R. Randolph Neeley, Esq.
>United States Attorney's Office
>P.O. Box 197
>Montgomery, Alabama 36101-0197

        Algert Swanson Agricola, Jr., Esq.
        Slaten & O'Connor, P.C.
        P.O. Box 1110
        Montgomery, Alabama 36101-1110

        Dorman Walker, Esq.
        Balch & Bingham
        P.O. Box 78
        2 Dexter Avenue
        Montgomery, Alabama 36101-0078

        Frank Corley Ellis, Jr., Esq.
        Wallace, Ellis, Fowler & Head
        P.O. Box 587
        Columbiana, Alabama 35051


And by first class mail, postage prepaid, to the following:

        Wan J. Kim, Esq.
        Voting Section
        United States Department of Justice
        Civil Rights Division
        Room 7254-NWB
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530

        John K. Tanner, Esq.
        United States Department of Justice
        Chief, Voting Section
        Civil Rights Division
        Room 7254-NWB
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530

                                        s/Winfield J. Sinclair

                                        Winfield J. Sinclair
                                        Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us