# EXHIBIT 3



STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

# MEMORANDUM

*VIA FAX ONLY*

| | |
|---|---|
| To: | All Probate Judges |
| CC: | Hon. Al Agricola, Counsel for The Association of Probate Judges<br>Hon. Dorman Walker, Jr., Counsel for Shelby County<br>Hon. Jeffrey M. Sewell, Counsel for Jefferson County<br>Hon. Mary Pons, Association of County Commissions<br>Hon. Nancy L. Worley, Secretary of State<br>Hon. Adam L. Bourne, Elections Counsel to the Secretary of State<br>Hon. Kenneth D. Wallis II, Chief Legal Advisor to the Governor |
| From: | Winfield J. Sinclair, Assistant Attorney General<br>Misty S. Fairbanks, Assistant Attorney General |
| Date: | July 6, 2006 |
| Re: | United States v. State of Alabama,<br>Civil Action No. 2:06-CV-00392-WKW-SRW<br>(M.D. Ala., pending) |

Last week, the Secretary of State filed her plan to bring the State into full HAVA compliance. The plan contemplates that the Counties operating non-ALVIN systems will continue to use their own systems for the November 2006 elections (and for 2007), while providing daily updates to ALVIN. The court may reject or modify the Secretary's plan. Thus, it would be helpful to know which counties, if any, can utilize the ALVIN system for the 2006 General Election without endangering the integrity of the electoral process.

As you may know, Al Agricola has sought permission to address the federal court and comment on the Secretary's HAVA plan on behalf of The Association of Probate Judges. The Department of Justice is opposing Mr. Agricola's request. With Mr. Agricola's consent we are writing to you, as each County's chief elections official, seeking your input on the viability of using ALVIN alone for the November 2006 elections. ***Please note that your responses to the following questions may be filed with the federal court.***

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County:_____

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   _____  My County uses ALVIN only.

   _____  My County uses ALVIN and another voter registration system.

   _____  My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   _____  My County will run the November 2006 elections from ALVIN alone.

   _____  If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. ***We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!***