# EXHIBIT 4

# Responses to July 6, 2006 Memorandum to Probate Judges

## Autauga County

***Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?***

My County uses a voter registration system other than ALVIN and does not use ALVIN.

***If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?***

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

***What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?***

Autauga County cannot run the November 2006 [elections] using the ALVIN system. We are unable to upload new voter registrations to ALVIN. We have many split precincts and in November will need to identify city and county voters. ALVIN cannot accommodate our needs.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Baldwin County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

This office has always used our "in-house" voter registration system and has never used ALVIN. The ALVIN system is being used in this county only by the Board of Registrars. And, the long-standing agreement between the Probate Office and the Board of Registrars is that the local system would continue to be used and be the primary voter system until such time that the ALVIN system proves to be better.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Barbour County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Bibb County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We have not been able to print a voter list from ALVIN. The list we print from our system works very well.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Blount County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None

# Responses to July 6, 2006 Memorandum to Probate Judges

## Bullock County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We have had no problems in the past.  Don't look for any this election.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Butler County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None  [Butler County sent in a second reponse that had a "0" in response to this question.]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Calhoun County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

I feel that it would be almost impossible to hold an election using ALVIN alone. We will have multiple ballot styles, must designate on poll list which style to give to each voter.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Chambers County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[mail response:] Printing of Poll List requires 6 to 8 hours    ANY print failure requires restart -- multiply time[s] 67 counties ???  Could conceivably be a major fiasco?    [fax response:]  1> ALVIN takes 6 to 8 hours to run precinct poll list for election  2>  ANY BREAK DOWN while printing[] requires restart of printing - multiple that scenario time[s] 67 counties

# Responses to July 6, 2006 Memorandum to Probate Judges

## Cherokee County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

N/A

# Responses to July 6, 2006 Memorandum to Probate Judges

## Chilton County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses a voter registration system other than ALVIN and does not use ALVIN.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Printing the poll list. Printer does not work most of the time and to[o] slow. Out dated equipment.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Choctaw County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

# Responses to July 6, 2006 Memorandum to Probate Judges

## Clarke County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

no problem at all

# Responses to July 6, 2006 Memorandum to Probate Judges

## Clay County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Cleburne County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We will be using Alvin alone in Cleburne County.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Coffee County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

The most significant problem with exclusive use of the ALVIN system is the inability of that system to incorporate ballot styles for each voter. This is critical for Split precincts where more than one ballot style is used.     An overriding concern with any centrally based and controlled system from the state level to the county level is availability of needed information in a timely manner. All counties have current issues with other state controlled programs such as Drivers license, conservation license, car tags, etc. While these temporary or intermittent failures of the above mentioned programs creates a nuisance and inconvenience to the customer, a similar failure of access to voter information and/or voter lists during the week prior to an election with all 67 counties needing information simultaneously would be catastrophic to the election process. We simply cannot conduct an election without a valid and up to date voters list present in each polling place. The only way of insuring that this happens is that the local election officials have access and control of their counties voters lists available directly to them, not dependent upon a telephone line between Montgomery and any county.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Colbert County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

I would not be able to print a voters list and certainly not be able to certify a voters list for the November election.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Conecuh County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Coosa County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Covington County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Alvin is not set up in my office to allow me to run my list. The Board of Registrars uses Alvin, but we have a local system too. The State decided to wait to upgrade because they were going to a new state wide system. Thus, Alvin alone would not work for us.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Crenshaw County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

- No problem

# Responses to July 6, 2006 Memorandum to Probate Judges

## Cullman County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Using Alvin alone is no problem at all for my office or my county.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Dale County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Using Alvin will be a problem. The records in the Dale County system and Alvin system are not the same. The Alvin system has been used to maintain voting history and the Board of Registrars has attempted to maintain both systems. However, many office hours will be required to compare and certify the Alvin system as the official Dale County voting system.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Dallas County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We can run the November 2006 election using ALVIN with only minor problems. The problems which we normally encounter can be easily resolved by immediately replacing some of the equipment.

# Responses to July 6, 2006 Memorandum to Probate Judges

## DeKalb County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We have had no problems using ALVIN. Board of Registrars has very little problems with it "for now."

# Responses to July 6, 2006 Memorandum to Probate Judges

## Elmore County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[No response.]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Escambia County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

No problems

# Responses to July 6, 2006 Memorandum to Probate Judges

## Etowah County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN. (Both systems)

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Due to previous precinct maintenance issues utilizing Alvin, relying solely on Alvin for November 2006 elections would present problems with access to data. Also with Alvin there is no way to assign ballot styles for split districts.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Fayette County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

Fayette County uses a system other than ALVIN as it's primary system. We upload our data to AlVIN (sic) weekly.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

Unless ordered to do so. Fayette county will conduct the Nov. election using a system other than ALVIV (sic)

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

It is our experience that the Fayette County Data contain[ed] in ALVIN is totally inaccurate. This is in[]spite of our weekly updates and repeated efforts to align the two systems. Fayette County number of registered voters per ALVIN: approximately 22,000  Fayette County number of registered voters per Fayette County system: approximately 11,500. This [11,500] is the real number.  As you can see, we have zero confidence in ALVIN[.]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Franklin County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We have split precints involving Board of Education that Alvin System is completely wrong. We use Syscon Voter's System for voting list.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Geneva County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

---------

# Responses to July 6, 2006 Memorandum to Probate Judges

## Greene County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None

# Responses to July 6, 2006 Memorandum to Probate Judges

## Hale County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None

# Responses to July 6, 2006 Memorandum to Probate Judges

## Henry County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We hope none, we have no other system.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Houston County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

1. To get the polling list from Alvin, the county had to travel to Montgomery. The information is time sensitive for Election Day plus the additional cost of travel and personnel costs charged against the county. The style and format are not consistent with the procedures for polling place officials in our county.   2. The Probate Judge is required to certify polling list with no ability to verify information. 3. The Alvin equipment is antiquated and shuts down routinely to bring daytime system down and nighttime system up during this process, polls are open with no access to the computer list.   4. Alvin access is slow when time is limited in furnishing information to election officials, slowing voting process.   5. Currently using an excellent computerized system, what took weeks to post voter history now takes only days.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Jackson County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Board of Reg. would have a problem printing the list.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Jefferson County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses a voter registration system other than ALVIN and does not use ALVIN.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

See attached letter dated 6/28/06 from Jeff Sewell to Nancy Worley. [Letter was attached to faxed response and has been filed with the court as part of Exhibit G to the Plan. The apparently pertinent part says:  Requiring Jefferson County to conduct elections with the existing state list will cause the following problems:  A.  Some voters will be provided the wrong ballot. That is unavoidable because the existing state voter list does not contain ballot numbers that correspond with Jefferson County ballot styles. We have many precincts where multiple ballots are used. For example, in the November, 2006, general election there will be 186 polling places and up to 8 ballots in use at a single polling place. Poll workers at those precincts cannot determine from the state list which ballot should be provided to which voter. Providing the wrong ballot will disenfranchise voters, generate litigation in close elections and likely result in excessive use of provisional ballots.  B.  Poll workers will be required to manually perform the voter update function for every person who votes. The County voter lists contains a bar code identification of every registered voter. Immediately following an election the bar codes of every person that votes are nearly instantaneously scanned and the voter update function is completed. The existing state list does not contain a bar code. Therefore, a manual update will have to be performed for each person who voted. In an election with a fifty percent turnout 200,000 manual updates would be required.  C.  There will be substantial delay for voters. Jefferson County's software permits the county voter list to be split in up to 8 alphabetical sub-lists (i.e., A-D; E-H; I-M; etc.) with defined break points so that eight lines of voters can move simultaneously through the process. There is no way for Jefferson County to divide the existing state voter list with defined break points. That will result in a single line at each polling place which will cause subtantial delays and likely discourage voters from voting.  D.  Poll workers will have difficulty determining which voters must complete a voter update form. The County voter lists is further split into active and inactive lists. Poll workers are trained to require all voters whose name appears on the inactive lists to complete a voter update form before voting. There is no way for Jefferson County to divide the existing state voter list in that manner. Instead, the state list contains the letter "i" before the name of an inactive voter. If the poll worker misses the letter "i", the voter update form will not be completed.]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Lamar County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None

# Responses to July 6, 2006 Memorandum to Probate Judges

## Lauderdale County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses a voter registration system other than ALVIN and does not use ALVIN.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Due to past problems related to computer outages we have relied upon our in house system, as well as hard copies, which has proven to be very successful in the past.  It has always been our practice to certify voters list generated through our in house system.  There has been no adverse consequence in the past and certainly not in our in house system.  That the current system affords us opportunity for checks and balanaces due to computer system failure at critical times during the election process which could severely endanger the integrity of the electoral process.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Lawrence County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[2:12 p.m. email]  We use the Syscon System exclusively in the Probate Office, but the Board of Registrars uses both the Syscon and Alvin System.  [3:38 p.m. email]  The Board of Registrars enters the voter registration into both the Alvin and the County system but [the probate judge] print[s] the voter list from the County System and [has] the Board of Registrars certify it to [be] accurate.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[2:12 p.m. email]  We use the Syscon System exclusively in the Probate Office, but the Board of Registrars uses both the Syscon and Alvin System.  [3:38 p.m. email]  The Board of Registrars enters the voter registration into both the Alvin and the County system but [the probate judge] print[s] the voter list from the County System and [has] the Board of Registrars certify it to [be] accurate.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[10:51 a.m. email]  To use Alvin for our voter list would not be in the best interest of the citizens of Lawrence County and could create chaos for the General Election.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Lee County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Limestone County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

(1) Limestone County uses ALVIN and a local voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

(2) If there is no court order in place to prevent it from doing so, Limestone County will use its local system for the November 2006 General Election.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

(3) The use of ALVIN only has the potential to cause total chaos in the election process in Limestone County for the following two important reasons: (a) ALVIN does not have the ability to assign ballot styles for registered voters subject to political subdivisions. (b) ALVIN does not have the ability for the probate judge to produce a poll list for each voting location in Limestone County.   (4) In order for the probate judge to administer the November 2006 General Election with ALVIN only, the state would have to provide the necessary hardware and software for the judge to perform his duties. These duties are not only limited as indicated above (No. 1 & 2) but to include such other things (i.e. to determine the number of machines, ballots, elections officials for each polling location & etc.)   (5) The expense for the purchase of the hardware and software to accomplish this feat would be a great burden to the people of this state, in light of the fact that a new statewide system will be in place by the 2008 General Election.  Furthermore, I am not aware of any election contest in Alabama (federal, state or local) based on the alleged inaccuracy of a local voter registration system.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Lowndes County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

No Problems

# Responses to July 6, 2006 Memorandum to Probate Judges

## Macon County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Don't know - Have neve[r] used it alon[e].

# Responses to July 6, 2006 Memorandum to Probate Judges

## Madison County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

1. It could take two weeks to run the poll list with the equipment we currently have.  2. We do not have enough ALVIN equipment to support our staff.  We only have one ALVIN terminal.  3. If we were to need technical support on election day, we see no way it can be provided in a timely manner.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Marengo County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

The Alvin equipment is outdated and very slow.  I had the BOR run a small precinct with 107 names.  The Alvin System took 1 minute and 15 seconds to print.  The Marengo County System took 20 seconds to print.  This would create serious problems in larger counties with the time constraints we face during elections.     Does the Alvin System have the capability to assign ballot types?  We have to have this in split precincts.     The Marengo County BOR has one printer.  They cannot register and issue voter registration cards if the printer is printing the voters list, which I estimate to take several hours.     Many BOR members are replaced every four years.  I question if new members would have the expertise to run the voters list correctly without assistance from the election staff from the Probate Office in the smaller counties.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Marion County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Minor problems only.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Marshall County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None we are aware of

# Responses to July 6, 2006 Memorandum to Probate Judges

## Mobile County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses a voter registration system other than ALVIN and does not use ALVIN.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

See attachment. [July 13, 2006 letter attached. Apparently pertinent parts (editted for space) are: 1. ALVIN cannot automatically assign voters with a ballot style based on the voter's combination of political subdivision attributes. . . . 3. ALVIN does not automatically assign voters with the correct precinct and political subdivision designations based on the entry of the voter name and address. Mobile County's present computer program does this function, and that feature is particularly important due to the fact that Mobile County is dissected by 14 legislative districts, three county commission districts and five county school board districts. If the Mobile County Board of Registrars is required to manually enter the precinct and district information for each voter, it would not only require an enormous amount of time, but would also likely result in a much higher error rate. 4. Mobile County's voter registration computer program has a "bar code" feature that is utilized for recording voter activity. ALVIN does not have such a feature. 5. Mobile County's voter registration computer program has a component that allows for the designation and record of absentee voters by the Absentee Election Manager and by the Board of Registrars, with the generation of customized reports. ALVIN does not have this feature. . . .7. Mobile County's voter registration computer program has a component that enables Mobile County to issue to all or a segment of Mobile County's registered voters post cards before each major election, which contain important information and can serve as an acceptable form of voter identification as required by Alabama law. ALVIN does not have this feature. 8. ALVIN is not available during all voting hours and is unavailable, at least temporarily, during the peak voting hour of 5:00 o'clock p.m. 9. Mobile County, through use of a high speed tractor fed laser printer, is accustomed to generating electronic reports as needed, sometimes very quickly. We understand that, utilizing ALVIN, Mobile County would not be able to generate electronic reports, but would be dependent on an employee at the state level to e-mail them to us. 10. Mobile County currenty has 89 voting precincts. With the change of voting machine systems, Mobile County is considering increasing the number of precincts. Mobile County's number of registered voters . . . is such that it would be impossible for Mobile County to utilize ALVIN in order to generate the precinct active and inactive voter lists and supplemental absentee voter lists on a timely basis for a county-wide election.]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Monroe County

***Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?***

[checked:] My County uses ALVIN only.  [wrote in:] We have a county system that is used for back-up only.

***If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?***

My County will run the November 2006 elections from ALVIN alone.

***What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?***

No problems

# Responses to July 6, 2006 Memorandum to Probate Judges

## Montgomery County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Morgan County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

There are two main problems if Morgan County used only ALVIN. (1) The printer is totally inadequate for the volume of printing required to print the lists. The local list is maintained on the local AS400 and printed on a high-speed printer. Even on the high-speed printer it is a lengthy print time due to the volume. (2) The local list and printing of such has the capability to print which ballot style each voter is to be issued, and this added feature is not an option from ALVIN. Unless printed for the Election Officials the task of correctly issuing the proper ballot style would be insurmountable.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Perry County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

# Responses to July 6, 2006 Memorandum to Probate Judges

## Pickens County

***Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?***

[My County uses a voter registration system other than ALVIN and does not use ALVIN. ---- Answer not marked on the form; was confirmed on the phone.]

***If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?***

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

***What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?***

In the years that Alvin has been in operation, it has never worked properly. If we have to use Alvin, I will seriously consider resigning.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Pike County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

We only use ALVIN. [Therefore,] No problems if a court order required ALVIN only. We do not experience any problems with ALVIN.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Randolph County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

No problem

# Responses to July 6, 2006 Memorandum to Probate Judges

## Russell County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None

# Responses to July 6, 2006 Memorandum to Probate Judges

## Shelby County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[checked:] My County uses ALVIN and another voter registration system.  [wrote in:] We transmit registration data to ALVIN, but we program and print poll lists from our local system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

See letter dated June 27th addressed to Sec. Worley and copied to AG's Office.  [Letter was attached to faxed response and has been filed with the court as part of Exhibit G to the Plan.  The following portions of the letter were starred in the copy that accompanied the fax response:  1) ALVIN does not automatically assign voters with the correct precinct and political subdivision designations based on the entry of voter name and address.  Our present system does, and that feature is particularly important due to the fact  that Shelby County is dissected by nine legislative districts, nine commissions districts and two state board of education districts.  If the Board of Registrars is required to manually enter the precinct and district information for each voter, it will not only require an excessive amount of time, it will likely result in a much higher error rate;  2) ALVIN cannot automatically assign voters with a ballot style based on the voter's combination of political subdivision attributes;  3) ALVIN is not available during all voting hours, and, in fact, is unavailable, at least temporarily, during the peak voting hour of 5:00 p.m.;  4) There is no field in the ALVIN system for state board of education districts.  Many counties are wholly contained within one district; however, Shelby is split between two districts, as are some individual precincts.  Our county system makes an automatic assignment of state board of education district, based on address point, and ballot styles are based on that and other variables;  5)  We are accustomed to generating electronic reports as needed, sometimes very quickly.  We understand that, utilizing ALVIN, we would not be able to generate electronic reports, but would be dependent on an employee at the state level to e-mail them to us.]

# Responses to July 6, 2006 Memorandum to Probate Judges

## St. Clair County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Sumter County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

No problems, if so minor.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Talladega County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Talladega County has a State School Board split and Alvin cannot accommodate us with this. Years ago when we used Alvin only we experienced not being able to get our list when needed.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Tallapoosa County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

I have the ALVIN voter's list of Tallapoosa County on my computer, but it is not user friendly at all. In order to look up a specific name, for example; Sinclair, I am required to start with the A's and scroll until I get to my name. I either telephone or go to the BOR office for information. But, would not wish to change to another system before the Nov 2006 election. I f[eel] this would create a disaster. It is OK to start the process, but not implement [now].

# Responses to July 6, 2006 Memorandum to Probate Judges

## Tuscaloosa County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Could not get necessary list prepared timely ----

# Responses to July 6, 2006 Memorandum to Probate Judges

## Walker County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN and another voter registration system.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Our board of registrars does not have the means to print a poll list. The board of registrars has to go to Montgomery to pick up the list. Alvin is not adequate to print the list for all 67 counties at the same time.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Washington County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

None.

# Responses to July 6, 2006 Memorandum to Probate Judges

## Wilcox County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

[no response]

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

[no response]

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

[no response]

# Responses to July 6, 2006 Memorandum to Probate Judges

## Winston County

*Does your County use ALVIN only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?*

My County uses ALVIN only.

*If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?*

My County will run the November 2006 elections from ALVIN alone.

*What, if any, problems would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?*

Winston Co. has very few minor problems with the Alvin System.  This is the only System we have.