# EXHIBIT 5

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: __ALFRED Q. BOOTH__ __AUTAUGA COUNTY__

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____ My County uses ALVIN only.

_____ My County uses ALVIN and another voter registration system.

____X____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____ My County will run the November 2006 elections from ALVIN alone.

____X____ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

__AUTAUGA COUNTY CANNOT RUN THE NOVEMBER 2006 USING THE ALVIN__

__SYSTEM. WE ARE UNABLE TO UPLOAD NEW VOTER REGISTRATIONS TO__

__ALVIN. WE HAVE MANY SPLIT PRECINCTS AND IN NOVEMBER WILL NEED__

__TO IDENTIFY CITY AND COUNTY VOTERS. ALVIN CANNOT ACCOMMODATE OUR NEEDS.__

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:____*BAldwin*_____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____   My County uses ALVIN only.

    _____✓_____   My County uses ALVIN and another voter registration system.

    _____   My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____   My County will run the November 2006 elections from ALVIN alone.

    _____✓_____   If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____

_____

_____

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

This office has always used our "in-house" voter registration system and has never used ALVIN . The ALVIN system is being used in this county only by the Board of Registrars. And, the long-standing agreement between the Probate Office and the Board of Registrars is that the local system would continue to be used and be the primary voter system until such time that the ALVIN system proves to be better.

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _____ *Bibb* _____

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____ My County uses ALVIN only.

___X___ My County uses ALVIN and another voter registration system.

_____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____ My County will run the November 2006 elections from ALVIN alone.

___X___ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*We have not been Able to Print a Voter List from ALVIN. The List we Print from our System works Very Well.*

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _Blount_

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_✓_ My County uses ALVIN only.

_____ My County uses ALVIN and another voter registration system.

_____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_✓_ My County will run the November 2006 elections from ALVIN alone.

_____ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_None_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)      Your name and County: JOHNNY H. WILLIAMSON — Bullock

2)      Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   X          My County uses ALVIN only.

   _____          My County uses ALVIN and another voter registration system.

   _____          My County uses a voter registration system other than ALVIN and does not use ALVIN

3)      If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   X          My County will run the November 2006 elections from ALVIN alone.

   _____          If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)      What problems, if any, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form

   We have HAD No PROBLEMS IN THE PAST.
   Don't Look FOR ANy this ELECTION.

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: **Steve Norman** **Butler County**

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

     **X**      My County uses ALVIN only.

            My County uses ALVIN and another voter registration system.

            My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

     **X**      My County will run the November 2006 elections from ALVIN alone.

            If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

**None**

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions: Steve Norman

1)    Your name and County:_____ Butler County

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    ___X___    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    ___X___    My County will run the November 2006 elections from ALVIN alone.

    _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of on this form

_____

_____

_____

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County h
explanation of the problems they anticipate would arise if they were ordered by the
federal court to run the November 2006 elections using ALVIN only. We included
quotations from the Counties' letters in the pleading that was filed with the plan. Now, in
preparation for the July 20 hearing before the federal court, we ask you to please provide
us with answers to the following questions:

1)   Your name and County: _Arthur C. Murray - Calhoun County_

2)   Does your County use Alvin only, use ALVIN and another voter registration
system, or use only a voter registration system other than ALVIN?

_____  My County uses ALVIN only.

\_\_\_\_✓\_\_\_\_  My County uses ALVIN and another voter registration
system.

_____  My County uses a voter registration system other than
ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which
of the following statements correctly states how your County will run the
elections?

_____  My County will run the November 2006 elections from
ALVIN alone.

\_\_\_\_✓\_\_\_\_  If there is no court order in place to prevent it from doing
so, my County will run the November 2006 elections from
a voter registration system other than ALVIN.

4)   What problems, *if any*, would you encounter if the federal court ordered that the
November 2006 elections be run from ALVIN alone? If using ALVIN alone is
no problem at all, or if there are only minor problems easily resolved running the
election off of ALVIN, please say so. If using ALVIN is a problem, please feel
free to attach additional sheets or to respond by letter instead of *via* this form

_I feel that it would almost impossible to hold an
election using Alvin alone. We will have multiple
ballot styles, must designate on poll list which style
to give to each voter._

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at
(334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11
South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from
you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:  _John T. Crowden - CHAMBERS_

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

        _____        My County uses ALVIN only.

        ___X____         My County uses ALVIN and another voter registration
                         system.

        _____        My County uses a voter registration system other than
                         ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

        _____        My County will run the November 2006 elections from
                         ALVIN alone.

        ___X____         If there is no court order in place to prevent it from doing
                         so, my County will run the November 2006 elections from
                         a voter registration system other than ALVIN.

4)    What problems, _if any_, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of _via_ this form

_Printing of Poll List Requires 6 to 8 Hours
ANY Print failure requires Restart — multiply
time 67 counties - ??? Could conceivably be a
major fiasco?_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. _We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!_

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _John T. Crowden - CHAMBERS_

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____ My County uses ALVIN only.

___X___ My County uses ALVIN and another voter registration system.

_____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____ My County will run the November 2006 elections from ALVIN alone.

___X___ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

1) ALVIN takes 6 to 8 hours to run Precinct Poll List for Election

2) ANY BREAK DOWN while printing, Requires Restart of Printing

**Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!***

— multiply that scenario time 67 counties

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _J. Kirk Day - Cherokee Co_

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

     _✓_      My County uses ALVIN only.

     _____      My County uses ALVIN and another voter registration system.

     _____      My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

     _✓_      My County will run the November 2006 elections from ALVIN alone.

     _____      If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_N/A_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)   Your name and County: _Becky Presnall – Clarke Co._

2)   Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

        _____X_____     My County uses ALVIN only.

        _____     My County uses ALVIN and another voter registration system.

        _____     My County uses a voter registration system other than ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

        _____X_____     My County will run the November 2006 elections from ALVIN alone.

        _____     If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)   What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form

_no   problem  at  all_

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

     Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: **Robert M. Martin . Chilton**

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    ___✓_____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    ___✓_____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*Printing the Poll List. Printer does not work most of the time and to slow. Out dated equipment.*

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _Michael W. Armistead Probate Judge_ Choctaw

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    __x__ My County uses ALVIN only.

    _____ My County uses ALVIN and another voter registration system.

    _____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    __x__ My County will run the November 2006 elections from ALVIN alone.

    _____ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

    __none__

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

JUDGE OF PROBATE
M. ARMISTEAD

2006 JUL 14 AM 11:09

FILED
CHOCTAW
COUNTY

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _Judge Ryan Robertson - Cleburne_

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   _____✓_____ My County uses ALVIN only.

   _____ My County uses ALVIN and another voter registration system.

   _____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   _____✓_____ My County will run the November 2006 elections from ALVIN alone.

   _____ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_We will be using Alvin alone in Cleburne County._

_Ryan Robertson Judge of Probate_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County: __Coffee__   William O. Gammill

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____   My County uses ALVIN only.

___X_____   My County uses ALVIN and another voter registration system.

_____   My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____   My County will run the November 2006 elections from ALVIN alone.

___X_____   If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form

The most significant problem with exclusive use of the ALVIN system is the inability of that system to incorporate ballot styles for each voter.

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

This is critical for Split Precincts where more than one ballot style is used.

An overriding concern with any centrally based and controlled system from the state level to the county level is availability of needed information in a timely manner. All counties have current issues with other state controlled programs such as Drivers license, conservation license, car tags, etc. While these temporary or intermittent failures of the above mentioned programs creates a nuisance and inconvenience to the customer, a similar failure of access to voter information and/or voter lists during the week prior to an election with all 67 counties needing information simultaneously would be catastrophic to the election process. We simply cannot conduct an election without a valid and up to date voters list present in each polling place. The only way of insuring that this happens is that the local election officials to have access and control of their counties voters lists available directly to them, not dependant upon a telephone line between Montgomery and any county.

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:_____**COLBERT**_____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____    My County uses ALVIN only.

___X____    My County uses ALVIN and another voter registration system.

_____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____    My County will run the November 2006 elections from ALVIN alone.

___X____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

I WOULD NOT BE ABLE TO PRINT A VOTERS LIST AND CERTAINLY NOT BE ABLE TO CERTIFY

A VOTERS LIST FOR THE NOVEMBER ELECTION.

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County: _Covington_

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    ___X___    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    ___X___    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_Alvin is not set up in my office to allow me to run my list. The Board of Registrars uses Alvin, but we have a local System too. The State decided to whit to upgrade because they were going to a New State wide System. Thus, Alvin alone would not work for us._

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: ___JAMES V. PERDUE, Crenshaw___

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

        ___X___        My County uses ALVIN only.

        _____        My County uses ALVIN and another voter registration system.

        _____        My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

        ___X___        My County will run the November 2006 elections from ALVIN alone.

        _____        If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

        ___- No problem___

        Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)     Your name and County: _Betty Brewer Cullman County_

2)     Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

       ___✓___          My County uses ALVIN only.

       _____          My County uses ALVIN and another voter registration
                         system.
       _____          My County uses a voter registration system other than
                         ALVIN and does not use ALVIN

3)     If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

       ___✓___          My County will run the November 2006 elections from
                         ALVIN alone.
       _____          If there is no court order in place to prevent it from doing
                         so, my County will run the November 2006 elections from
                         a voter registration system other than ALVIN.

4)     What problems, if any, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form

_Using Alvin Alone is No problem at all for my office or my County._

       Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)   Your name and County: _____Dale_____

2)   Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____   My County uses ALVIN only.

_____✓_____   My County uses ALVIN and another voter registration system.

_____   My County uses a voter registration system other than ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____   My County will run the November 2006 elections from ALVIN alone.

_____✓_____   If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)   What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone?  If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so.  If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

Using Alvin will be a problem.   The records in the Dale County system and Alvin system are not the same.   The Alvin system has been used to maintain voting history and the Board of Registrars has attempted to maintain both systems. However, many office hours will be required to compare and certify the Alvin system as the official Dale County voting system.

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130.  *We would appreciate hearing from you by Thursday, July 13.  Thank you for your assistance!*

Eunice Hagler
Probate Judge

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)      Your name and County: _Dallas_

2)      Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    ___X___         My County uses ALVIN only.

    _____        My County uses ALVIN and another voter registration
                    system.

    _____        My County uses a voter registration system other than
                    ALVIN and does not use ALVIN

3)      If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    ___X___         My County will run the November 2006 elections from
                    ALVIN alone.

    _____        If there is no court order in place to prevent it from doing
                    so, my County will run the November 2006 elections from
                    a voter registration system other than ALVIN.

4)      What problems, if any, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form

We can run the November 2006 election using ALVIN with only minor problems.

The problems which we normally encounter can be easily resolved by

immediately replacing some of the equipment.

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: ___DeKalb_____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    ___✓___    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    ___✓___    My County will run the November 2006 elections from ALVIN alone.

    _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

___We have had no problems using ALVIN. Board of___
___Registars has very little problems with it. "for now"___
_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

     Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)     Your name and County: _Elmore_

2)     Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    __✓__     My County uses ALVIN only.

    _____     My County uses ALVIN and another voter registration system.

    _____     My County uses a voter registration system other than ALVIN and does not use ALVIN

3)     If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    __✓__     My County will run the November 2006 elections from ALVIN alone.

    _____     If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)     What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____

_____

_____

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   X̲̲̲̲̲̲̲̲̲̲̲          My County uses ALVIN only.

   _____          My County uses ALVIN and another voter registration system.

   _____          My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   X̲̲̲̲̲̲̲̲̲̲̲          My County will run the November 2006 elections from ALVIN alone.

   _____          If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

   NO PROBLEMS _____

   _____

   _____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: __Etowah__

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

| | |
|---|---|
| __No__ | My County uses ALVIN only. |
| __Yes__ | My County uses ALVIN and another voter registration system. |
| __No__ | My County uses a voter registration system other than ALVIN and does not use ALVIN |

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

| | |
|---|---|
| __No__ | My County will run the November 2006 elections from ALVIN alone. |
| __Yes__ (Both Systems) | If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN. |

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

Due to previous precinct maintenance issues utilizing Alvin, relying solely on Alvin for November 2006 elections would present problems with access to data. Also with Alvin there is no way to assign ballot styles for split districts.

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

## Fairbanks, Misty

**From:** William Oswalt [woswalt@fayette.net]
**Sent:** Wednesday, July 12, 2006 10:07 AM
**To:** Fairbanks, Misty
**Subject:** HAVA lawsuit: request for information from all Alabama Probate Judges

Fayette County Response:

- Fayette County uses a system other than ALVIN as it's primary system.
  We upload our data to AIVIN weekly.


- Unless ordered to do so. Fayette county will conduct the Nov. election using a system other than ALVIV
- It is our experience that the Fayette County Data contain in ALVIN is totally inaccurate. This is inspite of our weekly updates and repeated efforts to align the two systems.
- Fayette County number of registered voters per ALVIN: approximately 22,000
- Fayette County number of registered voters per Fayette County system: approximately 11,500. This is the real number.
- As you can see, we  have zero confidence in ALVIN

Sincerely

William Oswalt
Probate Judge Fayette County

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)   Your name and County:   Mike Green    Franklin County

2)   Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

       _____    My County uses ALVIN only.

       \_\_\_✓\_\_\_    My County uses ALVIN and another voter registration system.

       _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

       _____    My County will run the November 2006 elections from ALVIN alone.

       \_\_\_✓\_\_\_    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)   What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*We have split precincts involving Board of Education that alvin system is completely wrong. We use Syscon Voter's System for voting list.*

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

      Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: *HARRY O. Atkison — GENEVA*

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

          __✓__      My County uses ALVIN only.

          _____      My County uses ALVIN and another voter registration system.

          _____      My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

          __✓__      My County will run the November 2006 elections from ALVIN alone.

          _____      If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____

_____

_____

      Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: *Greene*

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    __✓__ My County uses ALVIN only.

    _____ My County uses ALVIN and another voter registration system.

    _____ My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    __✓__ My County will run the November 2006 elections from ALVIN alone.

    _____ If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*None*

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

     Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _Leland Avery      Hale Co._

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____✓_____    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____✓_____    My County will run the November 2006 elections from ALVIN alone.

    _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

    _____NONE_____

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)   Your name and County: _LAMAR  TURNER — HENRY Co._

2)   Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   ✓   My County uses ALVIN only.

   _____   My County uses ALVIN and another voter registration system.

   _____   My County uses a voter registration system other than ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   ✓   My County will run the November 2006 elections from ALVIN alone.

   _____   If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)   What problems, if any, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form

_We hope none, we have no other system._

_James Turner_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

   Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County: _____Houstoal_____

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

     _____  My County uses ALVIN only.

     _____X_____  My County uses ALVIN and another voter registration system.

     _____  My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

     _____  My County will run the November 2006 elections from ALVIN alone.

     _____X_____  If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____

_____

_____

   Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

# *Luke Cooley*

### *Judge of Probate*
P. O. Box 6406
Dothan, AL 36301
Phone: 334-677-4792
FAX:   334-677-4724

Susan A. Johnson
Chief Clerk

1.  To get the polling list from Alvin, the county had to travel to Montgomery. The information is time sensitive for Election Day plus the additional cost of travel and personnel costs charged against the county. The style and format are not consistent with the procedures for polling place officials in our county.

2.  The Probate Judge is required to certify polling list with no ability to verify information.

3.  The Alvin equipment is antiquated and shuts down routinely to bring daytime system down and nighttime system up during this process, polls are open with no access to the computer list.

4.  Alvin access is slow when time is limited in furnishing information to election officials, slowing voting process.

5.  Currently using an excellent computerized system, what took weeks to post voter history now takes only days.

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: ___Jackson_____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

        _____    My County uses ALVIN only.

        ___✓_____    My County uses ALVIN and another voter registration system.

        _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

        _____    My County will run the November 2006 elections from ALVIN alone.

        ___✓_____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

___Board of Reg. would have a___
___Problem printing the list.___

      Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)     Your name and County: *Mark Gaines — Jefferson County Probate Judge*

2)     Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____     My County uses ALVIN only.

_____     My County uses ALVIN and another voter registration system.

___✓_____     My County uses a voter registration system other than ALVIN and does not use ALVIN

3)     If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____     My County will run the November 2006 elections from ALVIN alone.

___✓_____     If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)     What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*See attached letter dated 6/28/06 from Jeff Sewell to Nancy Worley*

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

# JEFFERSON COUNTY COMMISSION



### OFFICE OF COUNTY ATTORNEY

EDWIN A. STRICKLAND
County Attorney

CHARLES S. WAGNER
JEFFREY M. SEWELL
THEODORE A. LAWSON, II
Assistant County Attorneys

280 Courthouse
Birmingham, Alabama 35203
Telephone (205) 325-5688
FAX (205) 325-5840

June 28, 2006

(BY FACSIMILE 334-242-2444 AND US MAIL)
The Honorable Nancy Worley
Office of Secretary of State of Alabama
600 Dexter Avenue, Suite S-105
Montgomery, Alabama 36130

      Re:    State of Alabama's Proposed Plan for the
              Establishment and Implementation of a Statewide
              Voter Registration System that is Compliant with HAVA

Dear Secretary Worley:

    We represent Jefferson County Registrar Nell Hunter and Jefferson County, Alabama. We have reviewed the State of Alabama's proposed plan for the establishment and implementation of a statewide voter registration system that is HAVA compliant and offer the following observations regarding the interim plan:

    1.    We have no comments regarding pages 3 through 12, paragraph 3.1.1.

    2.    With regard to paragraph 3.2.1, we suggest that the Secretary of State reserve numbers 1 through 1,000,000 for Jefferson County voters. That will eliminate potential confusion of Jefferson County voters with those of other counties.

    3.    We have no comment regarding paragraph 3.2.2.

    4.    With regard to paragraph 3.2.3, we note that Jefferson County contains approximately 400,000 or twenty percent of the state's registered voters. Requiring Jefferson County to conduct elections with the existing state list will cause the following problems:

    A.    Some voters will be provided the wrong ballot. That is unavoidable because the existing state voter list does not contain ballot numbers that correspond with Jefferson County ballot styles. We have many precincts where multiple ballots are used.

The Honorable Nancy Worley
June 28, 2006
Page Two

For example, in the November, 2006, general election there will be 186 polling places and up to 8 ballots in use at a single polling place. Poll workers at those precincts cannot determine from the state list which ballot should be provided to which voter. Providing the wrong ballot will disenfranchise voters, generate litigation in close elections and likely result in excessive use of provisional ballots.

B.    Poll workers will be required to manually perform the voter update function for every person who votes. The County voter list contains a bar code identification of every registered voter. Immediately following an election the bar codes of every person that votes are nearly instantaneously scanned and the voter update function is completed. The existing state list does not contain a bar code. Therefore, a manual update will have to be performed for each person who voted. In an election with a fifty percent turnout 200,000 manual updates would be required.

C.    There will be substantial delays for voters. Jefferson County's software permits the county voter list to be split in up to 8 alphabetical sub-lists (i.e. A-D; E-H; I-M; etc.) with defined break points so that eight lines of voters can move simultaneously through the process. There is no way for Jefferson County to divide the existing state voter list with defined break points. That will result in a single line at each polling place which will cause substantial delays and likely discourage voters from voting.

D.    Poll workers will have difficulty determining which voters must complete a voter update form. The County voter list is further split into active and inactive lists. Poll workers are trained to require all voters whose name appears on the inactive list to complete a voter update form before voting. There is no way for Jefferson County to divide the existing state voter list in that manner. Instead, the state list contains the letter "i" before the name of an inactive voter. If the poll worker misses that letter "i", the voter update form will not be completed.

To avoid these results we suggest that the language of paragraph 3.2.3 be changed to indicate that all local officials will begin using the official statewide voter registration system as soon as it is operational. That will allow Jefferson County to continue to use its own list until the state can provide a list that will avoid these problems.

5.    With regard to paragraph 3.2.4, we suggest that the words "24 hours" be replaced with the words "business day" and that the word "upload" be changed to "transmit".

6.    With regard to paragraph 3.2.5, we recommend that the word "upload" be changed to the word "transmit" and that the word "biweekly" be changed to "every two weeks".

The Honorable Nancy Worley
June 28, 2006
Page Three

     7.    Jefferson County does not operate a dual entry system. Accordingly, we have no comment regarding paragraph 3.2.6.

     8.    With regard to paragraph 3.2.7, we suggest that the last sentence be deleted. There is no need to build a temporary interface between Alvin and Jefferson County when an electronic data exchange can confirm that the two data bases contain identical information.

     9.    With regard to paragraph 3.2.8, we suggest that the words "24 hours" be replaced with the words "business day".

     With respect to your long term plan, we concur that the state needs to contract for the goods and services necessary to comply with HAVA and recommend that the state follow its competitive bid law. We will work with you and the vendor you select to achieve HAVA compliance.

Sincerely,

Jeffrey M. Sewell
Assistant County Attorney

JMS/khc

cc:   Winfield Sinclair
      Misty Fairbanks

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County: _____LAMAR_____

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____✓_____  My County uses ALVIN only.

_____  My County uses ALVIN and another voter registration system.

_____  My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____✓_____  My County will run the November 2006 elections from ALVIN alone.

_____  If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____*None*_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _Lauderdale_____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    ____X____     My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    ____X____     If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____ _See attached Sheet_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*



# Lauderdale County Probate Court

Post Office Box 1059
Florence, Alabama 35630
(256) 760-5804 ▪ (256) 760-5807 fax
pjlaudco@earthlink.net

Dewey D. Mitchell
Judge of Probate

Kristy D. Thompson
Chief Clerk

July 6th, 2006

Mr. Winfield J. Sinclair
Ms. Misty S. Fairbanks
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, Alabama 36130

Dear Mr. Sinclair and Ms. Fairbanks,

Due to past problems related to computer outages we have relied upon our in house system, as well as hard copies, which has proven to be very successful in the past. It has always been our practice to certify voters list generated through our in house system. There has been no adverse consequence in the past and certainly not in our in house system. That the current system affords us opportunity for checks and balances due to computer system failure at critical times during the election process which could severely endanger the integrity of the electoral process.

Sincerely,

Dewey D. Mitchell
Judge of Probate, Lauderdale County

**Fairbanks, Misty**

| | |
|---|---|
| **From:** | RipProctorLawCo@aol.com |
| **Sent:** | Thursday, July 13, 2006 10:51 AM |
| **To:** | Fairbanks, Misty |
| **Subject:** | Voting Machines |

Lawrence County uses Syscon Voter Information Systems  --

To use Alvin for our voter list would not be in the best interest of the citizens of Lawrence County and could create chaos for the General Election.

Judge Richard I. Proctor
Lawrence County

**Fairbanks, Misty**

| | |
|---|---|
| **From:** | RipProctorLawCo@aol.com |
| **Sent:** | Thursday, July 13, 2006 2:12 PM |
| **To:** | Fairbanks, Misty |
| **Subject:** | Voting Machines |

We use the Syscon System exclusively in the Probate Office, but the Board of Registrars uses both the Syscon and Alvin System.

Judge Proctor

**Fairbanks, Misty**

| | |
|---|---|
| **From:** | RipProctorLawCo@aol.com |
| **Sent:** | Thursday, July 13, 2006 3:38 PM |
| **To:** | Fairbanks, Misty |
| **Subject:** | Voting Machines |

The Board of Registrars enters the voter registration into both the Alvin and the County system but I print the voter list from the County System and have the Board of Registrars certify it to accurate.

Richard I. Proctor
Lawrence County
Probate Judge



100 SOUTH CLINTON STREET                                    phone  256-233-6427
SUITE D                                                       fax  256-233-6474
ATHENS, AL 35611                                            email  judge@pclnet.net

JUDGE MICHAEL L. DAVIS

## VIA FAX

July 10, 2006

Mr. Winfield J. Sinclair, Assistant Attorney General
Ms. Misty S. Fairbanks, Assistant Attorney General
Office of Attorney General
111 South Union Street
Montgomery, AL  36130

Re: <u>United States v. State of Alabama</u>
    Civil Action No. 2:06-CV-00392-WKW-SRW
    (M.D. Ala, pending)

Dear Mr. Sinclair and Ms. Fairbanks:

In response to the above referenced case, this office submits the following to your memorandum dated July 6, 2004:

(1) Limestone County uses ALVIN and a local voter registration system.

(2) If there is no court order in place to prevent it from doing so, Limestone County will use its local system for the November, 2006 General Election.

(3) The use of ALVIN *only* has the potential to cause total chaos in the election process in Limestone County for the following two important reasons: (a) ALVIN does not have the ability to assign ballot styles for registered voters subject to political subdivisions. (b) ALVIN does not have the ability for the probate judge to produce a poll list for each voting location in Limestone County.

(4) In order for the probate judge to administer the November 2006 General Election with ALVIN *only*, the state would have to provide the necessary hardware and software for the judge to

perform his duties. These duties are not only limited as indicated above (No. 1 & 2) but to include such other things (i.e. to determine the number of machines, ballots, election officials for each polling location & etc.)

(5) The expense for the purchase of the hardware and software to accomplish this feat would be a great burden to the people of this state, in light of the fact that a new statewide system will be in place by the 2008 General Election. Furthermore, I am not aware of any election contest in Alabama (federal, state or local) based on the alleged inaccuracy of a local voter registration system.

With kind regards, I am

Sincerely,

Michael L. Davis

Cc: Al Agricola, Counsel for The Association of Probate Judges
    Limestone County Board of Registrars

OFFICE of PROBATE JUDGE

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: *John E Hulett – Lowndes*

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   _____X_____  My County uses ALVIN only.

   _____  My County uses ALVIN and another voter registration system.

   _____  My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   _____X_____  My County will run the November 2006 elections from ALVIN alone.

   _____  If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*No Problems*

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County:  _Macon County_

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

          _____          My County uses ALVIN only.

          ___✓_____          My County uses ALVIN and another voter registration
                                     system.
          _____          My County uses a voter registration system other than
                                     ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

          _____          My County will run the November 2006 elections from
                                     ALVIN alone.
          ___✓_____          If there is no court order in place to prevent it from doing
                                     so, my County will run the November 2006 elections from
                                     a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

          _Don't Know - Have never used it_
          _along._

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _Madison_____

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____      My County uses ALVIN only.

__✓_____      My County uses ALVIN and another voter registration system.

_____      My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____      My County will run the November 2006 elections from ALVIN alone.

__✓_____      If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

1. It could take two weeks to run the poll list with the equipment we currently have.
2. We do not have enough ALVIN equipment to support our staff. We only have one ALVIN terminal.
3. If we were to need technical support on election day, we see no way it can be provided in a timely manner.

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _____*Marengo*_____

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____    My County uses ALVIN only.

____✓_____    My County uses ALVIN and another voter registration system.

_____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____    My County will run the November 2006 elections from ALVIN alone.

____✓_____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_*See attached list.*_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

## MARENGO COUNTY

#4  Continued:

The Alvin equipment is outdated and very slow.  I had the BOR run a small precinct with 107 names.  The Alvin System took 1 minute and 15 seconds to print.  The Marengo County System took 20 seconds to print.  This would create serious problems in the larger counties with the time constraints we face during elections.

Does the Alvin System have the capability to assign ballot types?  We have to have this in split precincts.

The Marengo County BOR has one printer.  They cannot register and issue voter registration cards if the printer is printing the voters list, which I estimate to take several hours.

Many BOR members are replaced every four years.  I question if new members would have the expertise to run the voters list correctly without assistance from the election staff from the Probate Office in the smaller counties.

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:    ANNETTE WEBB HANEY    MARION COUNTY

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

      ✓    My County uses ALVIN only.

            My County uses ALVIN and another voter registration system.

            My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

      ✓    My County will run the November 2006 elections from ALVIN alone.

            If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*Minor problems only.*

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: _____*MARSHALL*_____

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____✓_____   My County uses ALVIN only.

_____   My County uses ALVIN and another voter registration system.

_____   My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____✓_____   My County will run the November 2006 elections from ALVIN alone.

_____   If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_____*NONE WE ARE AWARE OF*_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1) Your name and County: <u>Don Davis, Judge of Probate of Mobile County</u>

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    ___X___    My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    ___X___    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

___<u>See attachment</u>_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

**Don Davis**
*Judge of Probate*

**Joe McEarchern, Jr.**
*Chief Clerk/Administrator*

**Richard T. Johnson, Jr.**
*Administrative Assistant*



Judicial Division - (251) 574-8506
Recording Division - (251) 574-8497
Records Division - (251) 574-8490
Elections Division - (251) 574-8480
Accounts Division - (251) 574-8493
Facsimile - (251) 574-8505

## PROBATE COURT OF MOBILE COUNTY, ALABAMA

July 13, 2006

VIA FACSIMILE AND UNITED STATES MAIL

The Honorable Nancy Worley
Secretary of State
State of Alabama
State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Dear Secretary Worley:

This letter is in response to your requested input regarding a possible court-mandated plan for a statewide centralized voter registration list.   You will recall that Mobile County Probate Judge Don Davis is a member of the Alabama HAVA State Plan Committee, which was created by the Alabama Legislature to provide guidance in the State's overall effort to implement the requirements of HAVA.   Judge Davis has been an active member of the HAVA State Plan Committee and as a member of the HAVA State Plan Committee, Judge Davis has sought to insure that the needs of all counties  relative to voter registration data and information are met with the implementation of the new statewide voter registration system mandated by HAVA.

At the outset, we want to make it very clear that Mobile County's leadership fully understands the requirement for a centralized voter list and Mobile County is not opposed to efforts to establish such a list.  However, Mobile County has very serious concerns about the ability of Mobile County to utilize the ALVIN computer system as a centralized list, and Mobile County has concerns about the form any new system may take.  These concerns were the same concerns Judge Davis expressed at the various meetings of the HAVA State Plan Committee during its deliberations some time ago.

Mobile County has utilized its own data processing programs and equipment to record and manage its voter records for more than 30 years.  It has evolved over this period of time to a customized system that meets the several needs and requirements to effectively conduct elections in Mobile County. *Mobile County has not been able to utilize the ALVIN computer system, because of many shortcomings.  These include:*

The Honorable Nancy Worley
July 13, 2006
Page 2

1.  ALVIN cannot automatically assign voters with a ballot style based on the voter's combination of political subdivision attributes. In the 2006 Primary Election Mobile County had 35 different ballot styles. We expect at least this many ballot styles in the 2006 General Election.

2.  There is no field in ALVIN for fire district elections or special referendums where there may be a different question posed to citizens residing in a municipality versus citizens residing in the unincorporated area of Mobile County. In Mobile County we currently have eight fire districts. We regularly have to conduct elections for trustees and other issues concerning the fire districts. For example, we have already had one fire district election earlier this year and we have one fire district that has requested an election on a proposed increase in said fire district's service charge to members that will be scheduled in September 2006. Additionally, we have another fire district that has given notice of its intent to request a referendum concerning expansion of its territory. We expect to conduct this latter referendum in September or October 2006. Mobile County periodically has tax referendums where the proposed tax will depend on whether a citizen resides in a municipality or in an unincorporated area of Mobile County. We must be able to distinguish between voters who reside in a municipality or an unincorporated area, to insure that these voters receive the correct ballot style. Mobile County currently has 30 different custom "fields" in Mobile County's voter registration computer program, to enable Mobile County to conduct the various elections and referendums that come up from time to time.

3.  ALVIN does not automatically assign voters with the correct precinct and political subdivision designations based on the entry of the voter name and address. Mobile County's present computer program does this function, and that feature is particularly important due to the fact that Mobile County is dissected by 14 legislative districts, three county commission districts and five county school board districts. If the Mobile County Board of Registrars is required to manually enter the precinct and district information for each voter, it would not only require an enormous amount of time, but it would also likely result in a much higher error rate.

4.  Mobile County's voter registration computer program has a "bar code" feature that is utilized for recording voter activity. ALVIN does not have such a feature.

5.  Mobile County's voter registration computer program has a component that allows for the designation and record of absentee voters by the Absentee Election Manager and by the Board of Registrars, with the generation of customized reports. ALVIN does not have this feature.

The Honorable Nancy Worley
July 13, 2006
Page 3

6.   Mobile County's voter registration computer program has a component that enables the Mobile County Poll Worker Appointment Board to record poll worker appointments, poll worker training history, poll worker work history. ALVIN does not provide this feature.

7.   Mobile County's voter registration computer program has a component that enables Mobile County to issue to all or a segment of Mobile County's registered voters post cards before each major election, which contain important information and can serve as an acceptable form of voter identification as required by Alabama law. ALVIN does not have this feature.

8.   ALVIN is not available during all voting hours and is unavailable, at least temporarily, during the peak voting hour of 5:00 o'clock p.m.

9.   Mobile County, through use of a high speed tractor fed laser printer, is accustomed to generating electronic reports as needed, sometimes very quickly. We understand that, utilizing ALVIN, Mobile County would not be able to generate electronic reports, but would be dependent on an employee at the state level to e-mail them to us.

10.  Mobile County currently has 89 voting precincts. With the change of voting machine systems, Mobile County is considering increasing the number of precincts. Mobile County's number of registered voters (234,703 as of July 5, 2006 of which 228,794 are active voters) is such that it would be impossible for Mobile County to utilize ALVIN in order to generate the precinct active and inactive voter lists and supplemental absentee voter lists on a timely basis for a county-wide election.

Judge Davis and the other judges of probate that served on the HAVA State Plan Committee noted at the meetings of said committee where the proposed statewide voter registration system was the topic of discussion, how important it was for the new statewide computer system to take into account the specific needs of individual counties.

With regard to implementation of a new voter registration program following the November 2006 General Election, please keep in mind that Mobile County could be required to hold a special election prior to the implementation of the new system. One Mobile County municipality is planning an annexation election in early 2007. We will need the ability to utilize our county system until such time as the new system is implemented.

Finally, Mobile County has concerns about the extent to which administrative rulemaking has been proposed as a substitute for matters that might require legislative action and your request for court ordered access to the local systems.

The Honorable Nancy Worley
July 13, 2006
Page 4

In closing, we want to reiterate that Mobile County fully understands HAVA's requirements for a centralized voter registration list and this letter should not be construed as opposition to such a list. We also want to take this opportunity to encourage you to accept and act upon the HAVA State Plan Committee's *unanimous* recommendation of a statewide voter registration system submitted to you in December 2004.

We appreciate having this opportunity to provide comment and will be happy to discuss these matters with you further.

Sincerely yours,

Don Davis
Judge of Probate

Juan Chastang
President, Mobile County Commission

Shirley Short
Chair, Mobile County Board of Registrars

John Pafenbach
County Administrator

cc:     The Honorable Leura G. Canary
        Robert D. Popper, Esq.
        Winfield J. Sinclair, Esq.
        Misty S. Fairbanks, Esq.
        Al Agricola, Esq.
        J. Michael Druhan, Jr., Esq.

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions: _Judge Otha Lee Biggs, Judge of Probate_

1) Your name and County: _Jean Kirkland    Monroe County_
   _Chairman - Board of Registrars_

2) Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   ____✓____    My County uses ALVIN only. (We have a county system that is used for back-up only)

   _____    My County uses ALVIN and another voter registration system.

   _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3) If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   ____✓____    My County will run the November 2006 elections from ALVIN alone.

   _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4) What problems, _if any_, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of _via_ this form

_No problems_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. _We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!_

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:   __MORGAN__ Bobby Day 07-07-06.

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    \_\_\_X\_\_\_    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    \_\_\_X\_\_\_    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

There are two main problems if Morgan County used only ALVIN. (1) The printer is totally inadequate for the volume of printing required to print the lists. The local list is maintained on the local AS400 and printed on a high-speed printer. Even on the high-speed printer it is a lengthy print time due to the volume. (2) The local list and printing of such has *the capability* to print which ballot style each voter is to be issued, and this added feature is not an option from ALVIN. Unless printed for the Election Officials the task of correctly issuing the proper ballot style would be insurmountable.

    **Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!***

Memorandum
July 6, 2006
Page 2

     Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:  *Perry*

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____✓_____    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____✓_____    My County will run the November 2006 elections from ALVIN alone.

    _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

    *none*

    Please fax responses back to Winfield J. Sinclair and Missy S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13.* **Thank you for your assistance!**

Memorandum
July 6, 2006
Page 2

      Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _Roy Kelly, Pickens County_

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____  My County uses ALVIN only.

    _____  My County uses ALVIN and another voter registration system.

    _____  My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____  My County will run the November 2006 elections from ALVIN alone.

    ___✓_____  If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*In the years that Alvin has been in operation it has never worked properly. If we have to use Alvin, I will seriously consider resigning.*

      Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: __William C. Stone — Pike__

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

      ___✓___     My County uses ALVIN only.

      _____     My County uses ALVIN and another voter registration system.

      _____     My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

      ___✓___     My County will run the November 2006 elections from ALVIN alone.

      _____     If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

__We only use ALVIN .: No problems if a court order required ALVIN only. We do not experience any problems with ALVIN.__

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)   Your name and County:___*Randolph*_____

2)   Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

   __X__            My County uses ALVIN only.

   _____         My County uses ALVIN and another voter registration system.

   _____         My County uses a voter registration system other than ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

   __X__            My County will run the November 2006 elections from ALVIN alone.

   _____         If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)   What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

___*No Problem*_____

_____

_____

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

  Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County: _Albert O. Howard  Russell County_

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _✓_    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _✓_    My County will run the November 2006 elections from ALVIN alone.

    _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_None_

_____

_____

  **Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at** (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _Patricia Yeager Fuhrmeister / Shelby_

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

_____✓___ ✱    My County uses ALVIN only.

_____    My County uses ALVIN and another voter registration system.

✱ _We transmit registra-_    My County uses a voter registration system other than
_Poll lists from our local system_    ALVIN and does not use ALVIN.
_data to alvin, but we program and print_

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

_____✓___    My County will run the November 2006 elections from ALVIN alone.

_____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, if any, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of via this form.

_See letters dated June 27th and One of_
_addressed to Sec. Worley and copied to AG's_
_Office_

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13.* Thank you for your assistance!



KIMBERLY A. MELTON
CHIEF CLERK

# PATRICIA YEAGER FUHRMEISTER

## JUDGE OF PROBATE · SHELBY COUNTY
### P.O. BOX 825
### COLUMBIANA, ALABAMA 35051

TELEPHONE
205-669-3713

June 27, 2006

Hon. Nancy Worley
Secretary of State
State of Alabama
State Capitol
600 Dexter Avenue
Montgomery, Alabama 36130

Dear Secretary Worley:

This letter is in response to your requested input relative to a possible court mandated plan for a statewide centralized voter registration list. Shelby County understands fully the requirement for a centralized voters' list, and we do not oppose efforts for its establishment. However, we do have concerns relative to our ability to use ALVIN as a centralized list, and we have concerns about the form any new system may take.

It appears that your proposed plan includes provisions allowing counties with independent voter registration systems to use those systems in the November, 2006, General Election. We appreciate that recommendation, but are cognizant that the United States may object and/or that the Court may not approve your plan. We feel it necessary to make you and the Court aware that the use of ALVIN would be disastrous in Shelby County.

ALVIN has a number of shortfalls which we do not believe can be adequately addressed before the November election. Some particulars, (based on information obtained from our IT personnel), follow:



1) ALVIN does not automatically assign voters with the correct precinct and political subdivision designations based on the entry of voter name and address. Our present system does, and that feature is particularly important due to the fact that Shelby County is dissected by nine legislative districts, nine commission districts and two state board of education districts. If the Board of Registrars is required to manually enter the precinct and district information for each voter, it will not only require an excessive amount of time, it will likely result in a much higher error rate;

Hon. Nancy Worley
Page 2
June 27, 2006



   2)  ALVIN cannot automatically assign voters with a ballot style based on the voter's combination of political subdivision attributes;

   3)  ALVIN is not available during all voting hours, and, in fact, is unavailable, at least temporarily, during the peak voting hour of 5:00 p.m.;

   4)  There is no field in the ALVIN system for state board of education districts. Many counties are wholly contained within one district; however, Shelby is split between the two districts, as are some individual precincts. Our county system makes an automatic assignment of state board of education district, based on address point, and ballot styles are based on that and other variables.

   5)  We are accustomed to generating electronic reports as needed, sometimes very quickly. We understand that, utilizing ALVIN, we would not be able to generate electronic reports, but would be dependent on an employee at the state level to e-mail them to us.

This is by no means a comprehensive list of concerns relative to the use of ALVIN for the November election, but, due to time constraints, we submit it as representative of anticipated problems.

As regards the implementation of a new system for all elections following November, 2006, please keep in mind that any county could be required to hold a special election prior to the implementation of the new system. While we would not anticipate that such an election would involve a federal office or issue, we would need the ability to use our county system until such time as a new system is implemented.

We would request that the requirements for any new system take into account the specific needs of individual counties. For instance, Shelby County has a number of fire districts, a library district and several zoning districts. The voters' lists for elections relating to those districts are derived by inputting the lines of the districts' physical boundaries and assigning voters a designation based on address point. For zoning elections, the petition process requires us to merge our voter list information with property assessment information. This is clearly an attribute that ALVIN lacks and which any new system may lack unless it is made a requirement. Any new system should also provide for the automatic assignment of precinct/political subdivision information based on address point. The system should be able to accept our line and mapping work in order to create lists as needed for all purposes. And, of course, we would hope that the new system would allow a seamless transfer of our present information without the need for manual reentry. Again, this is not a comprehensive list, but is, by way of explanation, a summation of why we believe county input is vital in the design of the system's requirements.

Hon. Nancy Worley
Page 2
June 27, 2006

Finally, we have concerns about the extent to which Administrative Rulemaking has been proposed as a substitute for matters which might require legislative action, provisions regarding "discipline" of Registrars by the Secretary of State, and the request for Court ordered access to local systems. Our voter registration information is stored and maintained with that of other county departments, and, while we do not object to providing information and/or working with the State to satisfy compliance concerns, we would not wish to compromise the security of our county's sensitive data.

We appreciate the opportunity to comment, and look forward to discussing these matters further. Thank you.

Sincerely,

Patricia Yeager Fuhrmeister
Probate Judge

Lindsey J. Allison
Chair, Shelby County Commission

Mark Dillard
Chair, Shelby County Board of Registrars

Alex Dudchock
County Manager

Cc: Frank C. Ellis, Jr., Esq.
Dorman Walker, Esq.
Jack Park, Esq.
Winfield J. Sinclair, Esq.
Misty S. Fairbanks, Esq.

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: *Willie Pearl Rice - Sumter Co.*

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

        _____✓_____    My County uses ALVIN only.

        _____    My County uses ALVIN and another voter registration system.

        _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

        _____✓_____    My County will run the November 2006 elections from ALVIN alone.

        _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*No problems, if so minor.*

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:____ *Talladega*

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    ___X___    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    ___X___    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

*Talladega County has a State School Board Split and Alvin cannot accomadate us with this. Years ago when we used Alvin only we experienced not being able to get our list when needed.*

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:___Gloria T. Sinclair   Tallapoosa County___

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

       X            My County uses ALVIN only.

                  My County uses ALVIN and another voter registration system.

                  My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

       X            My County will run the November 2006 elections from ALVIN alone.

                  If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

I have the ALVIN voter's list of Tallapoosa County on my computer,
but it is not user friendly at all. In order to look up a specific name, for example; Sinclair, I am required to start with the A's and scroll until I get to my name. I either telephone or go to the BOR office for information. But, I would not wish to change to another system before the Nov 2006 election.  I f this would create a diaaster It is OK to start the process, but not implement

Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Thank you
Gloria

Memorandum
July 6, 2006
Page 2

        Shelby County and Jefferson County have already provided, by letter, some
explanation of the problems they anticipate would arise if they were ordered by the
federal court to run the November 2006 elections using ALVIN only. We included
quotations from the Counties' letters in the pleading that was filed with the plan. Now, in
preparation for the July 20 hearing before the federal court, we ask you to please provide
us with answers to the following questions:

1)   Your name and County: _*Tuscaloosa*_

2)   Does your County use Alvin only, use ALVIN and another voter registration
     system, or use only a voter registration system other than ALVIN?

        _____        My County uses ALVIN only.

        ___✓_____        My County uses ALVIN and another voter registration
                               system.

        _____        My County uses a voter registration system other than
                               ALVIN and does not use ALVIN

3)   If there is no court order in place concerning the November 2006 election, which
     of the following statements correctly states how your County will run the
     elections?

        _____        My County will run the November 2006 elections from
                               ALVIN alone.

        ___✓_____        If there is no court order in place to prevent it from doing
                               so, my County will run the November 2006 elections from
                               a voter registration system other than ALVIN.

4)   What problems, *if any*, would you encounter if the federal court ordered that the
     November 2006 elections be run from ALVIN alone?  If using ALVIN alone is
     no problem at all, or if there are only minor problems easily resolved running the
     election off of ALVIN, please say so. If using ALVIN is a problem, please feel
     free to attach additional sheets or to respond by letter instead of via this form

_*Could not get necessary list*_
_*prepared timely —*_

        Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at
(334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11
South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from
you by Thursday, July 13. Thank you for your assistance!*

07/14/2006 10:33 FAX 1 205 384 7005    WALKER CO. PROBATE OFFIC    @002
07/14/06  FRI 11:00 FAX 334 353 8440   ALA. AG CONST'L DEF DIV     @003

Case 2:06-cv-00392-WKW-WC    Document 35-6    Filed 07/18/2006    Page 78 of 80

Memorandum
July 6, 2006
Page 2

     Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County:    Rick Allison  Walker County

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _____    My County uses ALVIN only.

    \_\_XX\_\_\_\_\_    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _____    My County will run the November 2006 elections from ALVIN alone.

    \_\_XX\_\_\_\_\_    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

    Our board of registrars does not have the means to print a poll list.

    The board of registrars has to go to Montgomery to pick up the list.

    Alvin is not adequate to print the list for all 67 counties at the same time.

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

     Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)  Your name and County: _John H. Armstrong – Washington_

2)  Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    _✓_       My County uses ALVIN only.

    _____     My County uses ALVIN and another voter registration system.

    _____     My County uses a voter registration system other than ALVIN and does not use ALVIN

3)  If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    _✓_       My County will run the November 2006 elections from ALVIN alone.

    _____     If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)  What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

    _NONE_

    _____

    _____

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*

Memorandum
July 6, 2006
Page 2

    Shelby County and Jefferson County have already provided, by letter, some explanation of the problems they anticipate would arise if they were ordered by the federal court to run the November 2006 elections using ALVIN only. We included quotations from the Counties' letters in the pleading that was filed with the plan. Now, in preparation for the July 20 hearing before the federal court, we ask you to please provide us with answers to the following questions:

1)    Your name and County: _Judge SANdy Horsley, WiNstoN Co._

2)    Does your County use Alvin only, use ALVIN and another voter registration system, or use only a voter registration system other than ALVIN?

    ___X___    My County uses ALVIN only.

    _____    My County uses ALVIN and another voter registration system.

    _____    My County uses a voter registration system other than ALVIN and does not use ALVIN

3)    If there is no court order in place concerning the November 2006 election, which of the following statements correctly states how your County will run the elections?

    ___X___    My County will run the November 2006 elections from ALVIN alone.

    _____    If there is no court order in place to prevent it from doing so, my County will run the November 2006 elections from a voter registration system other than ALVIN.

4)    What problems, *if any*, would you encounter if the federal court ordered that the November 2006 elections be run from ALVIN alone? If using ALVIN alone is no problem at all, or if there are only minor problems easily resolved running the election off of ALVIN, please say so. If using ALVIN is a problem, please feel free to attach additional sheets or to respond by letter instead of *via* this form

_Winston Co. has very minor problems with the Alvin System. This is the only System we have._

    Please fax responses back to Winfield J. Sinclair and Misty S. Fairbanks at (334) 353-8440, or mail to: Office of the Attorney General, Alabama State House, 11 South Union Street, Montgomery, Alabama 36130. *We would appreciate hearing from you by Thursday, July 13. Thank you for your assistance!*