# EXHIBIT 6

**Don Davis**
*Judge of Probate*

**Joe McEarchern, Jr.**
*Chief Clerk/Administrator*

**Richard T. Johnson, Jr.**
*Administrative Assistant*



Judicial Division - (251) 574-8506
Recording Division - (251) 574-8497
Records Division - (251) 574-8490
Elections Division - (251) 574-8480
Accounts Division - (251) 574-8493
Facsimile - (251) 574-8505

# PROBATE COURT OF MOBILE COUNTY, ALABAMA

July 13, 2006

<u>VIA FACSIMILE AND UNITED STATES MAIL</u>

The Honorable Nancy Worley
Secretary of State
State of Alabama
State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Dear Secretary Worley:

      This letter is in response to your requested input regarding a possible court-mandated plan for a statewide centralized voter registration list. You will recall that Mobile County Probate Judge Don Davis is a member of the Alabama HAVA State Plan Committee, which was created by the Alabama Legislature to provide guidance in the State's overall effort to implement the requirements of HAVA. Judge Davis has been an active member of the HAVA State Plan Committee and as a member of the HAVA State Plan Committee, Judge Davis has sought to insure that the needs of all counties relative to voter registration data and information are met with the implementation of the new statewide voter registration system mandated by HAVA.

      At the outset, we want to make it very clear that Mobile County's leadership fully understands the requirement for a centralized voter list and Mobile County is not opposed to efforts to establish such a list. However, Mobile County has very serious concerns about the ability of Mobile County to utilize the ALVIN computer system as a centralized list, and Mobile County has concerns about the form any new system may take. These concerns were the same concerns Judge Davis expressed at the various meetings of the HAVA State Plan Committee during its deliberations some time ago.

      Mobile County has utilized its own data processing programs and equipment to record and manage its voter records for more than 30 years. It has evolved over this period of time to a customized system that meets the several needs and requirements to effectively conduct elections in Mobile County. Mobile County has not been able to utilize the ALVIN computer system, because of many shortcomings. These include:

The Honorable Nancy Worley
July 13, 2006
Page 2

1. ALVIN cannot automatically assign voters with a ballot style based on the voter's combination of political subdivision attributes. In the 2006 Primary Election Mobile County had 35 different ballot styles. We expect at least this many ballot styles in the 2006 General Election.

2. There is no field in ALVIN for fire district elections or special referendums where there may be a different question posed to citizens residing in a municipality versus citizens residing in the unincorporated area of Mobile County. In Mobile County we currently have eight fire districts. We regularly have to conduct elections for trustees and other issues concerning the fire districts. For example, we have already had one fire district election earlier this year and we have one fire district that has requested an election on a proposed increase in said fire district's service charge to members that will be scheduled in September 2006. Additionally, we have another fire district that has given notice of its intent to request a referendum concerning expansion of its territory. We expect to conduct this latter referendum in September or October 2006. Mobile County periodically has tax referendums where the proposed tax will depend on whether a citizen resides in a municipality or in an unincorporated area of Mobile County. We must be able to distinguish between voters who reside in a municipality or an unincorporated area, to insure that these voters receive the correct ballot style. Mobile County currently has 30 different custom "fields" in Mobile County's voter registration computer program, to enable Mobile County to conduct the various elections and referendums that come up from time to time.

3. ALVIN does not automatically assign voters with the correct precinct and political subdivision designations based on the entry of the voter name and address. Mobile County's present computer program does this function, and that feature is particularly important due to the fact that Mobile County is dissected by 14 legislative districts, three county commission districts and five county school board districts. If the Mobile County Board of Registrars is required to manually enter the precinct and district information for each voter, it would not only require an enormous amount of time, but it would also likely result in a much higher error rate.

4. Mobile County's voter registration computer program has a "bar code" feature that is utilized for recording voter activity. ALVIN does not have such a feature.

5. Mobile County's voter registration computer program has a component that allows for the designation and record of absentee voters by the Absentee Election Manager and by the Board of Registrars, with the generation of customized reports. ALVIN does not have this feature.

The Honorable Nancy Worley
July 13, 2006
Page 3

      6.    Mobile County's voter registration computer program has a component that enables the Mobile County Poll Worker Appointment Board to record poll worker appointments, poll worker training history, poll worker work history. ALVIN does not provide this feature.

      7.    Mobile County's voter registration computer program has a component that enables Mobile County to issue to all or a segment of Mobile County's registered voters post cards before each major election, which contain important information and can serve as an acceptable form of voter identification as required by Alabama law. ALVIN does not have this feature.

      8.    ALVIN is not available during all voting hours and is unavailable, at least temporarily, during the peak voting hour of 5:00 o'clock p.m.

      9.    Mobile County, through use of a high speed tractor fed laser printer, is accustomed to generating electronic reports as needed, sometimes very quickly. We understand that, utilizing ALVIN, Mobile County would not be able to generate electronic reports, but would be dependent on an employee at the state level to e-mail them to us.

      10.    Mobile County currently has 89 voting precincts. With the change of voting machine systems, Mobile County is considering increasing the number of precincts. Mobile County's number of registered voters (234,703 as of July 5, 2006 of which 228,794 are active voters) is such that it would be impossible for Mobile County to utilize ALVIN in order to generate the precinct active and inactive voter lists and supplemental absentee voter lists on a timely basis for a county-wide election.

Judge Davis and the other judges of probate that served on the HAVA State Plan Committee noted at the meetings of said committee where the proposed statewide voter registration system was the topic of discussion, how important it was for the new statewide computer system to take into account the specific needs of individual counties.

With regard to implementation of a new voter registration program following the November 2006 General Election, please keep in mind that Mobile County could be required to hold a special election prior to the implementation of the new system. One Mobile County municipality is planning an annexation election in early 2007. We will need the ability to utilize our county system until such time as the new system is implemented.

Finally, Mobile County has concerns about the extent to which administrative rulemaking has been proposed as a substitute for matters that might require legislative action and your request for court ordered access to the local systems.

The Honorable Nancy Worley
July 13, 2006
Page 4

      In closing, we want to reiterate that Mobile County fully understands HAVA's requirements for a centralized voter registration list and this letter should not be construed as opposition to such a list. We also want to take this opportunity to encourage you to accept and act upon the HAVA State Plan Committee's *unanimous* recommendation of a statewide voter registration system submitted to you in December 2004.

      We appreciate having this opportunity to provide comment and will be happy to discuss these matters with you further.

      Sincerely yours,

Don Davis
Judge of Probate

Juan Chastang
President, Mobile County Commission

Shirley Short
Chair, Mobile County Board of Registrars

John Pafenbach
County Administrator

cc:    The Honorable Leura G. Canary
       Robert D. Popper, Esq.
       Winfield J. Sinclair, Esq.
       Misty S. Fairbanks, Esq.
       Al Agricola, Esq.
       J. Michael Druhan, Jr., Esq.