# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| v. | ) | |
| | ) | 2:06-CV-00392-WKW-SRW |
| STATE OF ALABAMA, and | ) | |
| NANCY L. WORLEY, | ) | |
| Alabama Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SHELDON JEAMES

State of Alabama
County of Montgomery

Before me, a Notary Public in and for said County and State, personally appeared Sheldon Jeames and, after having been by me first duly sworn, deposes and says under oath as follows:

My name is Sheldon E. Jeames. I am currently a Program Analyst Senior in the Alabama Department of Finance. I am over (19) nineteen years of age and have personal knowledge of the facts as are set out herein.

I am the designer and developer of the Alabama Voter Information Network (commonly known as "ALVIN"). ALVIN was designed and originally installed in 1991. While I have made a number of upgrades over

the years (and I have made all of the upgrades to ALVIN myself), ALVIN was designed for hardware and technologies of that time. We continue to maintain ALVIN in those counties that have ALVIN terminals and hardware. While old, ALVIN continues to work well in those counties that keep it current and where ALVIN is within its design limits. Some counties have replaced ALVIN with other software/hardware combinations based upon specific needs and applications. While ALVIN could have been modified to meet some of those concerns, it was reasonable for those counties to use other technologies to meet their specific needs.

I have been asked if certain upgrades could be made to ALVIN to provide for interfaces with the Alabama Administrative Office of Courts, the Alabama Department of Public Safety, and the Alabama Department of Public Health. I have also been asked if such interfaces could be made without stressing the ALVIN system and in time to provide usable information in the November 2006 election. While it might be possible to create such interfaces in ALVIN, I doubt that we could come up with architecture to do it by November (and setting aside whether additional hardware would have to be procured using the state bid system). In addition, the ALVIN system was not originally designed to support such interfaces and their installation could have unintended consequences and stress the

system.    Further, allowing for installation and testing, it is extremely

unlikely that any usable information would come out of ALVIN from those

interfaces in time for the November election.

Sheldon E. Jeames
Program Analyst Senior
Alabama Department of Finance

SWORN TO and SUBSCRIBED BEFORE ME on this the 18th day of
July, 2006.

(SEAL)

Notary Public
My commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: AUGUST 12, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3