# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) Civil Action Number<br>v. )<br>) 2:06-CV-00392-WKW-SRW<br>STATE OF ALABAMA, and )<br>NANCY L. WORLEY, )<br>Alabama Secretary of State, )<br>in her official capacity, )<br>)<br>Defendants. ) | |

## AFFIDAVIT OF ADAM L. BOURNE

State of Alabama
County of Montgomery

Before me, a Notary Public in and for said County and State, personally appeared Adam L. Bourne and, after having been by me first duly sworn, deposes and says under oath as follows:

My name is Adam L. Bourne. I am currently Elections Counsel in the Office of the Secretary of State of Alabama. I am over (19) nineteen years of age and have personal knowledge of the facts as are set out herein.

I am a member in good standing of the Alabama State Bar and have experience in Alabama election law and administration. I have been asked to provide a general description of the legal mechanisms and procedures in

place to ensure that Alabama's voter registration list remains as accurate as possible. Please find such a description below.

Only qualified electors are eligible to register to vote in Alabama. A qualified elector must be a United States citizen, a resident of the State of Alabama, have attained the age of eighteen (18) years on or before Election Day, must not have been convicted of a felony of moral turpitude, and must not have been declared mentally incompetent by a court. Ala. Code 1975, § 17-3-9. See also Ala. Const. 1901, Article VIII, §§ 177, 178, 182, and 183 (as modified by federal law).

Alabama law provides certain mechanisms and assigns certain duties to various election officials to ensure that ineligible persons are kept off the voter rolls. First, each applicant to register to vote must sign a sworn voter registration application stating that he or she meets all the requirements to register to vote in Alabama. Falsely swearing such an oath is a felony under Alabama law. Ala. Code 1975, § 17-4-122.

The "postcard voter file maintenance process" has been implemented to ensure an accurate voter registration list. The quadrennial process consists of the following: Registrars mail out non-forwardable postcards to all registered voters in their respective counties. Successful delivery of a postcard indicates that the voter remains at that location and no further

action is needed. Undeliverable postcards received by Registrars are followed by forwardable address confirmation notices. Voters who do not respond to such notices are placed on an inactive list and ultimately removed from the voter rolls if they do not vote during the next two federal election cycles and have not otherwise updated their voter records. Voters who respond to the postcard notices or otherwise contact appropriate election officials have their voter information updated by Registrars. Ala. Code 1975, § 17-4-201.

Additionally, during the normal course of business, various federal, state, and local officials are required to inform Registrars when certain events impact voter registration eligibility. For instance, vital statistics officials are required to report to Registrars the deaths of persons who have reached voting age (this function is accomplished using the Office of the Secretary of State as an intermediary between the Alabama Department of Public Health and Registrars throughout the State). Judges of Probate are required to provide Registrars with the names of those persons who have been declared mentally incompetent, and Circuit Clerks must notify Registrars of individuals who have been convicted of disqualifying felonies. Ala. Code 1975, § 17-4-131. Federal conviction records are provided to Alabama election officials under 42 U.S.C. § 1973gg-6(g). In addition,

3

Registrars are required to notify each other when registered voters move from one Alabama county to another (this function is typically carried out via the ALVIN messaging program). <u>Ala. Code 1975</u>, § 17-4-135. Finally, other states often notify the Office of the Secretary of State when former Alabama voters register to vote in their jurisdictions. When the Office of the Secretary of State receives such notices, it forwards them to the appropriate Boards of Registrars.

Registrars are required to purge disqualified voters from the State's voter registration list in compliance with applicable law and procedure. <u>Ala. Code 1975</u>, § 17-4-132.

To the best of my knowledge and belief, the legal procedures described herein are generally being followed in good faith by relevant officials and agencies.

                             _____  7-18-06
                             Adam L. Bourne
                             Office of the Secretary of State of Alabama

SWORN TO and SUBSCRIBED BEFORE ME on this the 18th day of July, 2006.

(SEAL)
_____
Notary Public
My commission Expires: 9/12/07