# EXHIBIT 9

Case 2:06-cv-00392-WKW-WC    Document 35-10    Filed 07/18/2006    Page 1 of 5

# 2002 Congressional Districts



2002 Congressional Districts 1-30-02
1/31/02 11:32 AM

# 2001 Senate Districts



2001 Senate Districts

## 2001 House Districts



# 2002 State Board of Education Districts



2002 State BOE Districts