# EXHIBIT 10

# Congressional Races and ALVIN Usage

| Congressional District(s) | County | November | Congressional Races |
|---|---|---|---|
| **1** | | | |
| | Baldwin County | other system | |
| | Escambia County | ALVIN | |
| | Mobile County | other system | |
| | Monroe County | ALVIN | |
| | Washington County | ALVIN | |
| **1, 7** | | | |
| | Clarke County | ALVIN | No opposition in District 7 |
| **2** | | | |
| | Autauga County | other system | |
| | Barbour County | [no response] | |
| | Bullock County | ALVIN | |
| | Butler County | ALVIN | |
| | Coffee County | other system | |
| | Conecuh County | [no response] | |
| | Covington County | other system | |
| | Crenshaw County | ALVIN | |
| | Dale County | other system | |
| | Elmore County | ALVIN | |
| | Geneva County | ALVIN | |
| | Henry County | ALVIN | |
| | Houston County | other system | |

| Congressional District(s) | County | November | Congressional Races |
|---|---|---|---|
| | Lowndes County | ALVIN | |
| | Pike County | ALVIN | |
| 2, 3 | | | |
| | Montgomery County | [no response] | |
| 3 | | | |
| | Calhoun County | other system | |
| | Chambers County | other system | |
| | Cherokee County | ALVIN | |
| | Clay County | [no response] | |
| | Cleburne County | ALVIN | |
| | Lee County | [no response] | |
| | Macon County | other system | |
| | Randolph County | ALVIN | |
| | Russell County | ALVIN | |
| | Talladega County | other system | |
| | Tallapoosa County | ALVIN | |
| 3, 6 | | | |
| | Coosa County | [no response] | No opposition in District 6 |
| 4 | | | |
| | Blount County | ALVIN | |
| | Cullman County | ALVIN | |
| | DeKalb County | ALVIN | |
| | Etowah County | other system | |
| | Fayette County | other system | |

| Congressional District(s) | County | November | Congressional Races |
|---|---|---|---|
|  | Franklin County | other system |  |
|  | Lamar County | ALVIN |  |
|  | Marion County | ALVIN |  |
|  | Marshall County | ALVIN |  |
|  | Walker County | other system |  |
|  | Winston County | ALVIN |  |
| 4, 5 |  |  |  |
|  | Morgan County | other system | No opposition in District 5 |
| 4, 6 |  |  |  |
|  | St. Clair County | [no response] | No opposition in District 6 |
| 4, 7 |  |  |  |
|  | Pickens County | other system | No opposition in District 7 |
| 5 |  |  |  |
|  | Colbert County | other system | Unopposed |
|  | Jackson County | other system | Unopposed |
|  | Lauderdale County | other system | Unopposed |
|  | Lawrence County | other system | Unopposed |
|  | Limestone County | other system | Unopposed |
|  | Madison County | other system | Unopposed |
| 6 |  |  |  |
|  | Bibb County | other system | Unopposed |
|  | Chilton County | other system | Unopposed |
|  | Shelby County | other system | Unopposed |
| 6, 7 |  |  |  |
|  | Jefferson County | other system | Unopposed |

| Congressional District(s) | County | November | Congressional Races |
|---|---|---|---|
| 7 | Tuscaloosa County | other system | Unopposed |
| | Choctaw County | ALVIN | Unopposed |
| | Dallas County | ALVIN | Unopposed |
| | Greene County | ALVIN | Unopposed |
| | Hale County | ALVIN | Unopposed |
| | Marengo County | other system | Unopposed |
| | Perry County | ALVIN | Unopposed |
| | Sumter County | ALVIN | Unopposed |
| | Wilcox County | [no response] | Unopposed |