# EXHIBIT 11



"Computer solutions that simply work better."

July 17, 2006

Misty Fairbanks
Assistant Attorney General
c/o Office of the Attorney General
State of Alabama
11 South Union Street
Montgomery, Alabama 36130-0152

RE: Today's Meeting and Informational Request

Good Day Ms. Fairbanks,

First of all, thank you for your time this afternoon to discuss the current status of the State of Alabama's ongoing procurement of the centralized statewide voter registration and response to the U.S Department of Justice's claims. Having dedicated much time and effort to this procurement since its inception, SysCon, Inc., remains an interested party in this decision making process. As discussed, because we have our proprietary voter registration software product (VISION) installed in a number of Alabama's counties, we have a vested interest in how this process will finally be resolved and hope to be involved in this process.

To that end, I wanted to just highlight a few of the points from our conversation this afternoon for your review and consideration. These points and our supporting responses this afternoon are based on our extensive experience and knowledge of this type of project.

- There is <u>no</u> off the shelf software product on the market for voter registration on a statewide basis that is just "plug and play". If this were the case, then most, if not all states would have this product in operation as we speak. Just about any voter registration software solution available would require some level of customization by the vendor to meet the specific needs of any given customer or group of customers. Case and point: the original vendor selected in this process left the schedule and associated costs for development of their software product "open ended" in their proposal. In and of itself, this is indicating that there would be

some level of customization of their software solution required and associated costs and additional time not accounted for up front.

- If the State of Alabama were required to select a vendor from the current "short list" of candidates, this means that a selection is being made based on two-year-old data. In the last two years, circumstances have changed for these entities, not to mention pricing and availability to actually support this type of project.

- The ALVIN system does not account for all voters in the State of Alabama. This, in large part, is due to programming limitations on the ALVIN system itself. These discrepancies are also based on whether or not registered voters are living in the city or the county (i.e. Walker County) as to whether or not voters are accurately accounted for in ALVIN.

Understanding these speaking points from our discussion this afternoon, provided are responses for your review and consideration in regards the State of Alabama's ongoing procurement of the centralized statewide voter registration and response to the U.S Department of Justice's claims:

- Even if provided with a Request for Proposal (RFP) that is identical in content to the last version disseminated, it is not realistic to expect a detailed and comprehensive response within a thirty day (30) timeframe. Outside of updated solution development and pricing considerations that would have to be accounted for in a response, there would also be a need for internal legal review and final approval prior to submission to any client organization. A timeframe of sixty (60) to ninety (90) days as a minimum provides a bit more time so as to allow the interested entities to provide a quality response to this RFP for consideration.

- Given the guidelines provided in the last version of the RFP and without substantial deviation, SysCon could team with another organization(s) to insure conversion of data, training, and establishment of user sites in all 67 Alabama counties.

- Given the guidelines in the last version of the RFP and without substantial deviation, SysCon could team with another organization(s) to implement a centralized statewide voter registration solution within eight (8) months from contract award. Based on the latest guidelines from the last RFP, a six (6) month implementation schedule is unrealistic and would do little to mitigate issues or concerns that will arise because an effort of this magnitude is unnecessarily rushed.

Ms. Fairbanks, SysCon has established and maintained a reputation for excellence in this state for the last 33 years. We bring a wealth of experience and knowledge to this specific market of voter registration. As always, we are available to provide insight into the process and assist to bring this matter to a productive resolution for all voters in the State of Alabama. Please do not hesitate to contact me should you have any additional questions or concerns. I look forward to hearing more about this effort as that information becomes available for public consumption.

Regards,

Steven R. Camp
Business Operations Manager
SysCon, Inc.
94 McFarland Boulevard
Northport, Alabama 35476