# EXHIBIT 12



11208 John Galt Boulevard · Omaha, NE 68137 USA
Phone: 402.593.0101 · Toll-Free: 1.800.247.8683 · Fax: 402.593.8107
www.essvote.com

18 July 2006

Misty S. Fairbanks
Office of the Attorney General
Constitutional Defense Division
11 South Union Street, 3d Floor
Montgomery AL 36130-0152

Dear Ms. Fairbanks:

In regard to our recent conversation regarding timeframes to assist Alabama's Section 303 HAVA compliance efforts, we offer the following observations and information for your consideration.

**Timeframe for RFP response**
ES&S can meet the 30 days turnaround between issuance of the RFP, and submission of a response for a HAVA compliant successor to the current ALVIN system. This assumes that the RFP terms and conditions are measurably similar to those defined in Alabama's legacy RFP.

**Timeframe to deploy a successor Section 303 VR system**
ES&S can meet the statewide deployment deadline of June 2007, assuming a contract execution date no later than October 2006. This statement also assumes a COTS deployment of the ES&S PowerProfile product, along with standard agency interface requirements.

**Related points:**
- The current ALVIN system cannot be modified for use as a Section 303 HAVA compliant VR system.
- For approximately 6 years, ES&S and Jefferson County have methodically tailored the PowerProfile system resident in Birmingham to the requirements of Alabama election administration and statute. This allows ES&S specific advantages in terms of existing product functionality, and is unmatched by other vendors.
- References will be furnished upon request.

We stand prepared to address further questions as they arise.

Best regards,

Russ Dawson
ES&S State VR System Sales