# EXHIBIT 13

 | Diebold Election Systems – Voter Registration Division
3001 Douglas Blvd. #300
Roseville CA 95661
(916) 746-6400 Phone
(916) 746-6499 FAX

Tuesday, July 18, 2006

Misty Fairbanks
Assistant Attorney General
Office of the Alabama State Attorney General
11 S Union St
Montgomery AL 36130

By FAX (334) 353-8440

Dear Ms Fairbanks:

You asked if Diebold could:

1. Respond to an RFP in 30 days and
2. Install a statewide Voter Registration System in six months or less.

Diebold Election Systems is interested in doing business with the State of Alabama; but due to the complexity of a statewide voter registration system, we would like to have at least 60 days to respond to an RFP from the state.

We believe that six months to implement a system is not enough time; but the time required to implement a state system is dependent on the requirements of the State. For example, we are working on an Alaska State Voter Registration System that will require 16 months for implementation due to the complexity of the requirements. (NOTE: Alaska was already HAVA compliant and so there are no compliance issues with the US DOJ.) If the State of Alabama has limited requirements the time to implement would possibly be less than one year; but it is very difficult to specify the amount of time required to implement a statewide voter registration system without knowing more details.

Sincerely,

Ross J Underwood
General Manager
Voter Registration Division
Diebold Election Systems, Inc.

1