# EXHIBIT 14

## Fairbanks, Misty

**From:** Burns, Jim [Jim.Burns@isd.alabama.gov]
**Sent:** Monday, July 17, 2006 3:20 PM
**To:** Fairbanks, Misty
**Subject:** RFP for HAVA

Missy,

Thank you for your call. The Information Services Division will not be bidding on the HAVA RFP, should it be re-released. However, we may be able to provide connectivity for the system using the state-wide computing network already in place. If your staff could provide us some details on the connectivity requirements (locations, speeds, type of connection, etc..), we will be glad to respond regarding availability, timing, and costs for this portion of the requirement.

Regards,


**Jim Burns**
**CIO**
*Finance Department*
State of Alabama
Direct:  (334) 242-3433
Cell: (334) 242-3434
jim.burns@alabama.gov
www.alabama.gov



when performance counts

July 18, 2006

Ms. Misty S. Fairbanks
Office of the Attorney General
Constitutional Defense Division
11 South Union Street, 3d Floor
Montgomery, AL 36130-0152

Dear Ms. Fairbanks:

Per our call this afternoon, if the State of Alabama pursues a "top down" approach to
implementing a statewide voter registration system, NTS Data Services, LLC will not
submit a proposal in response to an RFP. NTS has seen that this approach takes longer,
is more expensive and is much more risky than the "bottom up" approach being used by a
number of states including Washington.

If the State were to issue an RFP for a statewide voter registration system using a bottom
up architecture, NTS would likely tender a bid. This bottom up approach is also more
likely to be accomplished in the tight time frames you are facing.

Should you have any questions, please feel free to contact me at 800-964-1564 or via
email, JohnJ@ntsdata.com.

Sincerely,

John F. Jennings
Vice President

## Fairbanks, Misty

| | |
|---|---|
| **From:** | Cramer, Howard [hcramer@sequoiavote.com] |
| **Sent:** | Saturday, July 15, 2006 11:52 AM |
| **To:** | Fairbanks, Misty |
| **Subject:** | RE: VR status |

To restate our phone conversation; Sequoia would not be responding to a statewide Voter Registration (VR) RFP. We have decided that the Statewide centralized VR market does not currently fit our County based product offering.

Thanks,

Howard Cramer
Vice President of Sales
Sequoia Voting Systems
1800 Glenarm, 5th Floor
Denver, CO 80202
(888) 421-7260

**From:** Fairbanks, Misty [mailto:mfairbanks@ago.state.al.us]
**Sent:** Friday, July 14, 2006 5:48 PM
**To:** Cramer, Howard
**Subject:** RE: VR status

Thank you. Have a pleasant weekend.


**Misty S. Fairbanks**
**Office of the Attorney General**
**Constitutional Defense Division**
**11 South Union Street, 3d Floor**
**Montgomery, AL 36130-0152**
**Telephone: (334) 353-8674**
**Facsimile: (334) 353-8440**
**Email: mfairbanks@ago.state.al.us**

    -----Original Message-----
    **From:** Cramer, Howard [mailto:hcramer@sequoiavote.com]
    **Sent:** Friday, July 14, 2006 6:30 PM
    **To:** Fairbanks, Misty
    **Subject:** VR status

    Nice chatting with you.

    Thanks,



    Howard Cramer

    Vice President of Sales

Sequoia Voting Systems

1800 Glenarm, 5th Floor

Denver, CO  80202

(888) 421-7260