# EXHIBIT 15

Case 2:06-cv-00392-WKW-WC    Document 35-16    Filed 07/18/2006    Page 2 of 2



**STATE OF ALABAMA**
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

**MEMORANDUM**

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: _____

2. Did you have to integrate local voter registration systems into a statewide voter registration system? _____

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? _____

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? _____

5. Which vendor did you use? _____

6. Would you use this vendor again? (*optional*) _____

*Thank you for your kind attention to this matter and your quick response!*