# EXHIBIT 16



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

## MEMORANDUM

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: __Connecticut__

2. Did you have to integrate local voter registration systems into a statewide voter registration system? __Yes__

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? __We have been building system since 1994.__

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? __Since 1994__

5. Which vendor did you use? __PCC Technology Group__

6. Would you use this vendor again? (optional) __Yes__

*Thank you for your kind attention to this matter and your quick response!*



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

## MEMORANDUM

To:     Chief Election Officials

From:   Winfield J. Sinclair, Assistant Attorney General
        Misty S. Fairbanks, Assistant Attorney General

Date:   July 14, 2006

Re:     HAVA voter registration system implementation

---

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: __Idaho__

2. Did you have to integrate local voter registration systems into a statewide voter registration system? __Yes__

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? __15 months__

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? __15 months__

5. Which vendor did you use? __Covansys Corp (Now Saber)__

6. Would you use this vendor again? *(optional)* __Yes__

*Thank you for your kind attention to this matter and your quick response!*



Sarah Throener
1-7142

## STATE OF ALABAMA
### OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

### MEMORANDUM

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: __Iowa__

2. Did you have to integrate local voter registration systems into a statewide voter registration system? __yes__

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? __1 year__

4. How long did it *actually* take for your vendor to design and implement a HAVA compliant voter registration system? __All counties were on in 1 year but we are still tweaking the system__

5. Which vendor did you use? __Saber Corp.__

6. Would you use this vendor again? (*optional*) __yes__

*Thank you for your kind attention to this matter and your quick response!*

From: 334-353-8400    To: Kansas Secretary of State    Page: 1/1    Date: 7/14/2006 11:33:13 AM



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

# MEMORANDUM

~~To:~~ **From** Chief Election Officials   *Melissa Wangemann, Kansas SOS*

~~From:~~ **To:** Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

***Greetings from Alabama!*** We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

***If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.***

1. State: __Kansas__

2. Did you have to integrate local voter registration systems into a statewide voter registration system? __Yes__

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? __RFP process began in Summer 2004. We selected a vendor, who began work in fall 2004.__ ✱

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? __March 2005 – Jan 1, 2006__

5. Which vendor did you use? __ES & S__

6. Would you use this vendor again? (*optional*) __Yes__

***Thank you for your kind attention to this matter and your quick response!***

✱ We discontinued work with the vendor, and re-negotiated a new contract w/ ES&S, with project starting March 2005.



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

## MEMORANDUM

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: __Michigan__

2. Did you have to integrate local voter registration systems into a statewide voter registration system? __Yes__

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? __1-2 years (unrelated to HAVA, MI began in 1997)__

4. How long did it *actually* take for your vendor to design and implement a HAVA compliant voter registration system? __2 years__

5. Which vendor did you use? __SAIC, Inc.__

6. Would you use this vendor again? (*optional*) _____

*Thank you for your kind attention to this matter and your quick response!*



MT William Secretary of State Page: 1/1 Date: 7/14/2006 11:34:22 AM
334-353-8400



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

# MEMORANDUM

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: _Montana_

2. Did you have to integrate local voter registration systems into a statewide voter registration system? _yes, definitely_

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? _12 months_

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? _one year_

5. Which vendor did you use? _Saber Consulting_

6. Would you use this vendor again? (optional) _yes_

*Thank you for your kind attention to this matter and your quick response!*

RECEIVED TIME JUL. 14. 10:35AM




**STATE OF ALABAMA**
OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

# MEMORANDUM

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: **OKLAHOMA**

2. Did you have to integrate local voter registration systems into a statewide voter registration system? **NO**

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? **HAVE HAD System since 1992**

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? **MADE Enhancements 6 months in 2006**

5. Which vendor did you use? **MAXIM**

6. Would you use this vendor again? (optional) **yes**

*Thank you for your kind attention to this matter and your quick response!*



### STATE OF ALABAMA
### OFFICE OF THE ATTORNEY GENERAL

TROY KING
ATTORNEY GENERAL

## MEMORANDUM

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

*Greetings from Alabama!* We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: __SC__  *SC has used a statewide voter registration system (developed in house) since the late 1960's. System has been re-written a number of times.*

2. Did you have to integrate local voter registration systems into a statewide voter registration system? __NO__

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? __N/A__

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? __n/a__

5. Which vendor did you use? _____

6. Would you use this vendor again? (*optional*) _____

*Thank you for your kind attention to this matter and your quick response!*



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

# MEMORANDUM

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

To: Chief Election Officials

From: Winfield J. Sinclair, Assistant Attorney General
Misty S. Fairbanks, Assistant Attorney General

Date: July 14, 2006

Re: HAVA voter registration system implementation

---

***Greetings from Alabama!*** We write to request your assistance. The Department of Justice has sued Alabama because we do not have a statewide voter registration system that meets the requirements of Section 303 of the Help America Vote Act of 2002. A federal court enjoined our Secretary of State to develop a plan for coming into compliance with that HAVA requirement, and she has done so. The Secretary's plan allows for nine months, from the time the contract is signed, for the implementation of the voter registration system. Though this timeframe seems tight based on the anecdotal information that has been shared with us, the Department has responded that the "vast majority" of states have their voter registration systems in place and that, for this reason, Alabama should be able to buy an off-the-shelf system that can be implemented in no more than six months. We want to have the facts going into court next week.

*If your State has a fully implemented, HAVA compliant voter registration system, please take a few minutes to answer the following questions and fax your responses back to us at (334) 353-8440.*

1. State: _South Dakota_

2. Did you have to integrate local voter registration systems into a statewide voter registration system? _Yes_

3. How long did you *plan* for your vendor to design and implement a HAVA compliant voter registration system? _Did the system in-house._

4. How long did it *actually take* for your vendor to design and implement a HAVA compliant voter registration system? _N/A_

5. Which vendor did you use? _N/A_

6. Would you use this vendor again? (*optional*) _N/A_

*Thank you for your kind attention to this matter and your quick response!*