IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | |
|     Plaintiff,        ) | |
| ) | Civil Action Number |
| v.        ) | |
| ) | 2:06-CV-00392-WKW-SRW |
| STATE OF ALABAMA, and        ) | |
| NANCY L. WORLEY,        ) | |
| Alabama Secretary of State,        ) | |
| in her official capacity,        ) | |
| ) | |
|     Defendants.        ) | |

<u>DEFENDANTS' MINI-BRIEF FOR JULY 20, 2006 HEARING</u>

Come now Defendants State of Alabama and Nancy L. Worley, in her official capacity as Alabama Secretary of State, by and through Troy King, Attorney General for the State of Alabama, and, having reviewed the submissions of the parties and of the amici, submit their mini-brief delineating their understanding of the issues to be addressed in this Honorable Court's July 20, 2006 hearing.

    1. Whether the Secretary's HAVA Plan for the 2006 General Election is "the greatest possible degree of compliance with the requirements of HAVA."

    2. Whether the Secretary's HAVA Plan for the 2008 General Election is sufficient for full HAVA compliance in a manner acceptable under federal law.

If not, then whether the timelines or contents of the plan should be modified, and, if so, how.

    3. If it is necessary to modify the Secretary's plan, and if she cannot commit to implementation of a modified HAVA plan or timeline, whether a Special Master must be appointed.

    The defendants further submit that the hearing can be expedited by minimizing the following issues, which are emotionally charged and are, at most, only tangentially relevant to the case at bar.

    A. History of why the State is not currently fully HAVA compliant.

    B. Actual selection of the vendor.

> Respectfully submitted,
>
> TROY KING
> ATTORNEY GENERAL
> BY:
>
> s/Winfield J. Sinclair
>
> Winfield J. Sinclair
> Assistant Attorney General
> Attorney No. ASB-1750-S81W
>
> s/ Misty S. Fairbanks
>
> Misty S. Fairbanks
> Assistant Attorney General
> Attorney No. ASB-1813-T71F
>
> Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that on the 19th day of July, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Michael W. Robinson, Esq.
>Alabama Dept. of Public Safety
>Legal Unit
>P.O. Box 1511
>Montgomery, Alabama 36102-1511
>
>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C. 20006
>
>Robert D. Popper, Esq.
>United States Department of Justice
>1800 G Street, Room 7270
>Washington, D.C. 20006
>
>Donald Palmer, Esq.
>Civil Rights Division
>Voting Section
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Room No. 7149
>Washington, D.C. 20006
>
>R. Randolph Neeley, Esq.
>United States Attorney's Office
>P.O. Box 197
>Montgomery, Alabama 36101-0197

       Algert Swanson Agricola, Jr., Esq.
       Slaten & O'Connor, P.C.
       P.O. Box 1110
       Montgomery, Alabama 36101-1110

       Dorman Walker, Esq.
       Balch & Bingham
       P.O. Box 78
       2 Dexter Avenue
       Montgomery, Alabama 36101-0078

       Frank Corley Ellis, Jr., Esq.
       Wallace, Ellis, Fowler & Head
       P.O. Box 587
       Columbiana, Alabama 35051


And by first class mail, postage prepaid, to the following:

       Wan J. Kim, Esq.
       Voting Section
       United States Department of Justice
       Civil Rights Division
       Room 7254-NWB
       950 Pennsylvania Avenue, N.W.
       Washington, D.C. 20530

       John K. Tanner, Esq.
       United States Department of Justice
       Chief, Voting Section
       Civil Rights Division
       Room 7254-NWB
       950 Pennsylvania Avenue, N.W.
       Washington, D.C. 20530

                                            s/Winfield J. Sinclair

                                            Winfield J. Sinclair
                                            Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us