## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS, JUDGE                                          AT MONTGOMERY, ALABAMA

DATE COMMENCED   JULY 20, 2006                                     AT 10:00 A.M./P.M.

DATE COMPLETED   JULY 20, 2006                                     AT  1:10 A.M./P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff )<br>V. )<br>)<br>STATE OF ALABAMA, ET AL. )<br>    Defendant ) | CIVIL ACTION NO.<br>2:06cv392-WKW |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty. Robert Popper | X | Atty. Winfield Sinclair |
| Atty. Christy McCormick | X | Atty. Misty Fairbanks |
| Atty. Donald Palmer | X | |
| | X | |
| AMICUS CURIAE | X | |
| | X | |
| Atty. Algert Agricola, Jr. | X | |
| Atty. Dorman Walker | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy<br>Courtroom Deputy | Angela Reitler<br>Law Clerk | Lisa Entrekin<br>Court Reporter |

COURTROOM PROCEEDINGS:

EVIDENTIARY HEARING

| | |
|---|---|
| 10:20 a.m. | In chambers status conference (off the record); attorney Sewell and Lawson allowed to participate in proceeding on behalf of Registrar Jefferson County (interested party); witness rule will not be invoked; Court outlines record that will be treated as admitted for purposes of this hearing; Court directs that the 2006 General Election will be heard first; the main concerns of the Court are monitoring, money and moritorium. |
| 10:29 a.m. | In chambers conference concluded. |
| 10:30 a.m. | Court convenes. Proposed HAVA compliance plan stated as the purpose for todays hearing. Record includes Department of Public Safety's 7/5/06 report (dn 27), Secretary of State's proposed plan and Judge Fuhrmeister's affidavit. Oral argument as to defendants' first evidentiary submission (dn 35); Court to admit entire submission with the exception of the last set of documents - Exhibit 16 to be admitted solely for identification purposes; Court states hearing to be held in a bifurcated manner to address the 2006 - November general election and will address the 2008 plan; |

|  |  |
|---|---|
|  | USA's position on further required compliance with the ALVIN system; parties oral objections to plan and timeline with regard to the RFP; plaintiff's request for a Special Master; defendants have no objection. Probate Judges Association's objection to timeline; Judge Fuhrmeister and Jefferson County concur. |
| 11:00 a.m. | Defense presents evidence - Adam Bourne |
| 11:35 a.m. | Defense presents evidence - Gary Davis |
| 11:45 a.m. | Lunch break.  In chambers conference (off the record) re timeline and appointment of Special Master. |
| 12:15 a.m. | Lunch |
| 12:50 a.m. | Conference continues with attorney Ken Wallis (counsel for Governor Riley) re time line and special master; portion of exhibit attached to Jefferson County's submission to be redacted. |
| 1:08 p.m. | Hearing continues; Secretary of State's commitment to timeline; matter taken under advisement. order to issue within 48 hours. Voter registration attachment information to be redacted from Jefferson County's submission. |
| 1:13 p.m. | Hearing concluded. |