| COURT'S EXHIBITS | | | | | UNITED STATES OF AMERICA  v  STATE OF ALABAMA, ET AL. 2:06cv392-WKW | |
|---|---|---|---|---|---|---|
| PROPOSED PLAN/OBJECTION HEARING   7/20/06 | | | | | | |
|  |  |  |  |  | Judge Keith Watkins, Presiding  Risa Entekin, Court Reporter | |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| Yes | 7/20/06 | 7/20/06 |  | ---------- |  | Submission of Jefferson County Registrar Nell Hunter |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  | EXHIBIT ATTACHED TO WITNESS LIST |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | CASE NO. |
| v. | * | |
| | * | 2:06-CV-0392-WKW-SRW |
| | * | |
| STATE OF ALABAMA and NANCY | * | |
| L. WORLEY, Secretary of State, | * | |
| | * | |
| Defendants. | * | |

## SUBMISSION OF JEFFERSON COUNTY REGISTRAR NELL HUNTER

Comes now Nell Hunter, in her official capacity as Registar of Jefferson County, Alabama, and submits her comments on the State of Alabama's proposed HAVA compliance plan and the response thereto filed by the United States. Registrar Hunter states the following:

1.    Registrar Hunter acknowledges that the State of Alabama is tardy in complying with HAVA and must comply with HAVA as soon as possible.

2.    Registrar Hunter states that she will conduct elections in Jefferson County from a centralized state system as soon as the state has a system that can accommodate Jefferson County's elections.

1

3.    Registrar Hunter states, that to the best of her information and belief, the current ALVIN system cannot accommodate elections in Jefferson County for the following reasons:

## A.    THERE ARE INSUFFICIENT BLOCKS IN ALVIN TO ACCOMMODATE THE NUMBER OF BALLOT STYLES USED IN JEFFERSON COUNTY.

According to the 2002 ALVIN User's Guide, ALVIN is limited to defining ballot styles as follows:

(1)    County precinct number;

(2)    U. S. Congressional District;

(3)    State Senate District;

(4)    State House District;

(5)    County Commission District;

(6)    County School District;

(7)    Fire District; and

(8)    Polling Place.

Jefferson County uses the following information to define ballot styles:

(1)    U. S. Congressional District:  2 Congressional Districts.

(2)    State Senate District:  8 Senate Districts.

(3)    State House District:  18 House Districts.

2

(4)    County Commission District:  5 Commission Districts.

(5)    County School District:  2 County School Districts.

(6)    Fire District:  5 Fire Districts.

(7)    State School District:  2 State School Districts.

(8)    County Division:  2 Divisions.

(9)    Municipality:  39 Municipalities.

(10)   Municipal District:  184 Municipal Districts.

(11)   Local School District:  90 Local School Districts.

(12)   Special Election District:  Varies.

(13)   Primary Poll Location:  186 Poll Locations.

(14)   Alternate Poll Location:  161 Poll Locations.

Jefferson County will use 164 ballot styles in the November, 2006 Election.

Upon information and belief, the maximum number of ballot styles that the present

ALVIN system can accommodate is 123.

## B.    **ALVIN HAS MISSING FIELDS ESSENTIAL TO JEFFERSON COUNTY ELECTIONS.**

ALVIN does not contain a field to accommodate a split division county.

Jefferson County is split into two divisions (i.e. the Birmingham and Bessemer

Divisions).  Jefferson County is further split into two state school board districts.

Upon information and belief, ALVIN cannot accommodate an election in more than one division of the same county.

### C.    THE NOVEMBER, 2006 GENERAL ELECTION

If the Court requires Jefferson County to conduct the November, 2006 General Election with the current ALVIN system the following problems will occur:

1.    Jefferson County will use 164 ballots with up to 8 ballots in use at the same polling place. The ALVIN produced voter roster does not contain a ballot number for each voter. (The County's voter roster does contain a ballot number for each voter. See sample page from County voter roster) Poll workers at each of the 186 polling places in Jefferson County cannot determine from the ALVIN voter roster which of the 8 ballots in use at that location should be provided to each voter. That means voters will likely be provided with the wrong ballots. Providing wrong ballots will disenfranchise voters, generate litigation in close elections and likely result in excessive use of provisional ballots.

2.    ALVIN does not divide the State voter roster into defined alphabetical break points (i.e. A-E; F-H; I-S, etc.). That will result in a single line at each of the County's 186 polling place (instead of the usual 8 lines in prior Jefferson County elections). Up to 8,555 voters are assigned to a single polling place. Many other polling places have between 2,000 and 8,000 assigned voters. See attached poll list.

4

A single line at these locations will cause substantial delays and likely discourage voters from voting.

3.    Poll workers will have difficulty determining which voters must complete a voter update form because ALVIN is not capable of providing separate active and inactive voter rosters. In all prior elections Jefferson County poll workers were provided with two separate lists of voters (i.e. an active list and an inactive list). Poll workers are trained to require all voters whose name appears on the inactive list to complete a voter update form before voting. ALVIN produces a single voter roster which contains a small "i" by the name of an inactive voter. If the poll worker (many of whom are senior citizens) misses that "i", the voter update will not be accomplished.

4.    Jefferson County contains approximately 400,000 or twenty percent of the state's registered voters. Jefferson County's voter roster contains a bar code used to automatically update the voter history record of every voter who votes in an election (see attached sample page from County voter roster). The voter roster produced by ALVIN does not contain a bar code. That means, in an election with a 50% turnout, 200,000 manual updates will have to be performed if the ALVIN voter list is used in Jefferson County.

5

## D.    CONCLUSION

Registrar Hunter offers the foregoing to inform the Court and the United States
what will occur in Jefferson County if the County is required to conduct the
November, 2006 General Election with the current ALVIN system.  Ms. Hunter does
not wish to stall, impede or frustrate the State's compliance with HAVA.  Ms. Hunter
will begin to use the State system to conduct elections in Jefferson County as soon
as the State system can perform the required tasks.    Until then, Ms. Hunter
respectfully requests that she not be required to conduct the November, 2006 election
with the current ALVIN system for the reasons set out herein.

JEFFREY M. SEWELL
Bar Number: ASB-1228-E58J
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama  35203
Phone:  (205) 325-5688
Fax:  (205) 325-5840
Email:  sewellj@jccal.org

6

T. A. LAWSON, II
Bar Number: ASB-3840-L72T
Assistant County Attorney
280 Jefferson County Courthouse
716 Richard Arrington Jr. Blvd. North
Birmingham, Alabama  35203
Phone:  (205) 325-5688
Fax:  (205) 325-5840
Email:  lawsont@jccal.org

## CERTIFICATE OF SERVICE

I have served a copy of the foregoing **SUPPLEMENTAL SUBMISSION OF JEFFERSON COUNTY REGISTRAR NELL HUNTER** on counsel for all parties, by hand delivery in open court, this the _20_ day of July, 2006.

JEFFREY M. SEWELL
Assistant County Attorney

7

pc:    Donald Palmer                   Nancy L. Worley
      Robert D. Popper               Secretary of State
      Christy A. McCormick         State of Alabama
      U. S. Department of Justice     State Capitol, Room 5105
      Room 7254-NWB           600 Dexter Avenue
      950 Pennsylvania Ave., N.W.    Montgomery, AL  36101
      Washington, DC  20530

      Winfield J. Sinclair            Algert S. Agricola, Jr.
      Margaret L. Fleming          Slaten & O'Connor, PC
      Misty S. Fairbanks            Winter Loeb Building
      Assistant Attorneys General     105 Tallapoosa Street
      11 South Union Street         Suite 101
      Montgomery, AL  36130        Montgomery, AL  36104

      Michael W. Robinson
      Department of Public Safety
      Legal Unit
      Post Office Box 1511
      Montgomery, AL  36102-1511

Jefferson County Active Voters

7/18/2006

| Precinct | Poll Location | Total Voters |
|---|---|---|
| 5101 | GARDENDALE CIVIC CENTER | 8,555 |
| 4402 | FIRST BAPTIST CHURCH, TRUSSVILLE | 5,965 |
| 1506 | PLEASANT GROVE FIRST BAPTIST CHURCH | 5,675 |
| 1511 | PLEASANT HILL UNITED METHODIST CHURCH | 5,541 |
| 4601 | HUNTER STREET BAPTIST CHURCH | 5,451 |
| 4705 | VESTAVIA HILLS CIVIC CENTER | 5,350 |
| 4602 | PRINCE OF PEACE CATHOLIC CHURCH | 5,066 |
| 4401 | TRUSSVILLE CITY HALL | 4,947 |
| 5109 | CLAY COMMUNITY CENTER | 4,920 |
| 1501 | MOUNT OLIVE ELEMENTARY SCHOOL | 4,034 |
| 4503 | IRONDALE SENIOR CITIZENS BUILDING | 4,034 |
| 4806 | BROOKWOOD BAPTIST CHURCH | 3,801 |
| 4403 | MOUNTAIN VIEW BAPTIST CHURCH | 3,728 |
| 4703 | SAINT PETER THE APOSTLE CATHOLIC CHURCH | 3,709 |
| 4606 | HOMEWOOD PUBLIC LIBRARY | 3,695 |
| 6005 | FORESTDALE SQUARE | 3,635 |
| 4802 | MOUNTAIN CHAPEL UNITED METHODIST CHURCH | 3,622 |
| 4704 | SAINT MARK UNITED METHODIST CHURCH | 3,472 |
| 4506 | BREWSTER ROAD BAPTIST CHURCH | 3,399 |
| 4405 | CENTER POINT COURTHOUSE ANNEX | 3,369 |
| 4805 | NEW MERKLE - CAHABA HEIGHTS CENTER | 3,313 |
| 5611 | BESSEMER STATE TECHNICAL COLLEGE | 3,303 |
| 4509 | LEEDS HIGH SCHOOL | 3,234 |
| 4604 | BLUFF PARK UNITED METHODIST CHURCH | 3,190 |
| 5301 | LEGION FIELD LOBBY - GATE 7 | 3,127 |
| 4609 | MOUNTAIN BROOK CITY HALL | 3,107 |
| 5702 | HUEYTOWN CITY HALL | 3,039 |
| 5809 | L.M. SMITH MIDDLE SCHOOL | 3,036 |
| 4804 | FIRE STATION #2, MOUNTAIN BROOK | 3,028 |
| 5709 | MIDFIELD COMMUNITY CENTER | 2,999 |
| 4404 | CLEARVIEW BAPTIST CHURCH | 2,998 |
| 5604 | JONESBORO ELEMENTARY SCHOOL | 2,884 |
| 5204 | HARRISON PARK RECREATION CENTER | 2,881 |
| 5108 | PINSON UNITED METHODIST CHURCH | 2,827 |
| 5414 | CRESTWOOD COMMUNITY EDUCATIONAL CENTER | 2,797 |
| 5509 | ENSLEY PARK RECREATION CENTER | 2,724 |
| 4701 | HOOVER PARK AND RECREATION CENTER | 2,709 |
| 5212 | HOMEWOOD SATELLITE COURTHOUSE | 2,694 |

Jefferson County Active Voters                                   7/18/2006

| Precinct | Poll Location | Total Voters |
|---|---|---|
| 5310 | FIRE STATION #22, BIRMINGHAM | 2,664 |
| 5512 | CHARLES A. BROWN MIDDLE SCHOOL | 2,649 |
| 4708 | VESTAVIA HILLS UNITED METHODIST CHURCH | 2,625 |
| 4501/5416 | MCELWAIN BAPTIST CHURCH | 2,595 |
| 6008 | BETHEL BAPTIST CHURCH | 2,571 |
| 4406 | HILLDALE BAPTIST CHURCH | 2,559 |
| 4605 | EDGEWOOD ELEMENTARY SCHOOL | 2,553 |
| 5804 | ROBINSON ELEMENTARY SCHOOL | 2,492 |
| 5703 | BROOKLANE COMMUNITY CENTER | 2,464 |
| 4707 | TOWN VILLAGE VESTAVIA HILLS | 2,456 |
| 5601 | CANAAN BAPTIST CHURCH | 2,439 |
| 5308 | RAMSAY ALTERNATIVE HIGH SCHOOL | 2,409 |
| 5305 | CENTER STREET MIDDLE SCHOOL | 2,409 |
| 5808 | SUN VALLEY ELEMENTARY SCHOOL | 2,407 |
| 1502 | BAGLEY JUNIOR HIGH SCHOOL | 2,386 |
| 5910 | TARRANT CITY HALL | 2,374 |
| 1507 | CONCORD BAPTIST CHURCH | 2,369 |
| 4702 | OAKMONT PRESBYTERIAN CHURCH | 2,358 |
| 4803 | FIRE STATION #32, BIRMINGHAM | 2,348 |
| 5107 | PALMERDALE UNITED METH CHURCH | 2,319 |
| 4505 | HUFFMAN MIDDLE SCHOOL | 2,286 |
| 5201 | CENTRAL PARK RECREATION CENTER | 2,261 |
| 4603 | SHADES CREST BAPTIST CHURCH | 2,208 |
| 5902 | FULTONDALE SENIOR CITIZEN CTR | 2,165 |
| 5608 | SOUTHSIDE HOMES COMMUNITY CENTER | 2,147 |
| 5609 | DUNBAR - ABRAMS COMMUNITY CENTER | 2,101 |
| 5511 | FIRE STATION #1, FAIRFIELD | 2,094 |
| 5701 | HUEYTOWN COUNCIL OF CLUBS | 2,072 |
| 5106 | KERMIT A JOHNSON ELEMENTARY SCHOOL | 2,056 |
| 6014 | MINOR ELEMENTARY SCHOOL | 2,055 |
| 5104 | WARRIOR CITY HALL | 2,054 |
| 5810 | OUR LADY OF LOURDES CATH. CHURCH | 2,054 |
| 5805 | DON HAWKINS PARK AND RECREATION CENTER | 2,042 |
| 5506 | ADAMSVILLE SENIOR CITIZENS BUILDING | 2,038 |
| 1509 | VALLEY CREEK BAPTIST CHURCH | 2,029 |
| 5505 | ADAMSVILLE BAPTIST CHURCH | 2,020 |
| 4508 | LEEDS NATIONAL GUARD ARMORY | 2,015 |
| 5214 | SHADES CAHABA ELEMENTARY SCHOOL | 2,001 |

Jefferson County Active Voters

7/18/2006

| Precinct | Poll Location | Total Voters |
|---|---|---|
| 6007 | SOUTH HAMPTON ELEMENTARY SCHOOL | 1,974 |
| 3401 | CORNER SCHOOL | 1,973 |
| 5901 | JEFFERSON COUNTY REHABILITATION CENTER | 1,963 |
| 4608 | SAINT LUKE'S EPISCOPAL CHURCH | 1,960 |
| 4807 | LIBERTY PARK BAPTIST CHURCH | 1,946 |
| 4502 | CHEROKEE BEND ELEMENTARY SCHOOL | 1,937 |
| 5806 | MARTHA GASKINS MIDDLE SCHOOL | 1,917 |
| 4706 | MOUNTAINTOP COMMUNITY CHURCH | 1,830 |
| 5413 | FIRE STATION #12, BIRMINGHAM | 1,817 |
| 6003 | FULTONDALE FIRST BAPTIST CHURCH | 1,812 |
| 5508 | FIRE STATION #17, BIRMINGHAM | 1,789 |
| 4507 | FIRST UNITED METH. CHURCH OF CENTER POINT | 1,740 |
| 5203 | WIGGINS LIBRARY AND RECREATION CENTER | 1,730 |
| 5411 | WILLOW WOOD RECREATION CENTER | 1,692 |
| 5102 | MORRIS TOWN HALL | 1,671 |
| 5410 | AVONDALE ELEMENTARY SCHOOL | 1,652 |
| 5213 | HOMEWOOD PARK AND RECREATION CENTER | 1,649 |
| 5302 | NEW ERA BAPTIST CHURCH | 1,628 |
| 5907 | HUDSON MIDDLE SCHOOL | 1,590 |
| 5707 | GLEN OAKS ELEMENTARY SCHOOL | 1,577 |
| 6004 | FIRE STATION #1, HILLVIEW | 1,553 |
| 5906 | NORWOOD COMMUNITY CENTER | 1,552 |
| 5409 | AVONDALE PUBLIC LIBRARY | 1,539 |
| 5716 | MOUNT ZION MISSIONARY BAPTIST CHURCH | 1,533 |
| 5206 | JACKSON ELEMENTARY SCHOOL | 1,516 |
| 5306 | GLEN IRIS ELEMENTARY SCHOOL | 1,516 |
| 5607 | BESSEMER CITY HALL | 1,512 |
| 6012 | EAST ENSLEY PUBLIC LIBRARY | 1,501 |
| 5706 | MT. PILGRIM BAPT. CHURCH | 1,497 |
| 5605 | FIRE DEPARTMENT ADMINISTRATIVE BUILDING | 1,481 |
| 5807 | FIRE STATION #29, BIRMINGHAM | 1,480 |
| 5513 | CENTRAL PARK ELEMENTARY SCHOOL | 1,471 |
| 6001 | MAURICE L. WEST COMMUNITY CENTER | 1,461 |
| 5704 | NEW BETHLEHEM BAPTIST CHURCH | 1,425 |
| 5202 | LEE ELEMENTARY SCHOOL | 1,409 |
| 4808 | BHAM KOREAN UNITED METHODIST CHURCH | 1,406 |
| 1504 | ALLIANCE COMMUNITY CENTER | 1,402 |
| 5507 | FIRE STATION, MINOR | 1,365 |

Jefferson County Active Voters

7/18/2006

| Precinct | Poll Location | Total Voters |
|---|---|---|
| 5903 | HOOPER CITY RECREATION CENTER | 1,359 |
| 6013 | WOODROW WILSON ELEMENTARY SCHOOL | 1,355 |
| 5913 | SHEPHERD CENTER EAST | 1,354 |
| 5307 | GREEN SPRINGS BAPTIST CHURCH | 1,351 |
| 5904 | WRIGHT'S CHAPEL UNITED METHODIST CHURCH | 1,349 |
| 5103 | KIMBERLY TOWN HALL | 1,345 |
| 5406 | JEFFERSON CNTY. CTHSE - LOBBY | 1,342 |
| 4801 | HOOVER PUBLIC LIBRARY | 1,339 |
| 5802 | BARRETT ELEMENTARY SCHOOL | 1,333 |
| 5304 | WASHINGTON ELEMENTARY SCHOOL | 1,319 |
| 5613 | LIPSCOMB CITY HALL | 1,290 |
| 1510 | OAK GROVE FIRST BAPTIST CHURCH | 1,287 |
| 5905 | NORTH BIRMINGHAM RECREATION CENTER | 1,273 |
| 5303 | HILL ELEMENTARY SCHOOL | 1,264 |
| 5610 | FIRE STATION #5, BESSEMER | 1,257 |
| 5404 | MT. ZION COMMUNITY CHURCH | 1,213 |
| 5207 | HENRY CRUMPTON RECREATION CENTER | 1,196 |
| 6006 | SANDUSKY COMMUNITY SENIOR CITIZENS PARK | 1,167 |
| 5801 | GATE CITY ELEMENTARY SCHOOL | 1,149 |
| 5712 | FIRST BAPTIST CHURCH, ROOSEVELT | 1,140 |
| 5912 | CURRY ELEMENTARY SCHOOL | 1,088 |
| 5711 | BRIGHTON SENIOR CITIZEN'S BUILDING | 1,086 |
| 5606 | THOMPSON MANOR COMMUNITY CENTER | 1,077 |
| 5514 | FIVE POINTS WEST PUBLIC LIBRARY | 1,038 |
| 1503 | MASONIC LODGE WEST JEFFERSON | 1,019 |
| 5909 | INGLENOOK ELEMENTARY SCHOOL | 987 |
| 5710 | BRIGHTON MIDDLE SCHOOL | 982 |
| 5715 | WENONAH ELEMENTARY SCHOOL | 978 |
| 5408 | MORTON SIMPSON COMMUNITY CENTER | 963 |
| 6002 | BROOKSIDE CITY HALL | 945 |
| 5205 | HEMPHILL SCHOOL RECREATION BUILDING | 918 |
| 5803 | OPORTO ARMORY | 916 |
| 4607 | MOUNTAIN BROOK GRAMMAR SCHOOL | 904 |
| 5713 | BRYANT CHAPEL AME CHURCH | 901 |
| 5401 | OUR LADY QUEEN OF THE UNIVERSE | 895 |
| 6009 | MOUNT HEBRON BAPTIST CHURCH | 869 |
| 5504 | MULGA TOWN HALL | 844 |
| 6010 | LIVELY HOPE BAPTIST CHURCH | 826 |

Jefferson County Active Voters

7/18/2006

| Precinct | Poll Location | Total Voters |
|---|---|---|
| 5603 | MUSCODA COMMUNITY CENTER | 818 |
| 5211 | ELECTION SYSTEMS & SOFTWARE | 802 |
| 5612 | JOHNS COMMUNITY CENTER | 783 |
| 5415 | IRONDALE CITY HALL | 774 |
| 5510 | C.J. DONALD ELEMENTARY SCHOOL | 748 |
| 5412 | HAYES HIGH SCHOOL | 729 |
| 5402 | CARRIE A. TUGGLE ELEMENTARY SCHOOL | 718 |
| 5615 | NEW BETHEL BAPTIST CHURCH | 717 |
| 5911 | FIRST BAPTIST CHURCH, MOUNTAIN PARK | 715 |
| 1505 | SYLVAN SPRINGS COMMUNITY CENTER | 705 |
| 5105 | TRAFFORD TOWN HALL | 689 |
| 5614 | FIRE STATION, LIPSCOMB | 669 |
| 5403 | LEWIS ELEMENTARY SCHOOL | 654 |
| 5216 | BIRMINGHAM BOTANICAL GARDENS | 616 |
| 4407 | JEFFERSON STATE JR. COLLEGE | 562 |
| 5502 | SYLVAN SPRINGS TOWN HALL | 551 |
| 5210 | PINE HAVEN BAPTIST CHURCH | 525 |
| 4301 | SAINT PETER THE APOSTLE CATHOLIC CHURCH | 499 |
| 5714 | MOUNT OLIVE BAPTIST CHURCH | 476 |
| 4504 | FIRE STATION #31, BIRMINGHAM | 470 |
| 5309 | SOUTHSIDE BRANCH PUBLIC LIBRARY | 436 |
| 5407 | SOUTHTOWN HOUSING COMMUNITY CENTER | 428 |
| 5708 | ST. MARY'S CATHOLIC CHURCH | 407 |
| 5908 | HARRIMAN PARK RECREATION CENTER | 389 |
| 5602 | MUSCODA COMMUNITY CENTER | 360 |
| 5209 | MACEDONIA CHRISTIAN CHURCH | 293 |
| 1508 | HUEYTOWN COMMUNITY SCHOOL | 242 |
| 6011 | MORNINGSTAR BAPTIST CHURCH | 212 |
| 5501 | MAYTOWN TOWN HALL | 210 |
| 5215 | AFTON LEE COMMUNITY CENTER | 209 |
| 5208 | SHADY GROVE BAPT. CHURCH | 209 |
| 4510 | SULPHUR SPRINGS BAPTIST CHURCH | 186 |
| 5705 | FAIRFIELD CITY HALL | 165 |
| 5503 | BOOKER HEIGHTS DEVELOPMENT CORPORATION | 88 |