IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA
            Plaintiff                    Civil Action No.
VS.
                                          2:06cv392-WKW
STATE OF ALABAMA, ET AL.
            Defendant

                    EVIDENTIARY HEARING

_____


        PLAINTIFF                        DEFENDANT


                    WITNESS LIST


_____          1) Adam Bourne_____

_____          2) Gary Davis_____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____