IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| STATE OF ALABAMA, and ) | 2:06-cv-0392-WKW-SRW |
| NANCY L. WORLEY, Secretary of State; ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S RESPONSE TO COURT'S NOTICE
OF APPOINTMENT OF SPECIAL MASTER**

Pursuant to the Court's July 21, 2006, order, Plaintiff United States of America submits the attached proposed order (annexed hereto as Attachment A) directing the appointment of a Special Master with the duties and powers set forth herein.

Plaintiff respectfully submits that this order is consonant with the Court's written and oral directions; with the requirements of Fed. R. Civ. P. Rule 53; and with the Court's equitable power to appoint a Special Master, *see Ruiz v. Estelle*, 679 F.2d 1115, 1161 (5th Cir. 1982); *Schwimmer v. United States*, 232 F.2d 855, 865 (8th Cir. 1956); *In re Peterson*, 253 U.S. 300, 312 (1920).

Respectfully submitted this 25th day of July 2006.

                ALBERTO R. GONZALES
                Attorney General

                WAN J. KIM
                Assistant Attorney General
                Civil Rights Division

LEURA GARRETT CANARY
United States Attorney
R. RANDOLPH NEELY
Assistant United States Attorney

JOHN K. TANNER
Chief, Voting Section

By:   s/Christy A. McCormick
      ROBERT D. POPPER
      CHRISTY A. McCORMICK
      DONALD L. PALMER
      Attorneys
      Voting Section
      Civil Rights Division
      U.S. Department of Justice
      Room 7254-NWB
      950 Pennsylvania Ave., NW
      Washington, D.C. 20530
      (800) 253-3931 (telephone)
      (202) 307-3961 (facsimile)

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 25th day of July 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

    Nancy L. Worley
    Secretary of State of the State of Alabama
    State Capitol, Room 5105
    600 Dexter Avenue
    Montgomery, Alabama 36101

    State of Alabama
    c/o Troy King
    Attorney General for the State of Alabama
    Winfield J. Sinclair
    Margaret L. Fleming
    Misty S. Fairbanks
    Assistant Attorneys General
    11 South Union Street
    Montgomery, Alabama 36130

    Algert S. Agricola, Jr.
    Slaten & O'Connor, P.C.
    Winter Loeb Building
    105 Tallapoosa Street, Suite 101
    Montgomery, Alabama 36104

    Michael W. Robinson, Esq.
    Attorney for Department of Public Safety
    Department of Public Safety, Legal Unit
    Post Office Box 1511
    Montgomery, Alabama 36102-1511

    Dorman Walker, Esq.
    Balch & Bingham
    P.O. Box 78
    2 Dexter Avenue
    Montgomery, Alabama 36101-0078

    T.A. Lawson, II, Esq.
    Jeffrey M. Sewell, Esq.
    Assistant County Attorneys
    Jefferson County
    280 Jefferson County Courthouse
    716 Richard Arrington Jr. Blvd. North

        Birmingham, Alabama 35203

        Frank Corley Ellis, Jr., Esq.
        Wallace, Ellis, Fowler & Head
        P.O. Box 587
        Columbiana, Alabama 35051

| Address of Counsel: | s/Robert D. Popper |
| --- | --- |
|  | Special Litigation Counsel |
| Voting Section, Room 7254-NWB | U.S. Department of Justice |

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
(800) 253-3931 (telephone)
(202) 307-3961 (facsimile)
E-mail: Robert.Popper@usdoj.gov