IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-392-WKW |
| | ) | |
| The STATE OF ALABAMA and | ) | |
| NANCY L. WORLEY, Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion to Intervene of Joe Turnham in his Individual Capacity

and as Chair of the State Democratic Executive Committee of Alabama (Doc. # 42), it is ORDERED

that the parties and amici shall file a response **no later than 12:00 p.m. on Tuesday, August 1,**

**2006**.

DONE this the 28th day of July, 2006.


                            /s/  W.  Keith Watkins
                    UNITED STATES DISTRICT JUDGE