IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| STATE OF ALABAMA, and | ) | 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Alabama | ) | |
| Secretary of State, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| ALABAMA PROBATE JUDGES | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Amicus Curiae. | ) | |

**RESPONSE OF ALABAMA PROBATE JUDGES
ASSOCIATION TO COURT ORDER**

Comes Now Amicus Curiae Alabama Probate Judges Association, by and through counsel, and, in response to this Court's order [Doc. No. 38] entered herein on July 21, 2006, offers the following comments on the responses of the parties to the same order of this Court:

1. The APJA concurs in the recommendations of Plaintiff United States of America and Defendants State of Alabama and Nancy Worley, as Alabama Secretary of State, that this Court should appoint Alabama Governor Bob Riley to serve as Special Master with responsibility for bringing the state of Alabama into complete compliance with HAVA with regard to the development and implementation of a single, uniform, official, centralized, interactive computerized statewide voter registration list in elections for federal office. In

support of the appointment of the Governor to serve as Special Master, the APJA submits this Court's decision in *Wyatt v. Ireland*, No. 3195-N (M.D. Ala. Mar. 8, 1983), *quoting, Wyatt v. Ireland*, No 83-7094, slip op. at 1 (11th Cir. February 18, 1983) (unpublished). See attached Exhibit 1.

2. In response to the second issue listed in this Court's order necessarily arising out of the appointment of a Special Master, the APJA submits the following suggestion as to the delineation of the roles of the Special Master from those of the Secretary of State. Given the time constraints under which the Special Master will labor in his effort to fulfill his responsibilities to the Court, the APJA believes that it is unnecessary for the Special Master to seek and obtain advice from the APJA, the Circuit Clerks Association, the Voter Registrars Association, or other such groups on the issues of which vendor proposal should be accepted for implementation of the required voter registration database and what rules or regulations may be necessary for implementation of the required system. Instead, the APJA submits that the primary advisory body from which input to the Special Master on the issues of which vendor proposal should be selected and what rules or regulations need to be implemented should be the State HAVA Committee. There are numerous reasons supporting this suggestion.

First, the HAVA Committee has bipartisan membership representing each of these stakeholder groups. These group representatives are in place to receive and convey their group's input to the HAVA Committee. Second, it is the body charged by federal law with responsibility for advising the chief election official in this process. Third, the members of

2

the HAVA Committee have already diligently done the work to become familiar with vendor proposals previously submitted so that their input can be more efficiently and expeditiously provided to and obtained by the Special Master. Finally, because of the substantial representation of local election officials on the HAVA Committee, any recommended rules or regulations necessary for implementation of the required voter registration database will be assured to be supported locally.

Wherefore premises considered, the Alabama Probate Judges Association concurs in the recommendation of the parties that Governor Bob Riley be appointed to serve as Special Master and that his role as Special Master be further delineated as set out hereinabove.

Respectfully submitted this 28th day of July, 2006.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (SJS No. AGR001)

Counsel for The Alabama Probate Judges Association

OF COUNSEL:

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 Fax
aagricola@slatenlaw.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| STATE OF ALABAMA, and ) | 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Alabama ) | |
| Secretary of State, in her official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winfield J. Sinclair wsinclair@ago.state.al.us
Margaret L. Fleming mfleming@ago.state.al.us
Misty S. Fairbanks mfairbanks@ago.state.al.us
Christy A. McCormick christy.mccormick@usdoj.gov
Donald Palmer donald.palmer@usdoj.gov
R. Randolph Neeley rand.neeley@usdoj.gov
Robert D. Popper robert.popper@usdoj.gov
Dorman Walker dwalker@balch.com
Frank C. Ellis fellis7234@aol.com
Edward Still still@votelaw.com
James H. Anderson janderson@beersanderson.com
Shannon Holliday holliday@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

                                            Respectfully submitted,

                                            s/ Algert S. Agricola, Jr.
                                            Algert S. Agricola, Jr.
                                            **SLATEN & O'CONNOR, P.C.**
                                            Winter Loeb Building
                                            105 Tallapoosa Street, Suite 101
                                            Montgomery, AL 36104
                                            Phone: (334) 396-8882
                                            Fax:    (334) 396-8880
                                            E-mail: aagricola@slatenlaw.com

F:\Gen Litigation\Ala Probate Judges Assoc\Pleadings\Comments of PJA on Special Master Appointment.wpd