IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| STATE OF ALABAMA, and ) | 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Alabama ) | |
| Secretary of State, in her official ) | |
| capacity, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| ALABAMA PROBATE JUDGES ) | |
| ASSOCIATION, ) | |
| ) | |
| Amicus Curiae. ) | |

### RESPONSE OF ALABAMA PROBATE JUDGES ASSOCIATION TO MOTION TO INTERVENE

Comes Now Amicus Curiae Alabama Probate Judges Association, by and through counsel, and, in response to the Motion to Intervene [Doc. No. 42] filed by Joe Turnham on July 27, 2006, states as follows:

1. The APJA is a bipartisan organization of elected probate judges whose job it is to conduct fair, efficient, and lawful elections throughout the state of Alabama. The sole remaining issue in this case is how best to implement a single, uniform, official, centralized, interactive computerized statewide voter registration list in elections for federal office within the time frame set out by this Court. This is not a political issue. The APJA believes that all parties necessary to effectuate the orders of this Court are presently before this Court.

2. The APJA believes it would be ill-advised to allow any party to inject partisan political issues into this case whether that effort comes from Republicans, Democrats, Libertarians, or any other organization. Any attempt to discredit the election officials and voting system of the state of Alabama should not be given any credibility by this Court.

3. The partisan nature of the pending motion to intervene [Doc. No. 42] underscores the need for the State HAVA Committee to have the primary role in advising the Special Master in the course of carrying out the Court's orders. The HAVA Committee is bipartisan. The members of the HAVA Committee are knowledgeable of all the issues related to the implementation of the required database. The HAVA Committee alone carries the imprimatur of the Alabama legislature which represents all the people of Alabama.

Wherefore premises considered, the Alabama Probate Judges Association considers any motion to intervene on the basis of political issues to be ill-advised and should be denied.

Respectfully submitted this 28th day of July, 2006.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (SJS No. AGR001)

Counsel for The Alabama Probate Judges Association

OF COUNSEL:
**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 Fax
aagricola@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| STATE OF ALABAMA, and ) | 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Alabama ) | |
| Secretary of State, in her official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winfield J. Sinclair wsinclair@ago.state.al.us
Margaret L. Fleming mfleming@ago.state.al.us
Misty S. Fairbanks mfairbanks@ago.state.al.us
Christy A. McCormick christy.mccormick@usdoj.gov
Donald Palmer donald.palmer@usdoj.gov
R. Randolph Neeley rand.neeley@usdoj.gov
Robert D. Popper robert.popper@usdoj.gov
Dorman Walker dwalker@balch.com
Frank C. Ellis fellis7234@aol.com
Edward Still still@votelaw.com
James H. Anderson janderson@beersanderson.com
Shannon Holliday holliday@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

4

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

                                            Respectfully submitted,

                                            s/ Algert S. Agricola, Jr.
                                            Algert S. Agricola, Jr.
                                            **SLATEN & O'CONNOR, P.C.**
                                            Winter Loeb Building
                                            105 Tallapoosa Street, Suite 101
                                            Montgomery, AL 36104
                                            Phone: (334) 396-8882
                                            Fax:   (334) 396-8880
                                            E-mail: aagricola@slatenlaw.com

F:\Gen Litigation\Ala Probate Judges Assoc\Pleadings\PJA Response to Motion to Intervene.wpd