## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| STATE OF ALABAMA, and | ) | 2:06-cv-0392-WKW-SRW |
| NANCY L. WORLEY, Alabama | ) | |
| Secretary of State, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE OF COUNSEL

Comes Now the undersigned, a member in good standing of the bar of this Court, and enters his appearance as additional counsel of record for The Alabama Probate Judges Association, as an interested party as further set out in its Motion for Leave to Comment.

Respectfully submitted this 31st day of July, 2006.

/s G. R. Trawick
G. R. Trawick (SJS No. TRA007)
Counsel for The Alabama Probate Judges Association

OF COUNSEL:

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 Fax
rtrawick@slatenlaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| STATE OF ALABAMA, and | ) | 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Alabama | ) | |
| Secretary of State, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winfield J. Sinclair wsinclair@ago.state.al.us
Margaret L. Fleming mfleming@ago.state.al.us
Misty S. Fairbanks mfairbanks@ago.state.al.us
Christy A. McCormick christy.mccormick@usdoj.gov
Donald Palmer donald.palmer@usdoj.gov
R. Randolph Neeley rand.neeley@usdoj.gov
Robert D. Popper robert.popper@usdoj.gov
Dorman Walker dwalker@balch.com
Frank C. Ellis fellis7234@aol.com
Edward Still still@votelaw.com
James H. Anderson janderson@beersanderson.com
Shannon Holliday holliday@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

    Respectfully submitted,

    s/ G. R. Trawick
    G. R. Trawick
    **SLATEN & O'CONNOR, P.C.**
    Winter Loeb Building
    105 Tallapoosa Street, Suite 101
    Montgomery, AL 36104
    Phone:  (334) 396-8882
    Fax:     (334) 396-8880
    E-mail: rtrawick@slatenlaw.com

F:\Gen Litigation\Ala Probate Judges Assoc\Pleadings\Notice of Appearance (GRT).wpd