IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of ) | |
| State, in her official capacity, ) | |
| ) | |
| Defendants. ) | |

### JUDGE PATRICIA FUHRMEISTER'S COMMENTS
### TO PROPOSED ORDERS

Comes now amicus curiae Shelby County Judge of Probate Patricia Fuhrmeister and in response to the Court's order of July 21, 2006, *doc. no. 38 at p. 5*, provides these comments on the written responses of the plaintiff, *doc. no. 40*, and the defendants, *doc. no. 41*:

1.  Both parties recommend that Governor Bob Riley be appointed Special Master. *Doc. no. 40 at 2; doc. no. 41 at 8.* Judge Fuhrmeister supports these recommendations, and further suggests that any order appointing Governor Riley as Special Master unambiguously state that he may delegate his authority as Special Master to members of his Special Master's staff. *See doc. no. 40 at p. 3* (recommended staffing for Special Master).

2.  Judge Fuhrmeister supports Alabama Probate Judge Association's recommendation that the primary advisory body for the Special Master should be the State HAVA Committee. *Doc. no. 46 at 2.*

3.  The Secretary of State's proposed HAVA compliance plan included a moratorium on implementation of new local voter registration systems until her HAVA plan is implemented. *Doc. no. 22-2 at p. 9.* In the Court's July 21 order, it adopted the proposed plan "generally with

170372.1

certain modifications of the timeline and nonsubstantive provisions." *Doc. no. 38 at p. 4.* The status of the proposed moratorium is not clear, and Judge Fuhrmeister requests that an order appointing the Special Master authorize that person to determine whether a moratorium is necessary and, if so, the scope of such a moratorium, and otherwise to change and even reject the proposed moratorium as appropriate.

Respectfully submitted on July 31, 2006.

s/Frank C. Ellis, Jr.

Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, AL 35051
205/669-6783
205/669-4832 (fax)

s/Dorman Walker

Balch & Bingham LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
334/269-3138
866/736-3854 (fax)

## CERTIFICATE OF SERVICE

I certify that on July 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served by United States Mail, properly addressed and postage prepaid to the following:

R. Randolph Neeley
U.S. Attorney's Office
Post Office Box 197
Montgomery, AL 36101-0197

Margaret L. Fleming
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

Michael W. Robinson
Alabama Department of Public Safety
Legal Unit
Post Office Box 1511
Montgomery, AL 36102-1511

Al Agricola, Jr.
Slaten & O'Connor, PC
Post Office Box 1110
Montgomery, AL 36101-1110

Edward Still
Edward Still Law Firm & Mediation Center
2112 11th Avenue South
Suite 201
Birmingham, AL 35205

This the 31st day of July, 2006.

                                            s/Dorman Walker
                                            Of Counsel