IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| v. | ) | |
| | ) | 2:06-CV-00392-WKW-SRW |
| STATE OF ALABAMA, and | ) | |
| NANCY L. WORLEY, | ) | |
| Alabama Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANTS' ACCOUNTING

Come now Defendants State of Alabama and Nancy L. Worley, in her

official capacity as Alabama Secretary of State, by and through Troy King,

Attorney General for the State of Alabama, and, pursuant to this Honorable Court's

July 21, 2006 Order (Doc. 38), responds to the order for an accounting as follows.

This Court's Order provided that:

[T]he Secretary of State is DIRECTED: . . . to prepare an accounting
of HAVA funds budgeted or dedicated to the development of the
statewide voter list (the "Funds"), including a pro rata share of interest
earned thereon, and further indicating the amounts expended, the
purposes of the expenditures, any accounts payable from the Funds,
and the location of the deposit of the Funds.

(Doc. 38 at 6).

Until recently, Jeannie G. Price was the Finance Director in the Secretary of State's Office.  She has supplied the attached affidavit, reflecting that $12 million was budgeted for the voter registration system (hereinafter VRS), and that roughly $420,932.38 has been earned in interest on that $12 million.

As to what has been spent, according to Ms. Price's affidavit, "[t]he Central Accounting System does not separately identify VRS expenditures . . . but reflects only the total of HAVA funds spent."  For this reason, "[t]he Office of the Secretary of State will need to specify which of the expenditures listed . . . were for the VRS."

The Secretary of State has represented to the undersigned that she will need to personally review the vouchers documenting the listed expenses in order to determine which are for the VRS.  The Secretary requests that she be given additional time to accomplish this task.

The Secretary has also represented to her counsel that she estimates the expenses thus far incurred for the VRS will be substantially less than the interest already accrued on the $12 million.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:


s/Winfield J. Sinclair


Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W


s/ Misty S. Fairbanks


Misty S. Fairbanks
Assistant Attorney General
Attorney No. ASB-1813-T71F


Attorneys for Defendants

CERTIFICATE OF SERVICE

This is to certify that on the 31ˢᵗ day of July, 2006, a copy of the foregoing

has been electronically filed with the Clerk of the Court using the CM/ECF system,

which will electronically send a copy of the same to the following:

> Michael W. Robinson, Esq.
> Alabama Dept. of Public Safety
> Legal Unit
> P.O. Box 1511
> Montgomery, Alabama 36102-1511
>
> Christy A. McCormick, Esq.
> United States Department of Justice
> 1800 G Street, Room 7246
> Washington, D.C. 20006
>
> Robert D. Popper, Esq.
> United States Department of Justice
> 1800 G Street, Room 7270
> Washington, D.C. 20006
>
> Donald Palmer, Esq.
> Civil Rights Division
> Voting Section
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Room No. 7149
> Washington, D.C. 20006
>
> R. Randolph Neeley, Esq.
> United States Attorney's Office
> P.O. Box 197
> Montgomery, Alabama 36101-0197

Algert Swanson Agricola, Jr., Esq.
Slaten & O'Connor, P.C.
P.O. Box 1110
Montgomery, Alabama 36101-1110

G. R. Trawick, Esq.
Slaten & O'Connor, P.C.
P.O. Box 1110
Montgomery, Alabama 36101-1110

Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank Corley Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
P.O. Box 587
Columbiana, Alabama 35051

Edward Still, Esq.
2112 11th Avenue South, Suite 201
Birmingham, Alabama 35205-2844

James H. Anderson, Esq.
Beers, Anderson, Jackson, Patty & VanHeest, P.C.
P.O. Box 1988
Montgomery, Alabama 36102

Shannon Holliday, Esq.
Copeland, Franco, Screws & Gill, PA
P.O. Box 347
Montgomery, Alabama 36101-0347

And by first class mail, postage prepaid, to the following:

Wan J. Kim, Esq.
Voting Section
United States Department of Justice
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

John K. Tanner, Esq.
United States Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530


s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General



Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us