# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF ALABAMA, and<br>NANCY L. WORLEY,<br>Alabama Secretary of State,<br>in her official capacity,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action Number<br>)<br>) 2:06-CV-00392-WKW-SRW<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF JEANNIE G. PRICE

State of Alabama
County of Montgomery

Before me, a Notary Public in and for said County and State, personally appeared Jeannie G. Price and, after having been by me first duly sworn, deposes and says under oath as follows:

My name is Jeannie G. Price. I am currently employed as a Budget Analyst by the State of Alabama, Department of Finance. Prior to that, I was the Finance Director for the Alabama Secretary of State from October 2005 through June 2006. I have been a Certified Public Accountant since 1996. I am over (19) nineteen years of age and have personal knowledge of the facts as are set out herein.

I was recently asked

> to prepare an accounting of HAVA funds budgeted or dedicated to the development of the statewide voter list (the "Funds"), including a pro rata share of interest earned thereon, and further indicating the amount expended, the purposes of the expenditures, any accounts payable from the Funds, and the location of deposits of the Funds . . . .

According to the Secretary of State's website, the original amount budgeted for the computerized Voter Registration System (hereinafter VRS) is twelve million dollars ($12,000,000.00). That figure represents approximately 31.87% of the total of Title II funds ($35,866,513) plus State matching funds designated for Title II ($1,791,922) earning interest. (*See* Exhibit 1 at 5; Exhibit 2) Allocating 31.87% of the total interest earned on the Title II portion of the HAVA funds, I determined that roughly $420,932.38 in interest has accumulated for the VRS. Accordingly, a total of approximately $12,420,932.38, minus expenditures, exists for the VRS.

As to the expenditures, I reviewed the expenditures recorded in the Central Accounting System as of July 25, 2006. (*See* Exhibit 1) The Central Accounting System does not separately identify VRS expenditures by Title I or Title II, but reflects only the total of HAVA funds spent. I

copied the data from the Central Accounting System and pasted the information on a spreadsheet. The Office of the Secretary of State will need to specify which of the expenditures listed in Exhibit 1 were for the VRS.

Once identified, those expenditures can be deducted from that rough $12,420,932.38 figure explained above, and the amount of available monies for the VRS can be determined.

Exhibits 1 and 2 are true and accurate reports prepared based on the information contained in the Central Accounting System.

_____
Jeannie G. Price, CPA
Alabama Department of Finance


SWORN TO and SUBSCRIBED BEFORE ME on this the 31st day of July, 2006.


_____
Lucretia K. Stephenson
Notary Public


My commission Expires: 6/16/08

3

# SUMMARY OF EXPENDITURES

| DATE | | | PAYEE | OBJECT CODE | TOTAL |
|------|------|------|-------|-------------|-------|
| 7/16/2003 | | | Robert G. Bates | | 172.80 |
| 7/16/2003 | | | Michael F. Bolin | | 61.20 |
| 7/16/2003 | | | Thomas L Coley, Jr. | | 121.68 |
| 7/16/2003 | | | Catherine Crosby | | 115.20 |
| 7/16/2003 | | | Barbara F Crozier | | 33.12 |
| 7/16/2003 | | | M Donald Davis, Jr. | | 396.72 |
| 7/16/2003 | | | Walta Mae Kennie | | 104.40 |
| 7/16/2003 | | | Mitchell Moore | | 11.16 |
| 7/16/2003 | | | Anne Permaloff | | 47.88 |
| 7/16/2003 | | | Jane C Smith | | 367.92 |
| 7/16/2003 | | | Michael A Smith | | 209.52 |
| 7/16/2003 | | | Frances J Stone | | 294.48 |
| 7/16/2003 | | | Susan F Wilson | | 140.40 |
| 7/16/2003 | | | Vicki O Balogh | | 26.70 |
| 7/16/2003 | | | Nancy L Worley | | 54.71 |
| 8/6/2003 | | | Dream Makers | | 337.50 |
| 8/15/2003 | | | Margaret Burkhalter | | 61.92 |
| 8/15/2003 | | | Earlean Isaac | | 97.20 |
| 9/10/2003 | | | The Legends at Capitol Hill | | 1,354.30 |
| 9/10/2003 | | | National Assn of Secretaries of State | | 1,000.00 |
| 9/10/2003 | | | Alabama Education Association | | 250.00 |
| 9/19/2003 | | | N Focus Productions | | 500.00 |
| 9/19/2003 | | | Union Springs Herald | | 419.30 |
| 11/26/2003 | | | The Heritage Club | | 826.40 |
| 11/26/2003 | | | Personal Touch Inc | | 751.70 |
| **TOTAL** | | | **FISCAL YEAR 2003** | | **7,756.21** |
| 7/30/2004 | | | Ray Styles | | 151.50 |
| 7/30/2004 | | | Sue Schmitz | | 160.50 |
| 7/30/2004 | | | Donald Davis | | 131.63 |
| 8/14/2004 | | | Sahara | | 300.00 |
| 9/23/2004 | | | Judy Wagnon | | 66.60 |
| 10/9/2004 | | | Rus Baxley Photography | | 153.00 |
| 10/9/2004 | | | Boosters | | 75.00 |
| 10/9/2004 | | | NASS | | 2,000.00 |
| 10/20/2004 | | | Ken Guin | | 105.75 |
| 10/22/2004 | | | Jennie Weller Catering | | 187.50 |
| 10/23/2004 | | | Richard Proctor | | 134.25 |
| 10/26/2004 | | | Ray Styles | | 164.00 |
| 10/27/2004 | | | Volunteer Information Center | | 25.00 |
| 11/2/2004 | | | Marilyn Latta | | 82.50 |
| 11/5/2004 | | | Donald Davis | | 132.00 |
| 11/5/2004 | | | Strickland Paper | | 40.99 |
| 11/6/2004 | | | Anita Raby | | 253.75 |
| 11/11/2004 | | | Katheryn McVay | | 216.00 |
| 11/20/2004 | | | Sue Schmitz | | 163.50 |
| 11/24/2004 | PV | 50460000136 | Romanow Container | | 1,493.61 |
| 11/25/2004 | | | Genetta Meeks | | 101.25 |
| **TOTAL** | | | **FISCAL YEAR 2004** | | **6,138.33** |
| 11/12/2004 | PV | 50460000173 | DAVIS PRINTING | 0900 | 7,499.00 |
| 12/3/2004 | PV | 50460000195 | BRENDA K | 0800 | 124,955.00 |
| 12/30/2004 | PV | 50460000196 | J GARY | 0800 | 5,000.00 |
| 12/30/2004 | PV | 50460000201 | RAY STYL | 0300 | 127.63 |
| 1/24/2005 | PV | 50460000209 | M DONALD | 0300 | 447.93 |
| 1/24/2005 | PV | 50460000214 | JOE DUCK | 0300 | 56.25 |
| 1/24/2005 | PV | 50460000215 | MICHAEL | 0300 | 63.75 |
| 2/2/2005 | PV | 50460000231 | RAY STYL | 0300 | 137.25 |
| 2/2/2005 | PV | 50460000235 | RICHARD | 0300 | 175.88 |

EXHIBIT

1

PENGAD 800-631-6989

## SUMMARY OF EXPENDITURES

| DATE | | | PAYEE | OBJECT CODE | TOTAL |
|---|---|---|---|---|---:|
| 2/8/2005 | PV | 50460000208 | VALVIER | 0300 | 180.75 |
| 2/10/2005 | PV | 50460000307 | EVELYN | 0300 | 40.50 |
| 2/10/2005 | PV | 50460000308 | MARTHA A | 0300 | 45.00 |
| 2/11/2005 | PV | 50460000309 | MARCIA M | 0300 | 148.50 |
| 2/18/2005 | PV | 50460000236 | ROBERT J | 0300 | 66.75 |
| 2/18/2005 | PV | 50460000237 | BETTY HU | 0300 | 37.50 |
| 2/18/2005 | PV | 50460000328 | GLENDA | 0300 | 63.75 |
| 2/25/2005 | PV | 50460000337 | J GARY | 0800 | 5,000.00 |
| 2/25/2005 | PV | 50460000338 | BRENDA K | 0800 | 266,333.00 |
| 3/2/2005 | PV | 50460000340 | SONJA | 0300 | 75.00 |
| 4/13/2005 | PV | 50460000371 | CRIMSON | 0800 | 80,000.00 |
| 6/28/2005 | PV | 50460000525 | DENISE B | 0800 | 93.77 |
| 6/28/2005 | PV | 50460000534 | LINDA C | 0300 | 165.86 |
| 7/5/2005 | PV | 50460000542 | JANE | 0300 | 7.50 |
| 7/8/2005 | PV | 50460000551 | MICHAEL | 0800 | 71.25 |
| 8/31/2005 | JV | BWR03375043 | PAYROLL | 0100 | 1,467.80 |
| 8/31/2005 | JV | BWR03375159 | EMPL BENEFITS | 0200 | 112.28 |
| 8/31/2005 | JV | BWR03375159 | EMPL BENEFITS | 0200 | 81.76 |
| 9/14/2005 | JV | BWR03380043 | PAYROLL | 0100 | 1,467.80 |
| 9/14/2005 | JV | BWR03380162 | EMPL BENEFITS | 0200 | 110.77 |
| 9/14/2005 | JV | BWR03380162 | EMPL BENEFITS | 0200 | 81.76 |
| 9/14/2005 | JV | BWR03380162 | EMPL BENEFITS | 0200 | 668.00 |
| 10/17/2005 | PV | 60460000028 | KIM ADAM | 0300 | 49.00 |
| 11/10/2005 | PV | 60460000052 | WILLIAM | 0300 | 256.40 |
| 11/10/2005 | PV | 60460000052 | WILLIAM | 0300 | 237.50 |
| 12/9/2005 | PV | 60460000095 | MONTGOME | 0800 | 70.52 |
| 11/17/2005 | PV | 60460000073 | WINNERS CIRCLE COMMU | 0800 | 350.00 |
| | | | | | - |
| **TOTAL** | | | **FISCAL YEAR 2005** | | **495,745.41** |
| 10/3/2005 | JV | R003386 | PAYROLL | 100 | 1,555.90 |
| 10/12/2005 | JV | R003391 | PAYROLL | 100 | 1,526.73 |
| 10/12/2005 | JV | R003391 | PAYROLL | 100 | 29.17 |
| 10/26/2005 | JV | R003396 | PAYROLL | 100 | 1,555.90 |
| 11/8/2005 | JV | R003401 | PAYROLL | 100 | 1,555.90 |
| 11/21/2005 | JV | R003405 | PAYROLL | 100 | 1,555.90 |
| 12/7/2005 | JV | R003411 | PAYROLL | 100 | 1,555.90 |
| 12/21/2005 | JV | R003417 | PAYROLL | 100 | 1,555.90 |
| 1/4/2006 | JV | R003422 | PAYROLL | 100 | 1,555.90 |
| 1/18/2006 | JV | R003429 | PAYROLL | 100 | 1,555.90 |
| 2/1/2006 | JV | R003433 | PAYROLL | 100 | 1,555.90 |
| 2/15/2006 | JV | R003438 | PAYROLL | 100 | 1,555.90 |
| 3/1/2006 | JV | BWR03442043 | PAYROLL | 100 | 1,555.90 |
| 3/14/2006 | JV | BWR03447043 | PAYROLL | 100 | 1,555.90 |
| 4/1/2006 | JV | SAR03452066 | PAYROLL | 100 | 1,685.60 |
| 4/11/2006 | JV | SAR03459062 | PAYROLL | 100 | 1,685.60 |
| 4/26/2006 | JV | SAR03465055 | PAYROLL | 100 | 1,685.60 |
| 5/10/2006 | JV | SAR03472052 | PAYROLL | 100 | 1,685.60 |
| 5/25/2006 | JV | SAR03478054 | PAYROLL | 100 | 1,685.60 |
| 6/13/2006 | JV | SAR03484048 | PAYROLL | 100 | 1,597.81 |
| 6/13/2006 | JV | SAR03484048 | PAYROLL | 100 | 87.79 |
| 6/27/2006 | JV | SAR03490049 | PAYROLL | 100 | 2,720.22 |
| 7/11/2006 | JV | SAR03496049 | PAYROLL | 100 | 2,784.88 |
| 10/3/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 10/3/2005 | JV | R003386 | PAYROLL | 200 | 119.02 |
| 10/12/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 10/12/2005 | JV | R003391 | PAYROLL | 200 | 119.03 |
| 10/26/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 10/26/2005 | JV | R003396 | PAYROLL | 200 | 117.49 |
| 10/26/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 11/8/2005 | JV | R003396 | PAYROLL | 200 | 668.00 |
| 11/8/2005 | JV | R003401 | PAYROLL | 200 | 119.03 |

## SUMMARY OF EXPENDITURES

| DATE | | PAYEE | | OBJECT CODE | TOTAL |
|---|---|---|---|---|---|
| 11/21/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 11/21/2005 | JV | R003405 | PAYROLL | 200 | 117.50 |
| 11/21/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 11/30/2005 | JV | R003405 | PAYROLL | 200 | 668.00 |
| 12/7/2005 | JV | R003411 | PAYROLL | 200 | 119.02 |
| 12/21/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 12/21/2005 | JV | R003417 | PAYROLL | 200 | 117.50 |
| 12/21/2005 | JV | BW | PAYROLL | 200 | 105.33 |
| 1/4/2006 | JV | R003417 | EMPLOYEE BENEFITS | 200 | 452.00 |
| 1/4/2006 | JV | R003422 | EMPLOYEE BENEFITS | 200 | 119.03 |
| 1/18/2006 | JV | BW | EMPLOYEE BENEFITS | 200 | 105.33 |
| 1/18/2006 | JV | R003429 | EMPLOYEE BENEFITS | 200 | 117.49 |
| 1/18/2006 | JV | BW | EMPLOYEE BENEFITS | 200 | 105.33 |
| 1/18/2006 | JV | R003429 | EMPLOYEE BENEFITS | 200 | 668.00 |
| 2/1/2006 | JV | R003433 | EMPLOYEE BENEFITS | 200 | 119.03 |
| 2/15/2006 | JV | R003438 | EMPLOYEE BENEFITS | 200 | 117.49 |
| 2/15/2006 | JV | BW | EMPLOYEE BENEFITS | 200 | 105.33 |
| 2/15/2006 | JV | R003438 | EMPLOYEE BENEFITS | 200 | 668.00 |
| 3/1/2006 | JV | BWR03442163 | EMPLOYEE BENEFITS | 200 | 119.03 |
| 3/1/2006 | JV | BWR03442163 | EMPLOYEE BENEFITS | 200 | 105.33 |
| 3/14/2006 | JV | BWR03447161 | EMPLOYEE BENEFITS | 200 | 117.49 |
| 3/14/2006 | JV | BWR03447161 | EMPLOYEE BENEFITS | 200 | 105.33 |
| 3/14/2006 | JV | BWR03447161 | EMPLOYEE BENEFITS | 200 | 668.00 |
| 4/1/2006 | JV | SAR03452217 | EMPLOYEE BENEFITS | 200 | 128.95 |
| 4/1/2006 | JV | SAR03452217 | EMPLOYEE BENEFITS | 200 | 114.12 |
| 4/11/2006 | JV | SAR03459199 | EMPLOYEE BENEFITS | 200 | 127.43 |
| 4/11/2006 | JV | SAR03459199 | EMPLOYEE BENEFITS | 200 | 114.12 |
| 4/11/2006 | JV | SAR03459199 | EMPLOYEE BENEFITS | 200 | 668.00 |
| 4/26/2006 | JV | SAR03465189 | EMPLOYEE BENEFITS | 200 | 128.95 |
| 4/26/2006 | JV | SAR03465189 | EMPLOYEE BENEFITS | 200 | 114.12 |
| 5/10/2006 | JV | SAR03472185 | EMPLOYEE BENEFITS | 200 | 128.94 |
| 5/10/2006 | JV | SAR03472185 | EMPLOYEE BENEFITS | 200 | 114.12 |
| 5/25/2006 | JV | SAR03478181 | EMPLOYEE BENEFITS | 200 | 128.95 |
| 5/25/2006 | JV | SAR03478181 | EMPLOYEE BENEFITS | 200 | 114.12 |
| 6/10/2006 | JV | SAR03472185 | EMPLOYEE BENEFITS | 200 | 668.00 |
| 6/13/2006 | JV | SAR03490168 | EMPLOYEE BENEFITS | 200 | 208.09 |
| 6/13/2006 | JV | SAR03484169 | EMPLOYEE BENEFITS | 200 | 128.95 |
| 6/13/2006 | JV | SAR03484169 | EMPLOYEE BENEFITS | 200 | 114.12 |
| 6/13/2006 | JV | SAR03484169 | EMPLOYEE BENEFITS | 200 | 668.00 |
| 6/27/2006 | JV | SAR03490168 | EMPLOYEE BENEFITS | 200 | 184.16 |
| 7/11/2006 | JV | SAR03496170 | EMPLOYEE BENEFITS | 200 | 213.04 |
| 7/11/2006 | JV | SAR03496170 | EMPLOYEE BENEFITS | 200 | 188.55 |
| 7/11/2006 | JV | SAR03496170 | EMPLOYEE BENEFITS | 200 | 1,336.00 |
| 12/2/2005 | PV | 60460000093 | ADAM L B 11/9/2005 | 300 | 11.25 |
| 12/2/2005 | PV | 60460000097 | KIM ADAM 11/05 | 300 | 74.21 |
| 12/2/2005 | PV | 60460000098 | EVELYN A 11/16/05 | 300 | 62.08 |
| 12/2/2005 | PV | 60460000096 | RICHARD 11/9-11/30 | 300 | 33.75 |
| 12/2/2005 | PV | 60460000097 | KIM ADAM 11/05 | 300 | 11.25 |
| 12/7/2005 | PV | 60460000098 | EVELYN A 11/16/05 | 300 | 11.25 |
| 2/23/2006 | PV | 60460000284 | M DONALD | 300 | 156.64 |
| 3/1/2006 | PV | 60460000302 | NANCY PR | 300 | 82.41 |
| 3/4/2006 | PV | 60460000293 | JIM SHAN | 300 | 43.61 |
| 3/8/2006 | PV | 60460000309 | JOHN E C | 300 | 79.21 |
| 3/14/2006 | PV | 60460000323 | WYNELLE | 300 | 183.34 |
| 2/21/2006 | PV | 60460000294 | ADAM L B 046:2/3-2/6 | 400 | 392.20 |
| 3/8/2006 | PV | 60460000294 | ADAM L B | 400 | 654.91 |
| 3/8/2006 | PV | 60460000294 | ADAM L B 046:2/3-2/6 | 400 | 20.00 |
| 1/25/2006 | PV | 60460000170 | Winners Circle Communicati | 800 | 3,488.10 |
| 2/1/2006 | PV | 60460000254 | Roly Poly | 800 | 348.00 |
| 2/13/2006 | PV | 60460000273 | Montgomery Deli | 800 | 64.62 |
| 3/1/2006 | PV | 60460000306 | Montgomery Deli | 800 | 87.88 |
| 3/16/2006 | PV | 60460000329 | WINNERS | 800 | 3,171.00 |

## SUMMARY OF EXPENDITURES

| DATE | | | PAYEE | OBJECT CODE | TOTAL |
|---|---|---|---|---|---|
| 3/22/2006 | PV | 60460000330 | WINNERS | 800 | 3,171.00 |
| 3/31/2006 | PV | 60460000346 | LEGISLAT | 800 | 75.00 |
| 5/23/2006 | PV | 60460000497 | WTTO TV | 800 | 2,100.00 |
| 5/27/2006 | PV | 60460000500 | WABM | 800 | 1,690.00 |
| 5/27/2006 | PV | 60460000501 | WIAT TV | 800 | 2,082.50 |
| 6/16/2006 | PV | 60460000510 | WINNERS | 800 | 9,513.00 |
| 6/16/2006 | PV | 60460000511 | COX RADI | 800 | 2,200.00 |
| 6/16/2006 | PV | 60460000517 | WDFX TV/ | 800 | 175.00 |
| 6/20/2006 | PV | 60460000534 | LEGISLAT | 800 | 60.00 |
| 6/20/2006 | PV | 60460000539 | THE UNIV | 800 | 375.00 |
| 7/6/2006 | PV | 60460000549 | CITADEL | 800 | 2,078.25 |
| 7/6/2006 | PV | 60460000550 | CUMULUS | 800 | 1,770.00 |
| 7/6/2006 | PV | 60460000551 | CITADEL | 800 | 3,300.00 |
| 7/6/2006 | PV | 60460000554 | WDRM-FM | 800 | 4,605.00 |
| 7/12/2006 | PV | 60460000552 | FOX TELE | 800 | 26,245.00 |
| 7/15/2006 | PV | 60460000573 | BENEDEK | 800 | 7,939.00 |
| 7/20/2006 | PV | 60460000553 | WHNT TV | 800 | 22,800.00 |
| 7/20/2006 | PV | 60460000660 | WOODS CO | 800 | 680.00 |
| 7/20/2006 | PV | 60460000661 | BIG RIVE | 800 | 1,224.00 |
| 7/20/2006 | PV | 60460000667 | WAKA-TV8 | 800 | 4,190.00 |
| 7/20/2006 | PV | 60460000668 | WRSA-FM | 800 | 2,610.00 |
| 7/20/2006 | PV | 60460000669 | URBAN RA | 800 | 1,575.90 |
| 7/20/2006 | PV | 60460000670 | WDHN TV | 800 | 1,530.00 |
| 7/20/2006 | PV | 60460000672 | CLEAR CH | 800 | 2,275.00 |
| 7/21/2006 | PV | 60460000662 | WINNERS | 800 | 3,171.00 |
| 7/21/2006 | PV | 60460000663 | CLEAR CH | 800 | 810.00 |
| 7/21/2006 | PV | 60460000664 | WOOF RAD | 800 | 1,026.00 |
| 7/22/2006 | PV | 60460000540 | CUMULUS | 800 | 730.00 |
| 7/22/2006 | PV | 60460000544 | WAFF TV | 800 | 13,575.00 |
| 7/22/2006 | PV | 60460000545 | WOODS CO | 800 | 460.00 |
| 7/22/2006 | PV | 60460000546 | MEDIA GE | 800 | 11,050.00 |
| 7/22/2006 | PV | 60460000556 | WWMG-FM | 800 | 4,046.00 |
| 7/22/2006 | PV | 60460000666 | CUMULUS | 800 | 4,230.00 |
| 7/22/2006 | PV | 60460000671 | WRKH-FM | 800 | 6,630.00 |
| 7/22/2006 | PV | 60460000673 | RAYCOM M | 800 | 175.00 |
| 7/22/2006 | PV | 60460000674 | GULF SOU | 800 | 1,423.75 |
| 7/22/2006 | PV | 60460000679 | HUNTSVIL | 800 | 3,000.00 |
| 1/27/2006 | PV | 60460000248 | ADAM L B (Registration) | 900 | 325.00 |
| 7/1/2006 | PV | 60460000524 | ST CLAIR | 1100 | 186,775.00 |
| 7/1/2006 | PV | 60460000525 | BLOUNT C | 1100 | 162,675.00 |
| 7/1/2006 | PV | 60460000526 | MONROE C | 1100 | 192,800.00 |
| 7/1/2006 | PV | 60460000527 | CALHOUN | 1100 | 301,250.00 |
| 7/1/2006 | PV | 60460000528 | CRENSHAW | 1100 | 108,450.00 |
| 7/6/2006 | PV | 60460000561 | PIKE CO | 1100 | 174,725.00 |
| 7/6/2006 | PV | 60460000562 | COVINGTO | 1100 | 156,650.00 |
| 7/6/2006 | PV | 60460000563 | MARION C | 1100 | 120,500.00 |
| 7/6/2006 | PV | 60460000564 | LIMESTON | 1100 | 168,700.00 |
| 7/6/2006 | PV | 60460000565 | LAWRENCE | 1100 | 192,800.00 |
| 7/6/2006 | PV | 60460000566 | PERRY CO | 1100 | 90,375.00 |
| 7/6/2006 | PV | 60460000567 | COOSA CO | 1100 | 84,350.00 |
| 7/6/2006 | PV | 60460000568 | DALE COU | 1100 | 132,550.00 |
| 7/6/2006 | PV | 60460000569 | LAUDERDA | 1100 | 210,875.00 |
| 7/20/2006 | PV | 60460000650 | BALDWIN | 1100 | 307,275.00 |
| 7/20/2006 | PV | 60460000651 | BUTLER C | 1100 | 144,600.00 |
| 7/20/2006 | PV | 60460000652 | CLARKE C | 1100 | 198,825.00 |
| 7/20/2006 | PV | 60460000653 | CULLMAN | 1100 | 337,400.00 |
| 7/20/2006 | PV | 60460000654 | HOUSTON | 1100 | 186,775.00 |
| 7/20/2006 | PV | 60460000655 | TALLAPOO | 1100 | 150,625.00 |
| 7/20/2006 | PV | 60460000656 | WILCOX C | 1100 | 174,725.00 |
| 7/21/2006 | PV | 60460000657 | WINSTON | 1100 | 132,550.00 |
| 7/22/2006 | PV | 60460000685 | FRANKLIN | 1100 | 150,625.00 |
| 7/22/2006 | PV | 60460000686 | LOWNDES | 1100 | 78,325.00 |

## SUMMARY OF EXPENDITURES

| DATE | | | PAYEE | OBJECT CODE | TOTAL |
|---|---|---|---|---|---|
| 7/22/2006 | PV | 60460000687 | MORGAN C | 1100 | 295,225.00 |
| **TOTAL** | | | **FISCAL YEAR 2006** | | **4,652,451.68** |

PAYMENT VOUCHERS PAYABLE

| | | | | | |
|---|---|---|---|---|---|
| 7/25/2006 | PV | 60460000715 | WJTC | 800 | 1,400.00 |
| 7/25/2006 | PV | 60460000716 | WPMI | 800 | 14,760.00 |
| 7/25/2006 | PV | 60460000717 | WAAY | 800 | 15,760.00 |
| 7/25/2006 | PV | 60460000718 | WBMA | 800 | 20,965.00 |
| 7/25/2006 | PV | 60460000719 | WALA/WBPG | 800 | 5,650.00 |
| 7/25/2006 | PV | 60460000720 | WNCF | 800 | 939.25 |
| 7/25/2006 | PV | 60460000721 | WDLT/WBLX | 800 | 5,310.00 |

**TOTAL VOUCHERS PAYABLE**    AS OF 7/25/2006     **64,784.25**

**TOTAL EXPENDITURES**     **5,226,875.88**

### SUMMARY OF REVENUES

| | TITLE I, 101 | TITLE I, 102 | TITLE II | TOTAL |
|---|---|---|---|---|
| HAVA FEDERAL FUNDS RECEIVED | 4,989,605.00 | 51,076.00 | 35,866,513.00 | 40,907,194.00 |
| ACCUMULATED INTEREST TO DATE (7/25/2006) | 214,103.33 | 2,191.67 | 1,320,971.22 | 1,537,266.22 |
| GENERAL FUND TRANSFER IN (5% TITLE II MATCH) | | | 1,791,922.00 | 1,791,922.00 |
| REFUNDS | 250.00 | | | 250.00 |
| **TOTAL REVENUES** | **5,203,958.33** | **53,267.67** | **38,979,406.22** | **44,236,632.22** |

**AVAILABLE BALANCE**     **39,009,756.34**

**TITLE II:**

| | |
|---|---|
| STATEWIDE VOTER REGISTRATION SYSTEM - ESTIMATED COSTS PER STATE PLAN | 12,000,000.00 |
| TITLE II FUNDS PLUS STATE MATCHING FUNDS EARNING INTEREST | 37,658,435.00 |
| PERCENT OF TOTAL ALLOCATED TO VOTER REGISTRATION SYSTEM | 31.87% |
| STATEWIDE VOTER REGISTRATION SYSTEM - ESTIMATED COSTS | 12,000,000.00 |
| PRO RATA PORTION OF INTEREST EARNED | 420,932.38 |
| **TOTAL FUNDS ALLOCATED FOR VOTER REGISTRATION SYSTEM** | **$ 12,420,932.38** |

The report above was prepared based on the records reflected in the Central Accounting System as of 7/25/06.

**HAVA PROGRAM**  AS OF 7/25/2006

FUND: 1133
AGENCY: 046
ORG: 9185

| | | 2003 | 2004 | 2005 | 2006 | TOTALS |
|---|---|---:|---:|---:|---:|---:|
| *Expenditures* | | | | | | |
| 0100 | Personnel | | | 2,935.60 | 35,845.40 | 38,781.00 |
| 0200 | Employee Benefits | | | 1,054.57 | 12,290.17 | 13,344.74 |
| 0300 | Travel In State | 2,235.60 | 1,796.63 | 2,382.70 | 749.00 | 7,163.93 |
| 0400 | Travel Out of State | | | | 1,067.11 | 1,067.11 |
| 0500 | Repair and Maintenance | | | | | - |
| 0600 | Rentals | 1,784.90 | | | | 1,784.90 |
| 0700 | Utilities and Commication | | 66.60 | | | 66.60 |
| 0800 | Professional Services | 3,404.30 | 640.50 | 481,873.54 | 161,750.00 | 647,668.34 |
| 0900 | Supplies and Materials | 331.41 | 3,634.60 | 7,499.00 | 325.00 | 11,790.01 |
| 1100 | Grants and Benefits | | | | 4,440,425.00 | 4,440,425.00 |
| | **TOTALS** | **7,756.21** | **6,138.33** | **495,745.41** | **4,652,451.68** | **5,162,091.63** |
| *Revenues* | | | | | | |
| 0623 | Interest Deposits | 19,863.91 | 59,543.36 | 543,685.87 | 914,173.08 | 1,537,266.22 |
| 0684 | PY Refunds | | 250.00 | | | 250.00 |
| 0800 | Transfers In | 640,350.00 | 658,572.00 | 493,000.00 | | 1,791,922.00 |
| 0839 | Federal Grant | 5,040,681.00 | 12,835,092.00 | 23,031,421.00 | | 40,907,194.00 |
| | **TOTALS** | **5,700,894.91** | **13,553,457.36** | **24,068,106.87** | **914,173.08** | **44,236,632.22** |
| | **CASH BALANCE - CENTRAL ACCOUNTING SYSTEM (CAS)** | | | | | **39,074,540.59** |
| | LESS: PAYMENT VOUCHERS PAYABLE | | | | | (64,784.25) |
| | **BALANCE AVAILABLE** | | | | | **39,009,756.34** |

**LOCATION OF DEPOSITS:**
REGIONS BANK: ACCT # 0200667617
CUSTODY OF STATE TREASURER
C/O TANYA COOLEY

FOR REFERENCE ONLY:
STATE MATCHING FUNDS:
| | Title II Funds | 35,866,513.00 |
|---|---|---|
| | State Match | 1,791,922.00 |
| | Matching % | 5% |

EXHIBIT 2