# EXHIBIT A



**NANCY L. WORLEY**
**SECRETARY OF STATE**
July 31, 2006

The Honorable Troy R. King
Attorney General of Alabama
11 South Union Street, Fourth Floor
Montgomery, Alabama 36130

State of Alabama

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

<u>**VIA HAND DELIVERY**</u>

Dear General King:

    This afternoon, Adam Bourne and I had a meeting with Assistant Attorney Generals Misty S. Fairbanks and Winfield J. Sinclair. During the meeting, we discussed several pending matters relating to the federal Help America Vote Act ("HAVA") case, <u>United States v. State of Alabama</u>, Case Number 2:06cv392-WKW.

    I appreciate the diligent work of Ms. Fairbanks and Mr. Sinclair. However, I understand that Ms. Fairbanks and Mr. Sinclair must take many important decisions relating to the HAVA litigation to the Attorney General's Executive Office. Therefore, I would like to make the same requests of you that I made of Ms. Fairbanks and Mr. Sinclair during our afternoon meeting as follows:

    (1) A statement should accompany the accounting of the HAVA funds required by the Court's Order of July 21, 2006, that no funds should be transferred to the Special Master until all relevant decision makers, including the Governor, the Attorney General, the Secretary of State, any candidates for those respective offices, and the Special Master agree in writing to decline or return any campaign contribution of any kind from any vendor who may potentially seek to provide the new statewide voter registration system or any person, business, or political committee associated with such a vendor. (2) A request should be added to the accounting of the HAVA funds that the Secretary of State's Office be given additional time to provide a fuller and more detailed accounting to the Court, since the Secretary of State's permanent finance director has transferred to the State Budget Office and our interim finance director is out of state at a meeting planned before this matter came up.

    On a related subject, the Court has ordered that the parties to the HAVA litigation respond to the Motion to Intervene and Answer in Intervention filed on July 27, 2006 by Mr. Joe Turnham, as an individual and as Chairman of the Alabama State Democratic Executive Committee. As Secretary of State, I welcome the input of Mr. Turnham and do not oppose his intervention in the case. Further, I would offer an alternative to Mr. Turnham's proposal to appoint two Probate Judges as Special Master, one Democrat and one Republican. <u>I suggest that the Court appoint a Special Master who is jointly agreed upon by the Governor and the Secretary of State</u>. This is similar to an earlier verbal request I made of Ms. Fairbanks and Mr. Sinclair that the State suggest a name to the Court of another member of the State Executive Department in addition to that of the Governor. Presumably, this would allay any concerns about undue partisan influence over the selection and implementation of a new statewide voter registration system. I ask that these positions be incorporated into the State's response to the Motion to Intervene and Answer in Intervention.

    Thank you for your assistance with these matters. Please feel free to call me with any questions or concerns.

Sincerely,

*Nancy L. Worley*
Nancy L. Worley
Secretary of State