IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NUMBER: |
| | ) | |
| STATE OF ALABAMA, AND | ) | 2:06-cv-00392-WKW-SRW |
| NANCY L. WORLEY, | ) | |
| Alabama Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER IN INTERVENTION

COMES NOW Joe L. Reed, in his individual capacity as an Alabama voter and in his official capacity as the Chair of the Alabama Democratic Conference and files this Answer in Intervention.

1-22.   Upon information and belief, admitted.

23.   Denied.

25-27.  Upon information and belief, admitted.

28.   Denied.

## DEFENSES

1.   Intervenor further adopts the defenses set out by the Defendants in this action, to the extent that the same are still applicable at this stage of the proceedings.

2.   Intervenor further avers, however, that the Special Master which the Court intends to appoint should not be the Governor, but should, instead, to the extent possible, be someone who is not facing a contested election, someone familiar with the Help America Vote

Act (HAVA), 42 U.S.C. §§ 15483, someone in whom the Alabama Democratic Conference membership will have trust will be fair to all voters, and someone with experience in connection with voter registration systems in this state.

    3. The Report of the Commission on Federal Election Reform (usually called the Carter-Baker Commission after its co-chairs, former President Jimmy Carter and former Secretary of State James Baker) calls for nonpartisan administration of elections at the State level and non-partisan member of the U.S. Election Assistance Commission. See http://www.american.edu/ia/cfer/report/CFER_section6.pdf at page 3. While it may be difficult to find a Special Master with the essential experience who has no partisan ties, Alabama would be better served if this Court were to appoint a Special Master who is not presently involved in a contested partisan election, rather than appointing an official who serves as the titular head of one of the major parties and who is presently involved in a contested partisan election.

    4. As set out in more detail in the Motion to Intervene which is adopted as if set forth herein, the appointment of the Governor as Special Master will serve to further undermine the confidence of many voters in the electoral system.

Dated this 1st day of August, 2006.

    Respectfully submitted,

/s/ Edward Still
Edward Still
2112 11th Avenue South, Suite 201
Birmingham AL 35205-2844
Telephone: 205-320-2882
Facsimile: 877-264-5513
Email: Still@votelaw.com

Shannon Holliday, Esq.
Copeland Franco Screws & Gill, PA
P O Box 347
Montgomery AL 36101-0347
Telephone: 334-834-1180
Facsimile: 334-834-3172
Email: holliday@copelandfranco.com

Terry G. Davis
Davis & Hatcher
4183 Carmichael Road, Suite B
Montgomery, AL 36106
Telephone: 334-270-0592
Facsimile: 334-279-0362
Email: tdavis@dhlaw1.com

**Attorneys for Movant/Defendant Interventor Joe L. Reed, in his individual capacity and in his official capacity as Chairman of the Alabama Democratic Conference**

**CERTIFICATE OF SERVICE**

        I certify that on the 1st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

- **Algert Swanson Agricola, Jr**
  aagricola@slatenlaw.com kboothe@slatenlaw.com

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com

- **Frank Corley Ellis, Jr**
  fellis7324@aol.com

- **Misty S. Fairbanks**
  mfairbanks@ago.state.al.us condef@ago.state.al.us

- **Margaret L. Fleming**
  mfleming@ago.state.al.us condef@ago.state.al.us;msimpson@ago.state.al.us

- **Christy A. McCormick**
  christy.mccormick@usdoj.gov

- **R. Randolph Neeley**
  Rand.Neeley@usdoj.gov
  Annie.Williams@usdoj.gov;DeeDee.Calhoon@usdoj.gov;Deloris.Aldridge@usdoj.gov; marsha.tunnell@usdoj.gov;Antrena.Gardner@usdoj.gov

- **Donald Palmer**
  donald.palmer@usdoj.gov

- **Robert D. Popper**
  robert.popper@usdoj.gov

- **Michael W. Robinson**
  mrobinson@dps.state.al.us tfogarty@dps.state.al.us

- **Winfield J. Sinclair**
  wsinclair@ago.state.al.us msimpson@ago.state.al.us

- **Gary R. (Rick) Trawick**
  rtrawick@slatenlaw.com mthompson@slatenlaw.com

- **Dorman Walker**
  dwalker@balch.com dharris@balch.com

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

- **Algert Swanson Agricola, Jr**
  aagricola@slatenlaw.com kboothe@slatenlaw.com

- **James Harold Anderson**
  janderson@beersanderson.com jody@beersanderson.com

- **Frank Corley Ellis, Jr**
  fellis7324@aol.com

- **Misty S. Fairbanks**
  mfairbanks@ago.state.al.us condef@ago.state.al.us

- **Margaret L. Fleming**
  mfleming@ago.state.al.us condef@ago.state.al.us;msimpson@ago.state.al.us

- **Christy A. McCormick**
  christy.mccormick@usdoj.gov

- **R. Randolph Neeley**
  Rand.Neeley@usdoj.gov
  Annie.Williams@usdoj.gov;DeeDee.Calhoon@usdoj.gov;Deloris.Aldridge@usdoj.gov; marsha.tunnell@usdoj.gov;Antrena.Gardner@usdoj.gov

- **Donald Palmer**
  donald.palmer@usdoj.gov

- **Robert D. Popper**
  robert.popper@usdoj.gov

- **Michael W. Robinson**
  mrobinson@dps.state.al.us tfogarty@dps.state.al.us

- **Winfield J. Sinclair**
  wsinclair@ago.state.al.us msimpson@ago.state.al.us

- **Gary R. (Rick) Trawick**
  rtrawick@slatenlaw.com mthompson@slatenlaw.com

- **Dorman Walker**
  dwalker@balch.com dharris@balch.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

**Wan J. Kim**
Voting Section
U.S. Department of Justice Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

**John K. Tanner**
U S Department of Justice -- DC
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

      /s/ Edward Still
      Of Counsel