IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Intervene of Joe Turnham in his Individual Capacity and as Chair of the State Democratic Executive Committee of Alabama (Doc. # 42) and the Motion to Intervene of Joe L. Reed in his Individual Capacity and as Chair of the Alabama Democratic Conference (Doc. # 56) , it is ORDERED that the motions are DENIED. The Court has considered the four criteria that must be met under Rule 24 of the Federal Rules of Civil Procedure to allow a party to intervene as a matter of right, *see Chiles v. Thornburgh,* 865 F.2d 1197, 1213 (11th Cir.1989), as well as the criteria that must be met for permissive intervention. The movants have not established all of these criteria (and the Court is not convinced that the movants have met *any* of the criteria) as they must to become intervenors. A memorandum opinion with a detailed analysis will be issued within ten days.

Notwithstanding the denial of the motions, to the extent that Mr. Turnham and Mr. Reed wish to express their individual positions as voters on the appointment of the special master, they, as interested persons, may appear through counsel at the hearing scheduled for 10:00 a.m., August 2, 2006.

DONE this the 2nd day of August, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE