## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. KEITH WATKINS JUDGE                           AT MONTGOMERY, ALABAMA

DATE COMMENCED   AUGUST 2, 2006                    AT 10:00 A.M./P.M.

DATE COMPLETED   AUGUST 2, 2006                    AT 11:00 A.M./P.M.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | CIVIL ACTION NO. |
| Plaintiff ) | | |
| ) | | 2:06cv392-WKW |
| VS ) | | |
| ) | | |
| STATE OF ALABAMA, ET AL. ) | | |
| Defendant ) | | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty. Robert Popper | X | Atty. Winfield Sinclair |
| | X | Atty. Misty Fairbanks |
| | X | Atty. Dorman Walker for |
| | X | Judge Patricia Fuhrmeister |
| | X | Atty's Edward Still, Shannon |
| | X | Holliday for Movant Joe Turnham |
| | X | Atty. James Anderson for Movant |
| | X | Joe Reed |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Angela Reitler | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

HEARING ON APPOINTMENT
OF SPECIAL MASTER

| | |
|---|---|
| 10:00 a.m. | Hearing commenced. Court reviews pending issues and will issue a Memorandum Opinion within seven days in support of [58] order denying [42] and [56] motions to intervene. |
| 10:10 a.m. | Interested persons, Joe Turnham and Joe Reed appear through counsel to address the issue of the appointment of a Special Master; defense counsel responds with comments from Ken Wallis, counsel for Governor Riley. |
| 10:38 a.m. | Court sets out reasons for the appointment of Governor Riley as Special Master - order to issue within seven days. Letter from defendant, Nancy Worley, offered in camera. |
| 10:55 a.m. | Exparte communication issue discussed. |
| 11:00 a.m. | Hearing concluded. |