IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Kenneth D. Wallis, II, and enters his Notice of Appearance in the above-styled cause, on behalf of Bob Riley, Governor of Alabama, in his capacity as Special Master.

Respectfully submitted,

**/s/ Kenneth D. Wallis, II**
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor

ADDRESS OF COUNSEL:

Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Algert S. Agricola, Jr.** | **R. Randolph Neeley** |
| **James Harold Anderson** | **Donald Palmer** |
| **Terry G. Davis** | **Robert D. Popper** |
| **Frank Corley Ellis, Jr.** | **Michael W. Robinson** |
| **Misty S. Fairbanks** | **Winfield J. Sinclair** |
| **Margaret L. Fleming** | **Edward Still** |
| **Shannon Lynn Holliday** | **Gary R. Trawick** |
| **Christy A. McCormick** | **Dorman Walker** |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

**John K. Tanner**
**U.S. Department of Justice**
**Chief, Voting Section**
**Civil Rights Division**
**Room 7254-NWB**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**

**Wan J. Kim**
**U.S. Department of Justice**
**Voting Section**
**Civil Rights Division**
**Room 7254-NWB**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

        **/s/ Kenneth D. Wallis, II**
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor