IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING AND AFFIDAVIT OF GOVERNOR BOB RILEY

COMES NOW the undersigned, Kenneth D. Wallis, II, as attorney for Alabama Governor Bob Riley, in his capacity as Special Master in the above-styled cause, and files the attached Affidavit of Governor Riley pursuant to the Federal Rules of Civil Procedure, Rule 53(b)(3).

Done this 4th day of August 2006.

Kenneth D. Wallis, II
Attorney for Governor Bob Riley
Special Master (Proposed)

ADDRESS OF COUNSEL:

Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | R. Randolph Neeley |
| James Harold Anderson | Donald Palmer |
| Terry G. Davis | Robert D. Popper |
| Frank Corley Ellis, Jr. | Michael W. Robinson |
| Misty S. Fairbanks | Winfield J. Sinclair |
| Margaret L. Fleming | Edward Still |
| Shannon Lynn Holliday | Gary R. Trawick |
| Christy A. McCormick | Dorman Walker |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Attorney for Governor Bob Riley
Special Master (Proposed)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) |
| Defendants. | ) |

## AFFIDAVIT OF
## GOVERNOR BOB RILEY
## SPECIAL MASTER (PROPOSED)

State of Alabama, County of Montgomery, before me, a notary public in and for said county and state, personally appeared Governor Bob Riley, Governor of the State of Alabama, and after having been by me first duly sworn, deposes and says under oath as follows:

My name is Bob Riley. I was elected and am currently serving as Governor of the State of Alabama. I have been notified that Federal Judge Keith Watkins indicated that he is appointing me as Special Master in the above-styled case, subject to the filing of this affidavit. I am not

disqualified to serve as Special Master under the provisions of Title 28, United States Code, Section 455.

_____
Bob Riley
Governor of the State of Alabama
Special Master (Proposed)


Sworn to and subscribed before me on this the 4th day of August 2006.

_____
R. Darlene Gregory, Notary Public
Commission Expires: July 24, 2007

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | R. Randolph Neeley |
| James Harold Anderson | Donald Palmer |
| Terry G. Davis | Robert D. Popper |
| Frank Corley Ellis, Jr. | Michael W. Robinson |
| Misty S. Fairbanks | Winfield J. Sinclair |
| Margaret L. Fleming | Edward Still |
| Shannon Lynn Holliday | Gary R. Trawick |
| Christy A. McCormick | Dorman Walker |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner  
U.S. Department of Justice  
Chief, Voting Section  
Civil Rights Division  
Room 7254-NWB  
950 Pennsylvania Avenue NW  
Washington, DC 20530

Wan J. Kim  
U.S. Department of Justice  
Voting Section  
Civil Rights Division  
Room 7254-NWB  
950 Pennsylvania Avenue, NW  
Washington, DC 20530

Kenneth D. Wallis, II  
Attorney for Governor Bob Riley  
Special Master (Proposed)