IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion to Clarify (Doc. # 65), it is ORDERED that the plaintiff respond to the motion **on or before August 30, 3006**.

DONE this the 23rd day of August, 2006.

          /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE