IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO SUBMIT PROGRESS REPORT**

COME NOW the undersigned counsel, on behalf of Alabama Governor Bob Riley, in his capacity as Special Master, and move this Honorable Court to enter an order allowing the Governor one extra week to submit his first progress report as Special Master. Such report is now due to be filed on September 5, 2006. See Doc. 64, p. 13. Since his appointment as Special Master, Governor Riley has endeavored to assemble a team that will enable him to implement a HAVA-compliant voter registration system in the State of Alabama. Though this team is very nearly assembled, there remains one person who has not fully committed to serve and cannot be briefed on the matter until next week. Thus, providing the Governor until September 12, 2006, to submit his initial progress report will enable him to then announce the entirety of his implementation team, rather than an incomplete slate.

WHEREFORE, the above premises considered, Governor Riley asks that this Honorable Court extend the time for submitting his initial progress report as Special Master from September 5, 2006 to September 12, 2006.

Respectfully submitted,

**/s/ Kenneth D. Wallis, II**
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor

**/s/ Scott L. Rouse**
Scott L. Rouse
Deputy Legal Advisor
Office of the Governor

ADDRESS OF COUNSEL:

Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax
ken.wallis@governor.alabama.gov
scott.rouse@governor.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | R. Randolph Neeley |
| James Harold Anderson | Donald Palmer |
| Terry G. Davis | Robert D. Popper |
| Frank Corley Ellis, Jr. | Michael W. Robinson |
| Misty S. Fairbanks | Winfield J. Sinclair |
| Margaret L. Fleming | Edward Still |
| Shannon Lynn Holliday | Gary R. Trawick |
| Christy A. McCormick | Dorman Walker |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Scott L. Rouse
Scott L. Rouse
Deputy Legal Advisor
Office of the Governor