IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Special Master's Motion for Extension of Time to Submit Progress Report (Doc. # 68), it is ORDERED that the motion is GRANTED. The deadline for the Special Master to submit his report is extended from September 5, 2006, to September 12, 2006.

DONE this the 1st day of September, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE