## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action Number |
| v. | ) |
| | ) 2:06-CV-00392-WKW-SRW |
| STATE OF ALABAMA, and | ) |
| NANCY L. WORLEY, | ) |
| Alabama Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF NANCY L. WORLEY

State of Alabama
County of Montgomery

Before me, a Notary Public in and for said County and State,

personally appeared Nancy L. Worley and, after having been by me first

duly sworn, deposes and says under oath as follows:

My name is Nancy L. Worley. I am the Secretary of State of the State

of Alabama.  I am over (19) nineteen years of age and have personal

knowledge of the facts as are set out herein.

I have personally reviewed expense vouchers related to the

expenditure of HAVA funds. Based on my review, I have determined that

the expenses related to the development and implementation of a centralized voter registration system total $278,093.21.

Travel expenses and meals noted were generally related to the HAVA committee meetings and included travel to visit sites using potential voter registration systems.

The television and radio advertisements were part of a public education campaign done in 2005. This was done in anticipation of the selection of the original vendor to develop and implement a centralized voter registration system. The goal of the public education campaign was to inform voters of the transition to a centralized voter registration system and to ask them to ensure that their voter information was accurate in order to streamline the transition process. Advertisements were made on two separate occasions at the cost of $5,000 for each occasion. It cost $266,333.00 to run the advertisements on local television and radio stations.

I have attached hereto as Exhibit A, a spreadsheet print-out detailing these expenses. I have attached hereto as Exhibit B, copies of the vouchers with the supporting documentation, which I certify are true and correct copies of the original documents in the official records of the Secretary of State's Office and of which I am a proper custodian.

Nancy L. Worley
Alabama Secretary of State


SWORN TO and SUBSCRIBED BEFORE ME on this the 31st day of August, 2006.


(SEAL)

Notary Public
My commission Expires: 07/26/2010

HAVA Funds found by Secretary of State Nancy Worley that should be spent from Title 1 HAVA Funds

| Voucher Number | Warrant Number | Date | Payee | Amount | Fund | Explanation |
|---|---|---|---|---|---|---|
| 504600000196 | 50181188 | 1/7/2005 | J. Gary Brown | $ 5,000.00 | 1133 | Voter Registration TV Announcements |
| 504600000201 | 50181187 | 1/7/2005 | Ray Styles | $ 127.63 | 1133 | Travel Claim |
| 504600000214 | 50224473 | 2/1/2005 | Joe Duck | $ 56.25 | 1133 | Travel Claim |
| 504600000215 | 50224475 | 2/1/2005 | Michael A. Smith | $ 63.75 | 1133 | Travel Claim |
| 504600000237 | 50258240 | 2/18/2005 | Betty Hughey Jones | $ 37.50 | 1133 | Travel Claim |
| 504600000231 | 50258241 | 2/18/2005 | Ray Styles | $ 137.25 | 1133 | Travel Claim |
| 504600000235 | 50258243 | 2/18/2005 | Richard I. Proctor | $ 175.88 | 1133 | Travel Claim |
| 504600000236 | 50258244 | 2/18/2005 | Robert J. Hooks | $ 66.75 | 1133 | Travel Claim |
| 504600000309 | 50273267 | 3/1/2005 | Marcia M. Umphrey | $ 148.50 | 1133 | Travel Claim |
| 504600000338 | 50283312 | 3/5/2005 | Brenda Karen Bagley | $ 266,333.00 | 1133 | Statewide TV & Radio Campaign |
| 504600000337 | 50283313 | 3/5/2005 | J. Gary Brown | $ 5,000.00 | 1133 | VR Ads |
| 504600000308 | 50273268 | 3/1/2005 | Martha Adams Graham | $ 45.00 | 1133 | Travel Claim |
| 504600000209 | 50273270 | 3/1/2005 | M. Donald Davis, Jr | $ 447.93 | 1133 | Travel Claim |
| 504600000328 | 50278566 | 3/3/2005 | Glenda Curl | $ 63.75 | 1133 | Travel Claim |
| 504600000340 | 50294763 | 3/11/2005 | Sonja G. Grace | $ 75.00 | 1133 | Travel Claim |
| 504600000208 | 50302285 | 3/30/2005 | Valvier H. Bright | $ 124.50 | 1133 | Travel Claim |
| 504600000218 | 50302286 | 3/30/2005 | Valvier H. Bright | $ 56.25 | 1133 | Travel Claim |
| 504600000525 | 50520213 | 7/13/2005 | Denise B. Cornwell | $ 93.77 | HAVA | Lunch Reimbursement |
| 504600000307 | 50273269 | 3/1/2005 | Evelyn A. Morgan | $ 40.50 | 1133 | Travel Claim |
| | | | Total | $278,093.21 | | |


EXHIBIT
A

FORM FRMS-9 REV 06/90

## State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

**DEPARTMENT COPY**

WARRANT #: 50181188   1/7/05

VOUCHER #: 54450801E4

BATCH #: 525155

AGENCY ID: 042

DATE:

ACCT PRD:   BUDGET FYE 05   PAGE:

| REFERENCED DOCUMENT RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -040-5225352   01 | 17/16/04 | 1133 | 9165 | 918 | 0596 | 0804 | 04 | | | | 5,355.00 | I / D |

ACCOUNTING DISTRIBUTION

VOUCHER TOTAL   5,355.00

**EXHIBIT B**
tabbies



# Real World Productions
2170 Clearbrook Road
Suite 205
Birmingham, AL 35226
(205) 824-2242

Vendor # 424784672

# Billing Summary
# December 16, 2004

Secretary of State
Finance
P. O. Box 5616
Montgomery, AL 36103

Attn: Eleanor Swedenburg

Voter Registration Television Public Service Announcements
Job # 040093
State PO #3294952

| Service | Quanity Time | Cost | Sub-Total |
|---|---|---|---|
| Location Production | | | $1,500.00 |
| Editing | | | $2,000.00 |
| Duplication/shipping | | | $1,500.00 |
| | | Total | $5,000.00 |

Thanks for your business.
J. Gary Brown

# STATE OF ALABAMA
## MATERIAL RECEIPT

No. _____

Department _Secretary of State_ _____ Division _____

Received from _Real World Production, Gary Brown_ Req. No. _____

Received at _____

Station

Via _____ Transp. Chgs. Pd. $ _____

Frt., Express, P. P. Truck

Date _____

Prison or Camp _____

P. O. No. _____

Date Received _12/16/04_

To be Backcharged? _____

| Quantity | Unit | ARTICLE<br>Make Full Report of Any Shortage or Damage | Condition |
|----------|------|------------------------------------------------------|-----------|
|          |      | Production of Video for PSA Re:                      |           |
|          |      | Voter Registration                                   |           |
|          |      |                                                      |           |
|          |      |                                                      |           |
|          |      |                                                      |           |
|          |      |                                                      |           |
|          |      |                                                      |           |
|          |      |                                                      |           |
|          |      |                                                      |           |
|          |      |                                                      |           |

Charge To _____ Account _____

I hereby certify that I have received and checked the articles listed above and that they are of the kind, quantity and condition noted.

Checked by _____          Received by _C. Dwe Edinburg_

Signed                                  Signed



FORM FRMS-9 REV 06/90

## State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130

DEPARTMENT COPY

RAY STYLES

FLORENCE                          AL  35630

| REFERENCED DOCUMENT RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI- VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/23/04 | 1133 | 9185 | 918 | 0596 | 0300 | 09 | | | | 20.00 | I/D |
| | | 1133 | 9185 | 918 | 0596 | 0300 | 31 | | | | 107.53 | |
| | | | | | | | | | | VOUCHER TOTAL | 127.53 | |

FOR STATE HAVA MEETING

Form DFC6/Rev 7/96

Original for Comptroller

# STATE OF ALABAMA
## Statement of Official In-State Travel

SECRETARY OF STATE
Department/Agency

APPROVED *Nancy L Worley* — Given to me on 1/3/05
Department Head

*Florence*
Official Station or Base

| Code Number | Division | Funds |
|---|---|---|

*RAY STYLES*
*FLORENCE AL 35630*
Above Space for Name, Address & SSN of Traveler

| Month and Date | POINTS OF TRAVEL — From / To (Include County of Destination) | | Private Car Miles | Hour of Departure From Base | | Hour of Return to Base | | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|
| | From | To | | AM | PM | AM | PM | |
| November 23-04 | Florence Lauderdale | Birmingham Jasper Jefferson Walker | 133 | 6:44 | | | | $ |
| November 23-04 | Birmingham Jefferson | Jasper Walker | 42 | | 1:15 | | | |
| November 23-04 | Jasper Walker | Florence Lauderdale | 112 | | | | 6:55 | 20.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| TOTAL NUMBER OF MILES TRAVELED | 287 | TOTAL PER DIEM | 0309 | $ 20.00 |
|---|---|---|---|---|

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

0301  107.63

TOTAL THIS EXPENSE ACCOUNT   $ 127.63

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel granted me.

*Ray Styles*
Signature of Traveler

Sworn to and subscribed before me this __24th__ day of __November 2004__

*Barbara L. Collum*
Notary Public  comm. expires 6-27-2006

FORM FRL- -9 REV 06/00

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

## DEPARTMENT COPY

MARK JUN 6: 5035 4473 8/1/05

VOUCHER NO 554400001211

BATCH ID 0546003

AGENCY #: 046

DATE:                    PAGE: 1

ACCT PROD            BUDGET FYE 05

JOE GIDD
SYLACAUGA                AL 35150

| REFERENCED DOCUMENT RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | ACCOUNTING DISTRIBUTION | | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FUND | ORG | APPR | ACTI-VITY | OBJ/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | |
| | 1133 | 9185 | 910 | 0596 | 0300 | 01 | | | | | 40.75 |
| | 1133 | 9185 | 910 | 0596 | 0300 | 09 | | | | | 7.50 |
| | | | | | | | | | | VOUCHER TOTAL | |



1/26/05    Coleman Swedenberg

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

BOARD OF REGISTRARS _____ SECRETARY OF STATE
(Department or Agency) (Code Number) (Division)

Pay from HAVA - Secty of State Funds

Approved _Nancy L Worley_  Department Head

Sylacauga Alabama
Official Station or Base

JOE M. DUCK

SYLACAUGA, AL 35150

Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | A.M. | P.M. | A.M. | P.M. | | |
| 12/29/04 | Sylacauga | Montgomery | 65 130 | $48.75 | 8:00 | | | 2:30 | $3 50 | $ 3 50 |
| 12/29/04 | Montgomery | Sylacauga | 65 | | | | | 2:30 | | 7 50 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | TOTAL AMOUNT FOR TRANSPORTATION | | 130 | $48.75 | | | TOTAL PER DIEM 0300 09 | | | $ 7 50 3 50 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

030001     48 75

$

TOTAL THIS EXPENSE ACCOUNT    $ 52 25  56.25

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

_Joe M. Duck_
(Signature of traveler)

Sworn to and subscribed before me this the _29th_
day of _December_ _2004_

_Regina Mitchell_
(Notary Public)

The State of Alabama
Talladega County Board of Registrars
400 N. Norton Ave
SYLACAUGA, ALABAMA 35150

Vote...
and the choice is <u>yours</u>,
Don't vote....
and the choice is <u>theirs</u>,
Register...
or you have <u>no</u> choice.

Nancy A. Worley - Sec. of State
P. O. Box 5616
Montgomery, Ala. 36103-5616
State Capitol
Room S-105
Montgomery, Ala. 36130

FORM FRMS-9 (REV 06/90)

# State of Alabama
### DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

## DEPARTMENT COPY

WARRANT #: 50334475   8/01/05

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBL/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | | 1133 | 9195 | 918 | 0596 | 0350 | 01 | | | | 63.75 |

MIDLAND CITY    AL 76350

VOUCHER TOTAL    63.75





SCANNER PRINTING COMPANY, INC
100M—4-65

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

# 2/5

| (Department or Agency) | (Code Number) | (Division) |

Pay from _HAVA — Secty of State_ Funds

Approved _Janey L. Harley_   Department Head

Above Space for Name and Address of Employee:
Michael A. Smith
Midland City Al  36350

Official Station or Base

| Month and Date | POINTS OF TRAVEL From | To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | Hour of Departure P.M. | Hour of Return To Base A.M. | Hour of Return To Base P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/04 | Ozark Al | to Montgomery Al | 85 | $ | 8:30 | | | | | $ |
| | to attend vendor display | | | | | | | | | |
| | of computer system | | | | | | | | | |
| " | Return to Ozark Al | | 85 | | | | | 2:15 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | TOTAL AMOUNT FOR TRANSPORTATION | | 170 | $ 63.75 | | | TOTAL PER DIEM | | | $ |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

0.30001   $ 63.75

$

TOTAL THIS EXPENSE ACCOUNT   $ 63.75

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

_Michael Smith_
(Signature of traveler)

Sworn to and subscribed before me this the _30_

day of _December_   19 _04_

_Sharon A. Michalic_
(Notary Public)

**Board of Voters Registration**
Dale County
Court Square
P.O. Box 1101
Ozark, Alabama 36361
Phone: (334) 774-9038   Fax: (334) 774-0468

Sec of State
PO Box 5616
Suite S-105   600 Dexter Ave.
Montgomery Al 36103-5616
Att) Virginia

36103-5616



FORM FRMS 9 REV 06/00

**State of Alabama**
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

**DEPARTMENT COPY**

BETTY HUGHLY JONES

SELMA          AL 36701

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RO/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | MONTGO12729 | 1133 | 9185 | 918 | 0576 | 0300 | 01 | | | | 37.52 |
| | | | | | | | | | VOUCHER TOTAL | | 37.52 |

3/11/05

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Form D-CH-1 2706

Pay from **HAVA - Secretary of State** Funds

Approved _Nancy L. Worley_ 1/1/05 Department Head

Selma
Official Station or Base

Name and Address of Employee:
Betty H. Jones
Selma, Al 36701

| Month and Date | From | To | Private Car Miles | Fare or Travel | A.M. Departure | P.M. | A.M. Return | P.M. | Meal or ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/04 | Selma | Montgomery | 50 | $37.50 | 7:30 | | | 12:30 | | |
| | Montgomery | Selma | 50 | | | | | | | |

TOTAL AMOUNT FOR TRANSPORTATION 100 $37.50

TOTAL PER DIEM

030001 37 50

TOTAL THIS EXPENSE ACCOUNT 37 50

Traveled From Selma To Montgomery For Demonstration of New Equipment For Board of Registrars

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

_Betty N. Jones_ (Signature of traveler)

Sworn to and subscribed before me this the 7th day of January, 2004

_Ricky K. Patton_ (Notary Public)

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

January 26, 2005

Ms. Betty H. Jones

Selma, AL 36701

Dear Ms. Jones:

I have received your travel claim for the HAVA meeting of 12/29/05, however, before I can make reimbursement to you, I must have a form W-9.

Please fill out the enclosed form, sign, date and return to me. I will process your reimbursement as soon as possible after receiving your W-9 form.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

*Thank you -*

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

January 26, 2005

Ms. Betty H. Jones

Selma, AL. 36701

Dear Ms. Jones:

I have received your travel claim for the HAVA meeting of 12/29/05, however, before I can make reimbursement to you, I must have a form W-9.

Please fill out the enclosed form, sign, date and return to me. I will process your reimbursement as soon as possible after receiving your W-9 form.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

FORM FRMS-9 REV 08/90

# State of Alabama
## DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

WARRANT #: 50J56J4l    7/8/05

VOUCHER #: 50J60000J5J

BATCH #: JJ4J5

AGENCY #: 045

DATE:

ACCT PER:    BUDGET FY:

PAGES: 1

## DEPARTMENT COPY

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | | | | | | | | | | | |

VOUCHER TOTAL

1

D

FORM D-CXLX
SUMMER PRINTING COMPANY
100M—6-63

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Comptroller

231

SECRETARY OF STATE
(Department or Agency)                    (Code Number)                          (Division)

Pay from HAVA Sect of State Funds

Approved *[signature] Nancy L. Wiley*
                          Department Head

*Florence*
Official Station or Base

RAY STYLES
FLORENCE AL 35630
*Above Space for Name and Address of Employee*

| Month and Date | POINTS OF TRAVEL From | To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | Hour of Departure P.M. | Hour of Return To Base A.M. | Hour of Return To Base P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14 2004 | FLORENCE LAUDERDALE | MONTEVALLO | 173 | $ | 6:30 | | | | 3 50 | 3 50 |
| | | | | | | | | | | 7 50 |
| 12/14 2004 | MONTEVALLO | FLORENCE LAUDERDALE | 173 | | | | | 4:00 | | |
| | TOTAL MILES | | 346 | X $.375 = | | | | | | 129 75 |
| | STATE HAVA MEETING | | | | | | | | | |
| | AT INDEPENDANCE VILLAGE | | | | | | | | | |
| | | | 346m | les | | | | | | |

TOTAL AMOUNT FOR TRANSPORTATION 346m $

TOTAL PER DIEM 030009 $ 7 50

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

030001 $ 129 75

$

TOTAL THIS EXPENSE ACCOUNT $ 133 25
137.25

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

*Ray Styles*
(Signature of traveler)

Sworn to and subscribed before me this the 28th
day of January 2005

*Barbara L. Collum*
Notary Public
Comm. expires

FORM FRMS-9 REV 06/90

# State of Alabama
## DEPARTMENT OF FINANCE
### STATE COMPTROLLER
MONTGOMERY, AL 36130



| REFERENCED DOCUMENT | | ACCOUNTING DISTRIBUTION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI- VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |

WARRANT #   50258243

VOUCHER #

AGENCY #

ACCT PROD   BUDGET FY

## DEPARTMENT COPY

VOUCHER TOTAL

| | 0 | 1 |

Form D.F. 6 Rev.

BROWN PRINTING CO., MONTGOMERY, 1981
100M—7-81

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Comptroller

HAVA Funds (Division)

Pay from ___HAVA___ Funds

Approved _Denson Morley_

Department Head

_Moulton (Lawrence County) Alabama_
Official Station of Base

Richard I. Proctor

Moulton, AL 35650

Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | $ | A.M. | P.M. | A.M. | P.M. | | $ | |
| 11/23/04 | Moulton, AL | Birmingham, AL | 92 | | 8:00 | | | | | 2 | 50 |
| 11/23/04 | Birmingham, AL | Jasper, AL | 45 | | | | | | | | |
| 11/23/04 | Jasper, AL | Moulton, AL | 48 | | | | | 6:00 | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| | | | — | | | | | | | | |
| TOTAL AMOUNT FOR TRANSPORTATION | | | 185 | $ | | | TOTAL PER DIEM | | | $ 7 | 50 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

| | | 030001 | 69 | 38 |
|---|---|---|---|---|
| | $ | TOTAL THIS EXPENSE ACCOUNT | $ 76 | 88 |

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

_Richard I. Proctor_
(Signature of traveler)

Sworn to and subscribed before me this the ___25th___

day of ___January___ ___18, 2005___

_Patricia King_

Form D.F.C. 6 Rev.
BROWN PRINTING CO., MONTGOMERY, 1981
100M—7-81

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

_HAVA Funds_ (Division)

Comptroller

Pay from _HAVA - Secty of State_ Funds  (Department or Agency) (Code Number)

Approved _Nancy L. Worley_  Department Head

_Moulton (Lawrence County) Alabama_  Official Station or Base

_Richard J. Painter_

_Moulton, AL 35650_
Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL From | To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | P.M. | Hour of Return To Base A.M. | P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/04 | Moulton, AL | Monteville, AL | 122 | $ | 8:00 | | | | $ | 7 50 |
| 12/14/04 | Monteville, AL | Moulton, AL | 122 | | | | | 4:00 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

TOTAL AMOUNT FOR TRANSPORTATION _244_ $

TOTAL PER DIEM _030009_ $ 7 50

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

_030001_ $ 91 50

$

TOTAL THIS EXPENSE ACCOUNT $ 99 00

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

_Richard J. Painter_
(Signature of traveler)

Sworn to and subscribed before me this the _25th_

day of _January_ _19,2005_

_Patricia King_

Eleanor – I am forwarding up to you via hand mail, the fax I received from Judge Proctor seeking payment for HAVA Committee attendance. I'm unsure as to whether you have or he has the original, but please check on this for him. Thanks, Trey.

P. O. BOX 310
14330 COURT STREET, SUITE 102
MOULTON, ALABAMA 35650
Phone: (256) 974-2439, 2440, 2442
Fax: (256) 974-3188

**LAWRENCE COUNTY
PROBATE OFFICE**

# Fax

| | |
|---|---|
| **To:** Trey Granger | **From:** Judge Preedom |
| **Fax:** 334-242-4993 | **Date:** 1-25-05 |
| **Phone:** | **Pages:** 4 |
| **Re:** | **CC:** |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

**•Comments:**

01-25-2005  03:46pm  From-LAWRENCE CO PROBATE        +256 974 3188      T-430  P.002/004  F-078
100M—7-41

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Comptroller

HADA Funds

_____    _____    (Division)
(Department or Agency)        (Code Number)

Richard I. Proctor

Pay from _____ Funds

Approved _____ Department Head

Moulton (Lawrence County) Alabama      Moulton, AL 3565
Official Station or Base                Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | $ | A.M. | P.M. | A.M. | P.M. | | $ | |
| 12/14/04 | Moulton, AL | Montevallo, AL | 122 | | | | | | | 7 | 50 |
| 12/14/04 | Montevallo, AL | Moulton, AL | 122 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

TOTAL AMOUNT FOR TRANSPORTATION  244  $

TOTAL PER DIEM  $  7  50

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

$

$

TOTAL THIS EXPENSE ACCOUNT  $

   I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

Richard L. Proctor
(Signature of traveler)

Sworn to and subscribed before me this the ___25th___
day of _____January_____ 2005

01-25-2005  03:47pm  From-LAWRENCE CO PROBATE          +256 974 3188     T-430  P.003/004  F-078

100M—N-51

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Comptroller

HAVA Funds

| | |
|---|---|
| (Department or Agency) | (Code Number) | (Division) |

Pay from _____ Funds

Richard J Porter

Approved

Moulton (Lawrence County) Alabama
Official Station or Base

Department Head

Moulton, AL 35650

Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | A.M. | P.M. | A.M. | P.M. | | |
| 11/23/04 | Moulton, AL | Birmingham, AL | 92 | $ | 8:00 | | | | | $ 2 50 |
| 11/23/04 | Birmingham, AL | Jasper, AL | 45 | | | | | | | |
| 11/23/04 | Jasper, AL | Moulton, AL | 48 | | | | | 6:00 | | |

| TOTAL AMOUNT FOR TRANSPORTATION | 185 | $ | TOTAL PER DIEM | $ 7 50 |
|---|---|---|---|---|

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

$

$

TOTAL THIS EXPENSE ACCOUNT    $

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

(Signature of traveler)

Sworn to and subscribed before me this the ___5th___

day of _____January_____ 19___2005___

01-25-2005  03:47pm  From-LAWRENCE CO PROBATE          +256 974 3182          T-430  P.004/004  F-078

# STATE OF ALABAMA
Comptroller

## STATEMENT OF OFFICIAL TRAVEL

HADA Funds *(Division)*

(Department or Agency)          (Code Number)

Pay from _____ Funds

Approved _____

Moulton (Lawrence County) Alabama
*Official Station or Base*          *Department Head*

Richard I. Proctor

Moulton AL 38650
*Above Space for Name and Address of Employee*

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | A.M. | P.M. | A.M. | P.M. | | |
| 9/8/04 | Moulton, AL | Montgomery, AL | 129 | $ | 7:00 | | | | | $ 7 50 |
| 9/8/04 | Montgomery, AL | Moulton, AL | 129 | | | 6:00 | | 9:00 | | |

TOTAL AMOUNT FOR TRANSPORTATION  358    $

TOTAL PER DIEM    $ 7 50

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.    $

$

TOTAL THIS EXPENSE ACCOUNT    $

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

_____
*(Signature of traveler)*

Sworn to and subscribed before me this the ___ 25th ___
day of _____ 2005

FORM FRMS-9 REV 00/00

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130



## DEPARTMENT COPY

WARRANT #: 50258344   2/18/05

ENTERPRISE

AL 36331-0504

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | MINT 12/29 | 1133 | 9105 | 918 | 0576 | 0300 | 01 | | | | 62.75 |
| | | | | | | VOUCHER TOTAL | | | | | |

Form D. Case 2-06

SCANNER PRINTING COMPANY, INC
100M—6-83

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Comptroller

Pay from **HAVA - Secretary of State** Funds     (Division)

Approved _(signature)_ **Nancy L. Worley** 1/4/05
Department Head

_Enterprise_
Official Station or Base

(Department or Agency)     (Code Number)

**ROBERT J. HOOKS**

**ENTERPRISE, AL 36331-801**

Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL From | To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | P.M. | Hour of Return To Base A.M. | P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29 | ENTERPRISE | MONTGOMERY | 89 | $33.38 | 7:15 | | | 1:00 | $ | $ |
| 12/29 | MONTGOMERY | ENTERPRISE | 89 | 33.38 | 11:20 | | | 1:00 | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | TOTAL AMOUNT FOR TRANSPORTATION | | 178 | $66.75 66.76 | | | TOTAL PER DIEM | | $ | |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

0300 01     $ 66.75

$

TOTAL THIS EXPENSE ACCOUNT     $ 66.75 66.76

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

_Robert J. Hooks_
(Signature of traveler)

Sworn to and subscribed before me this the **3rd**

day of _January_ '05

MY COMMISSION _(signature)_
(Notary Public)

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

January 26, 2005

Mr. Robert J. Hooks

Enterprise, AL 36331-0801

Dear Mr. Hooks:

I have received your travel claim for the HAVA meeting of 12/29/05. However, before I can process reimbursement to you, I need a W-9 form.

Please fill out, sign, date and return to me the enclosed W-9 form as soon as possible.

Once I receive the W-9 form, I will process your reimbursement as soon as possible.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

FORM FINS-9 REV 06/90

# State of Alabama

DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130



## DEPARTMENT COPY

ACCT PD#: 50273267   3/1/05

| REFERENCED DOCUMENT | | ACCOUNTING DISTRIBUTION | | | | | | | | | | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | | 1 D |
| | | | | | | | | | | | VOUCHER TOTAL | |

2/18/05

Form D.F.C. 6 Rev.
SKINNER PRINTING COMPANY, INC.
100M—4-63

Original for
Comptroller

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

*30⁹/₁*

Madison Co. Bd. of Registrars
(Department or Agency)     (Code Number)               (Division)

Pay from HAVA – Secretary of State Funds

Approved *Nancy L. Worley*

*Linda C. Hairston*
Department Head

*Chairman* Huntsville
Official Station or Base

Marcia M. Umphrey

Madison, AL 35757
Above Space for Name and Address of Employee

| Month and Date | Points of Travel From | To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | Hour of Departure P.M. | Hour of Return To Base A.M. | Hour of Return To Base P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/04 | Huntsville | Montgomery | 188 376 | $ | 6:30 | | | 5:15 | | $ 141 00 |
| 12/29/04 | Montgomery | Huntsville | 188 | | | | | 5:15 | | 7 50 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | TOTAL AMOUNT FOR TRANSPORTATION | | 376 | $ 141.00 | | | TOTAL PER DIEM 0300 09 | | | $ 7 50  141 00 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

$

0300 01    $ 141 00

TOTAL THIS EXPENSE ACCOUNT    $ 148 50  141 00

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

*Marcia M. Umphrey*
(Signature of traveler)

Sworn to and subscribed before me this the ____

day of _____ January _____ 2005



**NANCY L. WORLEY**
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

January 26, 2005

Ms. Marcia M. Umphrey

Madison, AL 35757

Dear Ms. Umphrey:

I have received your travel claim for the HAVA meeting of 12/29/05, however, before I can make reimbursement to you, I must have a form W-9.

Please fill out the enclosed form, sign, date and return to me. I will process your reimbursement as soon as possible after receiving your W-9 form.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

FORM FRMS-9 REV 06/90

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

**DEPARTMENT COPY**

PREMA KAREN BAGLEY
HOOVER                    AL 35226

| REFERENCED DOCUMENT | | ACCOUNTING DISTRIBUTION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| PO-046-3300974 | 01  0225-01 | 1133 | 9105 | 918 | 0596 | 0800 | 04 | | | | 145,310.00 |
| PO-045-3305943 | 01  2003-01 | 1133 | 9105 | 918 | 0596 | 0800 | | | | | 115,625.00 |

VOUCHER TOTAL

3/1/05

Independent Media Service
530 O'Neal Drive
Hoover, AL 35226

**Invoice No. 2005-01**

## INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Ms. Eleanor Swedenburg/Secretary of State Finance Dept. | Date | 2/15/2005 |
| Address | Post Office Box 5616 | Order No. | |
| City | Montgomery      State AL      ZIP 36103-5616 | Rep | |
| Phone | 334-242-7220 | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | REVISED | | |
| | State of Alabama Voter Purging Process | | |
| | Statewide television and radio campaign | | |
| 1 | Purchase order #3300994 Television | $148,310.00 | $   148,310.00 |
| 1 | Purchase order #3300993 Radio | $118,023 | $   118,023.00 |
| | This invoice is being revised due to some radio stations and one station not running as ordered. Total charge is $520,000.95 | | |
| | | SubTotal | $   266,333.00 |
| | | Shipping | |
| | | Tax Rate(s) | |
| | | **TOTAL** | $   266,333.00 |

| Payment | Select One... |
|---|---|
| Comments | |
| Name | |
| CC # | |
| Expires | |

Office Use Only

Please make checks payable to Brenda Bagley

Thank you for your business!

*Brenda*

FEB 25 2005

DFC46—Rev. 7-74

# STATE OF ALABAMA
## MATERIAL RECEIPT

No._____

Date _3/1/05_

Department _Secretary of State_ Division _____ Prison or Camp _____

Received from _Brenda Bagley - Independent Media_ Req. No. _____ P. O. No. _____
    **Vendor**

Date Received _2/15/05_

Received at _____
          **Station**

To be Backcharged? _____

Via _____
   **Frt., Express, P. P. Truck**    Transp. Chgs. Pd. $ _____

| Quantity | Unit | ARTICLE<br>Make Full Report of Any Shortage or Damage | Condition |
|---|---|---|---|
| | | _Placing Radio / TV Public Service Ads_ | |
| | | _On Voter Registration System & Updates._ | |
| | | _Invoice # 0225-01 & 2005-01_ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Charge To _____ Account _____

I hereby certify that I have received and checked the articles listed above and that they are of the kind, quantity and condition noted.

Received by _____
            **Signed**

Checked by _____
            **Signed**

*Independent Media Services*
*530 O'Neal Drive*
*Birmingham, AL  3522*

Ms. Nancy Worley
Alabama Secretary of State
600 Dexter Avenue
Alabama State Capitol
S-105
Montgomery, AL  36103

Dear Ms. Worley,

The television and radio stations have all faxed me their confirmations for the Voter I.D. Purging Process Campaign, which ran January 29-February 13, 2005.

I have gone through each confirmation, highlighted the station call letters, contract/order number and the amount of the order.   This should make it easy for someone to go through and check the schedules.

Upon checking these confirmations, a few spots were missed, so I am resubmitting an invoice to Eleanor Swedenburg for the actual amount that ran.

Radio was $300 short, making the revised total $118,023 instead of $118,323. Television was short $220, making the revised total $148,310, instead of $148,530.  Taking out the $520 which was missed, the revised total television and radio campaign advertising expenditure was $ 266,333.00.

If you need anything else, please feel free to call me and I will be happy to help out.  Thank you for the opportunity to work with you on this campaign.

Warmest regards,

Brenda R. Bagley

*Phone 205-978-4094*      bbagleyims@charter.net      *Fax 205-978-0758*

FEB 25 2005

**WAFF-TV**
P.O. Box 2116 • Huntsville, AL 35804
(256) 533-4848
COMBINATION CONTRACT

TMC

| | | | | STATION/MARKET | | WAFF-HSVLLE/DECATUR/FLORENCE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ADVERTISER | | | VOTER ID | | | | | INPUT DATE | 01/28/05 |
| PRODUCT | | | VOTER ID | | AGENCY | SALES/MAN/OFFICE PETE FARRELL | CONTRACT NUMBER 02352 — 00003 | | |
| | | | SCHEDULE DATES 1/31/05 — 2/13/05 | BILLING CALENDAR STANDARD BROADCAST | TYPE STANDARD *REVISED | 2 | DATE 2/02/05 | PRINTED PAGE 1 TIME 9:35A |

BRENDA BAGLEY

AGENCY EST #: 3300994

CL= / /SUB=D RC=    CC'S=175

| SPOT SCHEDULE LINE | DAYS | R= ROTN | DAYS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | RATE SECTION | MAKE GOOD REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | MTWTF. | | 10 | MF 5A-530A 4B TODAY | 30 | 1/31/05 - 2/04/05 | N4 | | 10 | 50.0 |
| 2 | MTWTF. | | 10 | MF 6A-7A 4B TODAY | 30 | 1/31/05 - 2/04/05 | N4 | | 10 | 125.0 |
| 3 | MTWTF. | R | 3 | MF 6-630P 6P NEWS | 30 | 1/31/05 - 2/04/05 | N4 | | 3 | 350.0 |
| 4 | MTWTF. | R | 4 | MF 10-1035P NEWS | 30 | 1/31/05 - 2/04/05 | N4 | | 4 | 500.0 |
| 5 | ...W. | | 1 | WE 7-8P | 30 | 2/02/05 | N4 | | 1 | 400.0 |
| 18 | ...T.. | | 1 | MF 630-7P WHEEL | 30 2/11 | 2/03/05 | N4 | MKGD | 1 | 350.0 |
| | | | | MG FOR: | 12 | | | | | |
| 6 | ....S. | | 2 | SAT TODAY SHOW | 30 | 2/05/05 | N4 | | 2 | 70.0 |
| 7 | ....S. | | 1 | SAT 4B NEWS TODAY | 30 | 2/05/05 | N4 | | 1 | 120.0 |
| 8 | .....S | | 1 | SUN 5PM 4B NEWS | 30 | 2/06/05 | N4 | | 1 | 300.0 |
| 9 | .....S | | 1 | SUN 10PM 4B NEWS | 30 | 2/06/05 | N4 | | 1 | 500.0 |
| 10 | MTWTF. | | 1 | MF 5A-530A 4B TODAY | 30 2/07/05 | 2/07/05 - 2/11/05 | N4 | | 8 | 50.0 |
| 11 | MTWTF. | | 8 | MF 4B TODAY | 30 2/07/05 - 2/11/05 | | N4 | | 8 | 125.0 |

CONTRACT ONLY - INVOICE TO FOLLOW

The Television contract is subject to the Terms and Conditions on the reverse side.

ACCEPTED FOR AGENCY/SPONSOR

SIGNED BY: _____    SIGNED BY: _____

(DATE) _____         (DATE) _____

ACCEPTED FOR STATION:

SALES

**WAAW 54 WZDX-TV**
P.O. BOX 3889
HUNTSVILLE, AL 36810
256-533-5454

STATION: WAAW-TV

PAGE: 01 OF 01

CLIENT-PLEASE SIGN & RETURN

```
AGENCY.............: INDEPENDENT MEDIA SVCS
ADVERTISER.........: SECRETARY OF STATE ALA
TO BE LOGGED AS....: SEC STATE OF AL VOTER
ORDER DATE.........: 01/31/05
CONTRACT NUMBER....: 3852
REVISION DATE......: 02/01/05
REVISION NUMBER....: 00
ORDER START........: 02/01/05
ORDER END..........: 02/11/05
BILLING PERIOD.....: STANDARD
AGENCY - ADV #.....: 8177-8176
SALESPERSON........: CHRISTY MARTIN
SALES OFFICE.......: WZDX
PRIOR CONTRACT#....:
AGENCY ESTIMATE....:
TOTAL OCCASIONS....: 7
BUYER NAME.........: BRENDA BAGLEY
BUYER PHONE #......: 205-278-6094
```

INDEPENDENT MEDIA SVCS
530 O'NEAL DRIVE
HOOVER, AL    35226

| MONTH | OCC | RATE | EXTENSION |
|---|---|---|---|
| FEB | 6 | 30.00 | 180.00 |
| | 1 | 250.00 | 250.00 |
| | | GROSS....... | 430.00 |

*INDICATES LINE ITEM REVISION

| ITEM | PO NUMBER 3300994 | | SCHEDULE | | | RATE/MAN |
|---|---|---|---|---|---|---|
| A | 02/01/05-02/04/05 | 3 | 30 | 10:30P-11:00P | 1 1 1 | 4 4 30.00 |
| B | 02/07/05-02/11/05 | 3 | 30 | 10:30P-11:00P XXXXXXXXXXX | 1 1 1 | 2 2 30.00 |
| C | 02/07/05 | 3 | 30 | 08:00P-09:00P 1 | 1 | 1 1 250.00 |

GROSS AMOUNT.........    430.00

ACCEPTED-AGENCY / ADVERTISER                DATE

ACCEPTED-STATION                DATE

02/11/2005 05:20 FAX 205 530 5266   CRN WHDF
Case 2:06-cv-00392-WKW-WC   Document 70-2   Filed 09/01/2006   Page 42 of 142

W HDF

| Mailing Address | Request # | Contract # | Rev # | Bill Cycle | Print Date | Entry Date |
|---|---|---|---|---|---|---|
| Independent Media Services | 40762 | New | 1 | Broadcast | 1/28/2005 | |
| 530 O'Neal Drive | Advertiser | | | | Brand | Network |
| Birmingham, AL  35226 | Voter ID Service Campaign | | | | political | WHDF |
| | Description | | | | Dates | Revenue Type |
| | | | | | 01/31/05 – 02/13/05 | PL4 |
| | Estimate # | | Proposal # | | Primary Salesperson | Buyer: |
| | | | | | DAVE MCGUIRE | |

| Line | M | TU | W | TH | F | SA | SU | Spots Week | Ordered Dates | Ordered Times | Spot Type | Spot Length | Total Spots | Spot Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X | X | X | X | X | X | X | 14 | 01/31 – 02/06 | 09:00:00 p  11:59:59 p | CM4 | :30 | 14 | $25 |
| 2 | X | X | X | X | X | X | X | 6 | 02/07 – 02/13 | 09:00:00 p  11:59:59 p | CM4 | :30 | 6 | $25 |

I.M.S.
630 O'Neal Drive
Hoover, AL 35226

Client:   Voter I.D.

Market:   Huntsville
Station:   WHDF-TV      David McGuire    Ph    256-536-1550
Flight Dates:   January 31-February 13, 2005    Fax    256-536-8286

| Day(s) | Time | Program | 1/31-2/6 | 2/7-2/13 | Total spots | Rate | Total Cost |
|--------|------|---------|----------|----------|-------------|------|-----------|
| Mon-Sun | 9P-12A | Rotator | 14 | 6 | 20 | $ 25.00 | $ 500.00 |
| **Totals** | | | **14** | **6** | **20** | **Gross** | **$ 500.00** |

Traffic:    Traffic:    VPT-0105 Run 100%

Buyer: Brenda Bagley
205-978-4094 Ph
205-978-0758 Fax

Email: bbagleyims@charter.net



**W H D F**

# Fax

| | | |
|---|---|---|
| **To:** Brenda | | **From:** Dave |
| **Fax:** | | **Pages:** |
| **Phone:** | | **Date:** |
| **Re:** | | **CC:** |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:**

Voter ID contract

WHDF • UPN• HUNTSVILLE   303 Williams Avenue, Suite 135, Huntsville, Alabama 35801

www.upntv.tv      (p) 256-536-1550      (f) 256-536-8286

LOCKWOOD BROADCAST GROUP

Contract Agreement Between:

# CONTRACT

Print Date    02/11/05          Page  1 of 1

**NEWS CHANNEL**

WHNT-TV
200 Holmes Ave.
Huntsville, AL 35801
(256) 533-1919

www.whnt.com

And:

Independent Media Service
Attention: Brenda Bagley
530 O'Neal Drive
Birmingham, AL 35226

| Contract / Revision | | Alt. Order # |
|---|---|---|
| 67464 / 2 | | |

| Advertiser | Product | Est. # |
|---|---|---|
| Voter I.D. Service Campa | Voter ID 1005 | |

| Contract Dates | Original Date / Revision | |
|---|---|---|
| 01/31/05-02/13/05 | 01/28/05 / 02/07/05 | |

| Billing Cycle | Billing Calendar | Cash/Trade |
|---|---|---|
| EOM/EOC | Calendar | Cash |

| Station | Account Executive | Sales Office |
|---|---|---|
| WHNT | Brad Clasgens | Huntsville |

| IDB# | Advertiser Code | Product Code |
|---|---|---|

| Line | Ch | Start Date | End Date | Description | Start/End Time | Weekdays | Length | Spots/Week | Rate | Type | Spots | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 19 | 01/31/05 | 02/13/05 | NewsChannel 19 This Morning 5-6am | | | :30 | | | NM | 18 | $900 |
| | | Start Date | End Date | | Weekdays | Spots/Week | Rate | | | | | |
| Week: | | 01/31/05 | 02/06/05 | | MTWTF-- | 10 | $50 | | | | | |
| Week: | | 02/07/05 | 02/13/05 | | MTWTF-- | 8 | $50 | | | | | |
| 2 | 19 | 01/31/05 | 02/13/05 | NewsChannel 19 This Morning 6-7am | | | :30 | | | NM | 18 | $1,800 |
| | | Start Date | End Date | | Weekdays | Spots/Week | Rate | | | | | |
| Week: | | 01/31/05 | 02/06/05 | | MTWTF-- | 10 | $100 | | | | | |
| Week: | | 02/07/05 | 02/13/05 | | MTWTF-- | 8 | $100 | | | | | |
| 3 | 19 | 01/31/05 | 02/13/05 | NewsChannel 19 News at 6pm6-630pm | | | :30 | | | NM | 6 | $1,800 |
| | | Start Date | End Date | | Weekdays | Spots/Week | Rate | | | | | |
| Week: | | 01/31/05 | 02/06/05 | | MTWTF-- | 3 | $300 | | | | | |
| Week: | | 02/07/05 | 02/13/05 | | MTWTF-- | 3 | $300 | | | | | |
| 4 | 19 | 01/31/05 | 02/13/05 | NewsChannel 19 News at 10pr10-1035pm | | | :30 | | | NM | 6 | $3,000 |
| | | Start Date | End Date | | Weekdays | Spots/Week | Rate | | | | | |
| Week: | | 01/31/05 | 02/06/05 | | MTWTF-- | 3 | $500 | | | | | |
| Week: | | 02/07/05 | 02/13/05 | | MTWTF-- | 3 | $500 | | | | | |
| 5 | 19 | 01/31/05 | 02/13/05 | Late Night with David Letterma1035-1137pm | | | :30 | | | NM | 4 | $400 |
| | | Start Date | End Date | | Weekdays | Spots/Week | Rate | | | | | |
| Week: | | 01/31/05 | 02/06/05 | | MTWTF-- | 2 | $100 | | | | | |
| Week: | | 02/07/05 | 02/13/05 | | MTWTF-- | 2 | $100 | | | | | |
| 6 | 19 | 01/31/05 | 02/13/05 | NewsChannel 19 News at 10pr10-10:35pm | | | :30 | | | NM | 2 | $800 |
| | | Start Date | End Date | | Weekdays | Spots/Week | Rate | | | | | |
| Week: | | 01/31/05 | 02/06/05 | | ------S | 1 | $400 | | | | | |
| Week: | | 02/07/05 | 02/13/05 | | ------S | 1 | $400 | | | | | |
| | | | | | | | | | | Totals | 54 | $8,700 |

| Time Period | # of Spots | Gross Dollars |
|---|---|---|
| 01/01/05 -01/31/05 | 6 | $700.00 |
| 02/01/05 -02/13/05 | 48 | $8,000.00 |
| Totals | 54 | $8,700.00 |

Signature: _Bradly Glys_  Thank you!          Date: 2/11/05

(Line Transactions:  N = New, E = Edited, D = Deleted)

Notwithstanding to whom bills are rendered, advertiser, agency and service, jointly and severally, shall remain obligated to pay to station the amount of any bills rendered by station within the time specified and until payment in full is received by station. Payment by advertiser to agency or to service or payment by agency to service, shall not constitute payment to station. Station will not be bound by conditions, printed or otherwise contracts, insertion orders, copy instructions or any correspondence when such conflict with the above terms and conditions. Two week advance cancellation notice is required unless otherwise specified.

**WZDX-TV**
P.O. BOX 3869
HUNTSVILLE, AL 35810
256-533-5454

STATION: WZDX-TV

PAGE: 01 OF 01

CLIENT-PLEASE SIGN & RETURN

AGENCY.............. INDEPENDENT MEDIA SVCS
ADVERTISER......... SECRETARY OF STATE ALA
TO BE LOGGED AS SEC STATE ALA VOTER ID
ORDER DATE......... 01/31/05
CONTRACT NUMBER.... 3851
REVISION DATE...... 02/01/05
REVISION NUMBER.... 00
ORDER START........ 02/01/05
ORDER END.......... 02/11/05
BILLING PERIOD..... STANDARD
AGENCY - ADV #..... 8177-8176
SALESPERSON........ CHRISTY MARTIN
SALES OFFICE....... WZDX
PRIOR CONTRACT #...
AGENCY ESTIMATE....
TOTAL OCCASIONS.... 8
BUYER NAME......... BRENDA BAGLEY
BUYER PHONE #...... 205-578-0074

INDEPENDENT MEDIA SVCS
530 O'NEAL DRIVE
HOOVER, AL 35226

ALABAMA SECRETARY OF STATE/VOTER ID
PO #3300974

*INDICATES LINE ITEM REVISION

| MONTH | DOC. | RATE | EXTENSION |
|---|---|---|---|
| FEB | 7 | 1,200.00 | 1,200.00 |
| | | 150.00 | 1,050.00 |
| | | GROSS..... | 2,250.00 |

| ITEM | DATE | SPOTS | LEN | TIME | SCHEDULE (MON TUE WED THU FRI SAT SUN) | RATE/PLAN |
|---|---|---|---|---|---|---|
| A | 02/02/05 | 1 | 30 | 07:45P-07:50P | 1 | 1 | 1,200.00 |
| B | 02/02/05 | 1 | 30 | 09:00P-09:01P | 1 | 1 | 150.00 |
| C | 02/01/05-02/04/05 | 1 | 30 | M-F 900-930P | XXXXXXXXXXX | 1 1 3 3 | 150.00 |
| D | 02/07/05-02/11/05 | 1 | 30 | M-F 900-930P | XXXXXXXXXXX | 1 1 3 3 | 150.00 |

ACCEPTED-AGENCY / ADVERTISER                DATE

ACCEPTED-STATION                DATE

GROSS AMOUNT.......... 2,250.00

FEB-11-2005 08:05

# Foxten
WALA-TV Mobile . Pensacola

**WALA-TV**
1501 Satchel Paige Drive
Mobile, AL 36606
Phone: (251) 434-1053  Fax: (251) 434-1110

| STATION/MARKET | INPUT DATE |
|---|---|
| WALA-TV | 01/28/05 |

**CONFIRMATION CONTRACT**

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
BIRMINGHAM AL 35226

| ADVERTISER | | |
|---|---|---|
| VOTER I.D. | | |
| PRODUCT | SALESMAN/OFFICE | |
| VOTER I.D./REG TO VO | ANDREA FUSSELL/WALA-TV LOCAL | |
| SCHEDULE DATES | AGENCY | CONTRACT NUMBER |
| 1/31/05 - 2/13/05 | 4965 | 14351 - 00004 |
| BILLING CALENDAR | TYPE | DATE | PRINTED |
| STANDARD BROADCAST | STANDARD | 2/07/05 | TIME 4:35P | PAGE 1 |
| | *NEW | | |

CL=L SUB==    RC=MRP    CCTS= 1

| LINE SCHEDULE | DAYS M T W T F S S | M- ROTN | PER WEEK | UNITS | ORDER | LENGTH | EFFECTIVE DATES | RATE EFCT | MAKEGOOD REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MTWTFSS | | 5 | 9-930P NEWS M-F | 30 | 1/31/05 - 2/06/05 | 5 | | 4 | 300.00 |
| | | | | AGENCY EST. #: P.O#330094 | | 2/02 | | | | |
| 4 | .TWTF.. | R | 1 | 9-930P NEWS M-F | 30 | 2/08/05 - 2/11/05 | 5 | MKGD | 1 | 300.00 |
| | | | | NA | 1 | 2/02 | | | | |
| 2 | MTWTF.. | R | 4 | 9-930P NEWS M-F | 30 | 2/07/05 - 2/13/05 | 5 | | 4 | 300.00 |
| 3 | ..W.... | | 1 | 9-901P WE | 30 | 2/02/05 | 4 | | 1 | 300.00 |
| | | | | MG FOR: | | | | | | |

FEB 3000

| | | GRAND TOTALS | | 10 UNITS | | |

THANK YOU!
We appreciate your business.
Not withstanding to whom bills are rendered, Advertiser, Agency and Service, jointly and severally
shall remain obligated to pay or to station the amount of any bills rendered by station within the time
specified, and until payment in full is received by station. Additionally, with respect to Agency or to
Service, shall not constitute payment to this station.   TERMS: NET 30 DAYS

...rates listed represent programming and/or adjacencies as declared at time of sale.
...ite protection, product protection and cancellations will follow policies
...clined in the station's current rate card. Short rates will apply where applicable.

...cepted for Agency/Sponsor:

_____
(Signature)

ACCOUNT EXEC. _____

CL=L SUB==

_____
(Signature)

_____
(Date)

TOTAL P.01



WBPG-TV
1501 Satchel Paige Drive
Mobile, AL 36606
Phone: (251) 434-1053
Fax: (251) 434-1110

STATION/MARKET: WBPG-TV
INPUT DATE: 01/28/0.

CONFIRMATION CONTRACT

ADVERTISER: VOTER I.D.
PRODUCT: VOTER I.D./VOTER PRO
SCHEDULE DATES: 1/31/05 - 2/09/05
BILLING CALENDAR: STANDARD BROADCAST
SALESMAN/OFFICE: CARRIE LAUGHLIN/MOBILE
AGENCY: 4965
CONTRACT NUMBER: *14351 - 00003
TYPE: STANDARD *REVISED
DATE: 2/14/05
TIME PRINTED: 12:14P
PAGE: 1

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
BIRMINGHAM AL 35226

CL=L SUB= RC=MRP CC'S= 1

| HUT SCHEDULE LINE | DAYS M T W T F S S | R+ | ROT'N | UNITS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | RATE SECT DATE | MAKEGOOD REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EB | | | | | | | | | | | |
| 1 | M....... | | | 1 | 8-9P MON | 30 | 1/31/05 - 2/06/05 | 3 | | 1 | 500.0 |
| 2 | ..W.... | | | 1 | 7-8P WED | 30 | 2/02/05 - 2/09/05 | 3 | | 2 | 700.0 |

1900

GRAND TOTALS    3 UNITS    1,900.00

THANK YOU!
We appreciate your business.

To whom bills are rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to station the amount of any bills rendered by station within the time specified, and until payment in full is received by station. Payment by Advertiser to Agency or to Service, shall not constitute payment to this station.    TERMS: NET 30 DAYS

Times listed represent programming and/or adjacencies as declared at time of sale.
Rate protection, product protection and cancellations will follow policies outlined in the station's current rate card.    Short rates will apply where applicable.
accepted for Agency/Sponsor:

_____
(Signature)
CLIENT

_____
(Date)

VCODA SYSTEMS FORM NO. WBPGCON

TOTAL P.01
TOTAL P.01

**WJTC TV**
P. O. BOX 402622
ATLANTA, GA

**Komi, Inc.**
P.O. Box 402622
Atlanta, GA 30384-2622
661 Azalea Road
Mobile, AL 36609    (251) 602-1844

INDEPENDENT MEDIA SVCS
530 O'NEAL DRIVE
BIRMINGHAM, AL
BRENDA BAGLEY
35226

| ORDER TYPE | AGENCY ESTIMATE NO. |
|---|---|
| ORIGINAL | |

NET TERMS 30 DAYS

| REPRESENTATIVE | ADVERTISER | PRODUCT | SALESPERSON |
|---|---|---|---|
| | VOTER ID | VOTER ID/3300974 | CYNDI BOOTH |

| INVOICE NUMBER | BROADCAST MONTH |
|---|---|
| INV# 3728-01 | |

| SCHEDULE DATES | BILLING PERIOD |
|---|---|
| 2/01-02/11/05 | THRU 02/14/05 |

STANDARD

## SCHEDULE

| | TU | W | TH | F | SA | SU | TIME | RATE | NO. | DATES | DAY | TIME | SPOT LEN TYPE | TAB FOR | COPY NUMBER | RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x | | | | | | | 0800PM-0900PM | 300.00 | 1 | 2/04 | FR | 840P | 30 | | VPT-0105 | 300.00 |
| | | | | x | | | 0800PM-0900PM | 400.00 | 1 | 2/07 | MO | 844P | 30 | | VPT-0105 | 400.00 |
| | | | x | | | | 0800PM-0900PM | 300.00 | 1 | 2/11 | FR | 845P | 30 | | VPT-0105 | 300.00 |
| | | | | | | | 0700PM-0800PM | 400.00 | 1 | 2/01 | TU | 747P | 30 | | VPT-0105 | 400.00 |

THANKS FOR DOING BUSINESS WITH UPN 44

## ACTUAL BROADCAST

## RECONCILIATION

| DEBIT | CREDIT | REMARKS |
|---|---|---|

SCHEDULE COST FOR THIS BILLING PERIOD
1,400.00

ACTUAL GROSS BILLING
1,400.00

SUB-TOTALS

RECONCILIATION

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PROGRAM LOG AND WILL BE AVAILABLE IN OUR OFFICE FOR INSPECTION IN ACCORDANCE WITH APPLICABLE STATIONS.

02/17/2005  14:57   2516623070   WKRG NEWS 5   PAGE   01/01

# CONFIRMATION CONTRACT

**WKRG·TV5**
WKRG-TV/MOBILE, AL.
555 Broadcast Drive
Mobile, AL 36606
Phone: (251) 662-2950 Fax: (251) 662-3070

| STATION/MARKET | WKRG-TV/MOBILE, AL. | | |
|---|---|---|---|

| ADVERTISER | VOTER ID | | |
|---|---|---|---|
| PRODUCT | VOTER ID | | |

| SALESMAN/OFFICE | CLARK, MARY | | |
|---|---|---|---|
| AGENCY | 5254 | | |

| CONTRACT NUMBER | 15912 - 00005 | | |
|---|---|---|---|
| PRINTED | DATE 1/29/05  TIME 2:02A  PAGE 1 | | |
| INPUT DATE | 01/28/05 | | |

IMS
530 O NEAL DRIVE
BIRMINGHAM AL 35226

BRENDA BAGLEY

PHN=205-937-0534  CL=L  SUB=  RC=

SCHEDULE DATES: 1/31/05 - 2/13/05
BILLING CALENDAR: STANDARD
TYPE: STANDARD   NEW
CCTB=350

AGENCY EST. #:   P.O. #3300994

| SPOT SCHEDULE LINE | DAYS MTWTFSS | Re | ROTN PER | UNITS WEEK | ORDER | LENGTH | EFFECTIVE DATES | RATE SECT | HARDGOOD REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MTWTF.. |  | | 5 | M-F 6-7A  WKRG 5 NEWS AT 6A | 30 | 1/31/05 - 2/04/05 | 9 | | 5 | 85.00 |
| 2 | MTWTF.. | R | | 4 | M-F 6-7A  WKRG 5 NEWS AT 6A | 30 | 2/07/05 - 2/13/05 | 6 | | 4 | 175.00 |
| 3 | MTW.... |  | | 3 | M-F 10-1035P WKRG NEWS AT 10 | 30 | 1/31/05 - 2/06/05 | 9 | | 3 | 260.00 |
| 4 | MTW.... |  | | 3 | M-F 10-1035P WKRG NEWS AT 10 | 30 | 2/07/05 - 2/13/05 | 7 | | 3 | 580.00 |
| 5 | ......S |  | | 1 | SUN 10-1035P WKRG NEWS AT 10 | 30 | 2/06/05 - | 9 | | 1 | 350.00 |
| 6 | ......S |  | | 1 | SUN 10-1035P WKRG NEWS AT 10 | 30 | 2/13/05 - | 8 | | 1 | 450.00 |

FEB   4445

GRAND TOTALS   17 UNITS   $4,445.00

Items listed represent programming and/or schedules as declared at time of sale.

Rate protection, product protection and cancellation will follow policies outlined in the station's current rate card. Short rate will apply where applicable.

Not withstanding to whom bills are rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to station the amount of any bills as placed by station within the time specified, and until paid in full is received by station. Payment by Advertiser to Agency or to Service, shall not constitute payment in this station.

THANK YOU!

We appreciate your business.

(Signature)
FILE COPY

(Date)

Accepted for Agency/Sponsor.

SKODA SYSTEMS FORM NO. WKRGLTM

CLEAR CHANNEL BROADCAST
WPMI-TV15
P. O. BOX 402622
ATLANTA, GA
30384-2622

**NBC 15**
A Clear Channel Broadcasting Station
Remit to:
P.O. Box 402622
Atlanta, GA 30384
661 Azalea Rd.
Mobile, AL 36609  (251) 602-1500
WPMI - MOBILE / PENSACOLA

INDEPENDENT MEDIA SVCS
530 O'NEAL DRIVE
BIRMINGHAM, AL.
35226

BRENDA BAGLEY

REPRESENTATIVE

ADVERTISER: VOTER ID

PRODUCT: VOTER ID

SALESPERSON: MEG MORELAND

| ORDER TYPE | AGENCY ESTIMATE NO. |
|---|---|
| REVISION-03 | 33009 |
| INVOICE NUMBER | BROADCAST MONTH |
| INV# 3570-01 | |
| SCHEDULE DATES | BILLING PERIOD |
| 1/31-02/11/05 | THRU 02/14/05 |
| | STANDARD |

| M T W TH F SA SU # | SCHEDULE TIME | RATE | NO. | DATES | DAY | TIME | MIN SEC | MO FOR | COPY NUMBER | RATE | DEBIT | CREDIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x x x x x x x 33009044 | | VOTER ID | | | | | | | | | | | |
| x | 0600PM-0630PM | 300.00 | 1 | 2/02 | WE | 611P | 30 | | VPT-0105 | 300.00 | | | |
| x x x | 0600PM-0630PM | 300.00 | 3 | 1/31 MO / 2/03 TH / 2/04 FR | | 627P / 617P / 621P | 30 / 30 / 30 | | VPT-0105 / VPT-0105 / VPT-0105 | 300.00 / 300.00 / 300.00 | | | |
| x x | 0600PM-0630PM | 300.00 | 2 | 2/07 MO / 2/08 TU | | 616P / 627P | 30 / 30 | | VPT-0105 / VPT-0105 | 300.00 / 300.00 | | | |
| x | 1000PM-1035PM | 375.00 | 1 | 1/31 | MO | 1030P | 30 | | VPT-0105 | 375.00 | | | |
| x x x x | 1000PM-1035PM | 375.00 | 4 | 1/31 MO / 2/01 TU / 2/02 WE / 2/04 FR | | 1020P / 1013P / 1025P / 1017P | 30 / 30 / 30 / 30 | | VPT-0105 / VPT-0105 / VPT-0105 / VPT-0105 | 375.00 / 375.00 / 375.00 / 375.00 | | | |
| x | 1000PM-1035PM | 375.00 | 1 | 2/08 | TU | 1031P | 30 | | VPT-0105 | 375.00 | | | |
| x x x x | 0530AM-0700AM | 75.00 | 4 | 2/01 TU / 2/02 WE / 2/03 TH / 2/04 FR | | 649A / 547A / 545A / 544A | 30 / 30 / 30 / 30 | | VPT-0105 / VPT-0105 / VPT-0105 / VPT-0105 | 75.00 / 75.00 / 75.00 / 75.00 | | | |
| x x x x x x | 0530AM-0700AM | 85.00 | 6 | 2/07 MO / 2/07 MO / 2/08 TU / 2/08 TU / 2/09 WE / 2/09 WE | | 551A / 653A / 553A / 600A / 623A / 640A | 30 / 30 / 30 / 30 / 30 / 30 | | VPT-0105 / VPT-0105 / VPT-0105 / VPT-0105 / VPT-0105 / VPT-0105 | 85.00 / 85.00 / 85.00 / 85.00 / 85.00 / 85.00 | | | |

| SCHEDULE | ACTUAL BROADCAST | RECONCILIATION |
|---|---|---|

SCHEDULE COST FOR THIS BILLING PERIOD | ACTUAL GROSS BILLING | AGENCY COMMISSION | NET DUE | SUB-TOTALS | RECONCILIATION

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PROGRAM LOG AND WILL BE AVAILABLE, ON REQUEST, FOR INSPECTION BY ADVERTISER OR AGENCY FOR AT LEAST 12 MONTHS.

FAX NO. 3346021515     P. 03

**BILL TO:     REMIT TO:**

NBC **15**

A Clear Channel Broadcasting Station
Remit To:
P.O. Box 402622
Atlanta, GA 30384
661 Azalea Rd.
Mobile, AL 36609    (251) 602-1500

| ORDER TYPE | REVISION-03 | AGENCY ESTIMATE NO. 33009 |
|---|---|---|
| INVOICE NUMBER | INV# 3570-01 | BROADCAST MONTH 33009 |
| | | SCHEDULE DATES THRU 02/14/05 |
| | | BILLING PERIOD 1/31-02/11/05 |

**BILL TO:**
INDEPENDENT MEDIA SVCS
530 O'NEAL DRIVE
BIRMINGHAM, AL
BRENDA BAGLEY
35226

303842622

REPRESENTATIVE     ADVERTISER     VOTER ID

ADVERTISER: MEG MORELAND

SALESPERSON     PRODUCT     VOTER ID

STANDARD

**SCHEDULE**

| | M | TU | W | TH | F | SA | SU | TIME | RATE | NO. | DATES | DAY | TIME | MIN | SEC | MO FOR | COPY NUMBER | RATE | DEBIT | CREDIT | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| X | X | X | X | X | X | | | 0530AM-0700AM | 15.00 | 6 | 2/01 | TU | 551A | 30 | | | VPT-0105 | 15.00 | | | |
| | | | | | | | | | | | 2/02 | WE | 607A | 30 | | | VPT-0105 | 15.00 | | | |
| | | | | | | | | | | | 2/02 | WE | 640A | 30 | | | VPT-0105 | 15.00 | | | |
| | | | | | | | | | | | 2/03 | TH | 606A | 30 | | | VPT-0105 | 15.00 | | | |
| | | | | | | | | | | | 2/03 | TH | 637A | 30 | | | VPT-0105 | 15.00 | | | |
| | | | | | | | | | | | 2/04 | FR | 650A | 30 | | | VPT-0105 | 15.00 | | | |
| | | | X | | | | | 0658PM-0800PM | 500.00 | 1 | 2/03 | TH | 658P | 30 | | | VPT-0105 | 500.00 | | | |
| | X | | X | | | | | 1200PM-1230PM | 42.50 | 2 | 2/07 | MO | 1216P | 30 | | | VPT-0105 | 42.50 | | | |
| | | | | | | | | | | | 2/10 | TH | 1227P | 30 | | | VPT-0105 | 42.50 | | | |
| | X | | | | | | | 0800PM-1000PM | .00 | 1 | 2/02 | WE | 911P | 30 | | | VPT-0105 | .00 | | | |

THANK YOU FOR DOING BUSINESS WITH NBC 15

SCHEDULE COST FOR THIS BILLING PERIOD    5,535.00

ACTUAL GROSS BILLING    5,535.00

SUB-TOTALS

RECONCILIATION

WE WARRANT THAT THE ACTUAL BROADCAST INFORMATION SHOWN ON THIS INVOICE WAS TAKEN FROM THE PROGRAM LOG AND WILL BE AVAILABLE, ON REQUEST, FOR INSPECTION BY ADVERTISER OR AGENCY FOR AT LEAST 12 MONTHS.

STATION: WAKA-TV

PAGE: 01 OF 01

**8** WAKA

3020 Eastern Boulevard
Montgomery, AL 36116
P.O. Box 230667
Montgomery, AL 36123
(334) 271-8888

INDEPENDENT MEDIA SRVC
530 O'NEAL DRIVE
BIRMINGHAM, ALABAMA
35226
BRENDA BAGLEY

CLIENT

AGENCY........... INDEPENDENT MEDIA SRVC
ADVERTISER....... VOTER ID
TO BE LOGGED AS. VOTER ID/PO 3300994
ORDER DATE....... 01/31/05
CONTRACT NUMBER.. 7598
REVISION DATE.... 02/03/05
REVISION NUMBER.. 02
ORDER START...... 01/31/05
ORDER END........ 02/13/05
BILLING PERIOD... STANDARD
AGENCY - ADV #.. 4434-5203
SALESPERSON...... SHEALY, JENNIFER
SALES OFFICE..... WAKA TV8
RATE CARD........
AGENCY ESTIMATE..
TOTAL OCCASIONS.. 37
BUYER NAME....... BRENDA BAGLEY
BUYER PHONE #....

GROSS........ 4,390.0

| ITEM | BROADCAST DATES | S M T W T F S | LENGTH | SCHEDULE/BROADCAST PATTERN | | MONTH | OCC | RATE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| A | 02/01/05-02/13/05 | 5 | 30 | 06:00A-07:00A | 2 2 2 2 2 | 10 18 | FEB | 18 | 50.00 | 900.0 |
| B | 02/01/05-02/13/05 | 5 | 30 | TV8 EARLY NEWSXXXXXXXXX | | | 16 | 200.00 | 3,200.0 |
| C | 01/31/05-02/04/05 | 5 | 30 | TV 8 NEWS 10P 1 1 1 1 1 | 4 8 | 2 | 145.00 | 290.0 |
| D | 02/07/05-02/11/05 | 5 | 30 | TV 8 NEWS 10PXXXXXXXXX | | 1 | 145.00 | 145.0 |
| E | 02/06/05-02/13/05 | 5 | 30 | 10PM NEWS SUN | 1 | 2 | 200.00 |  |
| E01 | 02/13/05 | 5 | 30 | PGM CHG | 1 1 | 1 | 145.00 | 145.0 |
| E50 | 02/13/05 | 2 | 30 | LATE 10P NEWS | 1 +1 | 1 | 70.00 | 70.0 |
| E51 | 02/13/05 | 2 | 30 | LATE 10P NEWS | 1 +1 | 1 | 75.00 | 75.0 |

*INDICATES LINE ITEM REVISION

GROSS AMOUNT.... 4,390.00

THIS IS THE CONFIRMATION OF YOUR CONTRACT. PLEASE EXAMINE CAREFULLY.

ACCEPTED-AGENCY/ADVERTISER          DATE

ACCEPTED-STATION          DATE



FEB.13.2005 10:55PM    WNCF TV  ABC 32                    NO. 7353    P. 2

# abc32
WNCF

3251 Harrison Road
Montgomery, Alabama 36109
(334) 271-3200 FAX (334) 271-0267

```
AGENCY................    I.M.S.
ADVERTISER............    VOTER I.D.
TO BE LOGGED AS.......    VOTER I.D.
ORDER DATE............    01/28/05
CONTRACT NUMBER.......    2350
REVISION DATE.........    02/04/05
REVISION NUMBER.......    02
ORDER START...........    02/02/05
ORDER END.............    02/13/05
BILLING PERIOD........    STANDARD
AGENCY — ADV #........    7523-7524
SALESPERSON...........    LYNN GILREATH
SALES OFFICE..........    WNCF-TV
TOTAL OCCASIONS.......    3
BUYER NAME............
BUYER PHONE #.........
```

I.M.S.
530 O'NEAL DRIVE
HOOVER, ALABAMA
35226

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| A | 02/06/05-02/13/05 | 4 | 30 SUN, 9P-10P | 1 | | | 1 | 1 | 300.00 |
| B | 02/02/05 | 4 | 30 CV. 15P-09.58P | | | 1 | 1 | 2 | 300.00 |

## CONTRACT/CONFIRMATION

THANK YOU — WE APPRECIATE YOUR BUSINESS

AUTHORIZATION                    DATE

1/28/05

FEB. 3  300. 00

900.

To: Brenda
From: Buddy

# Broadcast Contract

| Start Date | Contract# | | Mod# |
|---|---|---|---|
| 01/31/05 | 4284 | | 0 |
| End Date | Date Entered | Date Last Modified | |
| 02/11/05 | 01/28/05 | 01/28/05 | |
| Advertiser | | Station Market | |
| VOTER I.D. (A) | | WRJM-TV | |
| Product | | SalesRep/Office | |
| VOTER I.D. | | BUDDY JOHNSON | |

INDEPENDENT MEDIA SERVICES
VOTER I.D (A)
530 O'NEAL DRIVE
BIRMINGHAM, AL 35226

Attn: BRENDA BAGLEY

Standard Billing Cycle    Estimate# VOTER I.D.
FEB.'05

| LN | DATE | | | | TIMES/PROGRAMS | LEN | MO | TU | WE | TH | FR | SA | SU | SPOTS | RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LINE REMARK | | | | | | | | /WK | |
| 1 | MO 01/31/05 | FR | 02/11/05 | | 05:30P-06:00P | 30 | X | X | X | X | X | -- | -- | 2 | $15.00 |
| 2 | MO 01/31/05 | FR | 02/11/05 | | 06:00P-06:30P | 30 | X | X | X | X | X | -- | -- | 2 | $20.00 |
| 3 | WE 02/02/05 | WE | 02/09/05 | | 07:00P-08:00P | 30 | -- | -- | 1 | -- | -- | -- | -- | 1 | $125.00 |
| 4 | MO 01/31/05 | FR | 02/11/05 | | 12:00P-05:00P | 30 | X | X | X | X | X | -- | -- | 3 | $0.00 |

----Additional Comments----    Total Spots    Spots Total$    Gross
                                    18              390.00        $390.00

FOR QUESTIONS CONCERNING THIS INVOICE CALL BUDDY JOHNSON AT (334) 670-6765
WE APPRECIATE YOUR BUSINESS

Billing Projections: By Month

| | Jan 05 | Feb 05 |
|---|---|---|
| CA | 35.00 | 355.00 |
| ST | | 390.00 |

Accepted for Station                    Accepted for advertiser OR agency(and MBS, if any) as agent for the advertiser

_____    _____    _____    _____
Name                        Title        Name                        Title
See reverse for accepted terms and conditions, if any                            Page    1



Contract Agreement Between:

WSFA
12 East Delano Ave.
Montgomery, AL 36105
(334) 288-1212

www.wsfa.com

And:

I M S
530 O'Neal Drive
Hoover, AL 35226

# CONTRACT

Print Date    02/11/05          Page    1 of 2

| Contract / Revision | | Alt Order # |
|---|---|---|
| 88726    /    1 | | |

| Advertiser | Product | Est. # |
|---|---|---|
| Secretary of State | Voter ID | PO # 3300994 |

| Contract Dates | Original Date / Revision | |
|---|---|---|
| 01/28/05-02/13/05 | 01/26/05    /    01/27/05 | |

| Billing Cycle | Billing Calendar | Cash/Trade |
|---|---|---|
| EOM/EOC | Broadcast | Cash |

| Station | Account Executive | Sales Office |
|---|---|---|
| WSFA | Townie Bulmer | WSFA |

| IDB# | Advertiser Code | Product Code |
|---|---|---|
| | | |

| Line | Ch | Start Date | End Date | Description | Start/End Time | Weekdays | Length | Spots/ Week | Rate | Type | Spots | Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WSF. | 01/28/05 | 02/13/05 | Today in Alabama 5am | 5-530a | | :30 | | | NM | 9 | $1,125 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | 11111-- | | 5 | | $125 | | | | |
| Week: | | 02/07/05 | 02/13/05 | 1111--- | | 4 | | $125 | | | | |
| 2 | WSF. | 01/28/05 | 02/13/05 | Today in Alabama 530a | 530am-6am | | :30 | | | NM | 9 | $1,350 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | 11111-- | | 5 | | $150 | | | | |
| Week: | | 02/07/05 | 02/13/05 | 1111--- | | 4 | | $150 | | | | |
| 3 | WSF. | 01/28/05 | 02/13/05 | Today in Alabama | 6a-7a | | :30 | | | NM | 18 | $4,050 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | 22222-- | | 10 | | $225 | | | | |
| Week: | | 02/07/05 | 02/13/05 | 22211-- | | 8 | | $225 | | | | |
| 4 | WSF. | 01/28/05 | 02/13/05 | WSFA 12 News at Six - MF | 6-630pm | | :30 | | | NM | 9 | $7,200 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | 11111-- | | 5 | | $800 | | | | |
| Week: | | 02/07/05 | 02/13/05 | 1111--- | | 4 | | $800 | | | | |
| 5 | WSF. | 01/28/05 | 02/13/05 | WSFA 12 News at Ten - MF | 10-1035pm | | :30 | | | NM | 6 | $4,200 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | 1-1-1-- | | 3 | | $700 | | | | |
| Week: | | 02/07/05 | 02/13/05 | 11--1-- | | 3 | | $700 | | | | |
| 6 | WSF. | 01/28/05 | 02/09/05 | Wednesday Hour 1 | 7-8pm | | :30 | | | NM | 1 | $1,200 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | --W---- | | 1 | | $1,200 | | | | |
| Week: | | 02/07/05 | 02/13/05 | ------- | | 0 | | $0 | | | | |
| 7 | WSF. | 01/28/05 | 02/13/05 | WSFA 12 News at Ten - Sun | 10-1035pm | | :30 | | | NM | 2 | $1,200 |
| | | **Start Date** | **End Date** | **Weekdays** | | **Spots/Week** | | **Rate** | | | | |
| Week: | | 01/24/05 | 01/30/05 | ------- | | 0 | | $0 | | | | |
| Week: | | 01/31/05 | 02/06/05 | ------S | | 1 | | $600 | | | | |
| Week: | | 02/07/05 | 02/13/05 | ------S | | 1 | | $600 | | | | |

| | | | Totals | 54 | $20,325 |
|---|---|---|---|---|---|

| Time Period | # of Spots | Gross Dollars |
|---|---|---|
| 01/31/05 -02/13/05 | 54 | $20,325.00 |
| Totals | 54 | $20,325.00 |

STATION: WVUA-TV                                    PAGE: 01 OF 01          TRAFFIC

# WVUA 7

Box 870172 Tuscaloosa, AL 35487 (205) 348-8002 Fax (205) 348-3816

```
AGENCY............INDEPENDENT MEDIA SERV(
ADVERTISER........VOTER ID
TO BE LOGGED AS VOTER ID
ORDER DATE........02/01/05
CONTRACT NUMBER.6635
REVISION DATE...02/11/05
REVISION NUMBER.00
ORDER START.....01/31/05
ORDER END.......02/11/05
BILLING PERIOD..STANDARD
AGENCY - ADV #.1007-1098
SALESPERSON.....CAMILLE SHOTTS
SALES OFFICE....CAMILLE SHOTTS
RATE CARD.......
AGENCY ESTIMATE.
TOTAL OCCASIONS.     15
BUYER NAME......
BUYER PHONE #...
```

INDEPENDENT MEDIA SERV
536 O'NEAL DRIVE
HOOVER, AL
35226

| ITEM | BROADCAST DATES | NO. PER WK | LENGTH | SCHEDULE | MON | TUE | WED | THU | FRI | SAT | SUN | WKLY OCC | RATE/PLAN |
|------|-----------------|-----------|--------|----------|-----|-----|-----|-----|-----|-----|-----|----------|-----------|
| A | 01/31/05-02/04/05 | 1 | 30 | WVUA7 NEWS 010 | 1 | | | | | | | | 100.00 |
| B | 01/31/05-02/04/05 | 1 | 30 | WVUA NEWS 010 | | 1 | 1 | 1 | | | | | 100.00 |
| C | 02/07/05-02/10/05 | 1 | 30 | WVUA7 NEWS 010 | 1 | 1 | 1 | 1 | | | | | 100.00 |
| D | 02/07/05-02/11/05 | 1 | 30 | WVUA NEWS 010 | | | | | 1 | 5 | 5 | | 100.00 |

*INDICATES LINE ITEM REVISION

| MONTH | OCC | RATE | EXTENSION |
|-------|-----|------|-----------|
| FEB | 18 | 100.00 | 1,800.00 |
| | | GROSS....... | 1,800.00 |

CONTRACT CONFIRMATION

CONTRACT COMMENTS

ACCEPTED-ADVERTISER                         DATE              ACCEPTED-STATION                          DATE

GROSS AMOUNT.... $ 1,800.00

Independent Media Services
Brenda Balgey
530 O'Neal Drive
Hoover, AL 35226

Ph 205-978-4094
Fax 205-978-0758
bbagleyims@charter.net

## Voter Service Campaign - Purging Process
## Confirmation Summary                    Television
## January 31-February 13, 2005                        2/15/2005

| Market | Order/Contract # | Cost |
|---|---|---|
| **Birmingham** | | |
| WABM-TV | 1639 | $1,815.00 |
| WBMA-TV | 03027-00003 | $20,700.00 |
| WBRC-TV | 02696-00002 | $25,300.00 |
| WIAT-TV | 15912-00006 | $3,780.00 |
| WPXH-TV | 340639 | $520.00 |
| WTTO-TV | 1645 | $1,700.00 |
| WVTM-TV | 13961-00002 | $13,010.00 |
| | | $66,825.00 |
| | | |
| **Dothan** | | |
| WDFX-TV | 03609-00002 | $360.00 |
| WDHN-TV | 4193 | $840.00 |
| WTVY-TV | 5353 | $6,420.00 |
| | | $7,620.00 |
| | | |
| **Huntsville** | | |
| WAAY-TV | 18363 | $6,370.00 |
| WAFF-TV | 02352-00003 | $10,770.00 |
| WAWB-TV | 3852 | $430.00 |
| WHDF-TV | 40762 | $500.00 |
| WHNT-TV | 67464 | $8,700.00 |
| WZDX-TV | 3851 | $2,250.00 |
| | | $29,020.00 |
| | | |
| **Mobile** | | |
| WALA-TV | 14351-00004 | $3,000.00 |
| WBPG-TV | 14351-00003 | $1,900.00 |
| WJTC-TV | 3728-01 | $1,400.00 |
| WKRG-TV | 15912-00005 | $4,445.00 |
| WPMI-TV | 3570-01 | $5,535.00 |
| | | $16,280.00 |
| **Montgomery** | | |
| WAKA-TV | 7598 | $4,390.00 |
| WCOV-TV | 1336 | $760.00 |
| WNCF-TV | 2350 | $900.00 |
| WRJM-TV | 4264 | $390.00 |
| WSFA-TV | 88729 | $20,325.00 |
| | | $26,765.00 |
| **Tuscaloosa** | | |
| WVUA-TV | 6635 | $1,800.00 |

Television confirmation totals:                    $148,310.00

Independent Media Services
Brenda Balgey
530 O'Neal Drive
Hoover, AL  35226

Ph 205-978-4094
Fax 205-978-0758
bbagleyims@charter.net

**Voter Service Campaign - Purging Process**

**Confirmation Summary**          Television          2/15/2005

**January 31-February 13, 2005**

| Market | #TV Stations | | Cost |
|--------|--------------|---|------|
| Birmingham | 7 | $ | 66,825.00 |
| Mobile | 5 | $ | 16,280.00 |
| Montgomery | 5 | $ | 26,765.00 |
| Huntsville | 6 | $ | 29,020.00 |
| Dothan | 3 | $ | 7,620.00 |
| Tuscaloosa | 1 | $ | 1,800.00 |

| Total TV Media: | | $ | 148,310.00 |
|-----------------|---|---|------------|

| Total Purchase order: | | $ | 148,310.00 |
|-----------------------|---|---|------------|

STATION: WARM

PAGE: 01 OF 01

**68 WARM BIRMINGHAM**
P.O. Box 832100
Birmingham, Alabama 35283
(205) 943-2168

AGENCY........INDEPENDENT MEDIA SERV
ADVERTISER........VOTER ID
TO BE LOGGED AS..VOTER ID
ORDER DATE........01/27/05
ORDER NUMBER......14639
REVISION DATE.....02/02/05
REVISION NUMBER...01
ORDER START.......01/29/05
ORDER END.........02/11/05
BILLING PERIOD....STANDARD
ACCOUNT NUMBER....3142-5420
SALESPERSON.......FRAZIER, PAIJE
SALES OFFICE......WTTO
RATE CARD.........

INDEPENDENT MEDIA SERV
530 O'NEAL DRIVE
HOOVER, AL  35226

TOTAL OCCASIONS.   11

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 01/31/05-02/04/05 | | 30 | 10:00P-10:30P | | | | | | | | | | | 135.00 |
| A01 | 01/31/05 | 2 | 30 | NO AVIL | | | | | | | | | | | 135.00 |
| A02 | 02/01/05 | 2 | 30 | INT ADJ | | | 1 | | | | | | 1 | | 135.00 |
| A03 | 02/02/05 | 2 | 30 | INT ADJ | | | | | | | | 1 | 1 | | 135.00 |
| A04 | 02/03/05 | 2 | 30 | INT ADJ | | | | | 1 | | | | 1 | | 135.00 |
| A05 | 02/04/05 | 2 | 30 | INT ADJ | | | | 1 | | | | 1 | 1 | | 135.00 |
| A50 | 02/02/05 | 2 | 30 | 10:00P-10:30P | | | | 1 | | | | +1 | 1 | | 135.00 |
| A51 | 02/03/05 | 2 | 30 | 10:00P-10:30P | | | 1 | | | | | +1 | 1 | | 135.00 |
| A52 | 02/04/05 | 2 | 30 | 10:00P-10:30P | | | | | | | | +1 | 1 | | 135.00 |
| B | 02/07/05-02/09/05 | | 30 | M-F 11P-12A | | | | | | | 5 | | | | 135.00 |
| C | 01/29/05 | 4 | 30 | 07:00P-08:00P | | | | 2 | | | 3 | 1 | 3 | | 150.00 |
| D | 02/04/05 | 2 | 30 | 03:00P-07:00P | | 1 | | | | | 1 | 1 | | | 300.00 |
| F | 02/11/05 | 3 | 30 | 08:00P-09:00P | | | | 1 | | | 1 | 1 | | | 285.00 |
| G | 02/02/05 | 4 | 30 | 07:00P-09:00P | | | | | 1 | | 2 | 1 | 2 | | 135.00 |

CONTRACT CONFIRMATION

ACCEPTED-AGENCY/ADVERTISER                    DATE

ACCEPTED-STATION                    DATE

P.O. Box 360039 • Birmingham, Alabama 35236

abc 33 40

CONFIRMATION CONTRACT

| | | |
|---|---|---|
| STATION/MARKET | TV ALABAMA INC | WBMA-TV |

| ADVERTISER | VOTER ID | | INPUT DATE |
|---|---|---|---|
| PRODUCT | VOTER ID | | 01/28/05 |

| SCHEDULE DATES | AGENCY | SALESMAN/OFFICE | CONTRACT NUMBER |
|---|---|---|---|
| 1/31/05 – 2/13/05 | 741 | JOYCE SMITH | 03027 - 00003 |

| BILLING CALENDAR | TYPE | | DATE | TIME | PAGE |
|---|---|---|---|---|---|
| STANDARD BROADCAST | STANDARD NEW | | 1/28/05 | 10:42P | 1 |

INDEPENDENT MEDIA SERVICES
530 O'NEIL DRIVE
BIRMINGHAM AL 35226

BRENDA BAGLEY

CL=L  SUB=  CC S=

| SPOT/SCHEDULE LINE | DAYS | R-ROTN | UNITS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | RATE SECTION | MAKE GOOD REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ** BIRMINGHAM ** | | | | | | |
| 1 | MTWTF.. | | 8 | GD MORN ALA 501A-558A | 30 | 1/31/05 – 2/05/05 | 3 | | 8 | 75 |
| 2 | 22222.. | | 10 | GD MORN ALA 501A-558A | 30 | 2/07/05 – 2/11/05 | 5 | | 10 | 75 |
| 3 | MTWTF.. | | 8 | GD MORN ALABAMA 6-7AM | 30 | 1/31/05 – 2/04/05 | 2 | | 8 | 225 |
| 4 | 22222.. | | 10 | GD MORN ALABAMA 6-7AM | 30 | 2/07/05 – 2/11/05 | 2 | | 10 | 225 |
| 5 | MTWTF.. | R | 2 | 7-7AM GMA | 30 | 1/31/05 – 2/11/05 | 4 | | 4 | 125 |
| 6 | MTWTF.. | R | 2 | 12P-01P | 30 | 1/31/05 – 2/11/05 | 4 | | 4 | 150 |
| 7 | MTWTF.. | R | 2 | 5B-5PM OPRAH | 30 | 1/31/05 – 2/11/05 | 4 | | 4 | 350 |
| 8 | 11111.. | R | 5 | 6-627P NEWS | 30 | 1/31/05 – 2/11/05 | 10 | | 10 | 650 |
| 9 | MTWTFSS | R | 3 | 1001-1035PNEWS | 30 | 1/31/05 – 2/13/05 | 6 | | 6 | 700 |
| 10 | MTWTF.. | R | 2 | 1035-1105PABC NIGHTLINE | 30 | 1/31/05 – 2/11/05 | 4 | | 4 | 175 |
| 11 | ....1. | | 1 | 5B-628P SAT NEWS | 30 | 2/05/05 – 2/05/05 | 1 | | 2 | 350 |
| 12 | .....1 | | 1 | 5-530PM SUN EARLY NEWS | 30 | 2/06/05 – 2/06/05 | 1 | | 2 | 350 |
| | | FEE | | 20700 | | | | | | |
| | | | | GRAND TOTALS | | | | | 72 UNITS | 20,700 |

ACCEPTED FOR AGENCY/SPONSOR:

SIGNED _____

ACCEPTED FOR STATION:

SIGNED _____

GENERAL MGR/BUSINESS MGR.



BIRMINGHAM, AL-35201-0006

STATION/MARKET  WBRC/BIRMINGHAM, ALABAMA
(205) 583-4310
(205) 583-4396 FAX

A Unit of Fox Entertainment Group

CONFIRMATION CONTRACT

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
BIRMINGHAM AL 35226

Brenda Bagley

PHN=205-978-4074 CEL=508=

ADVERTISER    VOTER ID
PRODUCT    VOTER ID/P.O# 330099    SALES/AN/OFFICE  AMANDA GIDDENS
SCHEDULED DATES  1/31/05 - 2/13/05    AGENCY 622    CONTRACT NUMBER  00002
BILLING CALENDAR  STANDARD BROADCAST    TYPE STANDARD    DATE 1/31/05    TIME 7:23A    PRINTED PAGE 1
RCS    CC=S    NEW    UF-000014175
INPUT DATE 01/28/05

attn: Brenda Bagley

AGENCY EST. # VPI-0105

| LINE | DAYS | UNITS PER WEEK | MONTH | ORDER | LENGTH | EFFECTIVE DATES | RATE SECTION | HANDLED DIFFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MTWTF.. | | | 5-6A | 30 | 1/31/05 - 2/04/05 W | | | 10 | 175 |
| 2 | MTWTF.. | | | 6-7A | 30 | 1/31/05 - 2/04/05 W | | | 10 | 250 |
| 3 | MTWTF.. | | | 7-9A | 30 | 1/31/05 - 2/04/05 W | | | | 0 |
| 4 | MTWTF.. | | | 5-530P M-F | 30 | 1/31/05 - 2/11/05 W | | | 3 | 425 |
| 5 | MTWTF.. | | | 6-630P/EARLY NEWS | 30 | 1/31/05 - 2/04/05 BS | | | 3 | 0 |
| 6 | MTWTF.. | | | MSU9-930P/LATE NEWS | 30 | 1/31/05 - 2/11/05 W | | | 6 | 675 |
| 7 | MTWTF.. | | | 930-10P NEWS | 30 | 1/31/05 - 2/11/05 W | | | 6 | 550 |
| 8 | MTWTF.. | R | | MSU10-1035P/LATE NEWS | 30 | 1/31/05 - 2/11/05 W | | | 6 | 500 |
| 9 | ..T.. S | R | | S@ WRAPUP 10-11PM | 30 | 2/06/05 - 2/11/05 W | | | 1 | 2375 |
| 10 | MTWTF.. | R | | 5-6A | 30 | 2/07/05 - 2/11/05 W | | | 8 | 175 |
| 11 | MTWTF.. | R | | 6-7A | 30 | 2/07/05 - 2/11/05 W | | | 8 | 250 |
| 12 | MTWTF.. | | | 6-630P/EARLY NEWS | 30 | 2/07/05 - 2/11/05 W | | | 5 | 475 |

FEB    25300

GRAND TOTALS    71 UNITS    $25,300

SIGNED _____    NEW CORPORATION/COMPANY
ACCEPTED FOR AGENCY/SPONSOR:

(DATE) _____

WAGER AND/OR GENERAL SALES MANAGER

(DATE) _____

ORIGINAL

**O42 DAILY NEWS**

STATION/MARKET: WIAT-TV/BIRMINGHAM, AL
WIAT-TV
2075 Golden Crest Drive
Birmingham, AL 35259
Phone: (205) 322-4200 Fax: (205) 320-2713

# CONFIRMATION CONTRACT

| | |
|---|---|
| ADVERTISER: VOTER ID | SALES/INVOICE: BECKER, GEORGE |
| PRODUCT: VOTER ID / VOTER REGI | AGENCY: 5254 |
| SCHEDULE DATES: 1/31/05 - 2/13/05 | CONTRACT NUMBER: 15912 00006 |
| BILLING CALENDAR: STANDARD BROADCAST CC S=350 | INPUT DATE: 01/28/05 |
| TYPE: STANDARD REVISED 1 | DATE PRINTED: 2/02/05 12:25A PAGE 1 |

IMS
530 O NEAL DRIVE
BIRMINGHAM AL 35226

BRENDA BAGLEY

PHN=205-937-0534 CL=L SUB= RC=

| SPOT SCHEDULE LINE | DAYS MTWTFSS | Rs | UNITS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | SECT | RATE REFERENCE DATE | MAKEGOOD DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ..TWTF.. | R | 3 | 10-1035P | 30 | 1/31/05 - 2/06/05 | 5 | | | 3 | 300.00 |
| 2 | .MTW... | R | 3 | 10-1035P | 30 | 2/07/05 - 2/09/05 | 5 | | | 3 | 300.00 |
| 3 | ....S.. | | 1 | 10-1035P | 30 | 2/05/05 | 5 | | | 1 | 300.00 |
| 4 | ....S.. | | 1 | 10-1035P | 30 | 2/12/05 | 5 | | | 1 | 300.00 |
| 5 | .....S. | | 1 | 10-1035P | 30 | 2/06/05 | 5 | | | 1 | 300.00 |
| 6* | .....S. | | 1 | 10-1035P | 30 | 2/13 | 5 | | | 0 | 300.00 |
| 13* | ..WTF.. | R | 1 | 10-1035P PGM CHANGE | 30 | 2/09/05 - 2/11/05 | 5 | | MKGD | 1 | 300.00 |
| | | | | MG FOR: | | | | | | | |
| 7 | ....S.. | | 1 | SATURDAY 9-11A | 6 | 2/13 | 3 | | | 1 | 150.00 |
| 8 | ....S.. | | 1 | SATURDAY 9-11A | 30 | 2/05/05 | 3 | | | 1 | 150.00 |
| 9 | ....S.. | | 1 | SU 1035-1135P CSI SYND | 30 | 2/12/05 | 3 | | | 1 | 150.00 |
| 10 | .....S. | | 1 | SU 1035-1135P CSI SYND | 30 | 2/06/05 | 3 | | | 1 | 90.00 |
| 11 | .....S. | | 1 | SUN 8-930A | 30 | 2/13/05 | 3 | | | 1 | 90.00 |
| 12 | .....S. | | 1 | SUN 8-930A | 30 | 2/06/05 | 3 | | | 1 | 150.00 |

FEB    3780

GRAND TOTALS    16 UNITS    $3,780.00

THANK YOU!
We appreciate your business.

Net withstanding to whom bill is rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to station the amount of any bill rendered by station within the time specified, and until payment in full is received by station. Payment by Advertiser to Agency or to service, shall not constitute payment to this station.    TERMS: NET 30 DAYS

Times listed represent programming and/or adjacencies as declared at time of sale.
Rate protection, product protection and cancellations will follow policies
outlined in the station's current rate card. Short rate will apply where applicable.

Accepted for Agency/Sponsor

_____ (Signature)
SALES COPY

_____ (Date)

EXTENDFIRM FORM NO. WAYCC54

**PAX**

**CONFIRMATION CONTRACT**

Paxson Communications
601 Clearwater Park Rd West Palm
Beach, FL 33401

Independent Media Services - Birmingham

530 O'Neal Drive

| | | | |
|---|---|---|---|
| Contract # | 340639 | Date Entered | 01/28/05 |
| Schedule Dates | 01/31/05-02/13/05 | Last Modified | 01/28/05 |
| Advertiser | Voter I.D. (246,49) | Entered By | Angela Head |
| Agency | Independent Media Services (9835) | CD-CP | No |
| Product | Organization/Non Fund Raising/Soda | Hardline # | |
| Brand | Demo | Demo | |
| Salesperson | Dunn, Kevin (2599) | Order Type | Normal |
| Sales Office | Birmingham | Package Decl | |
| Buyer Name | Bagley,Brenda | Compulsion % | |
| Phone/Fax | (205) 978-4094 / (205) 978-6758 | Commission | 78.00 |
| Agency Estimate # | P.O # 3300594 | Net Total | |
| Account Type | Local/Spot Agency | Sales Tax | 442.00 |
| Billing Type | Standard | | |
| Contracted | | | |

| | | | | | |
|---|---|---|---|---|---|
| Birmingham-44 (WPXH) | | | | | |
| By: Broadcast North | | | | | |
| Feb. 2005 | Spots | 6 | Rate | $520.00 | |
| Grand Total: | 6 | | | $520.00 | |

| Line Type / Break Type | Date | Sec | Length | Run Times | SMW | Mo | Tu | We | Th | Fr | Sa | Su | Spots | Rate | Total | Station | Comments | Entered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.0 Normal Line / SPOT | 02/06/05-02/13/05 | 6 | 00:30 | 7P- 8P (CST) | | | x | x | x | x | | 1 | 2 | $100.00 | $200.00 | Birmingham-44 (WPXH) | | 1/28/05 |
| 1.0 Normal Line / SPOT | 01/31/05-02/04/05 | 6 | 00:30 | 9P- 10P (CST) | 3 | | x | x | x | x | | 1 | 3 | $80.00 | $240.00 | Birmingham-44 (WPXH) | | 1/28/05 |
| 2.0 Normal Line / SPOT | 02/07/05-02/13/05 | 6 | 00:30 | 9P- 10P (CST) | 1 | | x | x | x | x | x | | 1 | 1 | $80.00 | $80.00 | Birmingham-44 (WPXH) | | 1/28/05 |

Accepted-Agency/Advertiser
Date:

Accepted-Station
Date:

Screen-Gr

SSE Received  Fill Page Back
Printed At: 09:55 AM on Monday, February 14 2005

** TOTAL PAGE.02 **



STATION: WTTO                                                          PAGE: 01 OF 01

P.O. Box 832100
Birmingham, Alabama 35283
(205) 943-2168

AGENCY........... INDEPENDENT MEDIA SERV
ADVERTISER....... VOTER ID
TO BE LOGGED AS.. VOTER ID
ORDER DATE....... 01/27/05
ORDER NUMBER..... 16645
REVISION DATE.... 01/31/05
REVISION NUMBER.. 00
ORDER START...... 01/31/05
ORDER END........ 02/12/05
BILLING PERIOD... STANDARD
ACCOUNT NUMBER... 3142-5420
SALESPERSON...... NICHOLS, BARBARA
SALES OFFICE..... WTTO
RATE CARD........

INDEPENDENT MEDIA SERV
530 O'NEAL DRIVE
HOOVER, AL  35226

TOTAL OCCASIONS.    12

FEB    6    75.00    450
       2  225.00    450

CONTRACT/CONFIRMATION

**NBC TELEVISION STATIONS**

# CONFIRMATION CONTRACT - PART I

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
P.O. BOX 3294953
BIRMINGHAM AL 35226

BRENDA BAGLEY

| ADVERTISER | VOTER ID | | STATION/AGENCY WVTM - NBC TELEVISION STATIONS | | INVTM DATE 01/31/0 |
|---|---|---|---|---|---|
| PRODUCT | VOTER ID | | SALESMAN/OFFICE WVTM - NBC TELEVISION STATIONS | | |
| SCHEDULE DATES 1/31/05 - 3/13/05 | | | AGENCY ARNOLD, BARBARA/LOCAL SALES - WVTM 2248 | | |
| BILLING CALENDAR STANDARD BROADCAST | | | CONTRACT NUMBER 13961 - 00002 | | |
| CL=L SUB= RC= CC'S=991 | | | DATE 2/01/05 | TIME PRINTED 4:02A | PAGE 1 |
| | TYPE STANDARD NEW | | MAKEGOOD UF - 00000 | | M0115423 |

| SCHEDULE LINE | DAYS MTWTFSS | RE-BOTH/W | UNITS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | SECT | RATE REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MTWTF.. | | 5 | 6-630PM NBC13 NEWS | 30 | 1/31/05 - 2/04/05 P | | | 5 | 600.00 |
| 2 | MTWTF.. | R | | 7-10AM NBC TODAY SHOW | 30 | 1/31/05 - 2/04/05 P | | | | 140.00 |
| 3 | MTWTF.. | R | 1 | 7-10AM NBC TODAY SHOW | 30 | 2/07/05 - 2/11/05 P | | | 1 | 140.00 |
| 4 | MTWTF.. | R | 3 | 10-1035PM NBC13 LATE NEWS | 30 | 1/31/05 - 2/04/05 P | | | 3 | 700.00 |
| 5 | MTWTF.. | R | 3 | 10-1035PM NBC13 LATE NEWS | 30 | 2/07/05 - 2/11/05 P | | | 3 | 700.00 |
| 6 | MTWTF.. | | 10 | 6-7AM NBC 13 NEWS | 30 | 1/31/05 - 2/04/05 P | | | 10 | 125.00 |
| 7 | MTWTF.. | | 8 | 5-7AM NBC 13 NEWS | 30 | 2/07/05 - 2/11/05 P | | | 8 | 125.00 |
| 8 | MTWTF.. | | 5 | 6-630PM NBC13 NEWS | 30 | 2/07/05 - 2/11/05 P | | | 5 | 600.00 |

AGENCY EST. #: P.O. 3300994

FEB 13010

GRAND TOTALS   38 UNITS   13,010.00

ORIGINAL

** TOTAL PAGE.02 **

**RAYCOM Media**

## CONFIRMATION CONTRACT

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
HOOVER AL 35226

BRENDA BAGLEY

| STATION/MARKET | WDFX-RV/FOX 34, DOTHAN, AL | INPUT DATE 01/28/05 |
|---|---|---|

| ADVERTISER | VOTER ID SERVICE CAMPAIGN | | |
|---|---|---|---|
| PRODUCT | VOTER I.D. | SALESPERSON/OFFICE | DUKES, LEIGH ANN |
| SCHEDULE DATES | 1/31/05 - 2/13/05 | AGENCY | 1226 |
| | | CONTRACT NUMBER | 003609 - 00002 |
| BILLING CALENDAR | STANDARD BROADCAST | TYPE | STANDARD *NEW |
| | | DATE PRINTED 1/28/05 | TIME 2:14P  PAGE 1 |

PHN=205-978-0758  CL=L  SUB=T  RC=
CC'S-804

| LINE | SCHEDULE DATE | Rx | ROTN | UNITS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | RATE SECT | RATE REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MTWTF-. | R | | 5 | M-F 12-1230P FAMILY FEUD | 30 | 1/31/05 - 2/06/05 | 1 | | 5 | 40.00 |
| 2 | MTWTF-. | R | | 4 | M-F 12-1230P FAMILY FEUD | 30 | 2/07/05 - 2/13/05 | 1 | | 4 | 40.00 |
| | | | | | FEB    360 | | | | | | |
| | | | | | | GRAND TOTALS | | | 9 UNITS | | 360.00 |

Lines listed represent programming and/or subjacencies as declared at time of sale. Rate protection, product protection and cancellations will follow policies outlined in the station's current rate card. Short rates will apply where applicable.

Accepted for Agency/Sponsor:

_____
(Signature)

_____
(Date)

**THANK YOU!**
We appreciate your business.
Notwithstanding to whom bills are rendered, Advertiser, Agency and Service, jointly and severally shall remain obligated to pay to station the amount of any bills rendered by station within the time specified, until payment in full is received by station. Payment by Advertiser to Agency or to Service, shall not constitute payment to this station.    TERMS: NET 30 DAYS

SALES

ENCODA SYSTEMS FORM NO. RYCM0M



**WDHN 18** DOTHAN *does FIRST*

STATION: WDHN-TV                                         PAGE: 01 OF 01

WDHN-TV Channel 18
P.O. Box 6237
Dothan, AL 36302
334-793-1818
334-793-2623 Fax

AGENCY. . . . . . . . : INDEPENDENT MEDIA SERV
ADVERTISER. . . . . . : VOTER I.D.
TO BE LOGGED AS. . . . : VOTER I.D.   SER. CAMP.
ORDER DATE. . . . . . : 01/28/05
CONTRACT NUMBER. 4193
CONTRACT DATE. . . . . : 01/28/05
REVISION DATE. . . . . : 01/28/05
REVISION NUMBER. 00
ORDER START. . . . . . : 01/31/05
ORDER END. . . . . . . : 02/11/05
BILLING PERIOD. . . . . STANDARD
AGENCY - ADV #. . 1144-1145
SALESPERSON. . . . . . : HOUSE
SALES OFFICE. . . . . . WDHN LOCAL
RATE CARD. . . . . . . :
AGENCY ESTIMATE. . . . :
TOTAL OCCASIONS.        16

INDEPENDENT MEDIA SERV
530 O'NEAL DRIVE
HOOVER, AL.   35226

# CONTRACT/CONFIRMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 01/31/05-02/11/05 | 5 | 30 | 07:00A-09:00A | 1 | 1 | 2 | 4 | 30.00 | 60.00 |
| 01/31/05-02/11/05 | 5 | 30 | 05:00P-05:30P | 1 | 1 | 3 | 6 | 60.00 |
| 01/31/05-02/11/05 | 5 | 30 | 10:00P-10:35P | 1 | 1 | 3 | 6 | 60.00 |

*INDICATES AN ITEM REVISION

Two-week advance cancellation is required unless otherwise specified.

ACCEPTED FOR AGENCY/ADVERTISER _____ DATE _____

ACCEPTED FOR STATION _____ DATE _____

TRAFFIC

# WTVY-TV4

P.O. BOX 1089 • DOTHAN, AL 36302
TELEPHONE 334/792-3195

STATION: WTVY-TV

PAGE: 01 OF 01

INDEPENDENT MEDIA SERV
530 O'NEAL DRIVE
BIRMINGHAM, AL
35226

ADVERTISER.......VOTER ID
PRODUCT..........VOTER ID
AGENCY...........INDEPENDENT MEDIA SERV
AGENCY - ADV #..7631-7632
AGENCY EST/PO #.

ORDER DATE......01/31/05
CONTRACT NUMBER.5353
REVISION DATE...02/02/05
REVISION NUMBER.00
CONT START/END..02/01/05-02/11/05

BILLING PERIOD..STANDARD

SALESPERSON.....MILLICENT SMITH
SALES OFFICE....WTVY-DOTHAN OFFICE

| ITEM | BROADCAST DATES | Mon Tue Wed Thu Fri Sat Sun | LENGTH | SCHEDULE | BROADCAST PATTERN Mon Tue Wed Thu Fri Sat Sun | WKS | TOTAL SPOTS | RATE/PLAN |
|------|-----------------|------|--------|----------|------|------|------|------|
| 0* 3300994 | 02/01/05-02/04/05 | 3 | .30 | WTVY THIS AM | 2 | XXXXXXX | | | 110.00 |
| | 02/01/05-02/04/05 | 3 | .30 | CBS AM NEWS | 2 | XXXXXXX | | | 50.00 |
| | 02/01/05-02/04/05 | 3 | .30 | WTVY 6P RPT | 2 | XXXXXXX | | | 425.00 |
| | 02/01/05-02/04/05 | 2 | .30 | 10PM REPORT | XXXXXXX | | | | 425.00 |
| | 02/07/05-02/11/05 | 4 | .30 | WTVY THIS AM | XXXXXXX | | | | 175.00 |
| | 02/07/05-02/11/05 | 4 | .30 | CBS AM NEWS | XXXXXXX | | | | 65.00 |
| | 02/07/05-02/11/05 | 1 | .30 | WTVY 6P RPT | XXXXXXX | | | | 600.00 |
| | 02/07/05-02/11/05 | 1 | .30 | 10PM REPORT | XXXXXXX | | | | 600.00 |

TOTAL # OF SPOTS      28

*INDICATES LINE ITEM REVISION

| MONTH | OCC. | RATE | EXTENSION |
|-------|------|------|-----------|
| FEB | 8 | 110.00 | 880. |
| | 3 | 50.00 | 150. |
| | 5 | 425.00 | 2,125. |
| | 8 | 175.00 | 1,400. |
| | 1 | 65.00 | 65. |
| | 3 | 600.00 | 1,800. |
| GROSS | | | 6,420. |

GROSS AMOUNT.... 6,420.00



Page 1 of 2

**WAAY·TV**
1000 Monte Sano Blvd.
Huntsville, Alabama 35801
Telephone      Fax
(256) 533-3131   (256) 534-2186



| Mailing Address | Contract # 18363 | Rev # 1 | Bill Cycle Broadcast | Print Date 2/11/05 | Entry Date 1/28/05 |
|---|---|---|---|---|---|
| INDEPENDENT MEDIA SERVICES | Advertiser VOTER I.D. | | | Brand VOTER ID | Network WAAY |
| 530 O'NEAL DRIVE BIRMINGHAM, AL 35226 | Contract Description | | | Dates 01/31/05 - 02/13/05 | Revenue Type GC2 |
| | Estimate # 3300994 | Proposal # | | Primary Salesperson JENNIFER KIEHN | Buyer: |

| Line | M | TU | W | TH | F | SA | SU | Spots Week | Ordered Dates | Ordered Times | Spot Type | Spot Length | Total Spots | Spot Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | X | X | X | X | X | | | 10 | 01/31 - 02/11 | 05:00:00 a  05:57:00 a | CM4 | :30 | 18 | $20.00 |
| | X | X | X | X | X | | | 10 | 01/31 - 02/06 | | | | | |
| | X | X | X | X | X | | | 8 | 02/07 - 02/13 | | | | | |
| 2 | X | X | X | X | X | | | 10 | 01/31 - 02/11 | 05:58:00 a  06:58:25 a | CM4 | :30 | 18 | $80.00 |
| | X | X | X | X | X | | | 10 | 01/31 - 02/06 | | | | | |
| | X | X | X | X | X | | | 8 | 02/07 - 02/13 | | | | | |
| 3 | X | X | X | X | X | | | 3 | 01/31 - 02/11 | 06:58:26 a  08:59:56 a | CM4 | :30 | 4 | $220.00 |
| | X | X | X | X | X | | | 3 | 01/31 - 02/06 | | | | | |
| | X | X | X | X | X | | | 1 | 02/07 - 02/13 | | | | | |
| 4 | X | X | X | X | X | | | 4 | 01/31 - 02/11 | 06:00:00 p  06:27:55 p | CM4 | :30 | 6 | $200.00 |
| | X | X | X | X | X | | | 4 | 01/31 - 02/06 | | | | | |
| | X | X | X | X | X | | | 2 | 02/07 - 02/13 | | | | | |
| 5 | X | X | X | X | X | | | 4 | 01/31 - 02/11 | 10:00:00 p  10:34:59 p | CM4 | :30 | 6 | $215.00 |
| | X | X | X | X | X | | | 4 | 01/31 - 02/06 | | | | | |
| | X | X | X | X | X | | | 2 | 02/07 - 02/13 | | | | | |
| 6 | X | X | X | X | X | | | 4 | 01/31 - 02/11 | 10:35:00 p  11:04:59 p | CM4 | :30 | 4 | $75.00 |
| | X | X | X | X | X | | | 4 | 01/31 - 02/06 | | | | | |
| 7 | | | | | | | 1 | 1 | 01/31 - 02/13 | 10:00:00 p  10:34:59 p | CM4 | :30 | 2 | $450.00 |

*Booked*

| Broadcast | Gross | Spots |
|---|---|---|
| Feb 2005 | $6,370.00 | 58 |
| Totals: | $6,370.00 | 58 |

WAFF
48-TV
P.O. Box 2116 • Huntsville, AL 35804
(256) 533-4848
CONFIRMATION CONTRACT

IMS

BRENDA BAGLEY

| STATION/MARKET | WAFF-HSVLLE/DECATUR/FLORENCE | | |
|---|---|---|---|
| | | | INPUT DATE 01/28/05 |
| ADVERTISER VOTER ID | | | |
| PRODUCT VOTER ID | SALESMAN/OFFICE PETE FARRELL | | |
| SCHEDULE DATES 1/31/05 - 2/13/05 | AGENCY 1107 | CONTRACT NUMBER 02352 - 00003 | |
| BILLING CALENDAR STANDARD BROADCAST | TYPE STANDARD *REVISED | DATE 2/02/05 | PRINTED TIME 9:35A | PAGE 2 CONTINUED |

CL=_SUB=D RC=
CC=S=175

## CONTRACT ONLY - INVOICE TO FOLLOW

| SPOT SCHEDULE LINE | DAYS | R=TN RDTN | UNITS PER WEEK | ORDER | LENGTH | EFFECTIVE DATES | RATE SECTION | MAKE GOOD REFERENCE DATE | TOTAL UNITS | UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | MTWTF.. | R | 3 | MF 6-630P 6P NEWS | 30 | 2/07/05 - 2/11/05 | N8 | | 2 | 350.0 |
| | | | | NO TIME AVAILABLE | | 2/11 | | | | |
| 13 | MTWTF.. | R | 2 | MF 10-1035P NEWS | 30 | 2/07/05 - 2/11/05 | N6 | | 2 | 500.0 |
| 14 | ....S. | | | SAT TODAY SHOW | 30 | 2/12/05 | N6 | | 2 | 70.0 |
| 15 | ....S. | | | SAT 4B NEWS TODAY | 30 | 2/12/05 | N6 | | 1 | 120.0 |
| 16 | ....S. | | | SUN 5PM 4B NEWS | 30 | 2/13/05 | N2 | | 1 | 300.0 |
| 17 | ....S. | | | SUN 10PM 4B NEWS | 30 | 2/13/05 | N6 | | 1 | 500.0 |
| 6510.00 | | 1/31 | | 4160.00 2/07 | | | | FEB | | 10770.0 |

SIGNED BY: _____

ACCEPTED FOR AGENCY/SPONSOR

SIGNED BY: _____

ACCEPTED FOR STATION:

The Television contract is subject to the Terms and Conditions on the reverse side.

(DATE)     (DATE)

GRAND UNITS     10,770.0

SALES


RAYCOM Media

Independent Media Services
Brenda Balgey
530 O'Neal Drive
Hoover, AL  35226

Ph 205-978-4094
Fax 205-978-0758
bbagleyims@charter.net

## Voter Service Campaign - Purging Process
## Confirmation summary
## January 31-February 13, 2005

Radio                                              2/15/2005

| Birmingham | Contract/Order # | Cost |
|---|---|---|
| WBHK-FM | 3652 | $8,230.00 |
|  | 3059 | $6,500.00 |
| WDXB-FM | 18858 | $11,025.00 |
| WBHJ-FM | 42848 | $5,845.00 |
| WYSF-FM | 48643 | $9,300.00 |
|  |  | $40,900.00 |

| Dothan | | |
|---|---|---|
| WDJR-FM | 4682-00002 | $2,790.00 |
| WRJM-FM | 8042 | $1,305.00 |
| WOOF-FM | 9169 | $2,463.00 |
| WTVY-FM | 46491 | $2,214.00 |
|  |  | $8,772.00 |

| Florence | | |
|---|---|---|
| WQLT-FM | 1146-00002 | $2,640.00 |
| WXFL-FM | 1146-00003 | $2,040.00 |
|  |  | $4,680.00 |

| Huntsville | | |
|---|---|---|
| WAHR-FM | 8607801 | $5,880.00 |
| WDRM-FM | 6597 | $10,100.00 |
| WRSA-FM | 645-00002 | $5,550.00 |
|  |  | $21,530.00 |

| Mobile | | |
|---|---|---|
| WBLX-FM | 32763 | $6,000.00 |
| WDLT-FM | 15340 | $6,000.00 |
| WKSJ-FM | 20319 | $5,110.00 |
|  |  | $17,110.00 |

| Montgomery | | |
|---|---|---|
| WLWI-FM | 53113 | $5,790.00 |
| WZHT-FM | 62279 | $6,520.00 |
|  |  | $12,310.00 |

| Tuscaloosa | | |
|---|---|---|
| WANZ-FM | 11121 | $2,130.00 |
| WTBC-AM | 14771 | $1,392.00 |
| WTUG-FM | 1708501 | $4,830.00 |
| WTXT-FM | 8073 | $2,974.00 |
| WZBQ-FM | 8074 | $1,395.00 |
|  |  | $12,721.00 |

**Total Radio advertising:**                     **$118,023.00**

FEB 25 2005

Independent Media Services
Brenda Balgey
530 O'Neal Drive
Hoover, AL 35226

Ph 205-978-4094
Fax 205-978-0758
bbagleyims@charter.net

## Voter Service Campaign - Purging Process

## Confirmation summary

**January 31-February 13, 2005**                    **Radio**                    2/15/2005

| Market | # Radio Stations | Cost |
|--------|------------------|------|
| Birmingham | 4 | $ 40,900.00 |
| Mobile | 3 | $ 17,110.00 |
| Montgomery | 2 | $ 12,310.00 |
| Huntsville | 3 | $ 21,530.00 |
| Dothan | 4 | $ 8,772.00 |
| Tuscaloosa | 5 | $ 12,721.00 |
| Florence | 2 | $ 4,680.00 |
| **Total Radio:** | | **$ 118,023.00** |

# Broadcast Contract

| Start Date 01/29/05 | Contract# 3652 | | Mod# 1 |
|---|---|---|---|
| End Date 02/11/05 | Date Entered 01/28/05 | Date Last Modified 01/31/05 | |
| Advertiser CMBS/AI Secretary of | | Station Market WBHK-FM | |
| Product CMBS/AI Secretary of Stet | | SalesRep/Office Dee Linson | |

CC Cross Market Billing
CMBS/AI Secretary of State
Attention: Jeff Worthington
11700 Central Pkwy
Jacksonville, FL 32224

| LN | DATE | | | | TIMES/PROGRAMS | LEN | MO | TU | WE | TH | FR | SA | SU | Weekly Billing Cycle Estimate# Voter Registration SPOTS /WK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | LINE REMARK | | | | | | | | |
| 1 | SA | 01/29/05 | SU | 01/30/05 | 07:00A-07:00P | 60 | -- | -- | -- | -- | -- | 2 | 2 | 4 |
| 2 | MO | 01/31/05 | FR | 02/04/05 | 06:00A-10:00A | 60 | X | X | X | X | X | -- | -- | 7 |
| 3 | MO | 01/31/05 | FR | 02/04/05 | 03:00P-07:00P | 60 | X | X | X | X | X | -- | -- | 6 |
| 4 | MO | 01/31/05 | FR | 02/04/05 | 10:00A-03:00P | 60 | X | X | X | X | X | -- | -- | 8 |
| 5 | SA | 02/05/05 | SU | 02/06/05 | 07:00A-07:00P | 60 | -- | -- | -- | -- | -- | 2 | 2 | 4 |
| 6 | MO | 02/07/05 | FR | 02/11/05 | 06:00A-10:00A | 60 | X | X | X | X | X | -- | -- | 6 |
| 7 | MO | 02/07/05 | FR | 02/11/05 | 03:00P-07:00P | 60 | X | X | X | X | X | -- | -- | 5 |
| 8 | MO | 02/07/05 | FR | 02/11/05 | 10:00A-03:00P | 60 | X | X | X | X | X | -- | -- | 5 |

---------Additional Comments---------

| Total Spots | Spots Total$ | Tax | Gross |
|---|---|---|---|
| 43 | 8,230.00 | $0.00 | $8,230.00 |

Billing Projections: By Month

| | Jan 05 | Feb 05 |
|---|---|---|
| CA | 1,660.00 | 6,570.00 |

Accepted for Station

Accepted for advertiser OR agency(and MBS, if any) as agent for the advertiser

_____    _____          _____    _____
Name                       Title                            Name                       Title
See reverse for accepted terms and conditions, if any                                  Page    2

# Broadcast Contract

| Start Date | Contract# | Mod# |
|---|---|---|
| 10/08/04 | 3059 | 6 |

| End Date | Date Entered | Date Last Modified |
|---|---|---|
| 10/28/06 | 09/28/04 | 10/29/04 |

| Advertiser | Station Market |
|---|---|
| State of Alabama (d) | WBHK-FM |

| Product | SalesRep/Office |
|---|---|
| Voter ID 2004-2006. | Dee Linson |

State of Alabama (d)
P O Box 5616
Montgomery, AL 36103-5616

Attn: Grace Lloyd

| LN | DATE | | TIMES/PROGRAMS | LEN | MO TU WE TH FR SA SU | Standard Billing Cycle | Estimate# | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | LINE REMARK | | | SPOTS /WK | RATE | |

| LN | START DATE | MONTHS/ WEEKS | BUY TYPE | UNIT PRICE | QUANTITY | TAX SCHEDULE | EXT PRICE |
|---|---|---|---|---|---|---|---|
| 2 | 10/08/04 | 1 | NTR - Agency | $6,500.00 | 1 | | $6,500.00 |

Tom Joyner Skyshow Sponsorship 2004. Event date: 10/8/04

Non Spot Total$: $6,500.00

--------Additional Comments--------

| Total Spots | Spots Total$ | | Gross |
|---|---|---|---|
| 0 | 0.00 | | $6,500.00 |

CA    6,500.00
ST    6,500.00

Accepted for Station

Accepted for advertiser OR agency(and MBS, if any) as agent for the advertiser

Name                    Title

See reverse for accepted terms and conditions, if any

Name                    Title

Page    1

# CLEARCHANNEL

## Order Confirmation

Page: 1
Date: 02/14/2005
Time: 10:13 AM

AL SECRETARY OF STATE
c/o CROSS MARKET BILLING FLORIDA

117010 CENTRAL PARKWAY

JACKSONVILLE, FL 32224

IDB #:
Advertiser No: 2466                          Order No: 18858
Start Date:  01/29/2005                      End Date: 02/11/2005
AE:          LLOYD, GRACE                    Co-op: No
Revenue Type: Local Agency
Month Type:  Broadcast                       Revision #: 1
Entered:     01/28/2005 09:21 AM by  BHM1MXC
Last Update: 01/28/2005 09:58 AM by  BHM1MXC
Note:        WDXB VOTER REGISTRATION
Note 2:      PO#3300993

| Market Station | Bind To | Start Date | End Date | No Of Weeks | Rate | Skip W | M | T | W | T | F | S | S | Spots/ W | Spot Length | Ord. Spots | Ord. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Birmingham WDXB-FM | 07:00-19:00 Commercial | 1/29/05 | 1/29/05 | 1 | 80.00 | 0 | 0 | 0 | 0 | 0 | 12 | 0 | | 12 | 60 | 12 | 960.00 |
| 2 Birmingham WDXB-FM | 07:00-19:00 Commercial | 1/30/05 | 1/30/05 | 1 | 50.00 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | | 12 | 60 | 12 | 600.00 |
| 3 Birmingham WDXB-FM | 06:00-10:00 Commercial | 1/31/05 | 1/31/05 | 1 | 225.00 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | | 5 | 60 | 5 | 1,125.00 |
| 4 Birmingham WDXB-FM | 15:00-19:00 Commercial | 1/31/05 | 1/31/05 | 1 | 130.00 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | | 5 | 60 | 5 | 650.00 |
| 5 Birmingham WDXB-FM | 10:00-15:00 Commercial | 1/31/05 | 1/31/05 | 1 | 125.00 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | | 5 | 60 | 5 | 625.00 |
| 6 Birmingham WDXB-FM | 06:00-10:00 Commercial | 1/31/05 | 2/4/05 | 1 | 225.00 | 0 | x | x | x | x | x | | | 10 | 60 | 10 | 2,250.00 |
| 7 Birmingham WDXB-FM | 15:00-19:00 Commercial | 1/31/05 | 2/4/05 | 1 | 130.00 | 0 | x | x | x | x | x | | | 10 | 60 | 10 | 1,300.00 |
| 8 Birmingham WDXB-FM | 10:00-15:00 Commercial | 1/31/05 | 2/4/05 | 1 | 125.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 625.00 |
| 9 Birmingham WDXB-FM | 07:00-19:00 Commercial | 2/5/05 | 2/5/05 | 1 | 80.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 60 | 2 | 160.00 |
| 10 Birmingham WDXB-FM | 07:00-19:00 Commercial | 2/6/05 | 2/6/05 | 1 | 50.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 60 | 2 | 100.00 |
| 11 Birmingham WDXB-FM | 06:00-10:00 Commercial | 2/7/05 | 2/11/05 | 1 | 225.00 | 0 | x | x | x | x | x | | | 6 | 60 | 6 | 1,350.00 |
| 12 Birmingham WDXB-FM | 15:00-19:00 Commercial | 2/7/05 | 2/11/05 | 1 | 130.00 | 0 | x | x | x | x | x | | | 6 | 60 | 6 | 780.00 |
| 13 Birmingham WDXB-FM | 10:00-15:00 Commercial | 2/7/05 | 2/11/05 | 1 | 125.00 | 0 | x | x | x | x | x | | | 4 | 60 | 4 | 500.00 |

Ordered Spots:        84        Cost Ord. spots:                    $11,025.00

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ord. Ord. | 24 | 60 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross | 1,560.00 | 9,465.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1,560.00 | 9,465.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

If the total amount of ordered spots differs from the amount of booked spots on this confirmation, it is due to inventory constraints at the date and time of order entry. Our inventory availabilities change daily; therefore, your monthly invoices may vary from the amounts listed above.

Accepted for Company:_____        Accepted for Advertiser:_____

Jeff  904.596.7345

# Broadcast Contract

| Start Date 01/29/05 | Contract# 42848 | | Mod# 0 |
|---|---|---|---|
| End Date 02/11/05 | Date Entered 01/28/05 | Date Last Modified 01/28/05 | |
| Advertiser CMBS/AI Secretary of | | Station Market WBHJ-FM | |
| Product CMBS/AI Secretary of Stat | | SalesRep/Office Dee Linson | |

CC Cross Market Billing
CMBS/AI Secretary of State
Attention: Jeff Worthington
11700 Central Pkwy
Jacksonville, FL 32224

| LN | DATE | | | | TIMES/PROGRAMS | LEN | MO | TU | WE | TH | FR | SA | SU | Estimate# SPOTS /WK | Voter Registration RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Weekly Billing Cycle | | | | | | |
| | | | | | | LINE REMARK | | | | | | | | | |
| 1 | SA 01/29/05 | SU 01/30/05 | | | 07:00A-07:00P | 60 | -- | -- | -- | -- | -- | X | X | 4 | $105.00 |
| 2 | MO 01/31/05 | FR 02/04/05 | | | 06:00A-10:00A | 60 | X | X | X | X | X | -- | -- | 13 | $75.00 |
| 3 | MO 01/31/05 | FR 02/04/05 | | | 03:00P-07:00P | 60 | X | X | X | X | X | -- | -- | 14 | $140.00 |
| 4 | MO 01/31/05 | FR 02/04/05 | | | 10:00A-03:00P | 60 | X | X | X | X | X | -- | -- | 7 | $60.00 |
| 5 | SA 02/05/05 | SU 02/06/05 | | | 07:00A-07:00P | 60 | -- | -- | -- | -- | -- | X | X | 4 | $105.00 |
| 6 | MO 02/07/05 | FR 02/11/05 | | | 06:00A-10:00A | 60 | X | X | X | X | X | -- | -- | 6 | $75.00 |
| 7 | MO 02/07/05 | FR 02/11/05 | | | 03:00P-07:00P | 60 | X | X | X | X | X | -- | -- | 8 | $140.00 |
| 8 | MO 02/07/05 | FR 02/11/05 | | | 10:00A-03:00P | 60 | X | X | X | X | X | -- | -- | 6 | $60.00 |

-----------Additional Comments-----------

| Total Spots | Spots Total$ | | Gross |
|---|---|---|---|
| 60 | 5,845.00 | | $5,845.00 |

Billing Projections: By Month

| | Jan 05 | Feb 05 |
|---|---|---|
| CA | 1,185.00 | 4,680.00 |

Accepted for Station

Accepted for advertiser OR agency(and MBS, if any) as agent for the advertiser

Name                    Title

See reverse for accepted terms and conditions, if any

Name                    Title

Page    1

 **Citadel Broadcasting Company**

**WYSF-FM**

244 Goodwin Crest Dr., #300   Birmingham, AL 35209
Phone: (205) 945-4646   Fax (205) 945-3994
Fed. Tax I.D. # 86-070-3641

**Contract Confirmation** CONTRACT CONFIRMATION

as of 2/7/05          Revision: Orig         Page: 1

Account Number:    20396         Contract:   44643
Account Name:      ALA VOTER PURGING PROCESS

Air Dates:         1/31/05-2/12/05
Salesperson:       C Lowry
Account Telephone:
Agency Buyer:
Agency Telephone:
Agency Fax:
Contract Description: PO#3300993
Estimate Number:
Co-op:                        No
Type of Month:           End-of-flight

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
BIRMINGHAM AL    35226

| Line | Type of Sale |
|------|--------------|
| A | Normal Spot Buy |
| B | Normal Spot Buy |
| C | Normal Spot Buy |
| D | Normal Spot Buy |

| | Date Range | Dayparting | Len | Rate | Mon | Tue | Wed | Thu | Fri | Sat | Sun | WeeksOn | WkUnit | TotlUnic | TotalAmt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1/31/05- 2/04/05 | 6:00a-10:00a | 60s | $275.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 12 | 12 | $3,300.00 |
| B | 1/31/05- 2/04/05 | 10:00a- 3:00p | 60s | $65.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 4 | 4 | $260.00 |
| C | 1/31/05- 2/04/05 | 3:00p- 7:00p | 60s | $65.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 8 | 8 | $520.00 |
| D | 2/03/05- 2/05/05 | 10:00a- 5:00p | 60s | $20.00/spt | - | - | - | - | - | 3 | - | All | 3 | 3 | $60.00 |
| | | | | | | | | | | Totals: | | 1week | 27 | 27 | $4,140.00 |
| | | | | | | | | | | | | | | | |
| A | 2/07/05- 2/11/05 | 6:00a-10:00a | 60s | $275.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 15 | 15 | $4,125.00 |
| B | 2/07/05- 2/11/05 | 10:00a- 3:00p | 60s | $65.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 5 | 5 | $325.00 |
| C | 2/07/05- 2/11/05 | 3:00p- 7:00p | 60s | $65.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 10 | 10 | $650.00 |
| D | 2/12/05- 2/12/05 | 10:00a- 5:00p | 60s | $20.00/spt | - | - | - | - | - | 3 | - | All | 3 | 3 | $60.00 |
| | | | | | | | | | | Totals: | | 1week | 33 | 33 | $5,160.00 |

CONTRACT TOTAL:              $9,300.00         60 Units

| Month | Units | Total |
|-------|-------|-------|
| Feb05 | 60 | $9,300.00 |

**Accepted By**        *Client Signature*          **Accepted By**        *Station Signature*

**Today's Date**                                   **Today's Date**

Wicks Broadcast Solutions, LLC. Lи Еdиme

## The Radio People
Broadcast Order Contract/Confirmation

| | |
|---|---|
| **WDJR-FM**<br>3245 Montgomery Hwy<br>Suite 1<br>Dothan, AL 36303<br>334-712-9233<br><br>INDEPENDENT MEDIA SERVICES<br>530 O'NEAL DRIVE<br>HOOVER, AL 36226 | Client: **STATE OF ALABAMA**<br>Order #: **4682-00002**<br>Description: VOTER PURGING PROCESS<br>Order Date: 1/28/2005<br>P.O.#: 3300993<br>Salesperson: Harry Lanier<br>Billing: Billed at end of each Media/EOS, Sorted by Date<br>Notary Required<br><br>*Regional* |

### On-Air Schedule

| | Start Date | End Date | Station | Scheduled Time/Event | Repeated | Length | Quantity | Rate | Total | M | Tu | W | Th | F | Sa | Su |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/2005 | 2/5/2005 | WDJR-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 12 | 50.00 | 600.00● | 2 | 2 | 2 | 2 | 2 | 2 | 0 |
| 2 | 1/31/2005 | 2/5/2005 | WDJR-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 4 | 50.00 | 200.00● | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| 3 | 1/31/2005 | 2/5/2005 | WDJR-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 8 | 45.00 | 360.00● | 2 | 2 | 0 | 2 | 2 | 0 | 0 |
| 4 | 1/31/2005 | 2/5/2005 | WDJR-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 30.00 | 90.00● | 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| 5 | 2/7/2005 | 2/12/2005 | WDJR-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 15 | 50.00 | 750.00● | 3 | 3 | 3 | 2 | 2 | 2 | 0 |
| 6 | 2/7/2005 | 2/12/2005 | WDJR-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 5 | 50.00 | 250.00● | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 7 | 2/7/2005 | 2/12/2005 | WDJR-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 10 | 45.00 | 450.00● | 2 | 2 | 2 | 2 | 2 | 0 | 0 |
| 8 | 2/7/2005 | 2/12/2005 | WDJR-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 30.00 | 90.00● | 0 | 0 | 0 | 0 | 0 | 3 | 0 |

**Order Start Date:** 1/31/2005     **Order End Date:** 2/12/2005     **Spots:** 60     **Total Charges:** 2,790.00

| Projected Media Month(s) of Schedule Billing Totals for STATE OF ALABAMA (4682-00002) | | | |
|---|---|---|---|
| | | | *Gross Billing* |
| February | 2005 | .................. ..... ........... | 2,790.00 |
| | | **Total:** | **2,790.00** |

Confirmed & Accepted for WDJR-FM By:                    Accepted for INDEPENDENT MEDIA SERVICES By:

- - - - - - - - - - - - - - - - - - - - - - - - -                    - - - - - - - - - - - - - - - - - - - - - - - - -

Please Sign and Return One Copy

**WRJM**
285 E Broad St
Ozark, AL 36360

Order No : 8642
Date : 01/28/05
Page No : 1
A/E : Susannah Hodges

Independent Media Services                    230                    RE : Alabama Voter Purging Process
530 O'Neal Drive
Hoover, AL    36226

# CONFIRMATION OF ORDER - DO NOT PAY

| Flight Dates Starting | Ending | Time From | To | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Station | Length | Rate | Spots per week | Time Charges |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/05 | 02/05/05 | 6:00 AM | 10:00 AM | 3 | 3 | 2 | 2 | 2 | | | WRJM | 60 | 20.00 | 12 | 240.00 |
| 01/31/05 | 02/05/05 | 10:00 AM | 3:00 PM | 1 | 1 | 1 | 1 | | | | WRJM | 60 | 25.00 | 4 | 100.00 |
| 01/31/05 | 02/05/05 | 3:00 PM | 7:00 PM | 2 | 2 | 2 | 1 | 1 | | | WRJM | 60 | 25.00 | 8 | 200.00 |
| 01/31/05 | 02/05/05 | 10:00 AM | 5:00 PM | | | | | | 3 | | WRJM | 60 | 15.00 | 3 | 45.00 |
| 02/07/05 | 02/12/05 | 6:00 AM | 10:00 AM | 3 | 3 | 3 | 3 | 3 | | | WRJM | 60 | 20.00 | 15 | 300.00 |
| 02/07/05 | 02/12/05 | 10:00 AM | 3:00 PM | 1 | 1 | 1 | 1 | 1 | | | WRJM | 60 | 25.00 | 5 | 125.00 |
| 02/07/05 | 02/12/05 | 3:00 PM | 7:00 PM | 2 | 2 | 2 | 2 | 2 | | | WRJM | 60 | 25.00 | 10 | 250.00 |
| 02/07/05 | 02/12/05 | 10:00 AM | 5:00 PM | | | | | | 3 | | WRJM | 60 | 15.00 | 3 | 45.00 |

Total  60

Total          1,305.00

PROJECTED MONTHLY BILLINGS (Based upon a Calendar Month)
JAN     FEB
135.00  1,170.00

Cart numbers for this order
01/31/05   02/12/05     12:00 AM  12:00Mid          # 1135          WRJM     60

PO# 3300993

This information shall be deemed correct in all respects unless written notice of any inaccuracy is sent to us within three business days of receipt and shall be subject to the terms and conditions printed on the reverse side thereof.

WOOF AM/FM
Contract Confirmation
2/11/05

Advertiser: ST OF AL VOTER PURGING PR Contract Number: 9169 - Monthly

Page: 1

NOTE: P.O. #3300993

Salesrep:  1  AGNES SIMPSON
Billing:  Standard Broadcast

STA016 INDEPENDENT MEDIA SERVICE
530 O'NEAL DRIVE
HOOVER, AL 36226

Affidavit: D&T w/Notary
Customer Type: FM SURROUNDIN
Contact:  205-978-0758
Fax: 205-978-4094

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | M | T | W | T | F | S | S | Schedule Range | | Total Spcts |
|------|------|------|------|------|------|------|---|---|---|---|---|---|---|------|------|------|
| 1 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 1/31/05 | 2/05/05 | 45.00 | 60 | * | | 2 | 3 | 2 | 3 | 2 | | | 6:00a | 10:00a | 12 |
| 2 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 1/31/05 | 2/05/05 | 50.00 | 60 | * | | | 1 | 1 | 1 | 1 | | | 10:00a | 3:00p | 4 |
| 3 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 1/31/05 | 2/05/05 | 36.00 | 60 | * | | 2 | 1 | 2 | 2 | 1 | | | 3:00p | 7:00p | 8 |
| 4 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 1/31/05 | 2/05/05 | 25.00 | 60 | * | | | | | | | 3 | | 10:00a | 5:00p | 3 |
| 5 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 2/07/05 | 2/12/05 | 45.00 | 60 | * | | 3 | 3 | 3 | 3 | 3 | | | 6:00a | 10:00a | 15 |
| 6 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 2/07/05 | 2/12/05 | 50.00 | 60 | * | | 1 | 1 | 1 | 1 | 1 | | | 10:00a | 3:00p | 5 |
| 7 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 2/07/05 | 2/12/05 | 36.00 | 60 | * | | 2 | 2 | 2 | 2 | 2 | | | 3:00p | 7:00p | 10 |
| 8 Stations to Air WOOF FM | | | | | | | | | | | | | | | | |
| | 2/07/05 | 2/12/05 | 25.00 | 60 | * | | | | | | | 3 | | 10:00a | 5:00p | 3 |

```
                                              Gross
      Total Spots and Programs  :      60    2,463.00
      Total of Monthly Billing  :                0.00
      Total Charges for Contract:          2,463.00
```

                    Gross
February 05        2,463.00

STYLES MEDIA GROUP LLC/WTVY-FM
Contract Confirmation
1/28/05

Advertiser:STATE OF ALABAMA

NOTE: PO# 3300993

SOA100  INDEPTENDENT MEDIA SERVCS
ATTN: BRENDA BAGLEY
530 O'NEAL DRIVE
HOOVER, AL 36226

Contract Number: 46491 - Monthly
Page:  1
Salesrep: 21   RICHARD REINHART
Billing: Standard Broadcast
Affidavit: D&T w/Notary
Customer Type: REGIONAL AGEN
Contact: BRENDA BAGLEY
Phone: 205-978-4094
Fax: 205-978-0758

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | M | T | W | T | F | S | S | Schedule Range | Total Spots |
|------|----------|--------|-------|-----|-----|------|---|---|---|---|---|---|---|--------------|-------------|
| 1T | 1/31/05 | 2/05/05 | 40.00 | 30 | FM | 855N | 2 | 2 | 2 | 2 | 2 | | | 6:00a 10:00a | 12 |
| 2T | 1/31/05 | 2/05/05 | 36.00 | 30 | FM | 855N | 1 | 1 | | 1 | 1 | | | 10:00a  3:00p | 4 |
| 3T | 1/31/05 | 2/05/05 | 35.00 | 30 | FM | 855N | 2 | 2 | 1 | 1 | 1 | 1 | | 3:00p  7:00p | 8 |
| 4T | 1/31/05 | 2/05/05 | 30.00 | 30 | FM | 855N | | | | | | | 3 | 10:00a  5:00p | 3 |
| 5T | 2/07/05 | 2/12/05 | 40.00 | 30 | FM | 855N | 2 | 3 | 2 | 2 | 3 | 3 | | 6:00a 10:00a | 15 |
| 6T | 2/07/05 | 2/12/05 | 36.00 | 30 | FM | 855N | 1 | 1 | 1 | 1 | 1 | | | 10:00a  3:00p | 5 |
| 7T | 2/07/05 | 2/12/05 | 35.00 | 30 | FM | 855N | 2 | 1 | 2 | 2 | 2 | 1 | | 3:00p  7:00p | 10 |
| 8T | 2/07/05 | 2/12/05 | 30.00 | 30 | FM | 855N | | | | | | | 3 | 10:00a  5:00p | 3 |

T - indicates TAP Plan schedule

Total Spots and Programs :    60      2,214.00
Total of Monthly Billing  :                0.00
Total Charges for Contract:          2,214.00

February 05        Amount
                   2,214.00

THIS IS NOT A BILL.   This is a confirmation of your order. If you have any
questions, please contact your sales representative at the number(s) listed
below.  THANK YOU FOR YOUR ORDER.

P.O. BOX 889,   DOTHAN ALABAMA 36303        PHONE (334) 792-0047   FAX (334) 712-9346

# BIG RIVER BROADCASTING

## Broadcast Order Contract/Confirmation

BIG RIVER BROADCASTING
PO BOX 932
FLORENCE, AL 35631
256-764-8121

Client: **STATE OF ALABAMA**
Order #: **1146-00002**
Description: PO # 3300993
Order Date: 1/28/2005
P.O.#: 3300993
Salesperson: Reich, Rocky
Billing: Billed at end of each Media Month, Sorted by Date
Notary Required

INDEPENDENT MEDIA SERVICES
530 O'NEAL DRIVE
HOOVER, AL 36226

### On-Air Schedule

| | Start Date | End Date | Station | Scheduled Time/Event | Repeated | Length | Quantity | Rate | Total | M | Tu | W | Th | F | Sa | Su |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/2005 | 2/4/2005 | WQLT-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 15 | 45.00 | 675.00 ● 3 | 3 | 3 | 3 | 0 | 0 |
| 2 | 1/31/2005 | 2/4/2005 | WQLT-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 5 | 45.00 | 225.00 ● 1 | 1 | 1 | 1 | 0 | 0 |
| 3 | 1/31/2005 | 2/4/2005 | WQLT-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 10 | 45.00 | 450.00 ● 2 | 2 | 2 | 2 | 0 | 0 |
| 4 | 2/5/2005 | 2/5/2005 | WQLT-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 35.00 | 105.00 ● 0 | 0 | 0 | 0 | 3 | 0 |
| 5 | 2/7/2005 | 2/11/2005 | WQLT-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 12 | 45.00 | 540.00 ● 3 | 3 | 2 | 2 | 0 | 0 |
| 6 | 2/7/2005 | 2/11/2005 | WQLT-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 4 | 45.00 | 180.00 ● 0 | 1 | 1 | 1 | 0 | 0 |
| 7 | 2/7/2005 | 2/11/2005 | WQLT-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 8 | 45.00 | 360.00 ● 1 | 1 | 2 | 2 | 0 | 0 |
| 8 | 2/12/2005 | 2/12/2005 | WQLT-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 35.00 | 105.00 ● 0 | 0 | 0 | 0 | 3 | 0 |

**Order Start Date:** 1/31/2005    **Order End Date:** 2/12/2005    **Spots:** 60    **Total Charges:**    2,640.00

---

**Projected Media Month Billing Totals for STATE OF ALABAMA / 1146-00002**

| | | | *Gross Billing* |
|---|---|---|---|
| February | 2005 | ........................................... | 2,640.00 |
| | | **Total:** | **2,640.00** |

Confirmed & Accepted for BIG RIVER BROADCASTING By:

Accepted for INDEPENDENT MEDIA SERVICES By:

*Lucinda Burges*

Please Sign and Return One Copy

Printed: 2/15/2005  At  9:55 AM

# BIG RIVER BROADCASTING

## Broadcast Order Contract/Confirmation

BIG RIVER BROADCASTING
PO BOX 932
FLORENCE, AL 35631
256-764-8121

INDEPENDENT MEDIA SERVICES
530 ONEAL DRIVE
HOOVER, AL 36226

| | |
|---|---|
| Client: | **STATE OF ALABAMA** |
| Order #: | **1146-00003** |
| Description: | PO 3300993 |
| Order Date: | 1/28/2005 |
| P.O.#: | 3300993 |
| Salesperson: | Reich, Rocky |
| Billing: | Billed at end of each Media Month, Sorted by Date |
| | Notary Required |

**On-Air Schedule**

| | Start Date | End Date | Station | Scheduled Time/Event | Repeated | Length | Quantity | Rate | Total | M | Tu | W | Th | F | Sa | Su |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/2005 | 2/4/2005 | WXFL-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 15 | 35.00 | 525.00 ● 3 | 3 | 3 | 3 | 3 | 0 | 0 |
| 2 | 1/31/2005 | 2/4/2005 | WXFL-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 5 | 35.00 | 175.00 ● 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 3 | 1/31/2005 | 2/4/2005 | WXFL-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 10 | 35.00 | 350.00 ● 2 | 2 | 2 | 2 | 2 | 0 | 0 |
| 4 | 2/5/2005 | 2/5/2005 | WXFL-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 25.00 | 75.00 ● 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| 5 | 2/7/2005 | 2/11/2005 | WXFL-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 12 | 35.00 | 420.00 ● 3 | 3 | 2 | 2 | 2 | 0 | 0 |
| 6 | 2/7/2005 | 2/11/2005 | WXFL-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 4 | 35.00 | 140.00 ● 0 | 1 | 1 | 1 | 1 | 0 | 0 |
| 7 | 2/7/2005 | 2/11/2005 | WXFL-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 8 | 35.00 | 280.00 ● 1 | 1 | 2 | 2 | 2 | 0 | 0 |
| 8 | 2/12/2005 | 2/12/2005 | WXFL-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 25.00 | 75.00 ● 0 | 0 | 0 | 0 | 0 | 3 | 0 |

**Order Start Date:** 1/31/2005    **Order End Date:** 2/12/2005    **Spots:** 60    **Total Charges:**    **2,040.00**

**Projected Media Month Billing Totals for STATE OF ALABAMA / 1146-00003 :**

| | | | Gross Billing |
|---|---|---|---|
| February | 2005 | .................... | 2,040.00 |
| | | **Total:** | **2,040.00** |

Confirmed & Accepted for BIG RIVER BROADCASTING By:

*Lucinda Burger*

Accepted for INDEPENDENT MEDIA SERVICES By:

_____

Please Sign and Return One Copy

Printed: 2/15/2005  At  10:00 AM

WAHR RADIO
1900 Memorial Parkway South
Huntsville, AL 35801
256-536-1568

**WAHR**  CONTRACT CONFIRMATION
as of 2/4/05     Revision: Orig     Page: 1

Account Number: 86078     Contract: 8607801
Account Name: STATE OF ALABAMA
Est # PO#3300993
Air Dates:     1/31/05-2/12/05
Salesperson: KENNY ASHTON
Account Telephone: 205-978-4094

LEISHA HAIRSTON
STATE OF ALABAMA
INDEPENDENT MEDIA SERVICES
530 O'NEALDRIVE
HOOVER, AL  35226

| | Date Range | Dayparting | Len | Rate | Mon | Tue | Wed | Thu | Fri | Sat | Sun | WeeksOn | WkUnit | TotlUnit | Total Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1/31/05- 2/04/05 | 6:00a-10:00a | 60s | $100.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 15 | 15 | $1,500.00 |
| B | 1/31/05- 2/04/05 | 10:00a- 3:00p | 60s | $110.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 5 | 5 | $550.00 |
| C | 1/31/05- 2/04/05 | 3:00p- 7:00p | 60s | $100.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 10 | 10 | $1,000.00 |
| D | 2/05/05- 2/05/05 | 10:00a- 5:00p | 60s | $65.00/spt | - | - | - | - | - | 3 | - | 1Week | 3 | 3 | $195.00 |
| | | | | Totals: | | | | | | | | | 33 | 33 | $3,245.00 |
| A | 2/07/05- 2/11/05 | 6:00a-10:00a | 60s | $100.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 12 | 12 | $1,200.00 |
| B | 2/07/05- 2/11/05 | 10:00a- 3:00p | 60s | $110.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 4 | 4 | $440.00 |
| C | 2/07/05- 2/11/05 | 3:00p- 7:00p | 60s | $100.00/spt | -X- | -X- | -X- | -X- | -X- | --- | --- | All | 8 | 8 | $800.00 |
| D | 2/12/05- 2/12/05 | 10:00a- 5:00p | 60s | $65.00/spt | - | - | - | - | - | 3 | - | 1Week | 3 | 3 | $195.00 |
| | | | | Totals: | | | | | | | | | 27 | 27 | $2,635.00 |

CONTRACT TOTAL:                    $5,880.00        60 Units

| Month | Units | Total |
|---|---|---|
| Feb05 | 60 | $5,880.00 |

 **CLEAR CHANNEL**

## Order Confirmation

Page: 1
Date: 02/14/2005
Time: 09:05 AM

CMBS/AL SECRETARY OF STATE
c/o C C CROSS MARKET BILLING
Attn: Jeff Worthington
11700 CENTRAL PARKWAY

JACKSONVILLE, FL 32224

IDB #:
Advertiser No: 869                          Order No: 6597?
Start Date:      01/28/2005                 End Date: 02/11/2005
AE:              LLOYD, GRACE               Co-op: No
Revenue Type: Loc Reg Agency
Month Type:   Broadcast          Revision #: 1
Entered:      01/28/2005 09:25 AM by  HSV1JLB
Last Update:  01/28/2005 09:39 AM by  HSV1JLB
Note:                    WDRM/VOTER REGISTRATION/PO# 3300993
Note 2:

| Market Station | Bind To | Start Date | End Date | No Of Weeks | Rate | Skip W. | M | T | W | T | F | S | S | Spots/ W. | Spot Length | Ord. Spots | Ord. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Huntsville WDRM-FM | Commercial | 1/28/05 | 1/28/05 | 1 | 200.00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 60 | 2 | 400.00 |
| 2 Huntsville WDRM-FM | Commercial | 1/28/05 | 1/28/05 | 1 | 150.00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 60 | 2 | 300.00 |
| 3 Huntsville WDRM-FM | Commercial | 1/28/05 | 1/28/05 | 1 | 200.00 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 60 | 2 | 400.00 |
| 4 Huntsville WDRM-FM | Commercial | 1/29/05 | 1/29/05 | 1 | 75.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 60 | 2 | 150.00 |
| 5 Huntsville WDRM-FM | Commercial | 1/30/05 | 1/30/05 | 1 | 75.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 60 | 2 | 150.00 |
| 6 Huntsville WDRM-FM | Commercial | 1/31/05 | 2/4/05 | 1 | 200.00 | 0 | x | x | x | x | x | | | 10 | 60 | 10 | 2,000.00 |
| 7 Huntsville WDRM-FM | Commercial | 1/31/05 | 2/4/05 | 1 | 150.00 | 0 | x | x | x | x | x | | | 10 | 60 | 10 | 1,500.00 |
| 8 Huntsville WDRM-FM | Commercial | 1/31/05 | 2/4/05 | 1 | 200.00 | 0 | x | x | x | x | x | | | 8 | 60 | 8 | 1,600.00 |
| 9 Huntsville WDRM-FM | Commercial | 2/5/05 | 2/5/05 | 1 | 75.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 60 | 2 | 150.00 |
| 10 Huntsville WDRM-FM | Commercial | 2/6/05 | 2/6/05 | 1 | 75.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 60 | 2 | 150.00 |
| 11 Huntsville WDRM-FM | Commercial | 2/7/05 | 2/11/05 | 1 | 200.00 | 0 | x | x | x | x | x | | | 6 | 60 | 6 | 1,200.00 |
| 12 Huntsville WDRM-FM | Commercial | 2/7/05 | 2/11/05 | 1 | 150.00 | 0 | x | x | x | x | x | | | 6 | 60 | 6 | 900.00 |
| 13 Huntsville WDRM-FM | Commercial | 2/7/05 | 2/11/05 | 1 | 200.00 | 0 | x | x | x | x | x | | | 6 | 60 | 6 | 1,200.00 |

Ordered Spots:        60      Cost Ord. spots:              $10,100.00

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amt. Ord.: | 10 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gross: | 1,400.00 | 8,700.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 1,190.00 | 7,395.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

If the total amount of ordered spots differs from the amount of booked spots on this confirmation, it is due to inventory constraints at the date and time of order entry. Our inventory availabilities change daily; therefore, your monthly invoices may vary from the amounts listed above.

Accepted for Company:_____        Accepted for Advertiser:_____

WRSA

## Broadcast Order Contract/Confirmation

**WRSA-FM**
8402 MEMORIAL PARKWAY SOUTH
HUNTSVILLE, AL 35802
256-885-9797

Client:         **STATE OF ALABAMA**
Order #:        **645-00002**
Description:    Voter Purging Process
Order Date:     1/28/2005
P.O.#:          3300993
Salesperson:    Pinchock, Marilyn
Billing:        Billed at end of each Media/EOS, Sorted by Date
                Notary Required

INDEPENDENT MEDIA SERVICES
Attn: BRENDA BAGLEY
530 O'NEAL DR.
BIRMINGHAM, AL 36226

### On-Air Schedule

|   | Start Date | End Date | Station | Scheduled Time/Event | Repeated | Length | Quantity | Rate | Total | M | Tu | W | Th | F | Sa | Su |
|---|-----------|----------|---------|---------------------|----------|--------|----------|------|-------|---|----|----|----|----|----|----|
| 1 | 1/31/2005 | 2/4/2005 | WRSA-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 15 | 100.00 | 1,500.00 • 3 | 3 | 3 | 3 | 3 | 0 | 0 |
| 2 | 1/31/2005 | 2/4/2005 | WRSA-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 5 | 100.00 | 500.00 • 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| 3 | 1/31/2005 | 2/4/2005 | WRSA-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 10 | 100.00 | 1,000.00 • 2 | 2 | 2 | 2 | 2 | 0 | 0 |
| 4 | 2/5/2005 | 2/5/2005 | WRSA-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 25.00 | 75.00 • 0 | 0 | 0 | 0 | 0 | 3 | 0 |
| 5 | 2/7/2005 | 2/11/2005 | WRSA-FM | 06:00:00a to 10:00:00a | Weekly | 1:00 | 12 | 100.00 | 1,200.00 • 2 | 3 | 3 | 2 | 2 | 0 | 0 |
| 6 | 2/7/2005 | 2/11/2005 | WRSA-FM | 10:00:00a to 03:00:00p | Weekly | 1:00 | 4 | 100.00 | 400.00 • 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| 7 | 2/7/2005 | 2/11/2005 | WRSA-FM | 03:00:00p to 07:00:00p | Weekly | 1:00 | 8 | 100.00 | 800.00 • 2 | 1 | 2 | 2 | 1 | 0 | 0 |
| 8 | 2/12/2005 | 2/12/2005 | WRSA-FM | 10:00:00a to 05:00:00p | Weekly | 1:00 | 3 | 25.00 | 75.00 • 0 | 0 | 0 | 0 | 0 | 3 | 0 |

**Order Start Date: 1/31/2005        Order End Date: 2/12/2005        Spots: 60        Total Charges:        5,550.00**

| Projected Media Sorted by Descending Billing Total for STATE OF ALABAMA / 645-00002 / Current Invoice | | |
|---|---|---|
| | | **Gross Billing** |
| February | 2005 | -------------------- | 5,550.00 |
| | **Total:** | **5,550.00** |

Confirmed & Accepted for WRSA-FM By:                    Accepted for INDEPENDENT MEDIA SERVICES By:

- - - - - - - - - - - - - - - - - - - - - - - - -              - - - - - - - - - - - - - - - - - - - - - - - - -

Please Sign and Return One Copy

Printed: 1/28/2005  At  10:14 AM

WBLX FM 92.9MHZ/MOBILE AL
Contract Confirmation
2/14/05

Advertiser: STATE OF ALABAMA

NOTE: VOTER PUR PRO P0#3300993

STAAL   INDEPENDENT MEDIA
530 O'NEAL DRIVE
HOOVER, AL 36226

Contract Number: 32763 - Monthly
Page:  1
Salesrep: 22  SHERRY EDWARDS
Billing: Standard Broadcast
Affidavit: D&T w/Notary
Customer Type: LOCAL-AGENCY
Contact: BRENDA BAGLEY
Phone: 205-978-4094
Fax: 205-978-0758

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | --Spots/Day-- M T W T F S S | | | | | | | Schedule Range | | Total Spots |
|------|---------|---------|--------|-----|----|------|---|---|---|---|---|---|---|--------|--------|----|
| 1 | 1/31/05 | 2/04/05 | 100.00 | 60 | FM | * | 3 3 3 3 3 | | | | | | | 6:00a | 10:00a | 15 |
| 2 | 1/31/05 | 2/04/05 | 100.00 | 60 | FM | * | 1 1 1 1 1 | | | | | | | 10:00a | 3:00p | 5 |
| 3 | 1/31/05 | 2/04/05 | 100.00 | 60 | FM | * | 2 2 2 2 2 | | | | | | | 3:00p | 7:00p | 10 |
| 4 | 2/05/05 | 2/05/05 | 100.00 | 60 | FM | * | 3 | | | | | | | 10:00a | 5:00p | 3 |
| 5 | 2/07/05 | 2/11/05 | 100.00 | 60 | FM | * | 2 2 2 3 3 | | | | | | | 6:00a | 10:00a | 12 |
| 6 | 2/07/05 | 2/11/05 | 100.00 | 60 | FM | * | 4 Mon-Fri | | | | | | | 10:00a | 3:00p | 4 |
| 7 | 2/07/05 | 2/11/05 | 100.00 | 60 | FM | * | 8 Mon-Fri | | | | | | | 3:00p | 7:00p | 8 |
| 8 | 2/12/05 | 2/12/05 | 100.00 | 60 | FM | * | 3 | | | | | | | 10:00a | 5:00p | 3 |

                                              Gross
        Total Spots and Programs  :    60    6,000.00
        Total of Monthly Billing  :             0.00
        Total Charges for Contract:        6,000.00

                    Gross
February 05         6,000.00

THANK YOU FOR YOUR BUSINESS
PLEASE REVIEW AND CALL US WITH ANY CORRECTIONS

WDLT-FM/CUMULUS BDCSTG- MOBILE
P.O. BOX 643186
CINCINNATI, OH  45264-3186
PLEASE NOTE OUR NEW ADDRESS

WDLT-FM/NEW RADIO SMOOTH 98.3
Contract Confirmation
2/14/05

Advertiser:STATE OF ALABAMA

NOTE: VOTER PUR PRO P0#3300993

STAAL   INDEPENDENT MEDIA SERVICE
530 O'NEAL DRIVE
HOOVER, AL 36226

User Code:
Contract Number: 15340 - Monthly
Page:  1
Salesrep: 19  YAMA SCOTT
Billing: Standard Broadcast
Affidavit: D&T w/Notary
Customer Type: AGENCY
Contact: BRENDA BAGLEY
Phone: 205-978-4094
Fax: 205-978-0758

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | --Spots/Day-- M T W T F S S | Schedule Range | Total Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/05 | 2/04/05 | 100.00 | 60 | FM | * | 15 Mon-Fri | 6:00a 10:00a | 15 |
| 2 | 1/31/05 | 2/04/05 | 100.00 | 60 | FM | * | 5 Mon-Fri | 10:00a 3:00p | 5 |
| 3 | 1/31/05 | 2/04/05 | 100.00 | 60 | FM | * | 10 Mon-Fri | 3:00p 7:00p | 10 |
| 4 | 2/05/05 | 2/05/05 | 100.00 | 60 | FM | * | 3 | 10:00a 5:00p | 3 |
| 5 | 2/07/05 | 2/11/05 | 100.00 | 60 | FM | * | 12 Mon-Fri | 6:00a 10:00a | 12 |
| 6 | 2/07/05 | 2/11/05 | 100.00 | 60 | FM | * | 4 Mon-Fri | 10:00a 3:00p | 4 |
| 7 | 2/07/05 | 2/11/05 | 100.00 | 60 | FM | * | 8 Mon-Fri | 3:00p 7:00p | 8 |
| 8 | 2/12/05 | 2/12/05 | 100.00 | 60 | FM | * | 3 | 10:00a 5:00p | 3 |

Gross
Total Spots and Programs  :   60   6,000.00
Total of Monthly Billing  :         0.00
Total Charges for Contract:      6,000.00

Gross
February 05        6,000.00

THANK YOU FOR YOUR BUSINESS
PLEASE REVIEW AND CALL US WITH ANY CORRECTIONS

**CLEARCHANNEL**

## Order Confirmation

Page: 1
Date: 02/14/2005
Time: 10:56 AM

IDB #:
Advertiser No: 1822
Order No: 20319

CMBS/AL SECRETARY OF STATE
c/o CROSS-MARKET BILLING-FLORIDA
Attn: JEFF WORTHINGTON
11700 CENTRAL PARKWAY

JACKSONVILLE, FL 32224

Start Date:  01/28/2005        End Date: 02/11/2005
AE:          LLOYD, GRACE      Co-op: No
Revenue Type: Regional Agency
Month Type:  Broadcast
Entered:     01/28/2005 10:38 AM by RMOB1PSS        Revision #: 0
Last Update: 01/28/2005 11:40 AM by RMOB1PSS
Note:        VOTER REGISTRATION/20319/PO 3300993
Note 2:

| Market Station | Bind To | Start Date | End Date | No Of Weeks | Rate | Skip W. | M | T | W | T | F | S | S | Spots/ W. | Spot Length | Ord. Spots | Ord. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Mobile WKSJ-FM | 06:00-10:00 Commercial | 1/31/05 | 2/4/05 | 1 | 115.00 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 60 | 4 | 460.00 |
| 2 Mobile WKSJ-FM | 15:00-19:00 Commercial | 1/31/05 | 2/4/05 | 1 | 105.00 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 60 | 4 | 420.00 |
| 3 Mobile WKSJ-FM | 10:00-15:00 Commercial | 1/31/05 | 2/4/05 | 1 | 105.00 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 4 | 60 | 4 | 420.00 |
| 4 Mobile WKSJ-FM | 07:00-19:00 Commercial | 1/29/05 | 1/29/05 | 1 | 80.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 60 | 2 | 160.00 |
| 5 Mobile WKSJ-FM | 07:00-19:00 Commercial | 1/30/05 | 1/30/05 | 1 | 80.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 60 | 2 | 160.00 |
| 6 Mobile WKSJ-FM | 07:00-19:00 Commercial | 1/31/05 | 2/4/05 | 1 | 115.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 575.00 |
| 7 Mobile WKSJ-FM | 15:00-19:00 Commercial | 1/31/05 | 2/4/05 | 1 | 105.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 525.00 |
| 8 Mobile WKSJ-FM | 10:00-15:00 Commercial | 1/31/05 | 2/4/05 | 1 | 105.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 525.00 |
| 9 Mobile WKSJ-FM | 07:00-19:00 Commercial | 2/5/05 | 2/5/05 | 1 | 80.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 60 | 2 | 160.00 |
| 10 Mobile WKSJ-FM | 07:00-19:00 Commercial | 2/6/05 | 2/6/05 | 1 | 80.00 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 60 | 1 | 80.00 |
| 11 Mobile WKSJ-FM | 07:00-19:00 Commercial | 2/7/05 | 2/11/05 | 1 | 115.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 575.00 |
| 12 Mobile WKSJ-FM | 15:00-19:00 Commercial | 2/7/05 | 2/11/05 | 1 | 105.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 525.00 |
| 13 Mobile WKSJ-FM | 10:00-15:00 Commercial | 2/7/05 | 2/11/05 | 1 | 105.00 | 0 | x | x | x | x | x | | | 5 | 60 | 5 | 525.00 |

Ordered Spots:        49      Cost Ord. spots:              $5,110.00

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mt. Ord.: | 4 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| ross: | 320.00 | 4,790.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | 272.00 | 4,071.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

If the total amount of ordered spots differs from the amount of booked spots on this confirmation, it is due to inventory constraints at the date and time of order entry. Our inventory availabilities change daily; therefore, your monthly invoices may vary from the amounts listed above.

ccepted for Company: _____       Accepted for Advertiser: _____

WLWI FM RADIO MONTGOMERY AL
CONTRACT CONFIRMATION
1/28/05

Advertiser: STATE OF ALABAMA (VOTER)  Contract Number 53113 - Monthly
                                              Page:   1
                                    Salesrep: 25  HOUSE
                                    Billing: Calendar
         2125 INDEPENDENT MEDIA       Affidavit: D&T w/Notary
            530 O'NEAL DRIVE        Customer Type: LOCAL-AGENCY
            HOOVER, AL  35226          Contact:

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | M | T | W | T | F | S | S | Schedule Range | | Total Spots |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/05 | 2/12/05 | 100.00 | 60 | FM | * | 2 | 3 | 2 | 3 | 2 | | | 6:00a | 9:00a | 24 |
| 2 | 1/31/05 | 2/12/05 | 90.00 | 60 | FM | * | | 1 | 1 | 1 | 1 | | | 10:40a | 3:00p | 8 |
| 3 | 1/31/05 | 2/12/05 | 100.00 | 60 | FM | * | 2 | 1 | 2 | 1 | 2 | | | 3:00p | 7:00p | 16 |
| 4 | 1/31/05 | 2/12/05 | 80.00 | 60 | FM | * | | | | | | 3 | | 10:00a | 5:00p | 6 |
| 5 | 1/31/05 | 2/05/05 | 100.00 | 60 | FM | * | 1 | | 1 | | 1 | | | 6:00a | 9:00a | 3 |
| 6 | 1/31/05 | 2/05/05 | 90.00 | 60 | FM | * | 1 | | | | | | | 10:40a | 3:00p | 1 |
| 7 | 1/31/05 | 2/05/05 | 100.00 | 60 | FM | * | | 1 | | 1 | | | | 3:00p | 7:00p | 2 |

```
                                              Gross
        Total Spots and Programs  :    60    5,790.00
        Total of Monthly Billing  :             0.00
        Total Charges for Contract:         5,790.00

                       Gross
    January 05          590.00
    February 05       5,200.00
```

CLEAR CHANNEL RADIO

# CLEARCHANNEL

## Order Confirmation

Page: 1
Date: 02/14/2005
Time: 08:49 AM

CMBS/AL SECRETARY OF STATE
c/o CROSS-MARKET BILLING-FL
Attn: JEFF WORTHINGTON
11700 CENTRAL PKWAY

JACKSONVILLE, FL 32224

IDB #:
Advertiser No: 2627
Start Date:    01/29/2005
AE:            GRACE LLOYD/AR
Revenue Type:  Local Agency
Month Type:    Broadcast
Entered:       01/28/2005 12:06 PM by  Margaret
Last Update:   01/28/2005 12:07 PM by  CBRYANT
Note:
Note 2:

Order No: 62220
End Date: 02/11/2005
Co-op: No

Revision #:  1

WZHT/VOTER REGISTRATION/P.O. #3300993

| Market Station | Bind To | Start Date | End Date | No Of Weeks | Rate | Skip W. | M | T | W | T | F | S | S | Spots/ W. | Spot Length | Ord. Spots | Ord. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Montgomer WZHT | 08:00-10:00 Commercial | 1/31/05 | 2/6/05 | 1 | 110.00 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 5 | 60 | 5 | 550.00 |
| 2 Montgomer WZHT | 18:00-19:00 Commercial | 1/31/05 | 2/6/05 | 1 | 110.00 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 5 | 60 | 5 | 550.00 |
| 3 Montgomer WZHT | 10:00-15:00 Commercial | 1/31/05 | 2/6/05 | 1 | 110.00 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 5 | 60 | 5 | 550.00 |
| 4 Montgomer WZHT | 07:00-19:00 Commercial | 1/29/05 | 1/30/05 | 1 | 65.00 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 5 | 60 | 5 | 325.00 |
| 5 Montgomer WZHT | 07:00-18:00 Commercial | 1/29/05 | 1/30/05 | 1 | 65.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 60 | 2 | 130.00 |
| 6 Montgomer WZHT | 08:00-10:00 Commercial | 1/31/05 | 2/6/05 | 1 | 110.00 | 0 | 2 | 1 | 1 | 2 | 0 | 0 | 7 | 60 | 7 | 770.00 |
| 7 Montgomer WZHT | 15:00-19:00 Commercial | 1/31/05 | 2/6/05 | 1 | 110.00 | 0 | 1 | 2 | 1 | 2 | 1 | 0 | 7 | 60 | 7 | 770.00 |
| 8 Montgomer WZHT | 10:00-15:00 Commercial | 1/31/05 | 2/6/05 | 1 | 110.00 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 5 | 60 | 5 | 550.00 |
| 9 Montgomer WZHT | 07:00-19:00 Commercial | 1/31/05 | 2/6/05 | 1 | 65.00 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 5 | 60 | 5 | 325.00 |
| 10 Montgomer WZHT | 07:00-18:00 Commercial | 1/31/05 | 2/6/05 | 1 | 65.00 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 2 | 60 | 2 | 130.00 |
| 11 Montgomer WZHT | 08:00-10:00 Commercial | 2/7/05 | 2/11/05 | 1 | 110.00 | 0 | 1 | 1 | 2 | 1 | 1 | 0 | 6 | 60 | 6 | 660.00 |
| 12 Montgomer WZHT | 15:00-19:00 Commercial | 2/7/05 | 2/11/05 | 1 | 110.00 | 0 | 1 | 2 | 1 | 1 | 1 | 0 | 6 | 60 | 6 | 660.00 |
| 13 Montgomer WZHT | 10:00-15:00 Commercial | 2/7/05 | 2/11/05 | 1 | 110.00 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 5 | 60 | 5 | 550.00 |

Ordered Spots:          65        Cost Ord. spots:                    $6,520.00

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inv. Ord.: | 7 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Gross: | 435.00 | 6,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 386.75 | 5,155.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

If the total amount of ordered spots differs from the amount of booked spots on this confirmation, it is due to inventory constraints at the date and time of order entry. Our inventory availabilities change daily; therefore, your monthly invoices may vary from the amounts listed above.

Accepted for Company: _____    Accepted for Advertiser: _____

WANZ
Contract Confirmation
1/28/05

Advertiser: STATE OF AL VOTER PURGING Contract Number: 41121 - Monthly

CO-OP: PO# 3300993

Page: 1
Salesrep: 7  LORI YAKUBOVIC
Billing: Standard Broadcast

220 INDEPENDENT MEDIA SERVICE
530 O'NEAL DRIVE
HOOVER AL 36226

Affidavit: D&T w/Notary
Customer Type: REGIONAL
Contact:

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | Spots/Day M T W T F S S | Schedule Range | Total Spots |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1/31/05 | 2/05/05 | 50.00 | 60 | FM | 1648 | 2 2 2 2 2 2 | 6:00a 10:00a | 12 |
| 2 | 1/31/05 | 2/05/05 | 30.00 | 60 | FM | 1648 | 4 Mon-Sat | 10:00a 3:00p | 4 |
| 3 | 1/31/05 | 2/05/05 | 25.00 | 60 | FM | 1648 | 8 Mon-Sat | 3:00p 7:00p | 8 |
| 4 | 2/05/05 | 2/12/05 | 10.00 | 60 | FM | 1648 | 3 | 10:00a 5:00p | 6 |
| 5 | 2/07/05 | 2/12/05 | 50.00 | 60 | FM | 1648 | 2 3 3 3 2 2 | 6:00a 10:00a | 15 |
| 6 | 2/07/05 | 2/12/05 | 30.00 | 60 | FM | 1648 | 5 Mon-Sat | 10:00a 3:00p | 5 |
| 7 | 2/07/05 | 2/12/05 | 25.00 | 60 | FM | 1648 | 10 Mon-Sat | 3:00p 7:00p | 10 |

Gross
Total Spots and Programs  :     60      2,130.00
Total of Monthly Billing  :              0.00
Total Charges for Contract:          2,130.00

Gross
February 05          2,130.00

WTBC-AM
Contract Confirmation
1/28/05

Advertiser:STATE OF ALABAMA

CO-OP: P.O. 3300993

SOA010 INDEPENDENT MEDIA SERVICE
530 O'NEAL DRIVE
HOOVER, AL 36226

Contract Number: 14701
Page: 1
Salesrep: 8 RONNIE QUARLES
Billing: Standard Broadcast
Affidavit: D&T w/Notary
Customer Type: LOCAL AGENCY
Contact: 205-978-4094
Fax: 205-978-0758

| Item No. | Begin Date | End Date | Rate | Len | AM FM | Cart | --Spots/Day-- M T W T F S S | Schedule Range | Total Spots |
|------|-----------|----------|-------|-----|-------|------|------------------------------|----------------|-------------|
| 1 | 1/31/05 | 2/12/05 | 24.00 | 60 | AM | C670 | 2 2 3 2 2 2 | 6:00a 10:00a | 26 |
| 2 | 2/01/05 | 2/01/05 | 24.00 | 60 | AM | C670 | 1 | 6:00a 10:00a | 1 |
| 3 | 1/31/05 | 2/12/05 | 24.00 | 60 | AM | C670 | 1 1 1 1 | 10:00a 3:00p | 8 |
| 4 | 2/04/05 | 2/04/05 | 24.00 | 60 | AM | C670 | 1 | 10:00a 3:00p | 1 |
| 5 | 1/31/05 | 2/12/05 | 24.00 | 60 | AM | C670 | 2 2 2 2 1 | 3:00p 7:00p | 18 |
| 6 | 1/31/05 | 2/12/05 | 16.00 | 60 | AM | C670 | 3 | 10:00a 5:00p | 6 |

Gross
Total Spots and Programs :     60     1,392.00
Total of Monthly Billing :              0.00
Total Charges for Contract:          1,392.00

Gross
February 05          1,392.00

# SPOT CONFIRMATION

| CODE | ADVERTISER | | DATE | ORDER NUMBER | MOD # | PAGE |
|------|-----------|--|------|--------------|-------|------|
| STOA | STATE OF ALABAMA | | FEB14/05 | 1700501 | | 1 |
| | PRODUCT: VOTER PURGING PROCES | | STATION: WTUG-FM | MARKET: TUSCALOOSA, AL | | |
| | | | AGENCY CODE: IMS | | ARB AD2554 | MSA LATES |
| COJ | SALESPERSON: COPLIN ERIC 770-953-1111 | | | | | |
| AT | OFFICE: ATLANTA | | | | | |

| SCHEDULE DATES | WEEKS |
|---------------|-------|
| JAN31/05-FEB12/05 | 2 |

```
        *** CONTRACT COMMENT ***
   *********************************************
   */*/*/* PLEASE INCLUDE MCGAVREN'S CONTRACT NUMBER ON INVOICE */*/*/*
   ---------------------------------------------
```

|   | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | FLIGHT 1 | | | | | | | | |
| 1 | M-F | 6-10A | 60 | JAN31-FEB04 FEB07-FEB11 | 1W 1W | | 12 12 | 70.00 | 12 12 |
| 2 | M-F | 10A-3P | 60 | JAN31-FEB04 FEB07-FEB11 | 1W 1W | | 12 12 | 60.00 | 12 12 |
| 3 | M-F | 3-7P | 60 | JAN31-FEB04 FEB07-FEB11 | 1W 1W | | 12 12 | 60.00 | 12 12 |
| 4 | SAT | 10A-5P | 60 | FEB05 FEB12 | 1W 1W | | 3 3 | 45.00 | 3 3 |
| | | | | **WEEKLY FLIGHT TOTALS** | | | 39 T | 2415.00 .00 | |
| FEB05(78) | 4830.00 | | | | | | TOTAL (78) | 4830.00 | |

Times listed represent programming and/or adjacencies as declared at time of sale. AAAA Spot Contract applies except as noted above and/or where variations are set forth in SRDS. Rate protection and product protection will follow policy outlined in station's current rate card; *Modification Code explanations are listed on the back.

ACCEPTED FOR AGENCY, DATE _____        ACCEPTED FOR STATION, DATE _____

23545 (06/03)                                **AGENCY**

# CLEARCHANNEL

## Order Confirmation – Detailed

Page: 1
Date: 02/14/2005
Time: 10:22 AM

Order No: 80/3
End Date: 02/11/2005

CMBS/AL Sec of State
c/o Cross Market Billing FL
Attn: Jeff Worthington
11700 Central Parkway

Jacksonville, FL 32224

Advertiser No: 1006
Start Date: 01/31/2005
AE:
Revenue Type: Regional
Month Type: Local Agency
Entered: Broadcast
01/28/2005 12:01 PM by TCLISLO
Last Update: 02/07/2005 01:47 PM by TCLISLO
Note:
Note2: Voter Registration POW 3300993

Co-op: Yes
IDB #:

Revision #: 1

| Market Station | Bid To | Start Date | End Date | No Of W. | On Air W. | Sch. Days W. | Skip W. | M | T | W | T | R | S | S | Spots/ W. | Copy Group | Spot Len | Priority | Rate | Ord. Spots | Ord. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Tuscaloosa WTXT-FM | 06:00-10:00 Commercial | 1/31/05 | 2/4/05 | 1 | 1 | 0 | | 3 | 3 | 2 | 3 | 1 | 0 | 0 | 12 | 20314 GR/AL5&S/P | 60 | 70 | 63.00 | 12 | 756.00 |
| 2 Tuscaloosa WTXT-FM | 15:00-18:00 Commercial | 1/31/05 | 2/4/05 | 1 | 1 | 0 | | 3 | 3 | 2 | 3 | 1 | 0 | 0 | 12 | 20314 GR/AL5&S/P | 60 | 70 | 50.00 | 12 | 600.00 |
| 3 Tuscaloosa WTXT-FM | 10:00-15:00 Commercial | 1/31/05 | 2/4/05 | 1 | 1 | 0 | | 3 | 1 | 3 | 1 | 1 | 0 | 0 | 9 | 20314 GR/AL5&S/P | 60 | 70 | 50.00 | 9 | 450.00 |
| 4 Tuscaloosa WTXT-FM | 07:00-18:00 Commercial | 2/5/05 | 2/5/05 | 1 | 1 | 0 | | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 4 | 20314 GR/AL5&S/P | 60 | 70 | 35.00 | 4 | 140.00 |
| 5 Tuscaloosa WTXT-FM | 07:00-18:00 Commercial | 2/6/05 | 2/6/05 | 1 | 1 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 | 20314 GR/AL5&S/P | 60 | 70 | 25.00 | 4 | 100.00 |
| 6 Tuscaloosa WTXT-FM | 06:00-10:00 Commercial | 2/1/05 | 2/11/05 | 1 | 1 | 0 | | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 6 | 20314 GR/AL5&S/P | 60 | 70 | 63.00 | 6 | 378.00 |
| 7 Tuscaloosa WTXT-FM | 15:00-18:00 Commercial | 2/1/05 | 2/11/05 | 1 | 1 | 2 | | 2 | 1 | 1 | 2 | 0 | 0 | 0 | 6 | 20314 GR/AL5&S/P | 60 | 70 | 50.00 | 6 | 300.00 |
| 8 Tuscaloosa WTXT-FM | 10:00-15:00 Commercial | 2/7/05 | 2/11/05 | 1 | 1 | 0 | | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 5 | 20314 GR/AL5&S/P | 60 | 70 | 50.00 | 5 | 250.00 |

Ordered Spots: 58   Cost Ord. spots: $2,974.00

| | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount Ord: | 58 | | | | | | | | | | | | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

If the total amount of ordered spots differs from the amount of booked spots on this confirmation, it is due to inventory constraints at the date and time of order entry. Our inventory availabilities change daily; therefore, your monthly invoices may vary from the amounts listed above.

# CLEAR CHANNEL

## Order Confirmation - Detailed

Page: 1
Date: 02/14/2005
Time: 10.22 AM
Order No: 8074
End Date: 02/11/2005

CMBS/AL Sec of Slate
c/o Cross Market Billing FL
Attn: Jeff Worthington
11700 Central Parkway
Jacksonville, FL 32224

| | |
|---|---|
| Advertiser No: | 1006 |
| Start Date: | 01/31/2005 |
| AE: | Regional |
| Revenue Type: | Loc New Bus Ag |
| Month Type: | Broadcast |
| Entered: | 01/28/2005 12:12 PM by TCL/TRS |
| Last Update: | 01/28/2005 12:17 PM by TCL/TRS |
| Note: | Voter Registration |
| Note2: | |

Co-op: No
IDB #:
Revision #:0

| Market Station | Bid To | Start Date | End Date | No Of W. W. | On Air W. Days | Sch W. | Skip W. | M T W T F S S | Spots/Wk | Copy Group | Spot Len | Priority | Rate | Ord. Spots | Ord. Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Tuscaloosa WZBQ-FM | 06:00-10:00 Commercial | 1/31/05 | 2/4/05 | 1 | 5 | 0 | | x x x x x | 8 | 20314 GR/ALSoS/P | 60 | 70 | 31.00 | 8 | 248.00 |
| 2 Tuscaloosa WZBQ-FM | 15:00-19:00 Commercial | 1/31/05 | 2/4/05 | 1 | 5 | 0 | | x x x x x | 9 | 20314 GR/ALSoS/P | 60 | 70 | 31.00 | 9 | 279.00 |
| 3 Tuscaloosa WZBQ-FM | 10:00-15:00 Commercial | 1/31/05 | 2/4/05 | 1 | 5 | 0 | | x x x x x | 10 | 20314 GR/ALSoS/P | 60 | 70 | 31.00 | 10 | 310.00 |
| 4 Tuscaloosa WZBQ-FM | 06:00-10:00 Commercial | 2/7/05 | 2/11/05 | 1 | 5 | 0 | | x x x x x | 6 | 20314 GR/ALSoS/P | 60 | 70 | 31.00 | 6 | 186.00 |
| 5 Tuscaloosa WZBQ-FM | 15:00-18:00 Commercial | 1/31/05 | 2/4/05 | 1 | 5 | 0 | | x x x x x | 6 | 20314 GR/ALSoS/P | 60 | 70 | 31.00 | 6 | 186.00 |
| 6 Tuscaloosa WZBQ-FM | 10:00-15:00 Commercial | 1/31/05 | 2/4/05 | 1 | 5 | 0 | | x x x x x | 6 | 20314 GR/ALSoS/P | 60 | 70 | 31.00 | 6 | 186.00 |

Ordered Spots:    45    Cost Ord. spots:

| | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Amount Ord. | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 185.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

If the total amount of ordered spots differs from the amount of booked spots on this confirmation, it is due to inventory constraints at the date and time of order entry. Our inventory availabilities change daily; therefore, your monthly invoices may vary from the amounts listed above.

Accepted for Company: _____    Accepted for Advertiser: _____

Participating Customers





Independent Media Service
530 O'Neal Drive
Hoover, AL 35226

Invoice No. 2005-01

# INVOICE

| Customer | | Misc | |
|---|---|---|---|
| Name | Ms. Eleanor Swedenburg/Secretary of State Finance Dept. | Date | 12/15/2004 |
| Address | Post Office Box 5616 | Order No. | |
| City | Montgomery    State AL    ZIP 36103-5616 | Rep | |
| Phone | 334-242-7220 | FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | State of Alabama Voter Purging Process | | |
| | Statewide television and radio campaign | | |
| 1 | Purchase order #3300994 Television | $148,530.00 | $    148,530.00 |
| 1 | Purchase order #3300993 Radio | $118,323 | $    118,323.00 |
| | | SubTotal | $    266,853.00 |
| | | Shipping | |

| Payment | Select One... | Tax Rate(s) | |
|---|---|---|---|
| Comments | | | |
| Name | | TOTAL | $    266,853.00 |
| CC # | | | |
| Expires | | | |

Office Use Only

*Please make checks payable to Brenda Bagley* ████████

*Thank you for your business!*

Brenda Bagley

FORM FRMS-8 REV 08/90

# State of Alabama
## DEPARTMENT OF FINANCE
### STATE COMPTROLLER
MONTGOMERY, AL 36130



## DEPARTMENT COPY

| REFERENCED DOCUMENT RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 045-3306992 | 05992 | 1133 | 9185 | 918 | 9596 | 0800 | 94 | | | | 5,000.00 |
| 31 | | | | | | | | | | | |

ACCOUNTING DISTRIBUTION

VOUCHER TOTAL

5,000.00



**Real World Productions**
965 Shadybrook Circle
Birmingham, AL 35226
(205) 824-2242

Vendor # 424784672

**Invoice**
**January 14, 2005**

Secretary of State
Finance Department
P. O. Box 5616
Montgomery, AL 36103-5616

Attn: Eleanor Swedenburg
cc:  Robert Hartin

State PO #3300992

Voter Purging Process Television and Radio Commercial
Job # 05002

| Service | Quanity | Time | Cost | Sub-Total |
|---|---|---|---|---|
| Location Production | | | | $1,500.00 |
| Editing | | | | $2,000.00 |
| Duplication/shipping | | | | $1,500.00 |
| | | | Total | $5,000.00 |

Thanks for your business.
J. Gary Brown

# Please note address change!

DFC46—Rev. 7-74

**STATE OF ALABAMA**

**MATERIAL RECEIPT**

No. _____     Date _3/1/05_

Department _Secretary of State_ .................... Division ................ Prison or Camp ................

Received from _Barry Brown, Real World Products_ Req. No. ................ P. O. No. ................

Vendor

Received at ........................................................ Date Received _1/14/05_

Station

Via ........................ Transp. Chgs. Pd. $ ................ To be Backcharged? ................

Frt., Express, P. P. Truck

| Quantity | Unit | ARTICLE<br>Make Full Report of Any Shortage or Damage | Condition |
|---|---|---|---|
| | | Filming & Producing Radio / TV Public | |
| | | Service Ads on Voter Registration | |
| | | System & Update | |
| | | Invoice # 25002 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Charge To ........................................ Account ........................................

I hereby certify that I have received and checked the articles listed above and that they are of the kind, quantity and condition noted.

Checked by ........................................     Received by _____

Signed                                               Signed

FORM FRMS-9 REV 06/80

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

**DEPARTMENT COPY**

WARRANT #: 50271268
VOUCHER #: 50000030
BATCH #: 08734
AGENCY #: 040

ACCT PRD:        BUDGET FY: 05
                 PAGE:



| REFERENCED DOCUMENT | | ACCOUNTING DISTRIBUTION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/ PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | | | | | | | | | | | |

VOUCHER TOTAL

3/18/05    2/18/05    2/1/05

Colene Sweatherbury

Form D.F.C. 6 Rev.
SCHINNER PRINTING COMPANY INC.
100 M—5-63

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

Original for Comptroller

308

Pay from _____ *HAVA* _____ Funds    (Department or Agency)    (Code Number)

Approved _____ *Tracey L Hailey* _____    Department Head

*Union Springs* _____
Official Station or Base

(Division)

*Kim A Graham*

*Union Springs al 36089*
Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | A.M. | P.M. | A.M. | P.M. | | |
| 12/29/04 | Union Sp | Mont | | $ | 7:50 | | | | $ | $ |
| | Mont | U | | | | | | 2:00 | | 7 50 |

*Mailed to*
*Kim Graham (work address)*
*Union Springs, AL*
*36089*
*Clim + use*
*Need # and ID*
*a Need time returned home*

| | | | $ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL AMOUNT FOR TRANSPORTATION | | | 100 | $ | TOTAL PER DIEM | | | 0309 | $ 7 50 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

| | $ | | | |
|---|---|---|---|---|
| | | 0301 | $ 37 50 | |
| | TOTAL THIS EXPENSE ACCOUNT | | $ 45 00 | |

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

_____ *Kim A Graham* _____
(Signature of traveler)

Sworn to and subscribed before me this the _29th_

day of _December_ , 2004

_W R_

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

# State of Alabama

January 26, 2005

Ms. Kim A. Graham
█████████
Union Springs, AL 36089

Dear Ms. Graham:

I have received your travel claim for the HAVA meeting of 12/29/05, however, before I can make reimbursement to you, I must have a form W-9.

Please fill out the enclosed form, sign, date and return to me. I will process your reimbursement as soon as possible after receiving your W-9 form.

I, also, need to know the time you returned to your home base on that day. The amount of reimbursement for per diem is based on the actual time you were away from home base.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

*Eleanor Swedenburg*
Eleanor Swedenburg,
Finance Director

7:00 AM
2:00 PM

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Name
*Kim A Graham*

Business name, if different from above

Check appropriate box: ☐ Individual/ Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ..................   ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code
*Union Springs  AL 36089*

List account number(s) here (optional)

### Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note:** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number

**or**

Employer identification number

### Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item **2** above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign
Here   Signature of
U.S. person ▶ *Kim A Graham*          Date ▶ *2 2 4*

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515**, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

FORM FRMS-E (REV 08/99)

## State of Alabama
### DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

**DEPARTMENT COPY**

WARRANT #: 5027370   3/10/05
VOUCHER #: 9346000909
BATCH #: 024054
AGENCY #: 043

ACCT PER:
DATE:
ACCT PRD:
BUDGET FY:

PRINTED: 01/24/05

DONALD DAVIS, JR
MOBILE   AL 36601
4321582402

| REFERENCED DOCUMENT PO/AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBL/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | I/D/F P/D/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/14 | 1133 | 9165 | 918 | 0596 | 0300 | 01 | | | | 232.00 | |
| | 12/14 | 1133 | 9185 | 918 | 0596 | 0300 | 07 | | | | 2.00 | |
| | | 1133 | 9185 | 918 | 0596 | 0300 | 04 | | | | 20.00 | |
| | | 1133 | 9185 | 918 | 0596 | 0300 | 01 | | | | 195.03 | |
| | | 1133 | 9165 | 918 | 0596 | 0300 | 09 | | | | 7.50 | |
| | | | | | | | | | | **VOUCHER TOTAL** | 447.53 | |

ACCOUNTING DISTRIBUTION

Form DFC8/Rev 7/96

# STATE OF ALABAMA
### Statement of Official In-State Travel

Original for Comptroller

**Department/Agency** Ala. Secretary of State

**APPROVED** _(signature)_ — Secy. of State
**Department Head**

**Official Station or Base**

**Division**

**Funds**

M Donald Davis, Jr.
Mobile, AL 36601
Above Space for Name, Address & SSN of Traveler

| Month and Date | Points of Travel — From / To (Include County of Destination) | Private Car Miles | Hour of Departure From Base AM | PM | Hour of Return to Base AM | PM | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|
| 11/23/04 | Mobile, Mobile County, AL to Birmingham, Jefferson County, AL to Jasper, Walker County, AL and then return to Mobile, Mobile County, AL | 620.8 | 6:05 | 12:00 | | 11:15 | $ 20.00 |
| | | | | | | | |
| | Parking — Birmingham see attached receipt | | | | | | $ 2.00 |
| | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTAL NUMBER OF MILES TRAVELED | 620.8 | TOTAL PER DIEM | 0300 09 | $ 20.00 | | |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

030007    2.00
030001    232.80

TOTAL THIS EXPENSE ACCOUNT    $ 254.80

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel granted me.

Signature of Traveler _(signature)_

Sworn to and subscribed before me this 29 day of November, 2004

Notary Public _(signature)_

```
JEFF. CO
PARKING
DECK


    <PAID>
       1
01.4141 PM
04-11.>PDT
623-13:38PM
04-11.>PDT
623-09:46PM
A....2.00$
...2.00$
```

**RICHARD I. PROCTOR**
Probate Judge
Lawrence County
P. O. Box 310
Moulton, Alabama  35650

# MEMORANDUM

To             :    HAVA COMMITTEE MEMBERS

FROM           :    RIP PROCTOR, Chairman

SUBJECT        :    COMMITTEE MEETING
                    NOVEMBER 23, 2004   10:00 A.M.

Our next HAVA Committee Meeting has been set for Tuesday, November 23rd, 2004 at 10:00 A.M. in Birmingham.

We will meet at the Office of the Board of Registrars of Jefferson County- 716 Richard Arrington, Jr. Blvd. North – (21 Street) at 10:00 A.M. for a demonstration of the ES&S Voter Registration System.

Later that same day, we will travel to Walker County to look at the Syscon Voter Registration System.

We will then have a committee Meeting to discuss and possibly recommend a new Statewide Voter Registration System to the Secretary of State.

This is a very important meeting---Please attend if at all possible.

If unable to attend, contact me immediately  (256-974-2442) or pjudgelawal@bellsouth.net      *256 974-2439*

Form DFCS/Rev 7/96                                                          Original for Comptroller

# STATE OF ALABAMA
## Statement of Official In-State Travel

*Alabama Secretary of State*                              *Elections*
Department/Agency                    Code Number                 Division                    Funds
                                     *Receipt 12/20/05*

APPROVED                             *M. Donald Davis, Jr.*
         *Secty of State*
         Department Head  *N/A/A*    *Mobile AL 36601*
Official Station or Base                    Above Space for Name, Address & SSN of Traveler

| Month and Date | POINTS OF TRAVEL | | Private Car Miles | Hour of Departure From Base | | Hour of Return to Base | | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|
| | From Include County of Destination | To | | AM | PM | AM | PM | |
| 12/14/04 | Mobile, Mobile Cty @ AL | to | 247.5 | 6:05 | | | | $ |
| 12/4/04 | Montavallo, Shelby County, AL | | 247.5 | | | | 5:05 | 7.50 |
| 12/14/04 | To | MOBILE | 247.5 | | | | 5:05 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

TOTAL NUMBER OF MILES TRAVELED          495     TOTAL PER DIEM @ 38.5 cents/m $   7.50   030009

Detail miscellaneous expense and furnish receipts when required. This
space for departmental approval, etc. Use extra sheets when necessary.       030001   185.63

TOTAL THIS EXPENSE ACCOUNT             $  193.13

I HEREBY CERTIFY that the travel and expense indicated hereon was
accomplished in the performance of official duties pursuant to travel
granted me

Signature of Traveler

Sworn to and subscribed before me this  31 st  day of
*December 2005*

Notary Public

*Received 12/30/04*

**RICHARD I. PROCTOR**
**Probate Judge**
**Lawrence County**
**P. O. Box 310**
**Moulton, AL  35650**

# Memo

**To:**    HAVA COMMITTEE MEMBERS

**From:**   RIP PROCTOR, Chairman

**Date:**   December 6, 2004

**Re:**    COMMITTEE MEETING,  December 14, 2004 @ 10:00 A.M.

---

Our next HAVA Committee meeting has been scheduled for Tuesday, December 14, 2004 at 10:00 A.M. at the American Village located between Alabaster and Montevallo on Highway #119.

Our first order of business will be to discuss and hopefully make a decision recommending a Statewide Voter Registration System to the Secretary of State.

We will also discuss the voting equipment that is presently being used in the State and its compliance or non-compliance with HAVA and the feasibility of having a uniform State-wide voting system.

This is a very important meeting---Please attend if at all possible.

If unable to attend, contact me immediately at 256-974-2442 or pjudgelawal@bellsouth.net.

2004 DEC -9  AM 8: 40

FILED
MOBILE CO. ALABAMA

**Don Davis**
*Judge of Probate*

**Joe McEarchern, Jr.**
*Chief Clerk/Administrator*

**Richard T. Johnson, Jr.**
*Administrative Assistant*



Judicial Division - (251) 574-8506
Recording Division - (251) 574-8497
Records Division - (251) 574-8490
Elections Division - (251) 574-8480
Accounts Division - (251) 574-8493
Facsimile - (251) 574-8505

# PROBATE COURT OF MOBILE COUNTY, ALABAMA

February 9, 2005



Ms. Eleanor Swedenburg
Office of Secretary of State
State Capitol, S-102
Montgomery, Alabama 36130

Ms. Swedenburg:

As requested, please find enclosed my original parking receipt for $2.00 dated November 23, 2004 for reimbursement of expenses previously submitted. If you need any further information, please do not hesitate to contact me.

Thank you.

Sincerely,

Don Davis
Judge of Probate

Enclosure

*251-574-8502 -*
*Called 2/9/05 - spoke w/*
*Missy - explained what I*
*needed + either she or Judge*
*will call me back*
*2/10/05 - called again - no answer 10:05 pm*
*" " 11:05 pm*
*2/11/05 called - left vm for missy @ 10:20 am*

FORM FRMS-9 REV 06/90



6035835700

GLENDA CORL

## State of Alabama
### DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130



WARRANT #: 5027856 6    3/3/05

VOUCHER #: 50450500328

BATCH #: 049298

AGENCY #: 040

## DEPARTMENT COPY

| REFERENCED DOCUMENT | | | | | ACCOUNTING DISTRIBUTION | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PO/ AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ./ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | I / D / F  P / / F |
| | | 1133 | 9185 | 916 | 0596 | 030C | 01 | | | | 56.25 | 1 |
| | | 1133 | 9185 | 918 | 6596 | 6300 | 09 | | | | 7.50 | 1 |
| | | | | | | | | | | VOUCHER TOTAL | | |

STATEMENT OF OFFICIAL TRAVEL

STATE OF ALABAMA

Pay from _HAVA – Secretary of State_ Funds

Approved _[signature]_ 4/1/05

(Department or Agency)  (Code Number)  (Division)

Department Head

_Camden_
Official Station or Base

Glenda Curl
Wilcox Co. Board Registrars
Camden, Al 36726
Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL From | To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | Hour of Departure P.M. | Hour of Return To Base A.M. | Hour of Return To Base P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/29/04 | Camden | Montgomery | 75 ~~150~~ | $ | 9:30 | | | ~~5:30~~ | $ | ~~56 25~~ |
| 12/29/04 | Montgomery | Camden | 75 | | | | | 4:30 | | 7 50 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL AMOUNT FOR TRANSPORTATION | 150 | $ | | TOTAL PER DIEM  030009 | $ 7 50 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

030001    $ 56 25

TOTAL THIS EXPENSE ACCOUNT    $ 63 75

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

_Glenda Curl_
(Signature of traveler)

Sworn to and subscribed before me this the _eleventh_

day of _January_ 19 2005

_Lindsay A. Hollinger_
(Notary Public)



**NANCY L. WORLEY**
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

# State of Alabama

January 26, 2005

Ms. Glenda Curl
Wilcox Co. Board of Registrars
██████████
Camden, AL. 36726

Dear Ms. Curl:

I have received your travel claim for the HAVA meeting of 12/29/05, however, before I can make reimbursement to you, I must have a form W-9.

Please fill out the enclosed form, sign, date and return to me. I will process your reimbursement as soon as possible after receiving your W-9 form.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

*Eleanor Swedenburg*

Eleanor Swedenburg,
Finance Director

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give form to the
requester. Do not
send to the IRS.

Name
*GLENDA CURL*

Business name, if different from above

Check appropriate box: ☑ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ............  ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code
*Camden Al 36726*

List account number(s) here (optional)

*Print or type / See Specific Instructions on page 2.*

**Part I     Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). **However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3.** For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 3.

**Note:** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number

**or**

Employer identification number

**Part II     Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here     Signature of U.S. person ▶ *Glenda Curl*     Date ▶ *2-8-2005*

**Purpose of Form**

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

   **1.** Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

   **2.** Certify that you are not subject to backup withholding, or

   **3.** Claim exemption from backup withholding if you are a U.S. exempt payee.

   **Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see Pub. 515, Withholding of Tax on Nonresident Aliens and Foreign Entities). ·

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

   If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

   **1.** The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

   **2.** The treaty article addressing the income.

   **3.** The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

   **4.** The type and amount of income that qualifies for the exemption from tax.

   **5.** Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X                Form **W-9** (Rev. 1-2003)



**NANCY L. WORLEY**
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

# State of Alabama

FEB 2005
Received
Finance Director's
Office

January 26, 2005

Ms. Glenda Curl
Wilcox Co. Board of Registrars

Camden, AL. 36726

Dear Ms. Curl:

I have received your travel claim for the HAVA meeting of 12/29/05, however, before I can make reimbursement to you, I must have a form W-9.

Please fill out the enclosed form, sign, date and return to me. I will process your reimbursement as soon as possible after receiving your W-9 form.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

FEB 17 2005

FORM FRMS-8 REV 08/90

PRINTED: 03/32/05

MAR 4 2005

SHDA G GRACE

254156795GO

# State of Alabama
## DEPARTMENT OF FINANCE
### STATE COMPTROLLER
MONTGOMERY, AL 36130

WARRANT #: 5029763  3/11/05

VOUCHER #: 50405000340

BATCH #: 551575

AGENCY #: 543

## DEPARTMENT COPY

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PO / AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | | 199 | 0105 | 010 | 2598 | 0402 | 11 | | | | 75.00 |

VOUCHER TOTAL 75.00

| I | P |
|---|---|
| D | / |
| F |  |

# STATEMENT OF OFFICIAL TRAVEL

Board of Registrars
(Department or Agency)                    (Code Number)                    (Division)

Pay from **HAVA — Secretary of State** Funds

Approved _Josey L. Miller_ Vidas
Department Head

**Evergreen**
Official Station or Base

Sonja G. Grace

Evergreen, AL 36401
Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL From My House To | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | Hour of Departure P.M. | Hour of Return To Base A.M. | Hour of Return To Base P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/04 | Evergreen — Montgomery | 100 | $ 37.50 | 8:30 | | | | | $ |
| 12/29/04 | Montgomery — Evergreen | 100 | 37.50 | | 12:30 | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| TOTAL AMOUNT FOR TRANSPORTATION | | | $ 75.00 | TOTAL PER DIEM | | | | $ | |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

030001          $ 75 | 00

$                                     TOTAL THIS EXPENSE ACCOUNT    $ 75. | 00

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

_Sonja G. Grace_
(Signature of traveler)

Sworn to and subscribed before me this the ____ 5th ____

day of _January_, _2005_

_Alice A. Baldwin_
(Notary Public)



ORLEY
STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

# Memorandum

To:     SONJA G. GRACE

From:   Eleanor Swedenburg, Finance

Date:   FEBRUARY 11, 2005

Re:     W-9 FORM

*This is my Mileage for the Meeting Mrs. Worley Called me to attend on 12-29-04 at 10:45 to vote on the system for Boards of Registrars to use.*

*Thank you*

*Sonja H. Grace*

*Conecuh Co.*

SONJA, I HAVE RECEIVED YOUR STATEMENT OF OFFICIAL TRAVEL FOR THE DECEMBER 29TH TRIP TO MONTGOMERY. I CANNOT MAKE REIMBURSEMENT TO YOU UNTIL I RECEIVE A FORM W-9.

PLEASE COMPLETE THE ATTACHED FORM W-9, SIGN AND DATE THE FORM AND RETURN TO ME AS SOON AS POSSIBLE.

ONCE I RECEIVE THE W-9 FORM, I CAN PROCESS YOUR TRAVEL CLAIM.

IF YOU HAVE ANY QUESTIONS, PLEASE FEEL FREE TO CALL ME AT 334-242-7220. THANK YOU FOR YOUR IMMEDIATE ATTENTION TO THIS MATTER.

Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer
Identification Number and Certification**

Give form to the
requester. Do not
send to the IRS.

Print or type
See Specific Instructions on page 2.

Name

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☐ Other ▶ ................    ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)

Requester's name and address (optional)

City, state, and ZIP code

List account number(s) here (optional)

**Part I    Taxpayer Identification Number (TIN)**

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see How to get a TIN on page 3.

**Note:** *If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.*

Social security number

or

Employer identification number

**Part II    Certification**

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**

2. I am not subject to backup withholding because: **(a)** I am exempt from backup withholding, or **(b)** I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or **(c)** the IRS has notified me that I am no longer subject to backup withholding, **and**

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign
Here

Signature of
U.S. person ▶

Date ▶

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515,** Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X

Form **W-9** (Rev. 1-2003)

FORM FRMS-9 REV 06/90

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130

WARRANT #: 50330285  3/30/05

VOUCHER #: 5046000253

BATCH #: 556369

AGENCY #: 045

## DEPARTMENT COPY

PRINTED: 03/07/05

MAR 11 2005

4037520900

WALTER H BRIGHT

MONTGOMERY

AL 36111

| REFERENCED DOCUMENT FRD - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBL/ REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | I / D | P / F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1135 | 918 | 0596 | 0300 | 01 | | | | | 100.00 | | |
| | | 1135 | 918 | 0596 | 0300 | 07 | | | | | 9.50 | | |
| | | 1135 | 916 | 0596 | 0300 | 09 | | | | | 4.50 | | |

VOUCHER TOTAL  124.50

FORM FRM/S-9 REV 06/90

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130

WARRANT #:
VOUCHER #: 504060000208
BATCH #: 039729
AGENCY #: 046

DATE:

ACCT PRD:      BUDGET FY: 05
**COMPTROLLER'S COPY**
PAGE: 1

PRINTED: 02/08/05

498767209000
VALVIER H BRIGHT
MONTGOMERY     AL 36117

### REFERENCED DOCUMENT
FRM - AGENCY - NUMBER - LN

| INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | I/D | P/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1133 | 9185 | 918 | 0596 | 0300 | 01 | | | | 108.00 | I | |
| | 1133 | 9185 | 918 | 0596 | 0300 | 07 | | | | 9.00 | I | |
| | 1133 | 9185 | 918 | 0596 | 0300 | 09 | | | | 20.00 | I | |

VOUCHER TOTAL: 137.00

ACCOUNTING DISTRIBUTION

I hereby certify that the named article(s) and/or service(s) as stated on the invoice attached have been received, are the kind and quantity ordered, are not excessive and are necessary for the use of this department in conducting public business only, and this account is correct, due and unpaid. For those items requiring the approval of the Governor, I certify that I have obtained the Governor's approval for payment.

Authorized Departmental Approval

Sworn to and subscribed before me this day
Notary Public

Examined and Approved for Payment

Auditor of Disbursements,
Division of Control and Accounts

FORM FRMS-9 REV 06/90

## State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL  36130

### DEPARTMENT COPY

WARRANT NR  503 5055

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RD/PO - AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBL/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT |
| | | 1133 | 9235 | 918 | 0595 | 0300 | 01 | | | | 175.00 |
| | | 1133 | 9235 | 918 | 0595 | 0300 | 07 | | | | 9.00 |
| | | 1133 | 9195 | 918 | 0595 | 0300 | 09 | | | | 70.09 |

VOUCHER TOTAL

Form DFC&Rev 7/93

# STATE OF ALABAMA
## Statement of Official In-State Travel

| Secretary of State | | HAVA Committee | | |
|---|---|---|---|---|
| Department/Agency | Code Number | Division | | Funds |

APPROVED _Darcy Farley_  *from HAVA funds*

Department Head

_Montgomery_
Official Station or Base

Valvier H. Bright

Montgomery, AL  36117

Above Space for Name, Address & SSN of Traveler

| Month and Date | POINTS OF TRAVEL From — To Include County of Destination | Private Car Miles | Hour of Departure From Base AM | PM | Hour of Return to Base AM | PM | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|
| 11/23 | Montgomery (Montgomery) | 98 | 8:00 | | | 7:30 | $ |
| | Birmingham (Jefferson) | 98 | | | | | |
| | | | | | | | |
| 11/23 | Birmingham (Jefferson) | 46 | 1:00 | | | 5:30 | |
| | Jasper (Walker) | 46 | | | | | |
| 11/23 | Montgomery | 144 | | | | 7:30 | 20.00 |
| | *Parking | | | | | | 9.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| TOTAL NUMBER OF MILES TRAVELED | 288 | TOTAL PER DIEM | 0300 09 | $ | 20.00 |
|---|---|---|---|---|---|
| | | | 0300 07 | | 9.00 |
| | | | 0300 01 | | 108.00 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

| TOTAL THIS EXPENSE ACCOUNT | $ | 137.00 |
|---|---|---|

*Parking in Jefferson County at the Courthouse,

*I HEREBY CERTIFY* that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel granted me.

_Valvrie L. Bright_
Signature of Traveler

Sworn to and subscribed before me this _20th_ day of
_November_ _2004_

_Carole H. Vandiver_
Notary Public

NOTARY ~~PUBLIC~~ ... AT LARGE
MY COMMISSION EXPIRES: Apr 27, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS

JEFFERSON COUNTY COURTHOUSE

```
Fee Computer Number:                        I
Cashier:                              ID #101
Transaction Number:                        85
Entered:                    11/23/04  09:41
Exited:                     11/23/04  12:57
Rate:                                 RATE A
Total Fee:                            $9.00
Cash:                                $20.00
Change:                              $11.00

              THANK YOU
```

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery. Alabama 36103-5616

## State of Alabama

# Memorandum

**To:**     Bob Childree, State Comptroller

**From:**   Nancy Worley, Secretary of State

**Date:**   FEBRUARY 25, 2005

**Re:**     Motor Pool Non-availability Slip

---

We did not request a motor pool vehicle for Ms. Valvier H. Bright, a HAVA Committee Member, to travel to Birmingham and Montevallo because it was closer for Ms. Bright to leave from her home rather than leave from this office.

Your approval for reimbursement of the travel claims for Ms. Bright for 11/23/04 and 12/14/04 will be greatly appreciated.

O P E N   P V   L I N E   I N Q U I R Y   ( 1   O F   2 )

```
            VENDOR= 40876720900 VOUCHER NO= 50460000208
VENDOR INVOICE=                  LINE NO: 03
   DESCRIPTION:

     FUND: 1133        AGENCY: 046      ORG/SUB-ORG: 9185      APPR UNIT: HAV
ACTIVITY:            FUNCTION:          OBJ/SUB-OBJ: 0300 09    REV SRC:
   SUB-REV:        BS ACCOUNT:          REPT-CATEGORY:          JOB NO:
   PROJECT:                          FED AID NUMBER:


     QUANTITY:       0.000                VOUCHER LINE AMOUNT:        20.00
DISCOUNT TYPE:                              DISCOUNT AMOUNT:         0.00
     P/F IND:                        WITHHELD LINE AMOUNT:          0.00
                                        DISBURSED AMOUNT:          0.00
                                           CLOSED AMOUNT:          0.00

 LAST CHECK/MW NO:             DATE:          NO OF CHECKS WRITTEN:   0
REFERENCE TRANS ID:            LINE:    COMM LINE:      DATE:
   REFERENCE VI ID:                     COMM LINE:      DATE:
```

FORM FRMS-9 REV 06/90

## State of Alabama
### DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

WARRANT #: 5033080    3/30/05

VOUCHER #: 

BATCH #: 039729

DEPARTMENT COPY

| REFERENCED DOCUMENT PO/ AGENCY - NUMBER - LN | INVOICE NUMBER | ACCOUNTING DISTRIBUTION | | | | | | | | | AMOUNT | I/D | P/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FUND | ORG | APPR | ACTI-VITY | OBJ/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | | | |
| | | | | | | 0300 | 01 | | | | | | |

VOUCHER TOTAL

100M—7-81

| Secretary of State | | HAVA Committee |
|---|---|---|

Pay from *HAVA - Secty. & State* Funds

Approved *Nancy Worley* 12/27/04

*Montgomery, AL*
Official Station or Base

(Department or Agency)     (Code Number)     (Division)

Department Head

Valvier H. Bright
Montgomery, AL  36117

Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL From 12/14/04 To 12/14/04 | Private Car. Miles | Fare or Travel | Hour of Departure A.M. | Hour of Departure P.M. | Hour of Return To Base A.M. | Hour of Return To Base P.M. | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|
| 12/14 | Montgomery (Montgomery) | | $ | 8:30 | | | | | $ |
| " | Montevallo (Shelby) | 75 | | | | | | | |
| | | | | | | | | | |
| 12/14 | Montevallo (Shelby) | | | 11:55 | | | | | |
| 12/14 | Montgomery (Montgomery) | 75 | | | | | 12:55 | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | TOTAL AMOUNT FOR TRANSPORTATION | 150 | $ | | TOTAL PER DIEM | | | $ | |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

0300 01  $ 56 25

$

TOTAL THIS EXPENSE ACCOUNT  $ 56 25

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

*Valvier H. Bright*
(Signature of traveler)

Sworn to and subscribed before me this the *22th*

day of *December* *2004*

*Lillie M. Galloway*
(Notary Public)



NANCY L. WORLEY
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

# State of Alabama

January 26, 2005

Ms. Valvier H. Bright
613 Somerset Drive
Montgomery, AL 36117

Dear Ms. Bright:

I have received your travel claim for the HAVA meeting of 11/23/05. However, before I can process reimbursement to you, I need a W-9 form.

Please fill out, sign, date and return to me the enclosed W-9 form as soon as possible.

Once I receive the W-9 form, I will process your reimbursement as soon as possible.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

January 26, 2005

Ms. Valvier H. Bright
613 Somerset Drive
Montgomery, AL 36117

Dear Ms. Bright:

I have received your travel claim for the HAVA meeting of 11/23/05. However, before I can process reimbursement to you, I need a W-9 form.

Please fill out, sign, date and return to me the enclosed W-9 form as soon as possible.

Once I receive the W-9 form, I will process your reimbursement as soon as possible.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

Eleanor Swedenburg,
Finance Director

STATE OF ALABAMA
TEMENT OF OFFICIAL TRAVEL

Original for
Comptroller

Ms. Swendenburg
Please know that
I have submitted
two vouchers, the
one you have for
Nov. and the
attached copy I
submitted for Dec.
VB Bright

HAVA Committee
_____ (Division)

Code Number
State Funds
Pay _ Recd _ 2/1/05
Department Head

Valvier H. Bright
Montgomery, AL  36117

Above Space for Name and Address of Employee

| | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|
| | | | A.M. | P.M. | A.M. | P.M. | | |
| 2, | | $ | 8:30 | | | | | $ |
| | 75 | | | | | | | |
| 2/14 | Montevallo (Shelby) | | 11:55 | | | | | |
| 2/14 | Montgomery (Montgomery) | 75 | | | | 12:55 | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL AMOUNT FOR TRANSPORTATION | | $ | | TOTAL PER DIEM | | | | $ |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

$                                        $

TOTAL THIS EXPENSE ACCOUNT          $

I HEREBY CERTIFY that the travel and expense indicated here-on was accomplished in the performance of official duties pursuant to travel authority granted me.

Valvier H. Bright
(Signature of traveler)

Sworn to and subscribed before me this the 22nd
day of December, 2004
Lillie M. Galloway
(Notary Public)



**NANCY L. WORLEY**
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

# Memorandum

**To:**     Bob Childree, State Comptroller

**From:**   Nancy Worley, Secretary of State

**Date:**   FEBRUARY 25, 2005

**Re:**     Motor Pool Non-availability Slip

---

We did not request a motor pool vehicle for Ms. Valvier H. Bright, a HAVA Committee Member, to travel to Birmingham and Montevallo because it was closer for Ms. Bright to leave from her home rather than leave from this office.

Your approval for reimbursement of the travel claims for Ms. Bright for 11/23/04 and 12/14/04 will be greatly appreciated.

OFFICE (334) 242-7206,  FAX (334) 242-4993,  E-MAIL SOS@SOS.AL.GOV  •  ELECTIONS (334) 242-7210,  FAX (334) 242-2444
CORPORATIONS (334) 242-5324,  FAX (334) 240-3138  •  UCC (334) 343-5231,  FAX (334) 353-8269  •  LEGAL (334) 242-7476,  FAX (334) 242-4993
LANDS & TRADEMARKS (334) 242-5325,  FAX (334) 240-3138

FORM FRMS-9 REV 10/2004

# State of Alabama
DEPARTMENT OF FINANCE
STATE COMPTROLLER
MONTGOMERY, AL 36130

WARRANT #: 5053*313  7/13/05

VOUCHER #: 504600000525

BATCH #: 179464

AGENCY #: 046

ACCT PRD:

DATE:

PAGE: 1

BUDGET FY: 05

DENISE B CORNWELL

MONTGOMERY        AL 36106

4247894B1100

PRINTED: 06/28/05

## COMPTROLLER'S COPY

| REFERENCED DOCUMENT | | | ACCOUNTING DISTRIBUTION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RQ/<br>PO - AGENCY - NUMBER - LN | INVOICE<br>NUMBER | FUND | ORG | APPR | ACTIVITY | OBJ/<br>REV | SUB<br>OR | RETP<br>CATG | BS<br>ACCT | DEPT<br>USE | AMOUNT | I<br>D<br>F | P<br>/<br>F |
| | CK 447 | 1133 | 9185 | 918 | 0596 | 0800 | 31 | | | | 93.77 | I |
| | | | | | | | | | | VOUCHER TOTAL | 93.77 |

I hereby certify that the named article(s) and/or service(s) as stated on the invoice attached have been received, are the kind and quantity ordered, are not excessive and are necessary for the use of this department in conducting public business only, and this account is correct, due and unpaid. For those items requiring the approval of the Governor, I certify that I have obtained the Governor's approval for payment.



_____  6/27/05
Date

Authorized Departmental Approval

Audited: _____

Examined and Approved for Payment

_____   _____
Date                    Departmental Auditor

_____   _____
Date                    Auditor of Disbursements
                        Division of Control and Accounts

Sworn to and subscribed before me this day

6/29/05
Date

_____
Notary Public

1133 / 0800 31 / 599

6/23/05

Eleanor,
Please reimburse Denise Cornwell for
this bill which paid for lunch during the HAVA
Voter Registration System contract meeting. The
following ate lunch on that date:

SOS {
(1) Mickey Moore
(2) Rick Pitts
(3) Trey Granger
(4) Nancy Worley
(5) Denise Cornwell

VR System Vendor Team {
(6) David Ashworth
(7) John
(8) Ross Underwood
(9) Nick
(10) Peggy
(11) Jonathan O'Quinn
(12) Kathy Powell

**Chappy's DELI**

Chappy's Deli
1611 Perry Hill Rd
Montgomery, AL 36106
(334) 279-7477
fax (334) 270-8900

76 Sandra

Chk 447   Jun15'05 01:00PM Gst 12

Catering
Doubl Decker      48.50
Chips              3.95
2 Tbl Cookies @ 6.60   13.20
Sweet Tea          5.25
Unsw Tea           5.25

Subtotal          76.15
Tax Total          7.62
Total             83.77

+ 10.00 Tip
$ 93.77 Total

We did not break for lunch. Therefore Denise
called Chappy's and had them deliver a sandwich tray
and side items. This should be paid by HAVA Funds.
Thank you.

Nancy Worley
6/23/05



NANCY L. WORLEY
SECRETARY OF STATE

First Floor, State Capitc'
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

July 11, 2005

Mr. Robert Childree
State Comptroller
Department of Finance
Montgomery, AL 36130

Dear Mr. Childree:

Voucher # 50460000525 was returned to our office with a green slip attached for two reasons. As a result, I offer the following explanations:

1. The HAVA Voter Registration System meeting between our office and the vendor representatives on June 15, 2005, began at 10 A.M. and ended after 9 P.M., which was an 11-hour + meeting. We did not break to go outside the Capitol for lunch because we had extensive proposal/contract language to review. To accommodate this lengthy meeting, Mrs. Cornwell ordered the sandwich tray from Chappy's Deli (receipt attached).

2. The total expenditure of $93.77, which included a cash tip of $10, was for 12 people (as listed) in the meeting. When divided, this amount is $7.81 per person which exceeds $7.50 per person. We should have ordered a second meal during this 11-hour marathon session; however, we paid for the second dinner meal out of our own pockets at 10 P.M. that evening. I respectfully request that Mrs. Cornwell be reimbursed for the full amount, $93.77.

Thank you for your consideration of the above explanations.

Sincerely yours,

Nancy L. Worley
Secretary of State

① 6/15/05 Mtg. Began at 10 A.M.
and ended at 10:30 P.M.

② Cost of 12 people listed is 7.81 per person.

FORM FRMS-9 REV 06/90

PRINTED: 02/10/05

EVELYN A MORGAN

## State of Alabama
### DEPARTMENT OF FINANCE
### STATE COMPTROLLER
### MONTGOMERY, AL 36130

WARRANT #: 50473269   3/1/05
VOUCHER #: 50460000307
BATCH #: 041505
AGENCY #: 045
DATE:
ACCT PER:
BUDGET FY: 05                PAGE: 1

## DEPARTMENT COPY

| REFERENCED DOCUMENT PO/AGENCY - NUMBER - LN | INVOICE NUMBER | FUND | ORG | APPR | ACTI-VITY | OBJ/REV | SUB O/R | REPT CATG | BS ACCT | DEPT USE | AMOUNT | I/D | P/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1133 | 9165 | 718 | 0596 | 0309 | 01 | | | | 40.50 | 1 | |
| | | | | | ACCOUNTING DISTRIBUTION | | | | | VOUCHER TOTAL | 40.50 | | |

Form D.F.C. 6 Rev.
SKINNER PRINTING COMPANY, INC.
100M—6-63

Original for Comptroller

STATEMENT OF OFFICIAL TRAVEL

*Board of Registrars* (Division)

Pay from **HAVA — Secretary of State** Funds (Department or Agency) (Code Number)

Approved *Janey L. Shirley* 1/5/05 Department Head

**TROY**
Official Station or Base

*Evelyn Morgan*
*Troy AL 36081*

Above Space for Name and Address of Employee

| Month and Date | POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | $ | A.M. | P.M. | A.M. | P.M. | | $ |
| 12-27 | Troy | Montgomery | 54 | | 10 | | | 3 | | 40 50 |
| " | Montgomery | Troy | 54 | | | | | | | |

| | | |
|---|---|---|
| TOTAL AMOUNT FOR TRANSPORTATION | 108 | 40 50 |

TOTAL PER DIEM $

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval. etc. Use extra sheets when necessary.

$

0300 01 | 40 | 50

TOTAL THIS EXPENSE ACCOUNT $ 40 50

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.

*Evelyn Morgan*
(Signature of traveler)

Sworn to and subscribed before me this the **2nd**
day of **February** 19**05**

*Linda Coater*

(stamp: FEB 2005 Received Secretary of State)

# STATE OF ALABAMA
## STATEMENT OF OFFICIAL TRAVEL

C. 6 Rev.

Board of (Division)

Department or Agency)
HAVA - Secretary of State
Funds

Evelyn Morgan
Troy AL 36081

(Code Number)

Approved _Nancy L. Worley 12/15/05_
Department Head

Above Space for Name and Address of Employee

| POINTS OF TRAVEL | | Private Car. Miles | Fare or Travel | Hour of Departure | | Hour of Return To Base | | Meal or Meal and ¼ Daily Rate | Amount Per Diem Claimed |
|---|---|---|---|---|---|---|---|---|---|
| From | To | | | A.M. | P.M. | A.M. | P.M. | | $ 40 50 |
| Troy | Montgomery | 54 | $ | 10 | | | 3 | | |
| Montgomery | Troy | 54 | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | TOTAL PER DIEM $ |
| TOTAL AMOUNT FOR TRANSPORTATION | | 108 | $ 40 50 | | | | | 030001 | 40 50 |

Detail miscellaneous expense and furnish receipts when required. This space for departmental approval, etc. Use extra sheets when necessary.

$

TOTAL THIS EXPENSE ACCOUNT    $ 40 50

I HEREBY CERTIFY that the travel and expense indicated hereon was accomplished in the performance of official duties pursuant to travel authority granted me.   _Evelyn Morgan_
(Signature of traveler)

Sworn to and subscribed before me this the _____ 19 __ 5

day of _____
(Notary Public)

**NANCY L. WORLEY**
SECRETARY OF STATE



First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

January 26, 2005

Ms. Evelyn Morgan
████████████
Troy, AL 36081

Dear Ms Morgan:

I am returning your travel claim for the HAVA meeting of 12/29/05. This travel statement must be notarized.

I, also, need the enclosed W-9 form to be filled out, signed, and returned to me with your original travel statement.

Once I receive the corrected documents, I will process your reimbursement as soon as possible.

If you have any questions, I can be reached at 334-242-7220.

Sincerely,

*Eleanor Swedenburg*

Eleanor Swedenburg,
Finance Director