IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action Number |
| v. | ) | |
| | ) | 2:06-CV-00392-WKW |
| STATE OF ALABAMA, and | ) | |
| NANCY L. WORLEY, | ) | |
| Alabama Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

RESPONSE TO OCTOBER 6, 2006 ORDER

Come now Defendants State of Alabama and Nancy L. Worley, in her

official capacity as Secretary of State, by and through Troy King, Attorney

General for the State of Alabama, and, in response to this Honorable Court's

October 6, 2006 Order (Doc. 74) states as follows:

1.      On Tuesday, October 3, 2006, the Special Master's Second

(October 2006) Interim Report was filed.  (Doc. 73.)

2.      On Friday, October 6, 2006, this Honorable Court issued an

Order requiring that "Defendant Nancy L. Worley, Secretary of State, shall

file a complete, detailed, and verified response to the Special Master's

representations in paragraphs F, G, H, I, and L of the Report." (Doc. 74 at

3.)

3.     Attached hereto as Exhibit A is a letter prepared by Secretary Worley in response to this Court's order.  This letter was prepared without input from the Attorney General's Office, although assistance was offered.[1]

4.     As to the representations made by the Special Master in Paragraph L of his October Report, the Court's attention is respectfully directed to the letter attached hereto as Exhibit B.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General
Attorney No. ASB-1750-S81W

s/ Misty S. Fairbanks

Misty S. Fairbanks
Assistant Attorney General
Attorney No. ASB-1813-T71F

Attorneys for Defendants

---

[1]     In response to the first sentence of the Secretary's letter, it is to be noted that the Secretary has been represented in this litigation by the Office of the Alabama Attorney General, consistent with Ala. Code § 36-15-1(2) and *Ex parte Weaver*, 570 So.2d 675 (Ala. 1990).  The Attorney General respectfully disagrees with the Secretary's allegations about the quality of representation she has been afforded in this case.

CERTIFICATE OF SERVICE

This is to certify that on the 12th day of October, 2006, a copy of the

foregoing has been electronically filed with the Clerk of the Court using the

CM/ECF system, which will electronically send a copy of the same to the

following:

Kenneth D. Wallis, II, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Scott L. Rouse, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Robert D. Popper, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C. 20006

Christy A. McCormick, Esq.
United States Department of Justice
1800 G Street, Room 7246
Washington, D.C. 20006

Donald Palmer, Esq.
Civil Rights Division
Voting Section
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Room No. 7149
Washington, D.C. 20006

3

R. Randolph Neeley, Esq.
United States Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

Algert Swanson Agricola, Jr., Esq.
Slaten & O'Connor, P.C.
P.O. Box 1110
Montgomery, Alabama 36101-1110

Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, Alabama 36104

Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank Corley Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
P.O. Box 587
Columbiana, Alabama 35051

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511

And by first class mail, postage prepaid, to the following:

Wan J. Kim, Esq.
Voting Section
United States Department of Justice
Civil Rights Division

4

Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

John K. Tanner, Esq.
United States Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

s/Winfield J. Sinclair

Winfield J. Sinclair
Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL: 334-242-7300
FAX: 334-353-8440
E-mail: wsinclair@ago.state.al.us