# EXHIBIT A



**NANCY L. WORLEY**
SECRETARY OF STATE

First Floor, State Capitol
Suite S-105
600 Dexter Avenue
P.O. Box 5616
Montgomery, Alabama 36103-5616

## State of Alabama

*Pursuant to 28 U.S.C. §1746, I swear this is executed under penalty of perjury.*

*Nancy L. Worley*
*October 12, 2006*

October 12, 2006

To: The Hon. Judge Keith Watkins

From: Nancy L. Worley
  Secretary of State

RE: Submissions to Special Master of Voter Registration Materials

I am NOT represented by the Attorney General's office, nor have I been represented throughout this case because General King denied my getting outside legal counsel; therefore, I am asking Mr. Sinclair and Ms. Fairbanks to file this Memorandum with you as my response.

Three weeks ago, Governor Riley's Legal Counsel, Mr. Ken Wallis, visited my office and we amicably discussed materials which had previously been turned over to Governor Riley on the statewide voter registration system. Mr. Wallis indicated that their office had never had any problems working with me and they did not anticipate any problems on the voter registration system. Imagine my surprise when I read the report filed a few days later which was very negative.

Our office has willingly cooperated with Governor Riley and Mr. Wallis and I plan to continue our cooperative efforts. Based on our discussion above, Mr. Wallis or his assistant intended to come to our office at a mutually agreed upon time and look for computer files on the statewide voter registration system, and I would continue to look for any files in our office which were relevant. As a result, I looked in bookcases, file drawers, etc. and found an ALRRS notebook which contained negotiations materials on the statewide voter registration system. We immediately sent this notebook to Mr. Wallis.

We have made a third submission of materials to Governor Riley, Special Master. The latest materials submitted consist of additional vendor RFPs which may be duplicates of our first submission. We have also submitted a file located on Trey Granger's former computer "My Documents" which is entitled "Voter Registration System." Our IT Department is reviewing the laptop computer which Mr. Granger used to retrieve any documents found on it which may be relevant.

Again, we have worked well with Governor Riley and Mr. Wallis and have submitted everything we have found to this date. We will continue to look for any files and submit these if found.

OFFICE (334) 242-7206, FAX (334) 242-4993, E-MAIL sos@sos.al.gov • ELECTIONS (334) 242-7210, FAX (334) 242-2444
CORPORATIONS (334) 242-5324, FAX (334) 240-3138 • UCC (334) 343-5231, FAX (334) 353-8269 • LEGAL (334) 242-7476, FAX (334) 242-4993
LANDS & TRADEMARKS (334) 242-5325, FAX (334) 240-3138