# EXHIBIT B

OFFICE OF THE GOVERNOR

BOB RILEY
GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

(334) 242-7100
FAX: (334) 242-0937

# STATE OF ALABAMA

October 12, 2006

Misty S. Fairbanks, Esquire
Win Sinclair, Esquire
Office of the Attorney General
Constitutional Defense Division
11 South Union Street, 3d Floor
Montgomery, AL 36130-0152

Dear Ms. Fairbanks and Mr. Sinclair:

RE:  Funding Available for HAVA
     Voter Registration Fund

Pursuant to our conference call of yesterday, I submit to you that it is my understanding that a total of $12,142,839.17 is available for development and implementation of the Voter Registration System and is summarized below:

|   |   |
|---|---|
| $12,000,000.00 | Appropriated by Congress |
| + 420,932.38 | Accrued Interest |
| - 278,093.21 | Spent by Secretary of State |
| $ 12, 142, 839.17 | Funds Remaining |

I was originally given an incorrect balance amount, but I am now satisfied that this is the correct figure. I take no position on the propriety of the expenditures made by the Secretary of the State.

Sincerely,

Ken Wallis
Chief Legal Advisor

KW/rdg

cc:  Robert D. Popper, USDOJ
     HAVA Implementation Committee