IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| v.      ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and      ) | |
| NANCY L. WORLEY, Secretary of State,      ) | |
| in her official capacity,      ) | |
| ) | |
| Defendants.      ) | |

## **ORDER**

Upon consideration of the responses to the court's October 6, 2006 Order, it is ORDERED that the Special Master shall file **on or before October 23, 2006**, the following documents:

1. The "Request for Information" referenced in paragraph B of the Special Master's Second Interim Report, and any responses thereto;

2. The "written request to the Secretary of State for all documents" referenced in paragraph F of the Special Master's Second Interim Report;

3. The hand-delivered "letter from the Secretary of State" referenced in paragraph F of the Special Master's Second Interim Report;

4. The correspondence from the Special Master to the Secretary State referenced in paragraph G of the Special Master's Second Interim Report;

5. Any correspondence that accompanied the Secretary of State's production of documents to the Special Master;

6. All other correspondence between the Special Master and the Secretary of State.

A courtesy copy of all documents produced hereunder shall be provided to the chambers of the undersigned.

DONE this the 20th day of October, 2006.

                                            /s/   W.  Keith Watkins
                            UNITED STATES DISTRICT JUDGE