IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )| |
|     Plaintiff,      ) | |
| )| |
| v.      ) | CASE NO. 2:06-cv-392-WKW |
| )| |
| The STATE OF ALABAMA and      ) | |
| NANCY L. WORLEY, Secretary of State,      ) | |
| in her official capacity,      ) | |
| )| |
|     Defendants.      ) | |

## **ORDER**

It is ORDERED that this matter is set for a telephone status conference **on October 25, 2006, at 3:00 p.m. (CDT)** to be arranged by counsel for the defendants. Winfield Sinclair and Misty Fairbanks, counsel for the defendants, as well as counsel for the Special Master and counsel for the United States of America, shall be in attendance.

DONE this the 24th day of October, 2006.

                                                   /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE