IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| STATE OF ALABAMA, and | ) 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Secretary of State; | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE TO
MOTION TO WITHDRAW**

Plaintiff United States of America respectfully submits that it has no objection to the motion of Margaret L. Fleming, Winfield J. Sinclair and Misty S. Fairbanks to withdraw as counsel for Nancy L. Worley in her official capacity as Secretary of State. Plaintiff also has no objection to the Attorney General appointing another attorney as a Deputy Attorney General to represent the Secretary of State in her official capacity.

Respectfully submitted this 26th day of October 2006.

        ALBERTO R. GONZALES
        Attorney General

        WAN J. KIM
        Assistant Attorney General
        Civil Rights Division

        LEURA GARRETT CANARY
        United States Attorney
        R. RANDOLPH NEELY
        Assistant United States Attorney

        JOHN K. TANNER
        Chief, Voting Section

By:    s/Christy A. McCormick
        ROBERT D. POPPER
        CHRISTY A. McCORMICK
        DONALD L. PALMER
        Attorneys
        Voting Section
        Civil Rights Division
        U.S. Department of Justice
        Room 7254-NWB
        950 Pennsylvania Ave., NW
        Washington, D.C. 20530
        (800) 253-3931 (telephone)
        (202) 307-3961 (facsimile)

Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of October 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

    Nancy L. Worley
    Secretary of State of the State of Alabama
    State Capitol, Room 5105
    600 Dexter Avenue
    Montgomery, Alabama 36101

    State of Alabama
    c/o Troy King
    Attorney General for the State of Alabama
    Winfield J. Sinclair
    Margaret L. Fleming
    Misty S. Fairbanks
    Assistant Attorneys General
    11 South Union Street
    Montgomery, Alabama 36130

    Kenneth D. Wallis, II, Esq.
    Office of the Governor
    State Capitol
    600 Dexter Avenue, Suite NB-05
    Montgomery, Alabama 36104

    Scott L. Rouse, Esq.
    Office of the Governor
    State Capitol
    600 Dexter Avenue, Suite NB-05
    Montgomery, Alabama 36104

    Algert S. Agricola, Jr.
    Slaten & O'Connor, P.C.
    Winter Loeb Building
    105 Tallapoosa Street, Suite 101
    Montgomery, Alabama 36104

    Michael W. Robinson, Esq.
    Attorney for Department of Public Safety
    Department of Public Safety, Legal Unit
    Post Office Box 1511
    Montgomery, Alabama 36102-1511

        Dorman Walker, Esq.
        Balch & Bingham
        P.O. Box 78
        2 Dexter Avenue
        Montgomery, Alabama 36101-0078

        T.A. Lawson, II, Esq.
        Jeffrey M. Sewell, Esq.
        Assistant County Attorneys
        Jefferson County
        280 Jefferson County Courthouse
        716 Richard Arrington Jr. Blvd. North
        Birmingham, Alabama 35203

        Frank Corley Ellis, Jr., Esq.
        Wallace, Ellis, Fowler & Head
        P.O. Box 587
        Columbiana, Alabama 35051

        Gary R. (Rick) Trawick, Esq.
        Slaten & O'Connor, P.C.
        105 Tallapoosa Street, Suite 101
        Montgomery, Alabama, 36104

| Address of Counsel: | s/Christy A. McCormick |
|---|---|
|  | Trial Attorney |
| Voting Section, Room 7254-NWB | U.S. Department of Justice |
| Civil Rights Division |  |
| U.S. Department of Justice |  |
| 950 Pennsylvania Avenue, NW |  |
| Washington, D.C. 20530 |  |
| (800) 253-3931 (telephone) |  |
| (202) 307-3961 (facsimile) |  |
| E-mail: Robert.Popper@usdoj.gov |  |