IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| STATE OF ALABAMA, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

Upon consideration of Margaret L. Fleming, Winfield J. Sinclair, and Misty S. Fairbank's Motion to Withdraw as Counsel (Doc. #81) filed on October 26, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this day 30th of October, 2006.

                /s/   W. Keith Watkins
                UNITED STATES DISTRICT JUDGE