**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | |
| | ) | **2:06-CV-00392-WKW** |
| **STATE OF ALABAMA, *et al.,*** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

COME NOW, George L. Beck, Jr.; Terrie S. Biggs and Chad W. Bryan and the law firm of Capell & Howard, P.C., and files this notice of appearance as counsel for Defendant Nancy Worley, Secretary of State, in her official capacity.

Respectfully submitted this the 1st day of November 2006.

**Capell & Howard, P.C.**


**By:**   __/s/ George L. Beck, Jr._____
**George L. Beck, Jr. (BEC011)**
**Terrie S. Biggs (BIG006)**
**Chad W. Bryan (BRY032)**
150 South Perry Street
P.O. Box 2069
Montgomery, AL  36102-2069

Attorneys for Nancy Worley,
Secretary of State, in her official
capacity.

## CERTIFICATE OF SERVICE

This is to certify that on the 1st day of November 2006 a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Troy King, Esq.
Attorney General
State of Alabama
11 South Union Street
Montgomery, AL  36130

Kenneth D. Wallis, II, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, AL  36104

Scott L. Rouse, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, AL  36104

Robert D. Popper, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C.  20006

Christy A. McCormick, Esq.
United States Department of Justice
1800 G Street, Room 7246
Washington, D.C.  20006

Donald Palmer, Esq.
Civil Rights Division
Voting Section
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Room No. 7149
Washington, D.C.  20006

R. Randolph Neeley, Esq.
United States Attorney's Office
Post Office Box 197
Montgomery, AL  36101-0197

Algert Swanson Agricola, Jr., Esq.
Slaten & O'Connor, P.C.
Post Office Box 1110
Montgomery, AL  36101-1110

Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL  36104

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, AL  36101-0078

Frank Corley Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, AL  35051

Michael W. Robinson, Esq.
Alabama Department of Public Safety
Legal Unit
Post Office Box 1511
Montgomery, AL  36102-1511

And by first class mail, postage prepaid, to the following:

Wan J. Kim, Esq.
Voting Section
United States Department of Justice
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C.  25030

John K. Tanner, Esq.
United States Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C.  25030


**By:**    ___/s/ George L. Beck, Jr._____
          **GEORGE L. BECK, JR. (BEC011)**


Address of Counsel:

Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-2069
TEL:  334-241-8000
FAX:  334-241-8202
E-mail:  glb@chlaw.com