## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 2:06-CV-00392-WKW |
| **STATE OF ALABAMA,** *et al.,* | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR STATUS CONFERENCE

COMES NOW, Defendant Nancy Worley, Secretary of State, in her official capacity, by and through counsel, and files this Motion for Status Conference to be set in the above-referenced matter.

Respectfully submitted this the 1st day of November 2006.

**Capell & Howard, P.C.**

By: ___/s/ George L. Beck, Jr._____
**George L. Beck, Jr. (BEC011)
Terrie S. Biggs (BIG006)
Chad W. Bryan (BRY032)**
150 South Perry Street
P.O. Box 2069
Montgomery, AL  36102-2069

Attorneys for Nancy Worley, Secretary of State, in her official capacity.

## **CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of November 2006 a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Troy King, Esq.
>Attorney General
>State of Alabama
>11 South Union Street
>Montgomery, AL  36130
>
>Kenneth D. Wallis, II, Esq.
>Office of the Governor
>State Capitol
>600 Dexter Avenue, Suite NB-05
>Montgomery, AL  36104
>
>Scott L. Rouse, Esq.
>Office of the Governor
>State Capitol
>600 Dexter Avenue, Suite NB-05
>Montgomery, AL  36104
>
>Robert D. Popper, Esq.
>United States Department of Justice
>1800 G Street, Room 7270
>Washington, D.C.  20006
>
>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C.  20006
>
>Donald Palmer, Esq.
>Civil Rights Division
>Voting Section
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Room No. 7149
>Washington, D.C.  20006

      R. Randolph Neeley, Esq.
      United States Attorney's Office
      Post Office Box 197
      Montgomery, AL  36101-0197

      Algert Swanson Agricola, Jr., Esq.
      Slaten & O'Connor, P.C.
      Post Office Box 1110
      Montgomery, AL  36101-1110

      Gary R. (Rick) Trawick, Esq.
      Slaten & O'Connor, P.C.
      105 Tallapoosa Street, Suite 101
      Montgomery, AL  36104

      Dorman Walker, Esq.
      Balch & Bingham
      Post Office Box 78
      2 Dexter Avenue
      Montgomery, AL  36101-0078

      Frank Corley Ellis, Jr., Esq.
      Wallace, Ellis, Fowler & Head
      Post Office Box 587
      Columbiana, AL  35051

      Michael W. Robinson, Esq.
      Alabama Department of Public Safety
      Legal Unit
      Post Office Box 1511
      Montgomery, AL  36102-1511

And by first class mail, postage prepaid, to the following:

      Wan J. Kim, Esq.
      Voting Section
      United States Department of Justice
      Civil Rights Division
      Room 7254-NWB
      950 Pennsylvania Avenue, N.W.
      Washington, D.C.  25030

    John K. Tanner, Esq.
    United States Department of Justice
    Chief, Voting Section
    Civil Rights Division
    Room 7254-NWB
    950 Pennsylvania Avenue, N.W.
    Washington, D.C.  25030


    **By:**  \_\_\_/s/ George L. Beck, Jr.\_\_\_\_\_
       **GEORGE L. BECK, JR. (BEC011)**


Address of Counsel:

Capell & Howard, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL  36102-2069
TEL:  334-241-8000
FAX:  334-241-8202
E-mail:  glb@chlaw.com