IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendant Nancy Worley's Motion for Status Conference (Doc. # 85), it is ORDERED that the motion is GRANTED. This matter is set for a telephone status conference **on November 9, 2006, at 3:30 p.m. (CST),** to be arranged by counsel for Defendant State of Alabama. Counsel for the plaintiff, defendants, and Special Master shall be in attendance.

DONE this the 2nd day of November, 2006.


                                              /s/  W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE