Page 1

BEFORE THE ALABAMA

HAVA IMPLEMENTATION COMMISSION

MONTGOMERY, ALABAMA

# EXHIBIT A

IN RE:

REQUEST FOR INFORMATION (RFI)
and PUBLIC HEARING:
IMPLEMENTATION OF ALABAMA
VOTER REGISTRATION SYSTEM

\* \* \* \* \* \* \* \* \* \*

PROCEEDINGS, taken before the Alabama HAVA Implementation Commission, in the Old House Chambers, 2nd Floor, State Capitol, 600 Dexter Avenue, Montgomery, Alabama, on Tuesday, October 17, 2006, commencing at approximately 10:08 a.m., and reported by Dee Coker, Registered Professional Reporter and Commissioner for the State of Alabama at Large.

\* \* \* \* \* \* \* \* \* \*

In Re: Implementation of Alabama Voter Registration System   10/17/2006
Request for Information Public Hearing

2 (Pages 2 to 5)

### Page 2

1  ALABAMA HAVA IMPLEMENTATION COMMISSION:
2  Mr. Sid McDonald, Chairman
   Judge Richard "Rip" Proctor
3  Mr. Jim Bennett
   Mr. Trey Granger
4  Mr. Ken Wallis
5  SPEAKERS:
6  Governor Bob Riley
   Judge Mike Davis
7  Mr. James Tucker
   Mr. Les Sellers
8  Ms. Corinne Hurst
   Ms. Barbara Crozier
9  Judge Bill English
   Ms. Nell Hunter
10
11          * * * * * * * * * *
12      THE CHAIRMAN: Let me welcome all of you
13  here today. My name is Sid McDonald. I'm
14  from Washington. I'm the duly appointment
15  Chairman of this Commission, which, in simple
16  but necessary terms, is impaneled to help the
17  Governor meet his mandate to make Alabama
18  compliant with the NVRA, national legislation
19  which we have not met so far for reasons too
20  complicated to discuss right now. But we're
21  to get it done, and we're going to try to do
22  that for the best interest of everybody and
23  in regard to the Governor's mandate and his

### Page 3

1  sincere interest in getting it done.
2      Let me quickly introduce the members of
3  the Commission. Judge Richard Proctor,
4  Probate Judge in Lawrence County. Former
5  Secretary of State, important in this arena,
6  and now Secretary of Labor Jim Bennett. Trey
7  Granger, who has much to do with the election
8  machinery in Montgomery County helping Judge
9  McKinney run what I understand is a model of
10 voting procedures that our whole state
11 could -- could wish for. And on our far --
12 my far left is Ken Wallis, Chief Legal
13 Counsel to the Governor who is also unpaid
14 but listened to advisor to this panel.
15     We do welcome you here. This is an
16 information session. We're here to hear from
17 you, not for you to hear so much from us.
18 And in a moment -- we have a list of those of
19 you who are interested in making remarks.
20 There are so many, I'm going to have to
21 suggest and hope that you will hold your
22 comments to a brief period; five minutes
23 would be a wonderful bit of discipline, if

### Page 4

1  your remarks can fit into that time frame.
2      Let me, more importantly, introduce our
3  Governor. Back when I was in college a
4  hundred years ago, I took some courses that
5  said don't ever get up and say somebody
6  doesn't need introducing; that's poor style.
7  Well, I couldn't overwhelm that posture
8  today, because our Governor does not need any
9  introduction, certainly among political and
10 government leaders like you. So I'm --
11 knowing he has far more to do than he has
12 time to do it, I'm going to not even waste
13 time endorsing his candidacy. He's so far
14 ahead in the polls, I don't think my meager
15 endorsement is needed or might even be
16 helpful.
17     GOVERNOR RILEY: Take all the time you
18 need, sir.
19     THE CHAIRMAN: But he's here because
20 he's interested in what is happening here
21 today. And may I present to you the Governor
22 of our state, Bob Riley.
23     (Applause)

### Page 5

1      GOVERNOR RILEY: Thank you. Thank you.
2  Thank you. Let me introduce to you, Sid
3  McDonald. Sid McDonald has agreed to be the
4  chairman of this august group here. And I
5  want to thank each one of you for taking time
6  out of your busy schedule to do this.
7  There's very few things that are more
8  important in the State of Alabama, or all
9  over America, than the right to vote and to
10 make sure that every vote is counted and
11 counted properly; to make sure that we have
12 the best system in the United States. That's
13 what this committee is all about. It will
14 never delve into the political aspects. We
15 have Democrats on this committee; we have
16 Republicans on this committee. The only
17 thing that I would like to charge the
18 committee with is building the best
19 identification system, the best voter
20 registration system in America. If we do
21 that, then we've served the people of
22 Alabama; and that's ultimately what it's all
23 about.

Page 6

1    Sid McDonald is one of these really
2    unique people that you meet every once in a
3    while and like that has been successful in
4    almost everything he has ever done. And I
5    told him this morning, the reason that I
6    asked him to come and chair this committee is
7    because a person of his esteemed value to
8    this state also has to remain active in the
9    state. I don't want him to just sit at home
10   and have to worry about what to do every
11   day.
12       This is a great panel. Again, it's not
13   partizan. We never want this to be
14   partizan. But we are committed to meeting
15   the timeline that the judge has set. This
16   implementation committee is going to be very
17   dependent on you for your insights, your
18   observations, your analysis of the best
19   systems that we can put together. We have
20   people in this room today that are talking
21   about a new type of technology, a new type of
22   enrichment technology that will allow us to
23   do things that other states haven't even

Page 7

1    began to address yet. And I hope all of it
2    works together for one -- one common
3    purpose. And that's for Alabama to meet the
4    timelines that the judge has set, keep the
5    politics out of the -- out of this whole
6    procedure, and let us build a world class
7    voter registration system.
8        Gentlemen, thank you for serving. I
9    know you've heard just a moment ago that the
10   chairman said that -- he underlined or put
11   special emphasis on the word unpaid. They
12   are. But that's even more important, because
13   the only job that each one of these people
14   have, the only job that any of you in here
15   that are going to testify or speak to this
16   group today is to remove any personal
17   vestiges of any reward, and let's build the
18   best system we possibly can.
19       I wish I could stay. I've got another
20   meeting in Birmingham, and evidently I'm
21   going to have to drive. But, again, thank
22   all of you for being here. Thank you for
23   your participation. If we work together,

Page 8

1    we'll meet the guidelines, and we will
2    develop that really world class system.
3        Thank you. Thank you, Mr. Chairman.
4        (Applause)
5        THE CHAIRMAN: At this time, I would
6    like to ask Nell Hunter to come forward and
7    lead us in the Pledge of Allegiance.
8        (Pledge of Allegiance)
9        THE CHAIRMAN: We now come to the
10   hearing part of our program. And to lead us
11   through that, I'm going to ask Trey Granger
12   to narrate the -- this segment. He knows a
13   great many of you personally, and he can
14   interact with you perhaps better than I can
15   as a stranger to most of you. Trey.
16       MR. GRANGER: Thank you, Mr. Chairman.
17       Thank you all for being here today. We
18   felt like it was time to clear the air, and
19   we appreciate you being a part of that
20   clearing.
21       We have got a very, very, very quick
22   schedule to get this done by August the 31st,
23   but we seek your input today to help us do a

Page 9

1    better job. We feel like, and the Governor
2    feels like, that each of you all hold a stake
3    in the outcome of this, because many of you
4    are local election officials. And anybody
5    who has the responsibility of being a local
6    election official, whether you're a sheriff
7    or circuit clerk, registrar or probate judge,
8    we all work together at the local level to
9    make sure the elections happen efficiently
10   and fairly. So we want your input.
11       We put out for comment the original RFP
12   that was released several years ago. We felt
13   like it's easier to amend/modify a document
14   that's out there, make it better, enhance it
15   than start over from square one. So we would
16   like to, A, ask for your comment today on
17   that document.
18       We're not here to talk about one vendor
19   being better than another. We're not here to
20   bash each other or anybody else. We're here
21   this morning to try to find the best document
22   that can be released in a very short period
23   of time, responded to very succinctly and

Page 10

very sincerely from capable, able vendors from across this country who can provide Alabama with a voter registration and election management system that will make Alabama world class in voter registration and in automobiles.

So we encourage you to work with us today to stay focused on that original RFP, how we can change it, how we can look at your perspective as a member of the Board of Registrars or a probate judge or a circuit clerk who deals with absentee voting on many, many cases, or a sheriff who is the ballot returning officer on election day. We take your role very respectfully, because you have that responsibility.

We're also going to be working and invite to the table people who are involved in other state agencies. Our new voter registration system will have to be interactive among different branches of state and federal government. We truly want to make this bad situation into a good one. We

Page 11

think Alabama can rise from the problems that we have today with no implementation and turn into a model for other -- the other 49 states to look at when they look at redoing their systems that might not reach the potential that ours can become.

With that in mind, we have also released a procurement schedule. I state early on that that procurement schedule that you should have a copy of is tentative. We have to work with different bodies to make sure we can do that. We would like to be very aggressive in our efforts. We'd like a quick turnaround, but we also want to give everybody involved in the process time to respond effectively and professionally. Then we have to go through a contract, you know, negotiation standpoint. So we offer that procurement schedule.

But I'm going to stop now. We have a list of some 22 people who I think signed up to speak. We will call on you in the order in which you signed up. If there are others

Page 12

who wish to speak after we go through this list, please raise your hand, and we will call on you.

The first person on the list from Montgomery is Deanne Jeames, who is an individual representing herself.

Deanne Jeames.

MS. JEAMES: No. I'm sorry.

MR. GRANGER: Oh, you don't want to speak. Okay. Did everybody who signed this list wish to speak?

AUDIENCE: No.

MR. GRANGER: No. Okay. Well, why don't you raise your hand, and I will call on you if you wish to speak.

Judge Mike Davis.

I think the Chairman has limited the remarks to how long, Mr. Chairman?

THE CHAIRMAN: Five.

MR. GRANGER: He said to five minutes. You know, or it's -- you know, try to -- we're trying to get everybody in within a two-hour window. So we certainly hope you

Page 13

can make your remarks in that time.

JUDGE DAVIS: Okay. Governor Riley, members of the Implementation Committee, Mr. Wallis, as the designated voice and representative of the organization that represents Alabama's 68 probate judges, I would like to thank each of you for this opportunity to speak on the subject of implementation of a voter registration system in Alabama.

We would like to make a few observations of the electoral process in Alabama, identify some specific needs of probate judges, and present three clear and distinctive recommendations for your consideration.

Alabama's new voter registration system must be more than just an average system. It must be a vehicle that allows each county to provide better and more efficient elections in the years and the decades ahead. There's been considerable debate over the "top-down" versus the "bottom-up" concepts currently being used by other states to comply with the

Page 14

1  HAVA requirements. Later in this
2  presentation, we will identify a better
3  approach to voter registration that includes
4  components of both concepts. Any approach
5  that does not provide local officials the
6  ability to perform their duties would have a
7  devastating effect upon the electoral
8  process.
9       Observations. Administration of
10 elections in the state of Alabama occurs at
11 the county level. Alabama does not have one
12 statewide election. We have 67 different
13 elections that collect the results of which
14 become our statewide system election. Each
15 county probate judge conducts these 67
16 elections. No one knows more about the
17 operational mechanics and how to conduct an
18 election than the probate judge.
19      One of the major keys to conducting a
20 successful election is the ability to
21 generate an accurate list of registered
22 voters on a timely basis for use at each
23 voting place. Poll workers at each polling

Page 15

1  place must know what ballot style each voter
2  receives when the voter arrives to vote.
3  Poll workers obtain this information from the
4  list of registered voters. If a voter
5  receives the wrong ballot style, when the
6  voter casts their ballot because the list of
7  registered voters contains erroneous
8  information, either that voter votes for
9  candidates for whom the person has no right
10 to vote, or the person is denied the right to
11 vote for candidates for whom the person is
12 entitled to vote. In any event, the
13 credibility of the election process is
14 brought into question.
15      And herein lies the obvious interest of
16 the Alabama Probate Judge's Association in
17 recommending a system that will enable us to
18 administer the laws governing the conduct of
19 elections as it pertains to voter
20 registration and the system's ultimate effect
21 upon our ability to administer elections on a
22 local level.
23      I perceived -- for the lack of time, I

Page 16

1  will not go over all of this, but for your
2  consideration, I give you a basic background
3  of each one of the election official's roles
4  in the state of Alabama. If I could, I would
5  like to just go to page 7 of your
6  presentation. I'd like to identify these
7  probate judges.
8       Any new system should include the latest
9  GPS and GIS technology to accurately assign
10 political subdivisions. This will enable
11 local Boards of Registrars to eliminate human
12 error in assigning political subdivision in
13 each county. And I would note that each
14 county's political subdivisions are unique,
15 and any system must have software designed to
16 serve each county's needs.
17      Probate judges need the ability to link
18 to a local database. We need the ability to
19 provide software with all information needed
20 to perform its statutory and administrative
21 duties. Some of these duties include but are
22 not limited to the ability to build tables
23 for ballot styles; the ability to assign

Page 17

1  ballot styles to each voter; the ability to
2  provide the official list of registered
3  voters to the absentee election manager; and
4  the ability to provide the poll lists to all
5  election officials on election day.
6       We also need the ability to provide
7  reports for all the voter registration data
8  information for the purpose to determine the
9  number of ballots for each polling location
10 and amount of printed supplies. The ability
11 to provide reports of voter registration data
12 to make recommendations to county commissions
13 for the addition or deletion of precincts,
14 and the ability to download data to disks or
15 deliver it electronically to newspapers for
16 the purpose of publication requirements.
17      The new system or vendor should include
18 the conversion of all voter registration data
19 to the needs of each individual county to
20 minimize confusion for the voters and the
21 election officials.
22      The vendor must be required to train all
23 state and local officials in the use of the

Page 18

1 software and hardware and identify all
2 resources to accomplish this task.
3     Our recommendations. The observations
4 of Alabama law in the roles of elected and
5 appointed officials at the county level
6 necessitates a voter registration system that
7 allows a database to be maintained at the
8 local level with the technical capabilities
9 to immediately, in real-time, provide this
10 information to a statewide system. HAVA
11 requires the state to have a single, uniform,
12 official, centralized, interactive
13 computerized statewide voter registration
14 list defined, maintained, and administered at
15 the state level. Therefore, we believe that
16 a combination from a "top-down" and a
17 "bottom-up" concept is worthy of your
18 consideration.
19     We propose a hybrid or a compromise
20 concept of voter registration in Alabama.
21 This hybrid method meets the truest and most
22 strict interpretation of HAVA Section 303.
23 It is the only way to guarantee equal voter

Page 19

1 protection across the state. All counties
2 using the same software system, procedures,
3 terminology, duplicate registrant detection,
4 data table values, et cetera. It allows
5 local servers, which adds another layer of
6 fail-safe redundancy allowing piece of mind
7 of local officials in being assured of their
8 needs to administer elections and would
9 prevent no interruption in service due to
10 loss in connectivity.
11     We emphasize each local county's
12 uniqueness and the absolute necessity to
13 allow development of software to accommodate
14 every need. Example: Changes in precinct
15 lines, legislative district lines, fire
16 districts, school board districts, municipal
17 district lines, reports, printing of poll
18 lists, building tables, assigning ballot
19 styles. The hybrid system we propose is in
20 compliance with HAVA requirements and with
21 Alabama law. We believe existing law in
22 Alabama requires such a concept.
23     Therefore, the APJA recommends three

Page 20

1 points. One, Alabama's new voter
2 registration system should be developed and
3 designed as hybrid to include uniform data
4 structures, uniform hardware architecture
5 among the counties supportive of the state,
6 and uniform software structure among the
7 counties interactive with the state, and
8 continuous high-speed connectivity among the
9 67 counties and the state for interactive
10 data management and data inquiry.
11     The system is one statewide central
12 platform supported by a foundation of 67
13 footings. The hardware, software, operation
14 and interaction of each footing would be
15 identical to that of the platform but would
16 allow for local functionality in election
17 requirements of local officials.
18     With a hybrid design, the 67 supporting
19 counties would report in real-time fashion to
20 the central platform or database but would be
21 able to function sufficiently or
22 independently should there be an unexpected
23 interruption at the state level or in some

Page 21

1 location in another portion of the state.
2     Secondly, the new system shall include
3 the state-of-the-art components that can
4 immediately be utilized in many counties but
5 not overwhelm rural counties with limited
6 resources or personnel. We suggest your
7 including the following system capabilities
8 when creating the components, and most
9 basically all of these from page 12 through
10 14 are those that we've identified as needed
11 for probate judges.
12     I would point out that in order to
13 maintain efficient, easy, and network-
14 friendly system, we suggest the following
15 encryption specifications. One, FIPS 140-2
16 certified encryption. Two, Purely Symmetric
17 encryption as opposed to the Asymmetric
18 encryption, because it is a known fact within
19 the cryptology community that Symmetric
20 encryption is more efficient than
21 Asymmetric.
22     While the criterion you design and the
23 system you select should be the single system

Page 22

1  for storing and managing the official list of
2  registered voters in Alabama, it should also
3  be a system for use in each of the 67
4  counties which comprise the state.
5     We encourage you to provide a full array
6  of options within the system that will allow
7  each jurisdiction to determine the level of
8  extras the county chooses to utilize while
9  remaining committed to the fundamental
10 requirements of state and federal law. For
11 example, many of our schools offer advanced
12 placement classes to some students while
13 maintaining a core curriculum of basic and
14 immediate options for those who are more
15 comfortable in such an environment. Using
16 this educational metaphor, we certainly
17 advocate the system be able to accommodate
18 those counties who are interested in advanced
19 placement but also mindful and accommodating
20 to those counties who prefer a more
21 fundamental approach toward compliance.
22    The third and final component we
23 recommend is the Alabama voter registration

Page 23

1  system be designed to serve as an election
2  management resource for each of the 67
3  counties. The new system should streamline,
4  integrate, and ensure the following election-
5  related duties: entering provisional voter
6  information in voter's history and all other
7  aspects of provisional voting; creation of
8  election management documents; poll worker
9  management; logging and reporting military
10 requests for absentee voting; absentee voting
11 reports, (requesting and voting); batch
12 reports for ballot styles and quantities
13 based on registration information. All of
14 these are very important for the
15 functionality at the local level, and
16 elections do occur on local levels in
17 Alabama.
18    The state's HAVA plan provides for $12
19 million and related interest accrued for the
20 creation and implementation of the statewide
21 voter registration system. If we work
22 together now, we can ensure a system built
23 upon a strong foundation implemented with a

Page 24

1  balanced view of both statutory compliance
2  and local functionality and properly
3  maintained for future generations. No other
4  state in the country is in the situation
5  Alabama finds itself. We ask the committee
6  to act quickly but prudently in this
7  endeavor. If Alabama is successful in this
8  hybrid approach, together we will be able to
9  provide other states a model of success.
10 Many of them are looking for effective
11 solutions for revision to a system adopted
12 without full consideration given to the
13 responsibility of conducting elections at the
14 county level.
15    With time being of the essence, we
16 encourage you to seek a system that maximizes
17 compliance with Alabama election laws. The
18 U.S. Election Assistance Commission in July
19 2005 issued a report which concluded that a
20 hybrid concept complies with HAVA
21 requirements. We would further note that the
22 Department of Justice has approved similar
23 systems in the country.

Page 25

1     We encourage Governor Riley and the
2  members of this committee to embrace the
3  responsibility and enormous task placed upon
4  local election officials of this state in
5  conducting a primary, run-off, special, or
6  general election and provide a hybrid system
7  that takes the best of all approaches and
8  produces a world class voter registration
9  system. The Alabama probate judges stand
10 ready to assist in such effort.
11    MR. GRANGER: Thank you, Judge Davis.
12 Thank you for your written comments as well.
13    Who would like to speak next?
14    Yes, sir? If you would state your name
15 and who you represent, please.
16    MR. TUCKER: I will. Thank you very
17 much. My name is James Tucker. I'm a lawyer
18 with the Alabama Disabilities Advocacy
19 Program. Thank you, Chairman McDonald, other
20 commissioners, Mr. Wallis, for the chance to
21 be here this morning.
22    The Alabama Disabilities Advocacy
23 Program has the responsibility in the state

Page 26

1   of Alabama for representing and advocating
2   the interest of a broad variety of persons
3   who have a variety of disabilities. That
4   includes both physical disabilities and other
5   kinds of disabilities. One thing that we
6   would urge this Commission to respect and pay
7   attention to throughout its deliberations is
8   that one of the reasons that HAVA was passed
9   was in order to assure full compliance with
10  the ADA, the Americans with Disabilities
11  Act. To boil it down, the ADA requires that
12  persons with disabilities be able to obtain
13  physical access to a polling place in that
14  once that person has entered the polling
15  place and has entered the polling booth, that
16  that person be able to execute his or her
17  vote with an appropriately accessible
18  machine. There have been a number of surveys
19  with regard to the broad variety of voting
20  machines that are available throughout the
21  country. Some of those machines have
22  identified significant compliance problems
23  with the ADA. We would urge this Commission

Page 27

1   to pay attention to both physical
2   accessibility issues to polling sites and to
3   assuring that voting machines are fully
4   accessible to all persons with all
5   disabilities. We would welcome the
6   opportunity to work with the members of this
7   Commission to assure that. We've already had
8   the opportunity to work with Commissioner
9   Granger in Montgomery.
10      That said, we also note that there have
11  already been, sirs, unfortunate comments from
12  a minority, a handful of election officials
13  around the state which have called into
14  question the ultimate necessity and value of
15  complying with the ADA with regard to this
16  important matter. We would be happy to share
17  that information with the members of the
18  Commission and to work with you further to
19  assure compliance. We do not wish for this
20  state to fail to comply with the requirements
21  of the ADA as it seeks to fully implement its
22  duties under HAVA.
23      We would welcome the chance to work with

Page 28

1   all members of this Commission and all
2   elected officials throughout the state, and
3   we thank you for the opportunity to be here
4   today. Thank you.
5       MR. GRANGER: Thank you for your
6   comments. Before you leave, I would like to
7   say that when we first talked, Governor
8   Riley's number one priority for this
9   commission was to make sure that we included
10  and considered everything you've just said.
11  And I'll say our Governor is right on point
12  in making sure that we do that statewide.
13      MR. TUCKER: Thank you so much.
14      MR. GRANGER: Absolutely.
15      Les Sellers from Coosa County.
16      MR. SELLERS: My name is Les Sellers,
17  and I'm chairman of the Legislative Committee
18  for the Alabama Association of Boards of
19  Registrars. I'm here this morning to pledge
20  the support of the Boards of Registrars in
21  this venture, our cooperation, and request
22  the opportunity, when appropriate, for us to
23  have an opportunity as the end users to

Page 29

1   comment on and constructively work towards
2   the final software package in the complex
3   situation that we're dealing with.
4       There are two comments that I would like
5   to make. One, over the period of time that
6   I've served on the Board of Registrars in
7   Coosa County, I observed that the existing
8   Alabama state system atrophied considerably
9   because of electing financing. And I would
10  call the Commission's attention to the
11  Section 6 of the Secretary of State's HAVA
12  implementation plan where it is clearly
13  pointed out that the moneys that HAVA is
14  providing is to build a system, but it does
15  not address the maintenance, care, and
16  feeding of that system in the out-years,
17  which could be substantial because technology
18  changes on a regular and reoccurring basis.
19      And, certainly, I applaud everything
20  that the judge discussed as far as the hybrid
21  system. I particularly am impressed with the
22  thought that the complexity of that system
23  may be, when provided, varied based on the

Page 30

size and the population of the counties involved and the needs of the counties; but I think the out-year expenses are something that really needs to be considered. And I would hope that in that light, the finance director and the information services director might be included as persons that would -- would have input to how we would manage that aspect.

In plain terms, sir -- gentlemen, I am concerned about a divorce that might take place between the state and its provided system now that in the out-years would work a tremendous financial burden on the individual counties. And -- and beyond that, I look forward to working with you in any way possible. Thank you very much.

MR. GRANGER: Thank you, Les.

Corinne, Circuit Clerk from Lee County.

MS. HURST: Good morning. Mr. Chairman, members of the committee, I am Corinne Hurst, the Circuit Clerk in Lee County. I'm an attorney, immediate past president of the

Page 31

Circuit Clerks' Association, and I'm here today on their behalf.

I have expressed my feelings in the past as a member of the HAVA committee to Judge Proctor and to Trey Granger and to Judge Davis and many others, and we are extremely supportive of this process. So we -- we pledge our support to you.

I would like to emphasize that for way too long, the absentee process in Alabama has been sorely neglected. It's been left out there to be dealt with by generally the circuit clerks or the appointed absentee election manager. It is vital that we have an absentee component developed as part of this process.

As statutory and administrative additions have been added in the area of HAVA law, particularly with the area provisionals and the military database, that has greatly added to the frustration and the time-consuming aspect of absentees; and it is just mandatory that we have a component built in

Page 32

that will automate many of the functions that the absentee election manager, circuit clerk must handle. And, in fact, it will cut down on errors, it will save time, it will save money; and I do believe that -- that to integrate that would assist the county probate judges as well to eliminate some functions there. So I will keep my comments brief, but I know that you know my concerns about that area of absentees.

We pledge to work with you to make sure that we develop software that's capable of doing that. Thank you.

MR. GRANGER: Thank you, Corinne. Anyone else like to speak?

Barbara Crozier.

MS. CROZIER: Gentlemen, I won't bother getting behind the podium, because you couldn't see me there.

I am really excited about the appointment of this commission. This is a huge issue. Number one, the correction of our -- of our voter polls. That alone could

Page 33

revolutionize reporting in Alabama.

Naturally, since I am a person with a disability and I represent over a million people in the state of Alabama who have significant disabilities, according to the 2000 census, when you count those individuals who are not counted in the system census, that's a large group of people that sometimes are not included.

I have been voting since I was old enough to vote. And many, many times, I was in a voting place that was not accessible. I had to be carried up steps. I had to vote on a machine that I could only reach a certain level, you know, of the candidates. If I had a private vote, that meant that I could only vote for those candidates I could reach.

When Montgomery got the kneeling voting machines, that was a big improvement; and I could almost reach every one of those, because in addition to having a disability, I'm short. So I have a dual thing going there. But I am only one person with a

Page 34

1   disability.
2       I would like to tell you a little bit
3   about what Montgomery County has done. I
4   remember many, many years ago when we were
5   trying to implement the -- I believe it was
6   1984 Federal Law about making the voting
7   process accessible to people with
8   disabilities and senior citizens. I went to
9   every county in the state. And that was a
10  long time ago. But I met probate judges and
11  other county election officials who were not
12  aware that there were people with
13  disabilities in their county.
14      i personally know that there are many
15  individuals in every county. And because I
16  am here to speak for them, I want you to
17  think about not me, but let's talk about the
18  most significantly impaired individual. And
19  I'm going to use an example that we were
20  successful in making the elections process an
21  independent situation for this individual.
22      He is paralyzed from the third cervical
23  vertebra down. He cannot move his hands. He

Page 35

1   can move his head. He can bump himself a
2   little bit like this (indicating) just by the
3   action. But I asked Trey that we make our
4   system accessible to this individual, because
5   I knew he would be one of the biggest
6   challenges.
7       The machines that we're using right now
8   had the ability to have little flexible
9   rubber straw or hose added to it. And this
10  individual who operates his wheelchair by
11  sipping and puffing on a similar straw was
12  able, for the very first time in his life, to
13  vote a private and totally independent vote.
14  I can't tell you what that meant to this
15  individual. And I can't tell you what it
16  means to other individuals with significant
17  disabilities -- people who are blind, people
18  who are deaf, people who don't have the full
19  ability to -- to read. But with the machine
20  we have, you can put a headset on, and it
21  guides you right through the process. Each
22  of these individuals were able to vote
23  independently and with dignity.

Page 36

1       For all those people, I want to say that
2   it is a tremendously wonderful thing to
3   participate in person in the elections
4   process; to be there and let other people see
5   that your voice is being counted; that you
6   are participatory in your county, your city,
7   and your state.
8       If there is anything that I can do to
9   help make this body include accessibility for
10  people -- and I know places like Coosa County
11  and Clay County and Perry County and all
12  those places will have problems with this.
13  The disability community in Alabama stands
14  ready to assist in any way that we can. So
15  we wish you well, and we offer our heart-felt
16  desire to work with all of you. Thank you.
17      MR. GRANGER: Would anyone else like to
18  speak or address this group today?
19      Yes, sir? Judge English.
20      JUDGE ENGLISH: Mr. Chairman,
21  Commissioners, good morning. My name is Bill
22  English. I'm the probate judge of Lee
23  County. I'm also an attorney. I also happen

Page 37

1   to serve as chairman of The Alabama
2   Electronic Voting Committee, but I want you
3   to understand that my comments this morning
4   are in my personal capacity primarily from my
5   previous experience.
6       For 18 years prior to being elected as
7   probate judge, I served as the data
8   processing manager and the elections manager
9   for Lee County. In that capacity, I actually
10  designed, programmed, wrote, and implemented
11  a voter registration system. So I have a
12  little bit of a unique perspective on the
13  needs here, if you would.
14      I know there are a lot of people
15  interested in this. There's a lot of money
16  on the table. There have been a lot of
17  submissions previously. I actually reviewed
18  the previous submissions, each and every one
19  of them.
20      There are a couple of issues that I
21  think may get glossed over in this process
22  that I'd like to make sure that you
23  consider. We are not inventing the wheel

Page 38

1  here. Voter registration occurs in 49 other
2  states. Alabama is unique, but it doesn't
3  have a unique concept here. We probably
4  benefit most by looking at the existing
5  systems and adapting them to our needs as
6  opposed to completely rewriting this issue.
7       One of the issues that surfaced in the
8  previous RFP that I think needs to be
9  considered is there was some discussion over
10 ownership of the software versus source
11 coding the software. I do think Alabama
12 needs to have access to the software on its
13 own so that it can fix it should the vendor
14 not be able or willing to, but I don't think
15 any vendor is going to be very agreeable in
16 allowing the state to have ownership of the
17 source code, because that would allow the
18 state to turn around and sell it to others.
19 I don't think anybody in the industry is
20 going to be interested in that.
21      Another concept I would urge you to
22 consider is the state should require open
23 access data. The data should be stored in

Page 39

1  one format that can be accessed by more than
2  one vendor. If you're not careful, a vendor
3  may store the data in a proprietary format
4  where only that vendor can access the data.
5  That would not give you the ability to change
6  should you need to in the future.
7       The data needs to be accessible by all
8  of the affected user groups. Certainly the
9  Board of Registrars will be the front-line
10 and the foremost user of this package. But
11 the circuit clerks, the probate judges, and
12 the Secretary of State's office all need the
13 ability to use the information as well. We
14 don't need an information stranglehold, if
15 you would, because we need the ability to use
16 this product.
17      Last, I would urge you to make it -- the
18 purchasing decision in such a manner that it
19 can be modifiable for local needs as
20 necessary. Alabama's counties are all
21 different, as you know. We need the ability
22 to adapt with this package. For instance, in
23 Lee County, the November general election, we

Page 40

1  will have 73 different ballot styles because
2  we have the various combinations of districts
3  that all the counties have; we've also got a
4  fire district election this year. Other
5  counties may not have that. If you don't
6  allow some significant design input from the
7  end users, you know, ultimately, you're going
8  to wind up with a package that fits the
9  experts' needs but doesn't fit the users'
10 needs.
11      In closing, I would encourage you, let's
12 make this a practical business decision, not
13 just a politically-influenced buying
14 decision. Thank you.
15      MR. GRANGER: Thank you, Judge English.
16      Any other local official or interested
17 party before we move on to the vendor
18 comments?
19      I think this Commission wants to thank
20 everybody from a local perspective. Many of
21 us have worked together in the rewrite of
22 Title 17. So I know we're going to call on
23 your expertise. I know Judge Proctor and

Page 41

1  Ms. Hurst and several of us worked on that
2  revision. So in that same spirit of
3  cooperation and bipartisan fashion, we're
4  going to call on many of you to be resources
5  to us for expertise from your area. So we
6  appreciate your comments today.
7       We also categorized this hearing as a
8  request for information. As I said early, we
9  felt like that rather than starting over from
10 square one, we could build on at least the
11 tenets of an RFP that were out there. We
12 asked vendors who might be interested. We
13 sent out over 700 notices of information to
14 different companies and affiliates registered
15 with the Alabama Department of Finance.
16      If you are here today representing a
17 vendor and have information that you would
18 like for us to consider as we begin to
19 restructure this RFP to make it affordable
20 for Alabama, we would certainly appreciate
21 your comments and information. However, we
22 don't want anyone to sell their product or
23 tell us today why one system might be better

Page 42

than another. We would like your information and input on how we can structure an efficient and world class RFP for Alabama. And I'll just take it by the first hand I see, if any.

Any vendor that would like to make a comment or recommendation?

MS. HUNTER: Trey, I'd like to just say a few words. I don't want to make a speech but just a few things to let you know how we feel.

MR. GRANGER: Great. Before we do that, we'll have you, Ms. Hunter. You're the godmother of voter registration, so I'd like for you to come on up here. Yes, ma'am, please come on.

MS. HUNTER: Okay. If I can make it up. You know how long I've been here. I just want to say hello to everybody and tell you that I'm just here to say that all of you have my support. And if I can do anything to help you down here, I will. And I want to work with Trey, and our county wants to. And

Page 43

I have people in my office that, of course, we want to know what you want them to do, but we want to allow them to do that. And I'm here because I'm interested and I care. And I know that all of you have a need. And the one that spoke about absentee voting absolutely needs it very much. And it affects the registrars. We work with them, and especially with the provisional voting. That is something that interacts between the two departments. But it needs to be more going on between the departments and then more help to you.

And I just wanted -- I feel like I know all of you, I've been here so long. And I guess I'm still here because I -- I love it. I built a system from a newspaper up. The county has always been great to me and always been helpful as well as the state has, also. And I did, though, want Trey to know, and I'm sure that other -- there is other counties that will have people that can be of some help to him. And I understand that's the way

Page 44

you're to build a system.

And you did mention that the RFP that you had something to build on, and you can change -- and I have already sent him information on many of the subjects and where I thought that we could improve. And I'm just here to help anyone and to do anything that I can, because my system, you know, works for me. And it can -- and you know what we all have to know is that you need systems that can do anything that the larger counties can do, but it also needs to be able to do the very simple things. And, you know, so many of the counties will not need what maybe five or six of the counties will need. But the ability for them to have this out there for their needs, it's imperative that you get it and know what you need to begin with rather than to go back and ask for some more.

So -- but not go overboard and just start at a low level. But I felt like I knew you enough that I could just speak to you and

Page 45

tell you that you would have my support.

Okay. Thank you.

MR. GRANGER: Thank you, Ms. Hunter. Anyone else like to speak, or any vendor, before we move into a notice of the recommended timeline for procurement? We'd love to hear from anybody else at this point.

Ken points out very well that anybody that would like to make any written submissions, we will take them today through five o'clock; we would appreciate that, or any future comments or e-mails, they would also be welcome.

I'd also like to point out that we provided everyone here today with a timeline for procurement. We are going to try to live by this timeline to the best of our ability.

Judge Proctor and I have to live through November the 7th, which is the upcoming general election, and we wanted to work around that deadline. I know all of you in this room who are election officials and

Page 46

1  vendors also have that on your mind, because
2  getting through November 7th is a challenge
3  for each of us; whether you're a Board of
4  Registrar, a probate judge, a circuit clerk
5  or a sheriff, we all have responsibilities
6  that day.
7      But we will provide electronically to
8  everyone on November the 3rd, an outline or a
9  skeletal form of what we feel like the major
10 issues for our new RFP are. It will not be a
11 final RFP but will only be an outline form so
12 that you who are vendors can begin to
13 formulate thoughtful and meaningful
14 responses. We discourage -- we clearly
15 discourage just canned, off-the-shelf
16 responses.
17     We will then have an RFP that's released
18 on November the 17th. I would like to
19 underscore that it will be released
20 electronically, and it will be on Governor
21 Riley's web site. There will be no written
22 release of the RFP. We feel like if we do it
23 electronically on Governor Riley's web site,

Page 47

1  then everybody will have access to that RFP
2  at the same time, and we don't have to rely
3  upon the mail to get to some folks earlier
4  than the others.
5      We will then have some issues in between
6  then, and those dates will be posted this
7  afternoon on his web site. But we will have
8  a mandatory vendor conference on December the
9  1st. That will be a joint session of this
10 Commission and the Alabama HAVA Committee,
11 assuming that -- we feel like the chairman of
12 that committee will work with us. He's
13 expressed so. So we will have a joint
14 meeting here at the Capitol complex, and that
15 location will be announced. But we will have
16 a joint vendor conference. We will have a
17 question-and-answer session, and we will also
18 have slotted times for vendors to make their
19 presentation to the joint session.
20     Proposals will then be due by noon on
21 December the 8th. The proposals will be due
22 by noon on December the 8th; and then there
23 will be a schedule of review, negotiation,

Page 48

1  and then moving forward toward
2  implementation.
3      I have to note that we put a disclaimer
4  at the bottom of this, because there are some
5  dates that are subject to change. Alabama
6  has a Joint Legislative Contract Review
7  Committee by which we will have to work. We
8  don't know at this point whether or not that
9  body can call a special meeting or if they
10 can postpone their January meeting.
11     But we want plenty of time to negotiate,
12 and we want and put everybody on notice. We
13 are going to create a schedule of vendors
14 that we will negotiate with and a priority
15 status after we look through all the
16 proposals and a recommendation comes. So
17 there will be a first priority. So we want
18 everybody to know that there won't be just
19 one award. We will negotiate with one first;
20 and if we couldn't get a conclusion with
21 them, we might move to a second choice. But
22 we will schedule those people so that
23 everyone can be on notice. And everything

Page 49

1  that we do will be put on the web site so it
2  will be fair and accurate for everybody
3  involved in the process.
4      At this point, I'll turn it back over to
5  Mr. Chairman for any further business and
6  adjournment. Thank you for being here.
7      THE CHAIRMAN: Thank you, Trey, for your
8  participation. And thank all of you who --
9  who enlightened us on your needs.
10     Implementing this act is a very
11 challenging undertaking, a huge one. But
12 it's very promising. I have history
13 observing all of the issues that you good
14 folks brought to us today. I don't -- in my
15 part of the country, every election we have,
16 you have to finally settle it by a lawsuit
17 because certain laws are vague or certain
18 lists are not accurate, and the -- on and
19 on. It goes to convincing me long before
20 this involvement that all of this process
21 needs the kind of redo that we're about. And
22 we're going to do our best to provide what
23 the state and all of you need.

Page 50

1  Anybody among us wish to say something?
2  Judge? Mr. Wallis?
3      MR. WALLIS: I think it would also be
4  important to tell everybody, in addition to
5  us attempting to post everything on the
6  Governor's web site, we would welcome if any
7  of you have questions, concerns, suggestions,
8  communicate to any one of this group or to
9  me, because we have a very good communication
10 system among ourselves. And so a
11 communication to one will suffice as a
12 communication to all, and we will make each
13 other known of your questions or concerns and
14 be as responsive as we can to anything that
15 you need as members of the public, as
16 election officials, or as vendors. Thank
17 you.
18     THE CHAIRMAN: Thank you again. We are
19 adjourned.
20     (The proceedings concluded
21      at 11:04 a.m.)
22     * * * * * * * * * *
       END OF PROCEEDINGS
23     * * * * * * * * * *

Page 51

1       REPORTER'S CERTIFICATE
2  STATE OF ALABAMA
3  ELMORE COUNTY
4      I, Dee Coker, Registered Professional
5  Reporter and Commissioner for the State of
6  Alabama at Large, hereby certify that on Tuesday,
7  October 17, 2006, I reported the PROCEEDINGS in
8  the matter of the foregoing cause, and that pages
9  2 through 50 contain a true and accurate
10 transcription of said proceedings.
11     I further certify that I am neither kin
12 nor of counsel to the parties to said cause, nor
13 in any manner interested in the results thereof.
14     This 7th day of November, 2006.
15
16
17
18     _____
       DEE COKER, CSR, RPR
19     and Commissioner for the
       State of Alabama at Large
20
       MY COMMISSION EXPIRES: 1/25/09
21
22
23