IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-392-WKW |
| | ) | |
| The STATE OF ALABAMA and | ) | |
| NANCY L. WORLEY, Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the telephone status conference, which was set for November 9, 2006,

at 3:30 p.m. (CST), is CANCELLED.

DONE this the 9th day of November, 2006.


            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE