IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that this matter is set for a status conference **on November 16, 2006, at 10:00 a.m. (CST)**, in Courtroom 2-E, United States Courthouse, One Church Street, Montgomery, Alabama. Counsel for the plaintiff, the defendants, and the Special Master shall be in attendance. Trey Granger, as a representative of the Special Master's committee, also shall be in attendance. At their option, counsel for the plaintiff may appear telephonically upon at least twenty-four hours' notice to this court's courtroom deputy.

It is further ORDERED that, prior to the status conference, the Special Master or his representatives shall confer with counsel for Defendant Nancy Worley regarding the availability of the computer containing HAVA documents as referenced in paragraph E of the Special Master's Third (November 2006) Interim Report (Doc. # 87), and the parties shall make all efforts to begin the examination of the computer files.

DONE this the 13th day of November, 2006.

                                                    /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE