IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| NANCY L. WORLEY, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

It is ORDERED that the court's November 13, 2006 Order (Doc. # 89) is AMENDED in that the status conference scheduled for November 16, 2006, will now be set at **4:00 p.m. (CST)**.

DONE this the 13th day of November, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE