**MINUTES**

```
           IN THE UNITED STATES DISTRICT COURT FOR THE
           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

HON. KEITH WATKINS, JUDGE                        AT MONTGOMERY, ALABAMA

DATE COMMENCED   NOVEMBER 16, 2006                AT 4:00   A.M./P.M.

DATE COMPLETED   NOVEMBER 16, 2006                AT 4:25   A.M./P.M.

UNITED STATES OF AMERICA
            Plaintiff                    Civil Action No.
                                           2:06cv392-WKW
vs

STATE OF ALABAMA, et al.
            Defendant

---

|  PLAINTIFF(S)/GOVERNMENT  | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| Atty. Robert Popper - by phone | X | Atty. Winfield Sinclair |
| Atty. Christy McCormick - by phone | X | Atty. Misty Fairbanks |
| Atty. Donald Palmer - by phone | X | Atty. George Beck |
| | X | Atty. Terrie Biggs |

---

COURT OFFICIALS PRESENT:

| Ann Roy         | Angela Reitler  | Jimmy Dickens   |
|-----------------|-----------------|-----------------|
| Courtroom Clerk | Law Clerk       | Court Reporter  |

---

COURTROOM PROCEEDINGS

**STATUS CONFERENCE**

4:00 PM     Status conference commences re status of record production
            to Special Master.  Attys. Kenneth Wallis and Scott Lee
            Rouse for Special Master Governor Bob Riley. Atty. Dorman
            Walker for Patricia Y. Fuhrmeister (Amicus).
            Trey Granger, member of Special Master's HAVA Commitee and
            former general counsel for Secretary of State gives oral
            representation regarding production of documents. Special
            Master's request for  approval for in-coming Secretary of
            State to be put on the Special Master HAVA committee.
            Request granted.  Defendant Worley's request for
            clarification of exparte communication. Plaintiff USA
            waives notification of communications between Defendant
            Worley and Special Master regarding record production. Order
            to issue 11/17/06 directing defendant Worley  to  make
            records available by November 27, 2006.
4:25 PM     Conference concluded.