# EXHIBIT
# A

# Box #1 – WOODEN FILE CABINET

**Attorney General Opinions Requests for:**
**Correspondence – Trey Granger**
**Early Voting**
**Election Calendars**
**Election Division**
**Election Security**
**Elections Assistance Commission**
**Finance Division – SOS Office**
**HAVA Committee**
**HAVA Compliance**
**HAVA Disability**
**Justice Pre-Clearance**
**Legislative Fiscal Office**
**Provisional Voting**
**Voter Registration Advisory Board**
**V. Bunn's HAVA Files**

**VHS TAPES**

**Vender #1**
**Vender #2**
**Vender #3**

**CD's**

**Vender #1**
**Vender #2**
**Vender #3**

**Alpha Data Services Proposal**
**Diebold Proposal**
**EDS Proposal**
**Group I Proposal**
**ISD Proposal**
**Maximas/Hart Inter Civic Proposal**
**NTS Data Services Proposal**
**Quest Proposal**
**Unisys Proposal**

# Box #2 – WOODEN FILE CABINET

**Alabama HAVA Implementation Calendar – 9-24-03**
**Alfa Data Services Internet Search**
**Committee of Eleven - 9-24-03**
**Correspondence Beginning with RFP  - 7-3-03**
**EDS Proposal**
**HAVA Correspondence**
**HAVA 2002 Act**
**Help America Vote Notebook**
**Quest Proposal**
**Sequoia Proposal**
**Voter Identification Notebook**

**4 Back-up CD's from Trey Granger's computer**

# Box #3 – WOODEN FILE CABINET

**Voter Registration File Maintenance**
**Voter Registration Counties**
**Voter Registration Public Safety**
**Voter Registration County Agency Agreement**
**HAVA Certification**
**Voter Registration RFP**
**Voter Registration Alvin/Job List**
**Voter Registration County Agency Agreement 04-05**

**Handwritten Vendor Evaluation Totals from Ms. Nancy Worley's calendar**