IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   **CIVIL ACTION NO.** |
| **v.** | ) |
| | )   **2:06-CV-00392-WKW** |
| **STATE OF ALABAMA,** *et al.,* | ) |
| | ) |
|     **Defendants.** | ) |

## SUPPLEMENTAL RESPONSE TO ORDER TO PRODUCE DOCUMENTS

COMES NOW Nancy L. Worley in her capacity as Secretary of State of Alabama, by and through her attorneys, and files the following Response to this Court's Order dated November 17, 2006, requiring her to produce documents no later than Wednesday, November 22, 2006, and states as follows:

1.    Counsel for Secretary of State Nancy L. Worley (Worley) coordinated with counsel for the Special Master for the purpose of locating and securing HAVA documents. Computer technician, Anthony Powell, retrieved any electronic documents or computer-generated documents relating to HAVA and produced one CD to counsel for the Special Master on Wednesday, November 22, 2006. Counsel for the Special Master and Secretary of State agreed that Anthony Powell would review e-mails from the computer of Trey Granger for any HAVA-related communications, and that the Secretary of State would produce any HAVA-related e-mail

correspondences via CD and hard copy no later than Tuesday, November 28, 2006.

2.  On Tuesday, November 28, 2006, counsel for the Special Master, Ken Wallis, informed counsel for the Secretary of State that the production of hard copies of information contained on the CD was unnecessary and that production of the CD of e-mails from the computer of Trey Granger would suffice.  Counsel for the Secretary of State did not view contents of the CD.

3.  The CD containing HAVA-related e-mails was produced to counsel for the Special Master on November 28, 2006.

4.  Counsel for the Secretary of State and counsel for the Special Master continue to coordinate efforts to fully comply with production requests.

Respectfully submitted this the 28th day of November, 2006.

**Capell & Howard, P.C.**

By:   /s/ *George L. Beck, Jr.*
**George L. Beck, Jr. (BEC011)**
**Terrie S. Biggs (BIG006)**
**Chad W. Bryan (BRY032)**
Attorneys for Nancy Worley,
Secretary of State, in her official
capacity

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069

1081046.doc

2

Montgomery, AL  36102-2069
TEL:  334-241-8000
FAX:  334-241-8202
E-mail:  glb@chlaw.com


## CERTIFICATE OF SERVICE

This is to certify that on the 28th day of November, 2006, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

>Troy King, Esq.
>Attorney General
>State of Alabama
>11 South Union Street
>Montgomery, AL  36130
>
>Kenneth D. Wallis, II, Esq.
>Office of the Governor
>State Capitol
>600 Dexter Avenue, Suite NB-05
>Montgomery, AL  36104
>
>Scott L. Rouse, Esq.
>Office of the Governor
>State Capitol
>600 Dexter Avenue, Suite NB-05
>Montgomery, AL  36104
>
>Robert D. Popper, Esq.
>United States Department of Justice
>1800 G Street, Room 7270
>Washington, D.C.  20006
>
>Christy A. McCormick, Esq.
>United States Department of Justice
>1800 G Street, Room 7246
>Washington, D.C.  20006

Donald Palmer, Esq.
Civil Rights Division
Voting Section
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Room No. 7149
Washington, D.C.  20006


R. Randolph Neeley, Esq.
United States Attorney's Office
Post Office Box 197
Montgomery, AL  36101-0197

Algert Swanson Agricola, Jr., Esq.
Slaten & O'Connor, P.C.
Post Office Box 1110
Montgomery, AL  36101-1110

Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
105 Tallapoosa Street, Suite 101
Montgomery, AL  36104

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, AL  36101-0078

Frank Corley Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, AL  35051

Michael W. Robinson, Esq.
Alabama Department of Public Safety
Legal Unit
Post Office Box 1511
Montgomery, AL  36102-1511

And by first class mail, postage prepaid, to the following:

>Wan J. Kim, Esq.
>Voting Section
>United States Department of Justice
>Civil Rights Division
>Room 7254-NWB
>950 Pennsylvania Avenue, N.W.
>Washington, D.C.  25030
>
>John K. Tanner, Esq.
>United States Department of Justice
>Chief, Voting Section
>Civil Rights Division
>Room 7254-NWB
>950 Pennsylvania Avenue, N.W.
>Washington, D.C.  25030

**By:**    */s/ George L. Beck, Jr.*
       **GEORGE L. BECK, JR. (BEC011)**