

## Alabama HAVA Implementation Commission
Sid McDonald, Chairman · Judge Richard "Rip" Proctor · Jim Bennett · Trey Granger

---

### Notice of Intent to Release Request for Proposal
### November 3, 2006

**In anticipation of the electronic release of a Request for Proposal on November 17, 2006, the Alabama HAVA Implementation Commission provides the following:**

Alabama's new voter registration system should be developed and designed as a visionary model to insure: (a) uniform data structures maintained, but also reported from the 67 counties to the State, (b) a uniform hardware architecture among the counties supportive of the State, (c) a uniform software structure among the counties interactive with the State, and (d) continuous, high-speed connectivity among the 67 counties and the State for interactive data entry, data management, and data inquiry. The system shall be designed as one statewide central platform supported by a foundation of 67 footings. The hardware, software, operation, and interaction of each footing would be identical to that of the parenting platform, but would allow for local functionality in effectuating election requirements.

The 67 supporting counties would report in real-time fashion to the central platform or database, but would be able to function efficiently and/or independently should there be an unexpected interruption at the state level or in some location in a portion of the state. There would be no variation between the state system and that information stored at the county as a supporting sub-component. The centralized platform or database maintained at the State level would exactly mirror information maintained within each local county courthouse. Each county, operating as a "footing" would be able to operate as a component of the whole but also independently with the exact same data provided to the State. The system components should be identical in every county; therefore, different systems should not be maintained in some counties while others are operational in a different jurisdiction.

Secondly, the new system should include state-of-the-art components that can now be utilized in many counties but not overwhelm rural counties with limited resources and/or personnel. The proposed solution should include the following system capabilities when creating the components for procurement: GPS and GIS mapping, the automated creation of all legal and administrative notices, mailing of voter registration cards, maintaining/validating voter information, electronic document imaging, enhanced statewide search for all county officials, state of the art query and tracking tools, electronic windows based creation and maintenance of voting histories, public information, electronic maintenance of voter activity, NVRA tracking, automated precinct and jurisdictional assignment, integration with electronic poll books within the system, electronic tracking of duplicate registrations and cancellations, postal bar-coding, importing and exporting of image filings, ability to create customized notification reports and cards for each county and/or the State, provide CASS Certification, allow searchable fields on the system at the State and/or local level, track all voter activities (name change, address change, new registration, etc.), provide function where mass precinct and district changes are required, provide function where mass address changes are required, generate lists, reports, and related

documentation by county, district, street, city, or precinct. The selected proposal and solution shall be the single system for storing and managing the official list of registered voters in Alabama, it should also be a system for use in each of the 67 counties which comprise the State.

The third and final component of the desired system is that the Alabama voter registration system be designed to also serve as an election management resource for each of the 67 counties. The new system should streamline, integrate and insure the following election related duties: entering provisional voter information in voter's history and all other aspects of provisional voting, creation of election management documents, poll worker management, logging and reporting military requests for absentee voting, absentee voting reports (requesting and voting), batch reports for ballot styles and quantities based on registration information, identify and list ballot styles, ability to electronically store images of election documentation, generate barcodes for mailing documentation, create election schedules and deadline management, creation of election definitions, ability to track and assign precinct locations, ability to track and collect race results by election, race, district, precinct, etc., provide platform for poll-worker management, interface for "un-official" election night returns, automation for ballot certification and ballot definition, and provide for early-voting and/or internet voting should Alabama adopt early voting and/or internet voting in the future.

Interested vendors should consider the full listing below as desired components for the proposed Alabama Voter Registration solution. The listing below shall be included in part or in whole in the Request for Proposal that will be released by the Alabama HAVA Implementation Commission on November 17, 2006.

| Voter Registration Components: |
| --- |
| Ability to Automatically Assign Precinct and Jurisdictions for Voter. |
| Ability to catalogue Voter Replies to Notices via an Indexed Image File. |
| Ability to conduct a mass purge of designated voters. |
| Ability to create All Required Notices |
| Ability to Create Customized Notification Reports |
| Ability to Define Customized Notification Reports |
| Ability to Display Voter Information by Street that Includes District, Precinct, and Past Elections |
| Ability to Format Data for Electronic Poll Books. |
| Ability to Generate Bar Codes of Voter Identifier for Printing. |
| Ability to Inquire and Display Voters by Street |
| Ability to limit Specific User Access to a designated Screen or Set of Screens |
| Ability to Mass Cancel Suspense Voters |
| Ability to Print Voter Registration Cards |
| Ability to Print Voting Notices |
| Ability to Search all data fields/elements. |
| Ability to store electronic Copy of Notices. |
| Ability to Track All Voter Activities   [Registration, Voting, Address Change, Name Change] |
| All Voter Information Fields are Searchable. |
| Automated Creation and Retention of Fees for Forms, Lists, Reports… |
| Automatic Assignment of Precinct Information. |
| Capability for Voter Assigned Unique Identification Number |
| Capability to Develop Reports, Queries and Analysis Information. |
| Capability to identify a Qualified Person with a disability who needs special accommodation at precinct. |
| Capability to Index and Image File returned cards and/or mailings |
| Capability to List Precincts within a Particular Street, district, or other geographical boundary. |
| Capability to view and print a List of Voters within a Particular Street |
| Complete NVRA Tracking capability. |
| Components to automatically update Street Index Files. |
| Comprehensive Bar-coding components. |
| Coordination of Mass Mailing of Voter Registration Cards |
| Creation of Custom Reports. |
| Designed to Generate Image Print File from Voter Record. |

| |
|---|
| Designed to Generate Lists by County, District, Street, or Precinct |
| Development of Migration Process for Moving Existing County GIS Data to ESRI Compatible Data. |
| Electronic capability for sending all Required Notices |
| Electronically Access Images for/from Voter Record. |
| GIS mapping and document imaging. |
| GPS/GIS Mapping Functionality |
| Images are Indexed to Voter Record. |
| Integrate CASS Certification Functionality. |
| Mail Merge Process utilized for automated processing of specific mailings. |
| Management of Public Information Fees |
| Operational GIS Mapping Tools |
| Organize, report and accommodate Public Information Requests |
| Pending Action "To Do" List |
| Performance Based Management |
| Postal Bar-coding for Forms and Letters. |
| Provide an Import Capability for GIS Data |
| Provide Basic Map Tools for Manipulation of Maps. |
| Provide Electronic Files or Print Screens for Printing and Management of Labels, Envelopes, Notices, Postcards, Forms, Form Letters and Other Required Documents. |
| Provide Function Where Mass Address Changes can be Made. |
| Provide Function Where Mass Precinct and District Changes can be Made. |
| Provide Read Only Information of Voter Information to designated officials. |
| Provide Real-Time Updates |
| Provide Real-Time Updates for Counties |
| Provide Standard Report Map Queries. |
| Provide the Ability to Import and Export Image Files |
| Require all Changes be Recorded in the System Audit Trail. |
| Scanning - Logs and Stores Image Files of Correspondence and Replies form Voters/Applicants. |
| Search Capability of designated field listed upon the Voter Registration Application |
| State-of-the-art reporting and query tools |
| Statewide search capability for all county officials |
| Statistical Reports capabilities |
| Street Standardization capabilities. |
| Supports Internationalized Addresses. |
| Suspense List Management capabilities. |
| The Proposed Solution Shall be the Single System for Storing and Managing the Official List of Registered Voters throughout the State that interacts and coordinates the lists maintained in each Alabama County which comprise the "statewide" list. |
| The Proposed Solution Shall have User Account Management Security Capabilities to Setup parameters which define access to Specific Areas of the System and Data to Allow any Election Official in the State, including any local Election Official, to Obtain Immediate Access. |
| The Solution may or may not be "Web Based" |
| Unique Password capability for each county user. |
| Validation of voter information. |
| View Voter Signature from Poll Book Link. |
| Voter Activity History maintained and organized with designated criteria. |
| Voter cancellation tracking and reporting components. |
| Voter Election Website - Linked to counties, precinct and contents on the Ballot |
| Voting History organization. |
| Voting Notices printed automatically at county level. |

| |
|---|
| Election Management Components: |
| Absentee voting and provisional management capabilities |
| Automated ballot certification and ballot definition capabilities |
| Ability to Reduce paperwork for counties and the state |
| Interface for Election Night Returns |
| Comprehensive polling location and poll worker management for each Alabama county. |
| Store and Display Election information for each Alabama County. |

| |
|---|
| Store, Log, and Display Provisional Voting Status for a Voter. |
| Ability to Update Voting History Record by Importing a File that Results from Scanning Election Poll Book and bar-coded documentation. |
| Utilization of Barcode Readers to scan a Poll Book and/or list of registered voters barcode directly into the VR Application to update Voter History. |
| Ability for each Alabama County to define, modify, create and coordinate election schedule. |
| Ability to Define statewide and/or county-based election calendar. |
| Ability to Define Election Schedule, precinct delivery and other precinct verification matters. |
| Ability to Define and Execute a Ballot Quantity Ordering Report by style and precinct within each Alabama county. |
| Ability to discern/report Contest Results by Precinct. |
| Ability to discern/report Contest Results by District. |
| Ability to discern/report Contest Results by Contest. |
| Ability to report, collect and discern contest results by Election. |
| Ability to Track and Assign voting equipment to Polling Locations by Election. |
| Ability to Import Election Definition Information form Previous Election Setups Into a New Election Definition. |
| Capable of bringing in District and Office Definitions from Previous Election to Populate Current Election. |
| Catalogue Receipt of Absentee Ballots, Absentee ballot applications, and related update cards... |
| Generate Notices to Voters Regarding certain voting procedures. |
| Generate Files or Print Streams for Mailing Labels. |
| Generate Barcodes for Envelopes. |
| Ability to Store Images of Envelopes or a Signature Clip. |
| Identification and management of Ballot Styles. |
| Generate Report of Ballot Styles and Quantities Needed for designated requests. |
| Generate a Report of All Voters Who Have Requested an Absentee Ballot. |
| Generate a Report of Voters Who Were Sent an Absentee Ballot. |
| Generate a Report of All Voters Who Have Returned an Absentee Ballot. |
| Ability to search for a Registered Voter from the Absentee Voter Screen. |
| Catalogue Rejected Applications, the Reason for Rejection and Notices and New Applications Sent to a Voter. |
| Ability to generate ballot accounting certificates populated with designated information for each Alabama county and precinct. |
| Capability to create Supplemental Poll Book Lists. |
| Tracking of Military Requests for Absentee Ballots. [Logged and Reported] |
| Coordination of Provisional Voter Information in Voter's History. |
| Ability to Add, Edit, Update and Delete Information Related to Polling Places. |
| Ability to Add, Edit, Update and Delete Information Related to Poll Workers. |
| Generation of Election Management Reports. |
| Recordation of Provisional Voter Information in designated areas including in Voter's History. |
| Ability to catalogue relevant Information About a Candidate. |