**EXHIBIT B**



## Alabama HAVA Implementation Commission
Sid McDonald, Chairman · Judge Richard "Rip" Proctor · Jim Bennett · Trey Granger

---

### Proposed Meeting Agenda for November 16, 2006

1. Review and Discussion of Request for Proposal
2. Hybrid Aspects of the Alabama Solution – response to Bennett/Jeames document
3. Addition of Pilot Project Component to RFP
4. Modification and/or Approval of Request for Proposal
5. Authority to release Request for Proposal electronically on November 17, 2006
6. Review and discussion of Procurement/Implementation Dates – Site Visits
7. December 1, 2006 – Joint Session with HAVA Committee
8. Update on Comments to the Joint Legislative Review Committee
9. Operational Budget [See Attached]
10. Personnel and Staffing Structure

    Project Management/Managing Commissioner – Primary Point of Contact

    Assistant to Project Manager (Part Time – utilization of MEC Staff)

    Clerical Assistant (Possibly Retired State Employee)

    Technical Compliance Advisor (Part Time)

    2 Training Facilitators (Trained Trainers – possibly Registrar/former)

    Runner (Shared with MEC – Part Time/College or Graduate Student)

11. Office Design and Coordination
12. Legislative and Budgetary Considerations – Parallel to Implementation

    Title 17 – Chapter Four

    Administrative Rules

    Legislative Fiscal Office

    House/Senate Committees on Governmental Appropriations

13. Scoring Committee [See Attached]
14. Field Assessments of Counties and Collaboration with Alabama Department of Finance and Related State/Federal Agencies
15. Other Issues