**EXHIBIT D**



# Alabama HAVA Implementation Commission
Sid McDonald, Chairman · Judge Rip Proctor · Jim Bennett · Trey Granger · Beth Chapman

---

Date:        November 20, 2006

To:          Alabama Probate Judges
             Alabama Sheriffs
             Alabama Circuit Clerks
             Alabama Boards of Registrars

From:        Trey Granger

Regarding:   Release of Request for Proposal and
             Vendor Conference – December 1, 2006


The HAVA Implementation Commission released a Request for Proposal (RFP) on Friday of last week seeking proposals from qualified vendors to implement our new statewide voter registration system. You can view a copy of the RFP by accessing the Governor's website at www.governor.alabama.gov – click on the HAVA button in the bottom right corner of the homepage to access this document and related listings. We are very interested in your comments, experience, and perspectives about the new system and the vendors who will compete to provide Alabama's new system. In an effort to seek your recommendations and to provide every local election official a personal review of each proposed system, we are conducting a conference, mandatory for each participating vendor, on Friday, December 1, 2006, at the Alabama State Capitol.

Participating vendors will be set up in the Old Archives Room (2nd floor) of the Capitol from 10:00 A.M. until 2:00 P.M. that day. This aspect of the day will showcase all the vendors in one location so that you might take time to review the different systems. We invite you to come, spend some time and look at the various systems offered for consideration. We will provide each local election official who participates with a review, analysis and comment sheet to use during your assessment of each participant so that the Commission can take your comments and recommendations into consideration as the selection process begins. We have invited the Alabama HAVA Committee to join us on December 1st so that vendors can also make presentations during individually scheduled sessions that afternoon. Please feel free to join us for those sessions as well. Once we have a "Notice to Participate" from interested vendors, we will list/post the time of individual presentations from vendors that will be conducted in the Capitol Auditorium. We look forward to seeing you on the 1st. If I can be of help to you in the interim, please call me at 334-832-7744 or electronically at treygranger@mc-ala.org Best wishes to each of you for a Happy Thanksgiving.