**EXHIBIT E**



# Alabama HAVA Implementation Commission
Sid McDonald, Chairman · Judge Rip Proctor · Jim Bennett · Trey Granger ▪ Beth Chapman

## Vendor Conference Sessions Outline and Scoring Criterion

The Alabama HAVA Implementation Commission received detailed and comprehensive Expressions of Interest from the following election vendors: **Diebold Election Systems (Allen, Texas), Election Systems and Software/ES&S (Omaha, Nebraska), PCC Technology Group (Bloomfield, Connecticut), and Saber (Portland, Oregon).** These four entities are required to participate in a mandatory vendor conference on Friday, December 1, 2006. This vendor conference will be conducted in three segments that shall be detailed below. A fifth entity, **International Computer Works (Temple Terrance, Florida)**, an entity with a focus on GIS, GPS, and internet mapping functionality, shall be permitted to participate in Sessions I and III of the vendor conference, but will not participate in Session II of the Vendor Conference.

**Session I [10:00 A.M. until 2:00 P.M.]** - Session One of the Vendor Conference will be conducted in the Old Archives Room of the Alabama State Capitol. The Old Archives Room is located on the 2nd floor of the State Capitol's south wing. Each election vendor will be provided a designated location within the room to set up a booth, display and/or area to demonstrate the various components of their respective systems. Vendors will have access to the Old Archives Room at 8:00 A.M. on December 1, 2006. Vendors shall be prepared for a four-hour demonstration that shall begin no later than 10:00 A.M. Vendors should have representatives, staff and a set-up plan that shall accommodate a successful set-up plan that will be complete by 9:30 A.M. Local election officials, advocacy representatives, members of the press, and the public shall be invited to attend the conference and shall be provided an opportunity to interact with vendor representatives. Local election officials (Probate Judges, Circuit Clerks, Sheriffs, and members of the Boards of Registrars) will be provided a review/scoring sheet that will be a component of consideration for the Implementation Commission. It is anticipated that attendees will visit the vendor's demonstration area at a reasonable, but comfortable pace. There will not be any time constraints placed on how long each participant can spend at a

vendor's demonstration area. Participating local election officials will be strongly encouraged to spend an equal and appropriate amount of time with each vendor.

**Session II [1:00 P.M.]** Session Two of the Vendor Conference will be conducted in the Capitol Auditorium located on the Street Level (Union Street Entrance) of the Alabama State Capitol. This segment of the Vendor Conference will be a joint session of the HAVA Implementation Commission and the Alabama HAVA Committee. Vendors are invited to make presentations and will be scheduled alphabetically for forty-five (45) minute segments. Electronic/PowerPoint presentations are encouraged. While each session is open to the public, vendor representatives should only remain in the Capitol Auditorium during their company's presentation. The Commission requests that each election vendor operate on the honor system when acting in accordance with this policy. The schedule for this session will be as follows:

| Time | Activity |
|---|---|
| 1:00 p.m. | Opening Remarks, Welcome, and Overview of Procurement Process |
| 1:20 p.m. | **Presentation from Diebold** |
| 2:05 p.m. | **Vendor Rotation** |
| 2:15 p.m. | **Presentation from ES&S** |
| 3:00 p.m. | **Break** |
| 3:15 p.m. | **Presentation from PCC Technology Group** |
| 4:00 p.m. | **Vendor Rotation** |
| 4:10 p.m. | **Presentation from Saber** |

Time limits will be strictly enforced during Session II. The format of a vendor's presentation is at the discretion of the presenting entity but should be planned and executed in a concise and organized fashion. All presentations are subject to videotaping and/or recording by the Commission, at the sole discretion of the Implementation Commission. Members of the HAVA Committee and the Implementation Commission will be provided with review/notation documentation to evaluate each vendor's presentation. Vendors may provide Commission and Committee members with advisory, marketing, presentation and related documentation.

**Session III [5:00 P.M.]**  Session III of the Vendor Conference will also be conducted in the Capitol Auditorium of the Alabama State Capitol. This session will be conducted first by responding to those written questions submitted to The HAVA Implementation Commission by noon on Wednesday, November 29, 2006, and secondly by responding to Questions presented to members of the Commission from the floor during Session III. All vendors who participate in Session II <u>must</u> participate in Session III to insure the uniform transfer of information to all participating vendors.

---

### Detailed Scoring Criterion

The HAVA Implementation Commission will utilize three distinct components in the review and evaluation of this open and competitive procurement process. Each vendor shall be awarded up to a total of 300 points from three review aspects. The Proposal Evaluation Committee's designated scores, The Alabama HAVA Committee's recommendation, and a site visit by members of the Commission will provide effective, reasonable and balanced criterion for a standard of measure of each proposal and participating vendor. Each of these equally weighted components will be a decisive factor in the Commission's ultimate recommendation to the Special Master in the selection of a vendor and collaborative partner for the Commission in the implementation of Alabama's Statewide Centralized Voter Registration System and compliance with Section 303 of the Help America Vote Act.

    A.    The **Proposal Evaluation Committee (PEC)**, as referenced in Section IX (A) of the Request for Proposal will be a committee of 15 members who have demonstrated a high degree of technical and/or election-based expertise, knowledge and experience. The PEC shall include local election officials, technical experts, and business/academic professionals designated by the Commission to critically and analytically review the proposals of each participating vendor. The names and scoring sheets of the PEC members will be released on January 3, 2007 during the joint meeting of the HAVA Committee and HAVA Implementation Commission. The PEC member's name will be redacted from his/her scoring sheet prior to being released publicly. PEC members will use scoring sheets based upon the format set forth in Section IX (B) and chart in Section IV (S) of the Request for Proposal dated November 17, 2006, when evaluating each proposal. One third (1/3) of a vendor's composite score and evaluation shall be the averaged scores assigned to the vendor by the PEC members. The PEC score will represent up to 100 points of a total 300 points awardable to a participating vendor.

    B.    The **Alabama HAVA Committee** will also be provided a copy of each participating vendor's proposal. Members of the HAVA Committee shall be asked to make a detailed review of both the oral and written presentations of each participating vendor. Members of the HAVA

    Committee will assign each vendor a score and shall present the composite score assigned by the Committee to each vendor at the proposed joint meeting of the Commission and the Committee on January 3, 2007. The Commission will provide the Committee with recommended evaluation criterion for submitted proposals. The HAVA Committee's assigned score to each vendor will represent one third (1/3) of a vendor's composite score and up to 100 points of a total 300 points awardable to a participating vendor.

  C. Members of the HAVA Commission shall make a **Site Visit** to a designated statewide (State Capitol) and/or large county implementation site of each of the four participating vendors. Section II (I) of the Request for Proposal requires each vendor to designate two (2) proposed locations. The committee shall select one of the recommendations from each vendor for an evaluation and review of each visited location. The Site Visit component shall utilize uniform written evaluation criterion, questions, and interview schedules at each of the four selected locations. This aspect of a vendor's review and evaluation will represent one third (1/3) of a vendor's composite score and up to 100 of a total 300 points awardable to a participating vendor.

The Commission shall also carefully consider those evaluations, comments, and recommendations of participating local election officials who fully participate in Session I on December 1, 2006, as set forth above in this document. All aspects of and representations set forth in the Request for Proposal dated November 17, 2006 remains applicable to this procurement process. This document is provided to those participating vendors as a tool and guide for preparation only. As represented in Section IX (B) of the RFP, the Commission reserves the right to "implement other criteria, in addition to, or in lieu of, the criteria described above, as it deems necessary and appropriate.

[This document was released on November 28, 2006.]