**Gregory, Darlene**                                                                           **EXHIBIT F**

**From:** Trey Granger [TreyGranger@mc-ala.org]
**Sent:** Tuesday, November 28, 2006 10:50 PM
**To:** sidmc@brindleecap.com; RipProctorLawCo@aol.com; Bennett, Jim; Chapman, Beth; Wallis, Ken; MARGARET BOATRIGHT; Gregory, Darlene; Deonna Thompson; Justin Aday
**Subject:** Wednesday Conference Call

It looks like tomorrow afternoon will work best for everyone. I'll plan on 2:00 p.m. and will coordinate with Darlene to get a conference call code to everyone in the morning. The call will help us get a head-start on Friday, can we plan on discussing the following:

1. Expressions of Interest
2. Confirmation of a Friday meeting at 9:00 a.m.
3. Dates for Site Visits
4. Written Questions from Vendors
5. Impact of the potential Automatic Recount
6. Status of Proposal Evaluation Committee
7. Meeting with State Agencies
8. Meeting with ISD
9. Other issues.

Mr. McDonald – I'll be happy to have Justin pick you up at the airport if that would be of help to you.

Thanks to each of you for your continued assistance and help. I have gotten very positive feedback on the RFP. TG

Trey Granger, Director of Elections
Office of Judge Reese McKinney, Jr.
Montgomery County, Alabama
334-832-1326 (t)  334-315-0406 (c)
treygranger@mc-ala.org

12/5/2006