**EXHIBIT G**



**Alabama HAVA Implementation Commission**
Sid McDonald, Chairman · Judge Rip Proctor · Jim Bennett · Trey Granger · Beth Chapman

# Request for Proposal
## Seeking Solutions for Alabama's Statewide Centralized Voter Registration System and Compliance with Section 303 of The Help America Vote Act (HAVA)

## Vendor Questions

RFP – Vendor Questions
Vendor: Diebold

| Question From Vendor | Answer From HAVA Implementation Commission |
|---|---|
| **RFP Section V (K) Existing State Network States – page 26**<br><br>"The system must be compatible and operational with existing state networks."<br><br>*What are the existing state networks? Please include specifications for all hardware, software, network capacity, bandwidth and current local aw well as network protocols used.* | Those network(s) currently maintained by the Information Service Division of the Alabama Department of Finance (ISD). A comprehensive survey which outlines the architecture of such network(s) and the framework of each of Alabama's 67 counties will be obtained by the Commission for the use and assistance of the Commission and successful vendor. While existing networks may be utilized to meet the Court imposed deadline, the Commission recognizes the value of progressive recommendations from each vendor which contemplate capacity needs for future technology. |
| **RFP Section IV (S) Solution Components – page 21**<br><br>"Components to automatically update Street Index Files."<br><br>*What forms of automatic updates are expected? Please describe in more detail.* | The ability to update a street index file electronically, not manually. |

Diebold 1

RFP – Vendor Questions
Vendor: Diebold

| | |
|---|---|
| **RFP Section IV (S) Solution Components – page 22**<br><br>"Suspense List Management capabilities."<br><br>*To what does the term "Suspense List" refer?* | That list specifically described in Section 17-4-202 (c) of the Code of Alabama. The content and application of the Suspense file is set forth in this code section. |
| **RFP Section IV (S) Solution Components – page 22**<br><br>"View Voter Signature from Poll Book Link."<br><br>*Does this requirement refer to the capture and storage of voter signatures from an electronic poll book or both? If capture and storage of voter signatures from an electronic poll book is required, would a signature import specification to enable migration of electronic signatures into the system meet the requirement?* | Both. This feature is a planning component for technology that is likely to be used in Alabama. Electronic Poll books are used in this State on a very limited basis. This feature was included so that the proposed solution will be capable of capturing a signature at a precinct, but also have access to archival files and related documents. |

Diebold 2

RFP – Vendor Questions
Vendor: Diebold

| | |
|---|---|
| **RFP Section IV (S) Solution Components – page 22**<br><br>"Voter Activity History maintained and organized with designated criteria."<br><br>*What constitutes the "designated criteria" described here?* | Demographic and statistical information – gender, race, age, etc. |
| **RFP Section IV (S) Solution Components – page 22**<br><br>"Interface for Election Night Returns."<br><br>*What data needs to be collected?* | Votes cast for a candidate or issue by precinct, district, county, and/or circuit. |
| **RFP Section IV (S) Solution Components – page 24**<br><br>"Ability to catalogue relevant Information About a Candidate."<br><br>*What information is required to be catalogued for candidates?* | Basic contact information or any other information that may become required by statute or administrative act. Currently, FCPA filings are not required to be available electronically at the local level. Should such electronic filing be necessary in the future because of legislative enactment, this database should have the capacity maintain the same. |

Diebold 3

RFP – Vendor Questions
Vendor: Diebold

| | |
|---|---|
| **RFP Section VII Pricing – page 44**<br><br>"Each response should provide prices for professional services only."<br><br>*Because we are offering our software as a COTS (commercial off the shelf) software product, the license fee for the software must be included in the contract pricing. May we include the license fee for the core Voter Registration and Election Management System software in the proposal total price?* | A license fee is considered to be a necessary component of the professional services recommended in a proposal. The referenced statement was intended to clearly establish that a proposal should not include hardware costs, but only a listing of recommended hardware and estimated pricing of such hardware. |
| *Will the VRS provide for the administration and maintenance of the suspense file and purge process?* | Yes. |

Diebold 4

RFP – Vendor Questions
Vendor: ES&S

| | |
|---|---|
| **RFP Section V (T) System Maintenance - page 28**<br><br>*Can you please clarify the desired term of this contract? The RFP references a five year initial warranty in the above section, and a two-year term of service in other sections.* | This contract contemplates a five year arrangement as set for the referenced section, V (T) for comprehensive warranty and maintenance. An optional "cost factor" feature for additional years is requested. Section VIII (F) seeks costs for such additional years beyond the initial five, and in VIII (G) and (H) seeks a price for system support (help desk) and a technical log. |
| *Can you please specify the number of registered voters in the State, and number of expected concurrent system users for VR functions only?* | 2.7 Million as of November 6, 2006, per the Secretary of State's website. |
| *Are relevant files currently stored electronically or on paper?* | Typically electronic, but some may be paper. |

RFP – Vendor Questions
Vendor: ES&S

| | |
|---|---|
| **RFP Section I (C) Impact of the System – page 4**<br><br>"The proposed solution should be designed as a phased implementation and must meet the state and federal requirements of the Help America Vote Act (HAVA), specifically those critical compliance deadlines outlined and ordered by Judge Keith Watkins, United States Judge for the Middle District of Alabama."<br><br>*Can the State provide a list of the critical compliance deadlines, as referenced above?* | Primarily, August 31, 2007. A copy of relevant Orders and related memorandum from the Federal Court will be provided to a requesting vendor upon request. |
| **RFP Section IV (J) Data Migration – page 18**<br><br>*How many unique source systems are there in Alabama?*<br>*How many of these have been significantly customized by the county, if any?*<br>*Is the only source for data conversion the voter registration data stored at the Dept. of Finance mainframe system, or is their local data to be converted as well?* | There are multiple system sources being used by Alabama Counties. A catalogue of these county systems is being compiled by the Commission. The depth of county customization will be noted in the listing. It is likely that multi-source points of conversion should be anticipated. |

ES&S 2

RFP – Vendor Questions
Vendor: ES&S

| | |
|---|---|
| **RFP Section IV (O) CASS Option – page 19**<br><br>"A CASS certification component for address support shall be included in the vendor's solution."<br><br>*Will all counties be using the same vendor?* | Yes. |
| **RFP Section IV (S) Solution Components – page 22**<br><br>"Interface for Election Night Returns."<br><br>*Can you please clarify the requirements for this system component?* | The ability for a county to transmit unofficial election results to the Secretary of State's office on Election Night to enhance public information. |
| **RFP Section IV (S) Solution Components – page 22**<br><br>"Automated ballot certification and ballot definition capabilities."<br><br>*Can you please expand on the requirements for this system component? What functionality will be required from the Voter Registration system?* | The ability to transmit documents to the Secretary of State and/or other State officials, executed at the county level, particularly those official documents and supporting spreadsheets setting forth canvass totals and county certification, as required by Title 17-14-1 et al. |

ES&S 3

| RFP Section IV (S) Solution Components – page 24 | |
|---|---|
| "Ability to catalogue relevant Information About a Candidate." *Can you please clarify what information the system is required to catalogue in reference to this component?* | See response to same question raised by Diebold. |

ES&S 4

RFP – Vendor Questions
Vendor: Saber

| Question From Vendor | Answer From HAVA Implementation Commission |
|---|---|
| **RFP Section VI (C) Nature and Format of Proposals - page 30** | |
| We would like to include a Table of Contents and an Executive Summary with our proposal. Is it acceptable to include those after the Cover Letter and before the Proposal Narrative? | Yes. |
| To allow the greatest flexibility in formatting/printing the proposal, is it acceptable to number pages using major section numbers, e.g., 1-1, 1-2, 2-1, 2-2, etc., as long as the page numbers appear centered in the bottom margin? | Please follow the format and structure set forth in the RFP. This will allow for uniformity in scoring and review by the PEC, the Commission, and Committee. |

Saber 1

RFP – Vendor Questions
Vendor: Saber

| **RFP Section VI (C)(v) – page 31** | |
|---|---|
| "The Budget Addendum should be followed by **an audited financial statement** covering the Vendor's most recently concluded fiscal year, the current fiscal year and the projections for next fiscal year." | Yes, audited documents are preferred and the Commission reserves the right to seek additional financial document from a proposing vendor when such is deemed necessary and prudent. |
| *Because audited financial statements are not available until sometime after a fiscal year is complete, can a Vendor satisfy this requirement by submitting an audited financial statement for its most recently concluded fiscal year, and unaudited financial statement for its current fiscal year-to-date, and an unaudited projection for its next fiscal year?* | |

Saber 2

RFP – Vendor Questions
Vendor: Saber

**RFP Section X (A) – page 47**

"By submitting a Proposal in response to this RFP, the Respondent warrants and represents to The HAVA IMPLENTATION COMMISSION that the Respondent accepts and agrees with all of the terms and conditions of the RFP. Further, by so submitting, the Respondent certifies to The HAVA IMPLENTATION COMMISSION that the Respondent is legally authorized to conduct business within the State of Alabama and to carry out the services described in this RFP and that all of the statements set forth in this RFP and related proposal of the vendor are true, complete and correct."

*Can the Vendor satisfy this requirement by warranting that Vendor accepts and agrees with the terms and conditions of the RFP unless otherwise excepted to by Vendor, and by representing that the statements in the RFP are true, complete and correct to the best of Vendor's knowledge?*

Exceptions, specifically set forth will be permitted for consideration and discussion during contract negotiation. Any listed exception shall be specifically addressed by all parties during negotiation and resolved in writing in a resulting contract with said prevailing vendor. If a vendor contends that a statement in the RFP is not true, such statement should be noted with specificity in the vendors proposal. The vendor must certify that the all aspects of the vendor's proposal are true, complete and correct.

Saber 3

RFP – Vendor Questions
Vendor: Saber

| | |
|---|---|
| **RFP Section X (E)(7) Proposed Contract – page 50**<br><br>*Please confirm that this Section requires the Vendor to submit a proposed contract only after the State selects the Vendor to complete this project, and not with the Vendor's proposal.* | The vendor's proposed contract shall be included in the submitted proposal due for submission by noon on December 8, 2006. |
| **RFP Section X (L)(3) Insurance – page 53**<br><br>"Bonding of Vendor employees (permanent, temporary or contracted) with a minimum of $200,000 per incident."<br><br>*Please confirm that this requirement refers to a "Crime Insurance" policy that provides coverage for dishonesty, forgery, theft, computer fraud, and similar acts by Vendor's employees.* | The details and requirements of the referenced instrument shall be addressed and agreed to during contract negotiations. The vendor shall provide such instrument of security within 10 days of contract execution. |

Saber 4