

**EXHIBIT H**

**Alabama HAVA Implementation Commission**
Sid McDonald, Chairman · Judge Rip Proctor · Jim Bennett · Trey Granger · Beth Chapman

# Voter Registration Vendor Conference – December 1, 2006

## Session I
Vendor and System Demonstrations

Old Archives Room – 2nd Floor State Capitol
10:00 a.m. – 2:00 p.m.

## Session II
Joint Session of the Alabama HAVA Implementation Commission and the Alabama HAVA Committee

Capitol Auditorium

| | |
|---|---|
| 1:00 p.m. | Welcome, Opening Remarks and Overview |
| 1:20 p.m. | Diebold Presentation |
| 2:05 p.m. | Vendor Rotation |
| 2:15 p.m. | ES&S Presentation |
| 3:00 p.m. | Break |
| 3:15 p.m. | Saber Presentation |

## Session III
Question and Answer Session with Vendors

Capitol Auditorium
4:00 p.m.