## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| STATE OF ALABAMA, and | ) | 2:06-cv-0392-WKW-SRW |
| NANCY L. WORLEY, Alabama | ) | |
| Secretary of State, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING RESOLUTION OF AMICUS APJA

**COMES NOW** Amicus Curiae Alabama Probate Judge's Association (hereinafter, "APJA"), by and through counsel, and hereby notifies all parties of the filing with this Court of its Resolution (the "Resolution") duly passed in session on February 14, 2007, at its meeting in Tuscumbia, Alabama. See attached Exhibit "A." APJA files said Resolution at this time for the purpose of notifying all interested parties of the requirements for its members to perform their statutory obligations as chief election officer in each county and the conduct of any election conducted using the centralized, computerized, interactive, voter registration system implemented pursuant to this Court's Orders. The Resolution accurately states the position of APJA as to the features of any system implemented under this Court's Orders necessary to allow APJA's members to conduct elections in compliance with Alabama law.

Respectfully submitted this 2nd day of March, 2007.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr. (SJS No. AGR001)

Counsel for The Alabama Probate Judges Association

OF COUNSEL:

**SLATEN & O'CONNOR, P.C.**
Winter Loeb Building
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 Fax
aagricola@slatenlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | |
| STATE OF ALABAMA, and | ) | 2:06-cv-0392-WKW |
| NANCY L. WORLEY, Alabama | ) | |
| Secretary of State, in her official | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winfield J. Sinclair wsinclair@ago.state.al.us
Margaret L. Fleming mfleming@ago.state.al.us
Misty S. Fairbanks mfairbanks@ago.state.al.us
Christy A. McCormick christy.mccormick@usdoj.gov
Donald Palmer donald.palmer@usdoj.gov
R. Randolph Neeley rand.neeley@usdoj.gov
Robert D. Popper robert.popper@usdoj.gov
Dorman Walker dwalker@balch.com
Frank C. Ellis fellis7234@aol.com
Edward Still still@votelaw.com
James H. Anderson janderson@beersanderson.com
Shannon Holliday holliday@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

          Respectfully submitted,

          s/ Algert S. Agricola, Jr.
          Algert S. Agricola, Jr.
          **SLATEN & O'CONNOR, P.C.**
          Winter Loeb Building
          105 Tallapoosa Street, Suite 101
          Montgomery, AL 36104
          Phone: (334) 396-8882
          Fax:   (334) 396-8880
          E-mail: aagricola@slatenlaw.com

F:\Gen Litigation\Ala Probate Judges Assoc\Pleadings\Ntc Filing Resolution.wpd