IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action Number: |
| v. | ) |
| | ) 2:06-CV-00392-WKW |
| STATE OF ALABAMA, and | ) |
| BETH CHAPMAN, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF APPEARANCE
AND MOTION FOR SUBSTITUTION OF COUNSEL

Come now, Margaret L. Fleming, Winfield J. Sinclair, and Misty S. Fairbanks, Assistant Attorneys General, and hereby enter their appearance as counsel for Defendant Beth Chapman, in her official capacity as Secretary of State. The appearance of said counsel is with the consent of Secretary Chapman and follows a determination by Attorney General King that the circumstances that led to the undersigned's earlier withdrawal as counsel for the former Secretary of State do not exist with respect to the current Secretary of State. Said counsel further respectfully move that they be substituted for Deputy Attorneys General George Beck, Jr., Terrie Scott Biggs, and Chad W. Bryan.[1]

---

[1]   Said motion is also with the consent of the Deputy Attorneys General, who join in the request for substitution of counsel.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:


s/ Margaret L. Fleming (FLE001)
Margaret L. Fleming
Assistant Attorney General

s/ Winfield J. Sinclair (SIN006)
Winfield J. Sinclair
Assistant Attorney General

s/ Misty S. Fairbanks
Misty S. Fairbanks (FAI005)
Assistant Attorney General

Attorneys for State of Alabama and
Secretary of State Chapman

CERTIFICATE OF SERVICE

This is to certify that on the 9th day of March, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Kenneth D. Wallis, II, Esq.
Scott L. Rouse, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Robert D. Popper, Esq.
Christy A. McCormick, Esq.
Donald Palmer, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C. 20006

R. Randolph Neeley, Esq.
United States Attorney's Office
P.O. Box 197
Montgomery, Alabama 36101-0197

George Beck, Jr., Esq.
Terrie Scott Biggs, Esq.
Chad W. Bryan, Esq.
Capell Howard PC
P.O. Box 2069
Montgomery, Alabama 36102-2069

Algert Swanson Agricola, Jr., Esq.
Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
P.O. Box 1110
Montgomery, Alabama 36101-1110

Dorman Walker, Esq.
Balch & Bingham
P.O. Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank C. Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
P.O. Box 587
Columbiana, Alabama 35051

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511

3

And by first class mail, postage prepaid, to the following:

| | |
|---|---|
| Wan J. Kim, Esq.<br>Voting Section<br>United States Department of Justice<br>Civil Rights Division<br>Room 7254-NWB<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 | John K. Tanner, Esq.<br>United States Department of Justice<br>Chief, Voting Section<br>Civil Rights Division<br>Room 7254-NWB<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 |

s/Misty S. Fairbanks

Misty S. Fairbanks
Assistant Attorney General


Address of Counsel:

Office of the Attorney General
11 South Union
Montgomery, Alabama 36130
TEL:    334-353-8674
FAX:    334-353-8440
E-mail:  mfairbanks@ago.state.al.us