IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**SPECIAL MASTER'S NINTH
(MAY 2007) INTERIM REPORT**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his ninth monthly interim report detailing the activity and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. ACTIVITIES OF THE SPECIAL MASTER AND
THE SPECIAL MASTER'S IMPLEMENTATION COMMITTEE**

Activities since the date of the Special Master's eighth report are as follows:

A.     The Special Master's Implementation Committee Chairman, Judge Bill English, has continued to monitor, supervise, support, and assist, along with the Special Master's Interim Project Manager, Eddie Ambrose, the ES&S Implementation Team lead by Project Manager Shannon Curtis. Primary project schedule has been reviewed and updated. The data conversion plan/approach is substantially complete. Data center architecture and documentation is substantially complete. The training plan has

been completed and is currently being reviewed by the Special Master's Implementation Team. The pilot county data extracts have been completed.

    B.    Other primary aspects of implementation have also been completed or begun. These aspects include the following:

    (a)    Procurement for the primary data center is complete.

    (b)    Procurement for the local redundancy hardware is complete.

    (c)    The help desk support plan is approximately 95% complete.

    (d)    The installation and configuration of the primary data center, in Montgomery, is in progress and is approximately 95% complete.

    (e)    The procurement process has begun on the local county hardware for the 67 counties.

    (f)    The data analysis for the pilot counties is in progress and is currently over 40% complete.

    C.    Meetings have been held between ES&S and the Governor's asset/inventory management staff to ensure proper identification and tracking of all hardware purchased on behalf of the State of Alabama. The Governor's asset/inventory management staff met with ES&S officials at their warehouse in Birmingham, to begin the process of inventorying all purchased hardware. Inventory of this equipment is complete, subject to a second set of identification numbers being installed thereon.

    D.    Work has commenced in full to stage and prepare the local redundancy servers for installation within the counties. The approach for imaging the servers has been successfully tested and finalized. Training rollout groups have been tentatively finalized for the remaining non-pilot counties. A schedule and formal communication for the remainder of the physical site visits in the counties were finalized. ES&S has

included a locally-referred minority owned company as a part of its site assessment team. Work was successfully completed by the Secretary of State's personnel to assist the Implementation Committee and Alabama counties by providing a web-site location to host e-communications for all county personnel.

  E. ES&S and the Special Master's Interim Project Manager met with the Department of Public Health to establish technical contacts and preliminary scoping of the interface between the Department of Public Health and the new Voter Registration System for data relating to deceased individuals. A more technical follow-up meeting is planned for later in May. The Department of Public Health was very responsive and very helpful during this meeting. ES&S met with the Department of Public Safety to establish a high level scope of effort and technical contacts for the interface between the digital drivers license system and the new Voter Registration System. A technical follow-up meeting will be held later in the month of May. This is the most complex and challenging interface of the three Alabama interfaces.

  F. Of particular significance is the fact that with the assistance and cooperation of the Alabama Information Systems Division (ISD), the major issue of connectivity has been addressed and solved. It is planned that a working document will be developed to define the terms and service levels to be followed between ES&S and ISD with regard to this connectivity solution.

  G. ES&S, along with members of the Governor's Implementation Team, met with a number of minority vendors/sub-contractors to discuss participation, opportunities, and timeframes relating thereto. It appears as though there are a number of qualified vendors/sub-contractors who may be able to participate in the implementation project.

H.   A review of training materials is in progress in preparation for the statewide training aspect of overall implementation. Additional work has continued in preparation for local redundancy and local desktop and peripheral equipment rollout. The first Alabama oversight meeting was conducted successfully during this reporting period. The consensus is that the project is currently on target for overall HAVA compliance. Governor Riley, as Special Master, participated in this meeting. The vast majority of activities which were planned for completion during the month of April were completed.

I.   The Special Master continues to look forward to full compliance with the federal Court Order by the deadline set in said Order.

Done this 1st day of May 2007.

Respectfully submitted,

*Ken Wallis*

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Algert S. Agricola, Jr.** | **Donald Palmer** |
| **James Harold Anderson** | **Robert D. Popper** |
| **Terry G. Davis** | **Michael W. Robinson** |
| **Frank Corley Ellis, Jr.** | **Winfield J. Sinclair** |
| **Misty S. Fairbanks** | **Edward Still** |
| **Margaret L. Fleming** | **Gary R. Trawick** |
| **Shannon Lynn Holliday** | **Dorman Walker** |
| **Christy A. McCormick** | **George L. Beck** |
| **R. Randolph Neeley** | **Terrie S. Biggs** |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner  
U.S. Department of Justice  
Chief, Voting Section  
Civil Rights Division  
Room 7254-NWB  
950 Pennsylvania Avenue NW  
Washington, DC 20530  

Wan J. Kim  
U.S. Department of Justice  
Voting Section  
Civil Rights Division  
Room 7254-NWB  
950 Pennsylvania Avenue, NW  
Washington, DC 20530  

/s/ Kenneth D. Wallis, II  
Kenneth D. Wallis, II  
Chief Legal Advisor  
Office of the Governor