IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) ) ) ) ) |
| Defendants. | ) |

**MOTION FOR EXTENSION
OF TIME TO SUBMIT PROGRESS REPORT**

COME NOW the undersigned counsel, on behalf of Alabama Governor Bob Riley, in his capacity as Special Master, and move this Honorable Court to enter an order allowing the Governor one extra week to submit his ninth progress report as Special Master. Such report is now due to be filed on June 5, 2007. See Doc. 64, p. 13.

This is the last week of the Regular Session of the Alabama Legislature. The Governor has over 100 bills that must be read, reviewed, and acted upon by this Thursday, June 7th, most of which are bills that were not passed by the Legislature until last Thursday, May 31st, and were not received by the Governor until Friday, June 1st. A one week delay in filing of this ninth Special Master's progress report will not have a negative impact on any party to this litigation.

WHEREFORE, the above premises considered, Governor Riley asks that this Honorable Court extend the time for submitting his monthly progress report from June 5, 2007 to June 12, 2007.

Respectfully submitted,

*/s/ Ken Wallis/*

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | Donald Palmer |
| James Harold Anderson | Robert D. Popper |
| Terry G. Davis | Michael W. Robinson |
| Frank Corley Ellis, Jr. | Winfield J. Sinclair |
| Misty S. Fairbanks | Edward Still |
| Margaret L. Fleming | Gary R. Trawick |
| Shannon Lynn Holliday | Dorman Walker |
| Christy A. McCormick | George L. Beck |
| R. Randolph Neeley | Terrie S. Biggs |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor