IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| BETH CHAPMAN, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion for Extension of Time to Submit Progress Report (Doc. # 108), it is ORDERED that the motion is GRANTED. The Special Master shall file the progress report **on or before June 12, 2007.**

DONE this 6th day of June, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE