IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) |
| Defendants. | ) |

**SPECIAL MASTER'S TENTH
(JUNE 2007) INTERIM REPORT**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his tenth monthly interim report detailing the activity and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. ACTIVITIES OF THE SPECIAL MASTER AND
THE SPECIAL MASTER'S IMPLEMENTATION COMMITTEE**

Activities since the date of the Special Master's ninth report are as follows:

A.  The Special Master has continued multiple activities, through staff and through his project manager and the project manager of ES&S, to move toward implementation of the statewide voter registration system. The most significant items that have taken place since the last monthly report are the completion of the pilot county data analysis, completion of procurement for local county hardware, and the beginning of pilot county installation and connectivity testing.

B. The Special Master's staff has made several trips the hardware storage warehouse in Jefferson County, Alabama, to inventory physically all 345 desktops and all 200 printer/scanner peripherals, which will distributed to the 67 counties of Alabama. This inventory included comparison and confirmation of hardware delivered to hardware ordered and purchased, separating of the hardware into 67 separate county packages in order to facilitate delivery to the counties, and both numerical and barcode permanent identification of all hardware. In addition, either the Special Master's staff or ES&S have also completed these same inventory and identification processes on all other hardware.

C. The help desk support plan is currently in final review by ES&S. The agency central design for drivers license and social security validation is currently in progress and is approximately 70% complete. The agency central design for deceased former voters is currently in progress and is approximately 85% complete. The agency central design for felony checks is currently in progress and is approximately 55% complete.

D. All equipment for the local counties has been received, inventoried, and shipping and delivery activities are currently in progress. The preliminary data conversion analysis has been completed and at least half of the pilot counties have submitted final data extracts. The remainder should be complete within the next few days.

E. Training of trainers is in progress and training materials have been printed for rollout to all counties. Internet set up and connectivity in the counties continues to be an issue to be resolved.

F. The Special Master has continued to focus, along with ES&S, on the

diversity requirements of the implementation contract. In this regard, Recruit Source, Inc. (RSI), a professional minority company, has been selected by ES&S to assist in performing software installation services in the counties. There are currently three installation teams working on installation activities and a small number of counties have already had their installation completed.

G. The Special Master and ES&S are working with the Alabama Department of Public Safety in an attempt to solve several remaining issues on the social security verification aspects of implementation.

H. Desktop antivirus software procurement has been negotiated and finalized.

I. The Special Master continues to believe, and is advised by the ES&S project manager, that the HAVA implementation compliance deadline set by the Court can still reasonably be expected to be met.

Done this 12th day of June 2007.

Respectfully submitted,

*/s/ Ken Wallis*

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Algert S. Agricola, Jr.** | **Donald Palmer** |
| **James Harold Anderson** | **Robert D. Popper** |
| **Terry G. Davis** | **Michael W. Robinson** |
| **Frank Corley Ellis, Jr.** | **Winfield J. Sinclair** |
| **Misty S. Fairbanks** | **Edward Still** |
| **Margaret L. Fleming** | **Gary R. Trawick** |
| **Shannon Lynn Holliday** | **Dorman Walker** |
| **Christy A. McCormick** | **George L. Beck** |
| **R. Randolph Neeley** | **Terrie S. Biggs** |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner  
U.S. Department of Justice  
Chief, Voting Section  
Civil Rights Division  
Room 7254-NWB  
950 Pennsylvania Avenue NW  
Washington, DC 20530

Wan J. Kim  
U.S. Department of Justice  
Voting Section  
Civil Rights Division  
Room 7254-NWB  
950 Pennsylvania Avenue, NW  
Washington, DC 20530

/s/ Kenneth D. Wallis, II  
Kenneth D. Wallis, II  
Chief Legal Advisor  
Office of the Governor