

**11208 John Galt Boulevard   *   Omaha, NE 68137   *   1-800-247-8683**

May 7, 2007

Ms. Nell Hunter
Chair, Board of Registrars
Jefferson County, Alabama

Dear Ms. Hunter:

Thank you for speaking with me last week regarding the use of Jefferson County's Voter Registration data as one of the training counties for the State of Alabama. Please consider this a formal request to use Jefferson County Voter Registration data in the centralized training environment for training purposes. The extract recently provided to assist ES&S administrators with internal testing can readily be used.

The size and diversity of Jefferson County and the corresponding data kept for the county make it ideal for training/educational purposes within Alabama. Jefferson County data would be used only in a training capacity within the centralized training environment. This data will be stored and accessed via the central datacenter's secure training region in Montgomery, along with other at least one other county's data. Only Alabama trainees, ES&S instructors and support staff will have access to this copy of Jefferson County data.

Thank you in advance for your consideration.

Sincerely,


Shannon M. Curtis
Project Manager
Election Systems & Software
smcurtis@essvote.com
smcurtis@sprynet.com
303 817 8870