IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.   CASE NO. 2:06-CV-00392-WKW-SRW

THE STATE OF ALABAMA, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the State of Alabama, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

6/20/2007
Date

/s/ Winfield J. Sinclair
(Signature)

Winfield J. Sinclair (SIN006)
(Counsel's Name)

The State of Alabama and Beth Chapman
Counsel for (print names of all parties)

Office of the Attorney General
11 South Union Street, Montgomery, AL 36130
Address, City, State Zip Code

(334) 242-7300
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, __Winfield J. Sinclair__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF System__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __June__ 20__07__, to:

Kenneth D. Wallis, II, Scott L. Rouse, Algert Swanson Agricola, Jr., Gary R. (Rick)Trawick,

Robert D. Popper, Christy A. McCormick, Donald Palmer, Dorman Walker, R. Randolph Neeley,

Frank Corley Ellis, Jr., Michael W. Robinson, and by first class mail, postage prepaid, to the following:

Wan J. Kim, Voting Section, and John K. Tanner, Chief, Voting Section,

United States Department of Justice, Civil Rights Division, Room 7254-NWB,

950 Pennsylvania Avenue, N.W., Washington, D.C. 20530


6/20/2007                                                        /s/ Winfield J. Sinclair
Date                                                                    Signature