IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-392-WKW |
| | ) | |
| The STATE OF ALABAMA and | ) | |
| BETH CHAPMAN, Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Special Master's Request for Court Order (Doc. # 111), it is ORDERED that the request is GRANTED.

In this court's June 7, 2006 order granting declaratory judgment and preliminary injunction, the court found that Alabama county registrars are agents of the state and, as such, are bound by the court orders directed to the State of Alabama and the Secretary of State. (Doc. # 16, at 7.) Pursuant to the injunction and subsequent court orders, all Alabama county registrars are required to fully cooperate with the Special Master and to refrain from interfering with the Special Master's implementation of the voter registration system.

To the extent the Alabama county registrars are concerned that their disclosure of voter registration data may violate Ala. Code § 17-3-52 (formerly § 17-4-122), thus necessitating an additional court order, it is ORDERED that all Alabama county registrars shall disclose voter registration data to ES&S instructors and support staff if such data are requested from Alabama county registrars by the Special Master and ES&S for no purpose other than ES&S training of probate judges, voter registrars, circuit clerks acting as absentee election managers, and the

employees and other trainees thereof, regarding the use and operation of the computerized voter registration system now being implemented under this court's orders.

DONE this 21st day of June, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE