IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) ) ) ) | |
| Defendants. | ) ) | |

**SPECIFIC MASTER'S ELEVENTH
(JULY 2007) INTERIM REPORT**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his eleventh monthly interim report detailing the activities and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. ACTIVITIES OF THE SPECIAL MASTER AND
THE SPECIAL MASTER'S IMPLEMENTATION COMMITTEE**

Activities since the date of the Special Master's tenth report are as follows:

A.  The Special Master continues his activities toward implementation of the statewide voter registration system. The ES&S Project Manager, Shannon Curtis, is doing an outstanding job in organization, staffing and implementation of the various aspects of the program, and in dealing with problems and individuals on a statewide basis. The Chairman of the Governor's Implementation Committee, Judge Bill English, Probate Judge of Lee County, Alabama, has, of necessity, been directly involved in

almost all aspects of implementation and is also doing an outstanding job. The Special Master's Interim Project Manager, Eddie Ambrose, not only has continued to perform in excellent fashion, but has assumed more direct involvement in the project and has, at least for the time being, agreed to continue serving as the Special Master's Project Manager. Hopefully this relationship will continue until implementation is complete.

      B.    The most significant accomplishments over the past 30 days are as follows:

          1.    All 15 pilot counties were successfully converted onto the centralized voter registration environment during the past reporting period. Minor data issues were identified and have been resolved. There are very few remaining problems in the pilot counties.

          2.    ES&S is on schedule to "go live" with five of the seven group one counties during the week of July 2, 2007.

          3.    Specific problems relating to conversion of data and implementation have arisen in Mobile County and Jefferson County. These problems are currently either being resolved or being addressed and do not appear to be major obstacles.

      C.    Training has been completed in the pilot counties and training activities are continuing, as scheduled, in the other counties. By and large, the training process is going very well. Hardware installation is complete in all pilot counties and all group one counties and installation activities are in progress in the group two counties. On-site support representatives worked with each of the counties that went live during this reporting period with only one exception. Greene County had to be rescheduled due to a health issue with the on-site support individual.

D.   Additional accomplishments since the last report include successful efforts within ES&S to identify and scope the performance and data syncing issues associated with the local redundancy solution. Initial efforts have begun with regard to disaster recovery and business continuity planning for the system.

E.   Immediate problems that are being addressed by the Special Master and the Implementation Committee are as follows:

1. Issues relating to the need for additional computer hardware in the larger counties of the state.

2. Issues relating to the need and advisability of a secondary backup data center.

3. Issues relating to mapping of felony codes.

4. Issues relating to mechanics of providing hardware maintenance support at the county level.

F.   Primary activities expected to be completed during the next reporting period will be "go live" in the remaining group one counties, beginning "go live" activities in the group two counties, completion of hardware installation in group two counties, beginning of hardware installation in group three and four counties, continued data conversion activities in all remaining counties, continued training and support activities, obtaining and reviewing the remaining eight county surveys that have not yet been furnished, and final approval and implementation of the help desk support plan.

G.   The Special Master continues to believe, and is advised by his staff and by the ES&S Project Manager, that the HAVA implementation compliance deadline set by the Court will be met. As expected, there will continue to be problems that must be addressed in individual counties, relating to both adequacy of hardware, training, and

connectivity. Now that the major hurdles have been successfully completed, the implementation vendor has the capability of focusing more time and staff toward the solution of the individual problems in the individual counties, while continuing to accomplish the scheduled activities within the timeframes planned.

Done this 3rd day of July 2007.

Respectfully submitted,

*/s/ Ken Wallis*

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | Donald Palmer |
| James Harold Anderson | Robert D. Popper |
| Terry G. Davis | Michael W. Robinson |
| Frank Corley Ellis, Jr. | Winfield J. Sinclair |
| Misty S. Fairbanks | Edward Still |
| Margaret L. Fleming | Gary R. Trawick |
| Shannon Lynn Holliday | Dorman Walker |
| Christy A. McCormick | George L. Beck |
| R. Randolph Neeley | Terrie S. Biggs |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor