IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-392-WKW |
| | ) | |
| THE STATE OF ALABAMA and | ) | |
| NANCY L. WORLEY, Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## SPECIAL MASTER'S TWELFTH
## (AUGUST 2007) INTERIM REPORT

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his twelfth monthly interim report detailing the activities and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

## I. SPECIAL MASTER'S CERTIFICATION AS TO OVERALL IMPLEMENTATION PROGRESS AND STATUS OF COMPLIANCE

The Special Master is extremely pleased to report to the Court that the State of Alabama has now achieved substantial compliance with the Court's Order of August 8, 2006. The Special Master is advised that Alabama's efforts over the past eleven months have resulted in a current compliance percentage, when considering all aspects of overall compliance, at the level of 90% plus. The Special Master is advised and believes

that on or before August 31, 2007, the State of Alabama will be in greater than substantial compliance and will have achieved overall compliance in excess of 95%.

A.    The voter registration systems throughout the State of Alabama, in approximately 46 counties, including probate offices, circuit clerk offices, and voter registrar offices, have currently "gone live" and the systems are operationally viable in these counties and the respective offices therein.  The remaining 21 counties will "go live" on a staggered basis over the next three weeks.  It is expected that all 67 counties will be "live" and operational prior to the August 31st deadline.

B.    Probably the most complex task of the overall implementation effort was to achieve a secure, accurate, and workable interface between the Alabama Voter Registration System and the three separate departments of state government.  Two of these interfaces, one with the Alabama Department of Public Health and one with the Administrative Office of Courts, have either been completely achieved or are in the process of being achieved and are expected to be completed in full before August 31st.  The most complex of the three interface requirements is that of the Alabama Department of Public Safety which must develop the software to allow interface between its own mainframe and the information therein, and one of its providers Digimarc and its client server-based system, and a secondary interface with the U.S. Social Security Administration, that is necessary to validate social security numbers  when the Alabama Department of Public Safety does not have that information on particular individuals. Because of the complexity of these interfaces, the time and technology requirements involved, and for a number of other reasons, it has become apparent that the work will not be complete and the interfaces operational by August 31st.  It is expected by the

August 31st.  It is expected by the Special Master, ES&S project manager, officials at the Alabama Department of Public Safety and officials at Digimarc, that the software will be completed and the interfaces accomplished, to the extent of becoming fully operational, within a relatively short time after August 31, 2007.  The Special Master has not been given what he considers to be a reliable time estimate, but is advised that all of this effort should be accomplished, or to the extent of becoming fully operational, within 30 to 60 days after August 31, 2007.

      C.     It is the Special Master's intention to file weekly reports with the Court for the remainder of the month of August, and thereafter if necessary, updating the Court accurately on progress and time estimates for completion of this one delayed aspect of implementation.  The Special Master will request a time extension of the current deadline as soon as a reasonably accurate date of completion can be determined.  All parties will receive copies of these additional weekly reports.  In the interim, if the Court desires for the Special Master to do any additional items or activities, the Special Master will be ready, willing, and anxious to comply.

## II. ACTIVITIES OF THE SPECIAL MASTER AND THE SPECIAL MASTER'S IMPLEMENTATION COMMITTEE

Activities since the date of the Special Master's eleventh report are as follows:

      A.     Almost all activities of the Special Master and the Implementation Committee and the State of Alabama's vendor, ES&S, are progressing in accordance with the projected implementation schedule.  The only significant exception being the

Alabama Department of Public Safety interfaces which are discussed in the prior section of this report.

B.      Since the last report, statewide group of counties #1, consisting of twelve counties, "went live" during the weeks of July 2 and 16.  Statewide group of counties #2, consisting of thirteen counties, "went live" during the weeks of July 23 and July 30.  A portion of statewide group of counties #3, consisting of six additional counties, "went live" this week, the week of August 6, 2007.  The remainder of group 3 counties and group 4 counties are scheduled to "go live" on a weekly basis during the next three weeks with total completion scheduled before August 31, 2007.

C.      ES&S is providing to each of the counties, after their "go live" date, an additional two days of on-site support/training to further facilitate the ability of the individuals responsible for the data entry and the operation of the system in the individual counties, to effectively operate their portions of the new system.

D.      Problems were identified with the required interface between the voter registration system and the Administrative Office of Courts with regard to disqualifying felonies involving moral turpitude.  It was determined that this was a major problem in that the Alabama statutes include in excess of 2,400 crimes and in excess of 500 different, separate felonies.  The Special Master was required to assign an experienced attorney, Scott L. Rouse, Esquire, along with a law student intern, Zackery L. Burr, Esquire,  to review specifically and individually each statute and related case law and prior attorney general opinions, in order to do the individual mapping of those felonies that are considered to involve moral turpitude which would be a disqualifying conviction from the standpoint of voter registration.  This was obviously a gargantuan effort from

the standpoint of volume and time required, but it has been accomplished, the results of the mapping have been transmitted to the Administrative Office of Courts and it is fully expected that this interface will be completed and operational before August 31, 2007. The database administrator at the Administrative Office of Courts and the information systems personnel at ES&S have developed the preliminary software and have begun preliminary testing as of as of the present date.

E.      With regard to the interface development problems at the Alabama Department of Public Safety, as soon as it became apparent that there was going to be a delay and an inability to meet the Court's August 31 deadline, the Department of Public Safety director and the other responsible individuals at the Department of Public Safety made this project their number one priority and manned the project accordingly.  In addition, COL Chris Murphy, Director of the Alabama Department of Public Safety, requested that its provider, Digimarc, also give the project this same priority within its operational system.  Digimarc has expressed full cooperation and has also acted so as to make this its number one priority in the State of Alabama, and has assigned or has committed to assign additional personnel to the project in order to allow completion at the earliest possible date.  The Special Master is satisfied that everyone involved is doing everything within their power to achieve full compliance at the earliest possible date.

F.      Additional problems have been identified in various counties of the State of Alabama with regard to training of the various personnel so as to allow them to be able to perform the various required tasks in order to effectively operate the overall voter registration system.  ES&S is attempting to provide additional training where possible.  ES&S is committed to provide additional regional training opportunities for

all county personnel who would like avail themselves of the training and the Special Master has committed to reimburse expenses to those persons wishing to avail themselves of this additional training, for their travel and meals that are necessary. It is not contemplated that the distances involved to the regional training sites will require overnight stays, although the training may include either two or three days of hands-on activity.

G.    The Special Master, the Implementation Committee, the project managers, and other interested parties will meet on Wednesday, August 15, for a more in-depth assessment of the status of the overall project. Some of the issues to be considered, as previously reported, are the following:

1.    Issues relating to the need for additional computer hardware in some counties of the State of Alabama.

2.    Issues relating to the need, advisability, and affordability of a secondary backup data center.

3.    Issues relating to hardware maintenance and support to the counties after implementation is completed.

It is expected that there will be additional issues discussed at this status meeting.

H.    The Special Master is extremely pleased to be able to report substantial compliance at this time and to be able to assure the Court that even a greater level of substantial compliance will be in place before August 31. The Special Master is disappointed to report that the problem with the very complex interface at the Alabama Department of Public Safety will cause a slight delay in 100% compliance by August 31, 2007, but assures the Court that everything is being done, within reason, to accomplish

this task at the earliest possible date.  Weekly reports with more detailed information
will follow.

Done this 7th day of August 2007.

Respectfully submitted,

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama  36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Algert S. Agricola, Jr.** | **Donald Palmer** |
| **James Harold Anderson** | **Robert D. Popper** |
| **Terry G. Davis** | **Michael W. Robinson** |
| **Frank Corley Ellis, Jr.** | **Winfield J. Sinclair** |
| **Misty S. Fairbanks** | **Edward Still** |
| **Margaret L. Fleming** | **Gary R. Trawick** |
| **Shannon Lynn Holliday** | **Dorman Walker** |
| **Christy A. McCormick** | **George L. Beck** |
| **R. Randolph Neeley** | **Terrie S. Biggs** |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

| | |
|---|---|
| **John K. Tanner** | **Wan J. Kim** |
| **U.S. Department of Justice** | **U.S. Department of Justice** |
| **Chief, Voting Section** | **Voting Section** |
| **Civil Rights Division** | **Civil Rights Division** |
| **Room 7254-NWB** | **Room 7254-NWB** |
| **950 Pennsylvania Avenue NW** | **950 Pennsylvania Avenue, NW** |
| **Washington, DC 20530** | **Washington, DC 20530** |

/s/ **Kenneth D. Wallis, II**
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor