IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**SPECIAL MASTER'S WEEKLY SUPPLEMENTAL REPORT
(SUPPLEMENTING THE 2007-TWELFTH INTERIM REPORT)**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files this weekly supplemental report detailing the activities and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. SPECIAL MASTER'S REPORT ON
ALABAMA DEPARTMENT OF PUBLIC
SAFETY'S COMPUTER INTERFACE PROJECT**

As a part of the Special Master's August, Twelfth Interim Report, under item I., paragraph B., the Special Master reported certain delays in the interface project between the Alabama Voter Registration System and the Alabama Department of Public Safety's computer system, which interface is necessary for the verification of drivers license numbers and social security numbers. The Special Master has received a second

progress report on this specific project, a copy of which is attached for the Court's records. The report reflects that the project is now approximately 18% complete, but also reflects almost 100% completion in the development, analysis, and approval processes. Most significantly, the progress report reflects the server software development, which is the most significant and important part of this overall project, is now approximately 53% complete after just three weeks of work.

  B. Based upon a review of the project draft schedule and progress report, it currently appears that the interface project will be completed by the second week in October, which, assuming the accuracy of this projection, will result in completion in lesser time than was the maximum time projected only one week ago. In addition, the Special Master has requested direct communication between upper level officials of the Department of Public Safety and upper level officials of the subcontractor, Digimarc, in an effort to determine if anything further can be done from the standpoint of staffing or expediting processes, to result in an additional time savings. This is being done with an emphasis on accuracy and completeness of the project not being sacrificed for time savings.

  C. The Special Master, and all persons within his influence and control, is well aware of the importance of completing this project at the earliest possible date, so long as it is completed accurately and effectively. It is the Special Master's belief that everyone is working toward this goal, to the greatest extent reasonably possible.

  D. The Special Master is aware of no other problems that are likely to cause any further delays in implementation. Additional training, regional training, and supplemental training of registrars, circuit clerks, probate judges and their staff are

being addressed. Everything that can possibly be done, within reason, along the lines of instruction and training will be done, to hopefully ensure that everyone responsible for running the system will be able to perform the required functions, in order to make the system work in each of the 67 counties of Alabama. The Special Master would also like to point out to the Court that based upon his information and belief, if full implementation is accomplished within the month of October 2007, the State of Alabama will have accomplished its implementation more quickly than any other state, from the date of the Special Master's appointment through the date of final implementation. We still expect to accomplish this feat.

Done this 14th day of August 2007.

Respectfully submitted,

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | Donald Palmer |
| James Harold Anderson | Robert D. Popper |
| Terry G. Davis | Michael W. Robinson |
| Frank Corley Ellis, Jr. | Winfield J. Sinclair |
| Misty S. Fairbanks | Edward Still |
| Margaret L. Fleming | Gary R. Trawick |
| Shannon Lynn Holliday | Dorman Walker |
| Christy A. McCormick | George L. Beck |
| R. Randolph Neeley | Terrie S. Biggs |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor