

| ID | | Task Name | Duration | Start | Finish | % Complete |
|---|---|---|---|---|---|---|
| 1 | | **AL HAVA Project** | **54.5 days** | **Wed 7/25/07** | **Wed 10/10/07** | **18%** |
| 2 | | **Requirements** | **2 days** | **Wed 7/25/07** | **Thu 7/26/07** | **99%** |
| 3 | ✓ | Develop requirements | 2 days | Wed 7/25/07 | Thu 7/26/07 | 100% |
| 4 | | Analysis / approval by Kforce | 0 days | Thu 7/26/07 | Thu 7/26/07 | 90% |
| 5 | ✓ | Approval by ES&S | 0 days | Thu 7/26/07 | Thu 7/26/07 | 100% |
| 6 | ✓ | Approval by customer | 0 days | Thu 7/26/07 | Thu 7/26/07 | 100% |
| 7 | | | | | | |
| 8 | | **Hardware Procurement and Setup** | **19.5 days** | **Wed 7/25/07** | **Tue 8/21/07** | **58%** |
| 9 | ✓ | Create Server Req | 0.5 days | Wed 7/25/07 | Wed 7/25/07 | 100% |
| 10 | ✓ | Purchase 3 Servers | 5 days | Wed 7/25/07 | Wed 8/1/07 | 100% |
| 11 | | Servers Received | 0 days | Wed 8/15/07 | Wed 8/15/07 | 0% |
| 12 | | Setup and configure 3 Servers | 2 days | Wed 8/15/07 | Fri 8/17/07 | 0% |
| 13 | | Verify Server setup | 2 days | Fri 8/17/07 | Tue 8/21/07 | 0% |
| 14 | | | | | | |
| 15 | | **IT Tasks** | **7 days** | **Fri 8/17/07** | **Tue 8/28/07** | **0%** |
| 16 | | Network configuration to add new Server | 2 days | Fri 8/17/07 | Tue 8/21/07 | 0% |
| 17 | | Setup Mainframe Access | 5 days | Tue 8/21/07 | Tue 8/28/07 | 0% |
| 18 | | | | | | |
| 19 | | **Server SW Development** | **27.5 days** | **Fri 7/27/07** | **Wed 9/5/07** | **53%** |
| 20 | | Create Web Service Design | 1.5 days | Fri 7/27/07 | Mon 7/30/07 | 70% |
| 21 | | Research Web Service Implementation | 3 days | Mon 7/30/07 | Wed 8/8/07 | 90% |
| 22 | | Design Web Service Interface | 2 days | Wed 8/8/07 | Fri 8/10/07 | 50% |
| 23 | | **Server Mainframe I/F coding** | **10 days** | **Mon 7/30/07** | **Fri 8/10/07** | **79%** |
| 24 | | Write M/F Test Connect App | 1.25 days | Mon 7/30/07 | Tue 7/31/07 | 50% |
| 25 | | Write Mainframe simulator | 2.5 days | Tue 7/31/07 | Thu 8/2/07 | 90% |
| 26 | | Write Mainframe message | 6.25 days | Thu 8/2/07 | Fri 8/10/07 | 80% |
| 27 | | **Web Service coding** | **13 days** | **Fri 8/10/07** | **Wed 8/29/07** | **36%** |
| 28 | | Write Web Service Stub | 1 day | Fri 8/10/07 | Mon 8/13/07 | 90% |
| 29 | | Write Ping method | 2 days | Mon 8/13/07 | Wed 8/15/07 | 90% |
| 30 | | Write DPSSearch method | 2 days | Wed 8/15/07 | Fri 8/17/07 | 0% |
| 31 | | Write AAMVANetSearch method | 2 days | Fri 8/17/07 | Tue 8/21/07 | 50% |
| 32 | | Write AAMVANetResponse method | 2 days | Tue 8/21/07 | Thu 8/23/07 | 50% |

Project: HAVA Draft Schedule
Date: Thu 8/9/07

Task / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline

| ID | Indicators | Task Name | Duration | Start | Finish | % Complete |
|---|---|---|---|---|---|---|
| 33 | | Get Mailing Address from DMRC DB | 2 days | Thu 8/23/07 | Mon 8/27/07 | 0% |
| 34 | | Unit test web service | 2 days | Mon 8/27/07 | Wed 8/29/07 | 0% |
| 35 | | **Server ES &S I/F coding** | **1.25 days** | **Fri 7/27/07** | **Mon 7/30/07** | **80%** |
| 36 | | Write ES &S Simulator - CMD line, C++ | 1.25 days | Fri 7/27/07 | Mon 7/30/07 | 80% |
| 37 | | Integration testing | 4 days | Wed 8/29/07 | Wed 9/5/07 | 0% |
| 38 | | | | | | |
| 39 | | **Kforce Development** | **28 days** | **Fri 7/27/07** | **Wed 9/5/07** | **7%** |
| 40 | ✓ | Verify Mainframe Data Access Point | 4 days | Fri 7/27/07 | Wed 8/1/07 | 100% |
| 41 | | Make database changes | 4 days | Thu 8/2/07 | Tue 8/7/07 | 0% |
| 42 | | Write program coding | 12 days | Thu 8/2/07 | Fri 8/17/07 | 0% |
| 43 | | Generate test data | 12 days | Thu 8/2/07 | Fri 8/17/07 | 0% |
| 44 | | Review Kforce Code | 10 days | Tue 8/21/07 | Tue 9/4/07 | 0% |
| 45 | | Unit testing of Kforce program | 12 days | Mon 8/20/07 | Wed 9/5/07 | 0% |
| 46 | | | | | | |
| 47 | | **CM** | **28.5 days** | **Fri 7/27/07** | **Thu 9/6/07** | **0%** |
| 48 | | Create BOM | 2 days | Fri 7/27/07 | Mon 7/30/07 | 0% |
| 49 | | Complete CM Release Engineering tasks | 24 days | Tue 7/31/07 | Fri 8/31/07 | 0% |
| 50 | | Complete Build Requests | 1 day | Wed 9/5/07 | Thu 9/6/07 | 0% |
| 51 | | | | | | |
| 52 | | **QA Testing** | **28 days** | **Fri 8/10/07** | **Thu 9/20/07** | **9%** |
| 53 | | Create Capture Load Test App | 3 days | Mon 8/27/07 | Wed 8/29/07 | 0% |
| 54 | | Develop test plan | 10 days | Fri 8/10/07 | Fri 8/24/07 | 20% |
| 55 | | Complete testing - 2 resources | 10 days | Thu 9/6/07 | Thu 9/20/07 | 0% |
| 56 | | | | | | |
| 57 | | **User Acceptance Testing** | **17 days** | **Fri 9/14/07** | **Tue 10/9/07** | **0%** |
| 58 | | Setup UAT test environment | 4 days | Fri 9/14/07 | Thu 9/20/07 | 0% |
| 59 | | Complete UAT testing - ES&S, Kforce, Digimarc | 10 days | Fri 9/21/07 | Fri 10/5/07 | 0% |
| 60 | | Approval by customer | 2 days | Fri 10/5/07 | Tue 10/9/07 | 0% |
| 61 | | | | | | |
| 62 | | **SW Rollout** | **1 day** | **Tue 10/9/07** | **Wed 10/10/07** | **0%** |
| 63 | | Mainframe rollout | 1 day | Tue 10/9/07 | Wed 10/10/07 | 0% |
| 64 | | CS rollout | 1 day | Tue 10/9/07 | Wed 10/10/07 | 0% |

Project: HAVA Draft Schedule
Date: Thu 8/9/07

| | | | | |
|---|---|---|---|---|
| Task | Progress | Summary | External Tasks | Deadline |
| Split | Milestone | Project Summary | External Milestone | |

