IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) ) ) ) ) | |
| Defendants. | ) | |

**SPECIAL MASTER'S THIRD WEEKLY SUPPLEMENTAL REPORT
(SUPPLEMENTING THE 2007-TWELFTH INTERIM REPORT)**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his third weekly supplemental report detailing the activities and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. SPECIAL MASTER'S REPORT ON
ALABAMA DEPARTMENT OF PUBLIC
SAFETY'S COMPUTER INTERFACE PROJECT**

A.   The Special Master is extremely pleased to report to the Court that all 67 counties in the State of Alabama have been successfully converted over to the new centralized voter registration system. Four of the last seven counties to be converted and to go live have logged on and are currently using the system and, within the next few days, the remaining two or three counties will be actually using the new system. The

Special Master does not represent this fact as placing the State of Alabama in compliance, but suggests that this is obviously a major accomplishment and this portion of the project, data conversion, and system rollout has been completed within the time frames suggested at the beginning of the project.

B.  As a part of the Special Master's August, Twelfth Interim Report, under item I., paragraph B., the Special Master reported certain delays in the interface project between the Alabama Voter Registration System and the Alabama Department of Public Safety's computer system, which interface is necessary for the verification of drivers license numbers and social security numbers. The Special Master has received a fourth progress report on this specific project, a copy of which is attached for the Court's records, covering the time period through August 23, 2007. The report reflects that the project is now approximately 32% complete. Most significantly, the progress report reflects that the server software development, which is the most significant, complicated, and important part of this overall project, is now approximately 79% complete. As the report reflects, the project is scheduled for completion during the second week of October 2007. The projected completion date has been confirmed with Digimarc numerous times over the past few weeks. The Special Master believes, based upon the representations of the Alabama Department of Public Safety and its contractor, Digimarc, that this aspect of compliance will be completed upon or before the end of the second week of October 2007. The Special Master believes that this will be the last item necessary for full compliance.

C.  The Special Master has been advised by the project manager for ES&S that there has been a minor delay in the project schedule for the delivery of the felon and the

deceased interfaces. This delay is based upon the fact that the ES&S testing is slightly behind schedule. Testing efforts have been accelerated to allow the delivery of this item as soon as possible. This effort is running approximately four to six business days behind schedule. Thus, it is anticipated that delivery of this portion of the project will be made within the next two weeks and that client testing/training and implementation of this portion of the project will be completed in approximately mid-September.

D.   Based upon a current review of the overall project schedule and the projected completions of the interfaces, the Special Master believes that the overall project will be completed, perhaps subject to final testing, by the second week of October 2007.

E.   The Special Master and all persons within his influence and control are well aware of the importance of completing this project at the earliest possible date, so long as it is completed accurately and effectively. It is the Special Master's belief that everyone is working toward this goal, to the greatest extent reasonably possible.

F.   The Special Master is aware of no other problems, other than the two discussed in this report, that are likely to cause any further delays in full implementation. Problems are being addressed as they occur on an ongoing basis. Education and training continues to be a major focus. Local system redundancy, which is not a part of HAVA compliance, but which is a part of the State of Alabama's contract with ES&S, is continuing to be developed on a separate track and is not in any way interfering with the State of Alabama's progress toward HAVA compliance. The local redundancy is necessary in order to provide security to the individual counties, that they can continue to operate, in the event that the statewide system goes down for any

reason. It is a backup and security feature. It is expected that the local redundancy component will be completed within a few weeks after full HAVA compliance is achieved. It is expected that the Special Master will request the Court to grant him a specific time extension within the next few days. The Special Master also attaches to this report a copy of the ES&S progress report through August 23, 2007.

Done this 28th day of August 2007.

Respectfully submitted,

*/s/ Ken Wallis*

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | Donald Palmer |
| James Harold Anderson | Robert D. Popper |
| Terry G. Davis | Michael W. Robinson |
| Frank Corley Ellis, Jr. | Winfield J. Sinclair |
| Misty S. Fairbanks | Edward Still |
| Margaret L. Fleming | Gary R. Trawick |
| Shannon Lynn Holliday | Dorman Walker |
| Christy A. McCormick | George L. Beck |
| R. Randolph Neeley | Terrie S. Biggs |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor