# Alabama Voter Registration Project
## Weekly Status Report



**11208 John Galt Boulevard   *   Omaha, NE 68137   *   1-800-247-8683**

| Summary Information ||
|---|---|
| Project Manager | Shannon Curtis |
| Client Liaison | Mark Kelley |
| Project Executive | Gary Crump |
| Reporting Period | August 17– 23, 2007 |
| Project Health: | Schedule (Yellow)    Health (Green) |

Legend:  Green: On Schedule, Yellow:  Somewhat Behind Schedule or on the watch list, Red: Behind Schedule, Needs Attention

| Major Milestone Summary ||||||| |
|---|---|---|---|---|---|---|---|
| | Original || Revised/Actual || Current ||| 
| Description | Start Date | Finish Date | Start Date | Finish Date | Completion % Planned | Completion % Actual | Status |
| Agency Central Development Activities (ES&S & Agencies Both) | | 6/11/07 | 6/11/07 | 9/07 | 70 | 70 | In Progress; Red Status for all |
| Software Enhancement Planning / Requirements | 7/16/07 | 7/20/07 | 8/1/07 | 9/30/07 | 5 | 5 | In Progress |
| Statewide Group 3 Conversions & Go Live! | | 8/09/07 | 7/23/07 | 8/13/07 | 100 | 100 | Complete |
| Statewide Group 4 Conversions & Go Live! | | 8/24/07 | | 8/27/07 | 95 | 95 | In Progress |
| Agency Central Testing | | 8/28/07 | 8/23/07 | 9/07 | 50 | 50 | In Progress |
| Agency Central WebEx Training Complete – Felon & Deceased | | 9/07 | | 9/07 | | | Not Started |
| Agency Central WebEx Training Complete – DPS (drivers license & SSN) | | 8/31/07 | | 9/07 | | | Not Started |
| Agency Central Go Live for Felon and Deceased | | 8/29/07 | | 8/31/07 | | | Not Started |
| Agency Central Go Live – DPS -  Driver's License/SSN Validation | | | | 9/07 | | | Not Started |
| Local Redundancy Software Rollout | | TBD | 9/10 to 9/17/07 | 10/31/07 | | | Not Started |
| Disaster Recovery / Business Continuity Planning | | 6/15/07 | | 10/31/07 | 5 | 5 | In Progress; dates to be revisited |
| Mock Disaster Recovery Testing Activities | | 7/30/07 | | 10/31/07 | | | Not Started; dates to be revisited |
| 2007 Software Enhancements – ID Card & Roster, etc. | | 2007 | | TBD | | | Not Started |
| Regional Refresher Training | | 4th Qtr TBD | | | | | Not Started |
| Mock Election Hosted by SOS | | 4th Qtr TBD | | | | | Not Started |

# Alabama Voter Registration Project
## Weekly Status Report

Note:  This section contains recently completed and upcoming milestones; for more specifics, please refer to detailed project schedule

| Accomplishments – Current Reporting Period |
| --- |
| 1. Data Conversion – Work continues on schedule for all data conversion activities.  60 of 67 counties have been successfully converted to the centralized, HAVA compliant environment.<br><br>Cullman County went live on Monday 8/20, one week behind schedule due to data issues.  All remaining Group 4 Counties are ready for Go Live on Monday 8/27 with no problems anticipated. |
| 2. Training – Training continued successfully this reporting period with minor training database connectivity issues in Butler County.  Through the week, the county lost connectivity for approximately one full business day and the instructor focused on training material rather than hands-on activities during this time.  Training concludes for all counties on 8/24/07.  SOS training is scheduled for 8/27 – 8/29/07. |
| 3. Work continues on Agency Central activities.  Agency Central work remains in a red status due to the DPS interface and their timeline for completion.  ES&S and DPS were able to test the connectivity between the two web services this reporting period.  DPS is providing a full test data set by the end of this week.  Progress is moving ahead on this initiative with completion targeted for early October with days factored in for code adjustments, and additional testing if needed.<br><br>Agency Central work is also in red status due to a delivery delay in the Felon and Deceased interfaces by ES&S.  Testing is slightly behind schedule approximately 4-6 business days.  Ensuring that this testing is conducted thoroughly will ensure a successfully implementation in Alabama.  It is anticipated that this work will full conclude including client testing/training by the second week of September.<br><br>The data transfer methods for the felon and deceased interfaces are nearing completion with testing scheduled for the first half of next week. |
| 4. On Site Support – On Site Support activities continued this reporting period.  Marion and Blount counties have been scheduled to receive physical on site support.  ES&S is also revisiting a handful of counties that require significant assistance due to legacy system data items or user skills. |
| 5. Work continued this period at ES&S with regard to Local Redundancy data syncing.  The timeline for delivery the data syncing component has been narrowed to mid September.  There is no change in status. |
| 6. The requirements gathering session for ID Cards and Rosters / Poll Books has been finalized for 9/5. |
| 7. Performance problems with Jefferson County were identified and resolved this reporting period. |

| Planned Accomplishments – Next Reporting Period(s) |
| --- |
| 1. Complete Conversion and Go Live activities for the last 7 counties. |
| 2. Continue to work on and identify communication strategies for the voter registration project. |
| 3. Continue all Support Activities.  On Site Support is schedule to conclude the second week of September. |
| 4. Continue Agency Central Interface development and testing activities as appropriate with the corresponding agencies.  Test the file transfer process with AOC and DPH.  Test with DPS as soon as they are able. |
| 5. Complete testing associated with Agency Central Delivery for Felon and Deceased interfaces.  Conduct Training and Rollout for this initiative. |
| 6. Conduct application training for the Secretary of State. |
| 7. Finalize Agenda and approach for ID Cards and Roster Requirements Gathering sessions. |
| 8. Continue discussions around software enhancements and the establishment of a software enhancement review committee. Continue planning for enhancements and future phases in accordance with the project schedule / contract. Identify a committee of users for software enhancements with the State personnel. |
| 9. Deferred - Discuss and work on defining the approach for disaster recovery, including but not limited to the following possible solutions:  Local connectivity upgrades to allow for local redundancy to serve as a DR solution, a full scale secondary data center and a scaled back secondary data center. |
| 10. Begin planning for refresher training planned for October and November, 2008.  Organize State SOS training. |
| 11. Begin Planning for Mock Statewide Election |

# Alabama Voter Registration Project
## Weekly Status Report

| New Issues Log ||||| 
|---|---|---|---|---|
| # | Description | Create Date | Owner | Status / Notes |
| 12 | Absentee Managers continue to inquire about peripheral hardware availability from the State due to workflow improvements available with the new application. | 7/30/07 | Alabama HIC / Governor's Offices | Open Item to be addressed if funds permit after HAVA compliance is achieved. |
| 10 | Hardware Support has been identified as an open issue to be resolved. The Governor's office and the SOS are not equipped / prepared to respond to hardware support requests. Hardware and connectivity support are outside the scope of the ES&S contract with Alabama. | 6/27/07 | Shannon Curtis / Judge English / Ken Wallis | 8/23/07 – No change in status<br>7/5/07 – A preliminary approach to allow the counties to request hardware support from the original vendors – Dell, Fujitsu, HP, etc. has been identified and will need to be documented for ES&S support staff and county personnel alike.<br><br>6/29/07 – this is a newly opened issue and will be researched with state personnel in the coming week. |
| 8 | ES&S has identified data syncing and performance issues related to the Local Redundancy Solution. | 6/12/07 | Shannon Curtis / Gary Crump | 8/23/07 – ES&S internal testing continues this reporting period.<br>8/2/07 – Progress has been made in testing the Local Redundancy solution internally within ES&S. Additionally, data migration scripts to address initiating the preliminary population of data in each county have been developed with preliminary testing in progress.<br><br>7/12/07 – ES&S continues to work this issue as a top priority and is hopeful for a late August to mid September delivery of Local Redundancy.<br><br>7/5 & 6/29/07 – ES&S continues to work on this issue with no significant change in status from the prior reporting period although progress is being made on this effort. |

Note:  For a full list of issues, please refer to the complete Project Issues Log maintained separately from the weekly status report.

| New and Critical Risks ||||
|---|---|---|---|
| # | Risk Description | Mitigation Plan | Status / Notes |
|  | Some counties have expressed dissatisfaction with the current ID card and Roster Formats. | None | 8/23/07 – Requirement Gathering is planned for 9/5 to address this issue.<br>8/16/07 – Planning has begun with plans to conducted requirements gathering the week of 9/3/07 in an attempt to resolve earlier than originally scheduled.  Additionally, State School district data has not been defined at the state level for most counties due to data content. ES&S is working to resolve this on behalf of the |

# Alabama Voter Registration Project
## Weekly Status Report

| New and Critical Risks | | | |
|---|---|---|---|
| # | Risk Description | Mitigation Plan | Status / Notes |
| | | | Alabama counties.<br><br>7/12/07 – Several counties have expressed concern with the content and messaging on the current ID card.  Issues have been with municipal districts not displaying, contact information on the card, address field breaks and font sizes. Baldwin county has opted to perform dual data entry for voter ID cards in their legacy system. Counties that have expressed concern to date: Baldwin, Mobile, Shelby, Montgomery, Colbert, and Madison. |
| | The Department of Public Safety does not have a current interface with the Secretary of State for sharing Driver's License, SSN and address change data.  This is the most complex agency interface for the project. | Work closely with state and DPS personnel to scope, develop and deliver this interface in as timely a manner as possible. | 8/23/07 – This continues to be a critical path item.  DPS has not yet provided a clear delivery timeline.<br>6/14/07 – This continues to be a risk for delivery due the aggressive timeline. Both ES&S and the DPS are working aggressively to meet the challenging dates associated with this effort to help ensure HAVA Compliance. |
| | Connectivity within the County remains an ongoing risk for the project due to lack of standards in the counties. | Conduct County Surveys and Physical Site Visits to identify additional tasks and issues that must be addressed prior to resolution. | 7/12/07 – This remains as an open risk to be managed on the project. |

Note:  For a full list of risks, please refer to the complete Risk Log maintained separately from the weekly status report.

# Alabama Voter Registration Project
## Weekly Status Report

**Go Live Schedule**  *Note: Counties in Italics are complete*

| Group | Go Live | Group | Go Live |
|---|---|---|---|
| **Pilot Counties** | | **Statewide Group 3** | |
| *Baldwin* | *6/18/2007* | *DeKalb* | *8/6/2007* |
| *Chilton* | *6/18/2007* | *Franklin* | *8/6/2007* |
| *Coffee* | *6/18/2007* | *Jackson* | *8/6/2007* |
| *Houston* | *6/18/2007* | *Lauderdale* | *8/6/2007* |
| *Lee* | *6/18/2007* | *Marshall* | *8/13/2007* |
| *Limestone* | *6/18/2007* | *Talladega* | *8/6/2007* |
| *Mobile* | *6/18/2007* | *Walker* | *8/6/2007* |
| *Colbert* | *6/25/2007* | *Blount* | *8/13/2007* |
| *Greene* | *6/25/2007* | **Cleburne** | **8/27/2007** |
| *Madison* | *6/25/2007* | *Cullman* | *8/20/2007* |
| *Lowndes* | *6/25/2007* | *Marion* | *8/13/2007* |
| *Macon* | *6/25/2007* | *St. Clair* | *8/13/2007* |
| *Etowah* | *6/25/2007* | *Winston* | *8/13/2007* |
| *Montgomery* | *6/25/2007* | **Statewide Group 4** | |
| *Shelby* | *6/25/2007* | *Bibb* | *8/20/2007* |
| **Statewide Group 1** | | *Coosa* | *8/20/2007* |
| *Autauga* | *7/2/2007* | *Dallas* | *8/20/2007* |
| *Fayette* | *7/2/2007* | *Geneva* | *8/20/2007* |
| *Hale* | *7/2/2007* | *Jefferson* | *8/14/2007* |
| *Lamar* | *7/2/2007* | *Perry* | *8/20/2007* |
| *Lawrence* | *7/2/2007* | *Pickens* | *8/20/2007* |
| *Marengo* | *7/2/2007* | *Morgan* | *8/20/2007* |
| *Tuscaloosa* | *7/2/2007* | **Butler** | **8/27/2007** |
| *Cherokee* | *7/16/2007* | **Conecuh** | **8/27/2007** |
| *Choctaw* | *7/16/2007* | **Crenshaw** | **8/27/2007** |
| *Clarke* | *7/16/2007* | **Escambia** | **8/27/2007** |
| *Elmore* | *7/16/2007* | **Sumter** | **8/27/2007** |
| *Washington* | *7/16/2007* | **Wilcox** | **8/27/2007** |
| **Statewide Group 2** | | | |
| *Calhoun* | *7/23/2007* | | |
| *Chambers* | *7/23/2007* | | |
| *Clay* | *7/23/2007* | | |
| *Covington* | *7/23/2007* | | |
| *Dale* | *7/23/2007* | | |
| *Randolph* | *7/23/2007* | | |
| *Tallapoosa* | *7/23/2007* | | |
| *Barbour* | *7/30/2007* | | |
| *Bullock* | *7/30/2007* | | |
| *Henry* | *7/30/2007* | | |
| *Monroe* | *7/30/2007* | | |
| *Pike* | *7/30/2007* | | |
| *Russell* | *7/30/2007* | | |