IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| THE STATE OF ALABAMA and ) | |
| NANCY L. WORLEY, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**SPECIAL MASTER'S FOURTH WEEKLY SUPPLEMENTAL REPORT
(SUPPLEMENTING THE 2007-THIRTEENTH INTERIM REPORT)**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his fourth weekly supplemental report detailing the activities and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. SPECIAL MASTER'S REPORT
ON INTERFACE PROJECT PROGRESS
ALABAMA DEPARTMENT OF PUBLIC HEALTH
AND
ALABAMA ADMINISTRATIVE OFFICE OF COURTS**

A.  The Special Master is extremely pleased to report to the Court that both the software development and installation have been completed on both the Alabama

Department of Public Health interface project regarding deceased individuals, and the Alabama Administrative Office of Courts interface project, regarding individuals having been convicted of felonies involving moral turpitude. Each of these interface projects are now considered complete and are in the testing mode. After several days of testing, there have been no significant software problems that have been detected. It is expected by the ES&S Project Manager that these interfaces will "go live" throughout the entire State of Alabama and all 67 counties, on Tuesday, September 18, 2007.

## II. SPECIAL MASTER'S REPORT ON ALABAMA DEPARTMENT OF PUBLIC SAFETY'S COMPUTER INTERFACE PROJECT

A.   The Special Master is also extremely pleased to report to the Court that the interface project between the Alabama Voter Registration System and the Alabama Department of Public Safety's computer system, which interface is necessary for the verification of drivers license numbers and social security numbers, continues to progress basically in exact conformance to the prior projections of the Special Master to the Court, and to all interested parties, in the Special Master's prior reports. Attached to this report is the project report from the Alabama Department of Public Safety reflecting the full project progress. The Court will note the overall project was 69% complete as of last Thursday and by this time is even further along toward completion. The court will also note that the software server development was 97% complete as of last Thursday. All other portions of this project are being performed and/or, as the case may be, being

completed within the previously estimated timeframes that the Special Master has communicated to the Court.

B. Upon a current review of the overall project schedule and the project progress report (Attached as Exhibit A hereto), the Special Master is informed and believes that the overall project will be completed, perhaps subject only to final testing, by the end of the second week in October 2007.

C. The Special Master, and all persons within his influence and control, are well aware of the importance of completing this project at the earliest possible date, so long as it is completed accurately and effectively. It is the Special Master's belief that everyone involved is working toward this goal, to the greatest extent reasonably possible.

D. The Special Master has been made aware of no other problems, other than those discussed in this report, that are likely to cause any further delays in full implementation. Minor individual problems are being addressed as they occur on an ongoing basis. Education and training continues to be a major focus. Local system redundancy, which is not a part of HAVA compliance, but which is a part of the State of Alabama's contract with ES&S, and is an important element of the overall system, is continuing to be developed on a separate track and the work on that portion of the project is not in any way interfering with the State of Alabama's progress toward full HAVA compliance. The Special Master and the Project Team continue to work on all matters relating to HAVA compliance and also continue to work toward the full

development of the Voter Registration System, in all respects, with regard to those portions that do not involve HAVA compliance. This work is in no way delaying the work on the Department of Public Safety interface project, which is the only remaining HAVA compliance issue known to be incomplete at the present time.

Done this 12th day of September 2007.

                Respectfully submitted,

                Kenneth D. Wallis, II
                Chief Legal Advisor
                Office of the Governor
                State Capitol, Suite NB-05
                600 Dexter Avenue
                Montgomery, Alabama  36130
                (334) 242-7120 Phone
                (334) 242-2335 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | Donald Palmer |
| James Harold Anderson | Robert D. Popper |
| Terry G. Davis | Michael W. Robinson |
| Frank Corley Ellis, Jr. | Winfield J. Sinclair |
| Misty S. Fairbanks | Edward Still |
| Margaret L. Fleming | Gary R. Trawick |
| Shannon Lynn Holliday | Dorman Walker |
| Christy A. McCormick | George L. Beck |
| R. Randolph Neeley | Terrie S. Biggs |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor