

EXHIBIT A

Case 2:06-cv-00392-WKW-WC    Document 125-2    Filed 09/12/2007    Page 2 of 2

