IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and ) | |
| BETH CHAPMAN, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Before the court is the Special Master's Motion for Extension of Time (Doc. # 121), which contains a request for a sixty-day extension for full HAVA compliance. The court has carefully reviewed the motion, the responses filed by the plaintiff (Doc. # 124) and the defendants (Doc. # 126), and the monthly and weekly status reports dutifully filed by the Special Master. The court agrees with the defendants, who stated that "[a]t this late juncture, [we] see no reasonable alternative to allowing the Court's Special Master the time he needs to complete this undertaking." (Defs.'s Resp. ¶¶ 3-6.) Therefore, the court grants the motion for a sixty-day extension.

Nevertheless, the court's overriding concern is, as it has been throughout this litigation, reaching HAVA compliance in a timely fashion. Although the court is well aware of the electronic interface issues faced by the Special Master, a hearing, as requested by the United States, is SET for **October 24, 2007, at 2:00 p.m. (CDT)**, in Courtroom 2-E of the Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama. To determine the scope of the hearing and to identify the specific issues that will be heard, a telephone status conference is SET for **October 12, 2007, at 10:00 a.m. (CDT)**, to be arranged by counsel for the plaintiff. At

least one counsel for the plaintiff, the defendants, and the Special Master shall be in attendance. The clerk of the court is DIRECTED to provide a court reporter at both the hearing and the telephone status conference.

    DONE this 17th day of September, 2007.

                                       /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE