

| ID | | Task Name | Duration | Start | Finish | % Complete |
|----|---|-----------|----------|-------|--------|------------|
| 1 | | AL HAVA Project | 54.5 days | Wed 7/25/07 | Wed 10/10/07 | 84% |
| 2 | ✓ | Requirements | 2 days | Wed 7/25/07 | Thu 7/26/07 | 100% |
| 3 | ✓ | Develop requirements | 2 days | Wed 7/25/07 | Thu 7/26/07 | 100% |
| 4 | ✓ | Analysis / approval by Kforce | 0 days | Thu 7/26/07 | Thu 7/26/07 | 100% |
| 5 | ✓ | Approval by ES&S | 0 days | Thu 7/26/07 | Thu 7/26/07 | 100% |
| 6 | ✓ | Approval by customer | 0 days | Thu 7/26/07 | Thu 7/26/07 | 100% |
| 7 | | | | | | |
| 8 | ✓ | Hardware Procurement and Setup | 19.5 days | Wed 7/25/07 | Tue 8/21/07 | 100% |
| 9 | ✓ | Create Server Req | 0.5 days | Wed 7/25/07 | Wed 7/25/07 | 100% |
| 10 | ✓ | Purchase 3 Servers | 5 days | Wed 7/25/07 | Wed 8/1/07 | 100% |
| 11 | ✓ | Servers Received | 0 days | Wed 8/15/07 | Wed 8/15/07 | 100% |
| 12 | ✓ | Setup and configure 3 Servers | 2 days | Wed 8/15/07 | Fri 8/17/07 | 100% |
| 13 | ✓ | Verify Server setup/SSL Certificate | 2 days | Fri 8/17/07 | Tue 8/21/07 | 100% |
| 14 | | | | | | |
| 15 | | IT Tasks | 7 days | Thu 8/30/07 | Mon 9/10/07 | 82% |
| 16 | ✓ | Network configuration to add new Server | 2 days | Thu 8/30/07 | Fri 8/31/07 | 100% |
| 17 | | Setup Mainframe Access | 5 days | Tue 9/4/07 | Mon 9/10/07 | 75% |
| 18 | | | | | | |
| 19 | | Server SW Development | 27.5 days | Fri 7/27/07 | Wed 9/5/07 | 100% |
| 20 | ✓ | Create Web Service Design | 1.5 days | Fri 7/27/07 | Mon 7/30/07 | 100% |
| 21 | ✓ | Research Web Service Implementation | 3 days | Mon 7/30/07 | Wed 8/8/07 | 100% |
| 22 | ✓ | Design Web Service Interface | 2 days | Wed 8/8/07 | Fri 8/10/07 | 100% |
| 23 | ✓ | Server Mainframe I/F coding | 10 days | Mon 7/30/07 | Fri 8/10/07 | 100% |
| 24 | ✓ | Write M/F Test Connect App | 1.25 days | Mon 7/30/07 | Tue 7/31/07 | 100% |
| 25 | ✓ | Write Mainframe simulator | 2.5 days | Tue 7/31/07 | Thu 8/2/07 | 100% |
| 26 | ✓ | Write Mainframe message | 6.25 days | Thu 8/2/07 | Fri 8/10/07 | 100% |
| 27 | ✓ | Web Service coding | 13 days | Fri 8/10/07 | Wed 8/29/07 | 100% |
| 28 | ✓ | Write Web Service Stub | 1 day | Fri 8/10/07 | Mon 8/13/07 | 100% |
| 29 | ✓ | Write Ping method | 2 days | Mon 8/13/07 | Wed 8/15/07 | 100% |
| 30 | ✓ | Write DPSSearch method | 2 days | Wed 8/15/07 | Fri 8/17/07 | 100% |
| 31 | ✓ | Write AAMVANetSearch method | 2 days | Fri 8/17/07 | Tue 8/21/07 | 100% |
| 32 | ✓ | Write AAMVANetResponse method | 2 days | Tue 8/21/07 | Thu 8/23/07 | 100% |
| 33 | ✓ | Get Mailing Address from DMRC DB | 2 days | Thu 8/23/07 | Mon 8/27/07 | 100% |

Project: HAVA Draft Schedule
Date: Wed 9/19/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline



| ID | | Task Name | Duration | Start | Finish | % Complete |
|----|---|-----------|----------|-------|--------|------------|
| 34 | ✓ | Unit test web service | 2 days | Mon 8/27/07 | Wed 8/29/07 | 100% |
| 35 | ✓ | Server ES &S I/F coding | 10.88 days | Fri 7/27/07 | Fri 8/10/07 | 100% |
| 36 | ✓ | Write ES &S Simulator - CMD line, C++ | 10.88 days | Fri 7/27/07 | Fri 8/10/07 | 100% |
| 37 | ✓ | Integration testing | 4 days | Wed 8/29/07 | Wed 9/5/07 | 100% |
| 38 | | | | | | |
| 39 | | Kforce Development | 28 days | Fri 7/27/07 | Wed 9/5/07 | 76% |
| 40 | ✓ | Verify Mainframe Data Access Point | 2 days | Fri 7/27/07 | Mon 7/30/07 | 100% |
| 41 | ✓ | Make database changes | 4 days | Fri 7/27/07 | Wed 8/1/07 | 100% |
| 42 | ✓ | Write program coding | 12 days | Thu 8/2/07 | Fri 8/17/07 | 100% |
| 43 | ✓ | Generate test data | 2 days | Thu 8/2/07 | Fri 8/3/07 | 100% |
| 44 | | Review Kforce Code | 10 days | Thu 8/2/07 | Wed 8/15/07 | 0% |
| 45 | ✓ | Unit testing of Kforce program | 12 days | Mon 8/20/07 | Wed 9/5/07 | 100% |
| 46 | | | | | | |
| 47 | ✓ | CM | 28.5 days | Fri 7/27/07 | Thu 9/6/07 | 100% |
| 48 | ✓ | Create BOM | 2 days | Fri 7/27/07 | Mon 7/30/07 | 100% |
| 49 | ✓ | Complete CM Release Engineering tasks | 24 days | Tue 7/31/07 | Fri 8/31/07 | 100% |
| 50 | ✓ | Complete Build Requests | 1 day | Wed 9/5/07 | Thu 9/6/07 | 100% |
| 51 | | | | | | |
| 52 | | QA Testing | 28 days | Fri 8/10/07 | Thu 9/20/07 | 92% |
| 53 | ✓ | Test Records | 6 days | Thu 8/16/07 | Fri 8/24/07 | 100% |
| 54 | ✓ | Create test response files for ES&S after DL updat | 1.25 days | Wed 9/5/07 | Thu 9/6/07 | 100% |
| 55 | ✓ | Create Capture Load Test App | 6 days | Mon 8/27/07 | Tue 9/4/07 | 100% |
| 56 | ✓ | Develop test plan | 10 days | Fri 8/10/07 | Fri 8/24/07 | 100% |
| 57 | | Complete testing - 2 resources | 10 days | Thu 9/6/07 | Thu 9/20/07 | 75% |
| 58 | | | | | | |
| 59 | | User Acceptance Testing | 17 days | Fri 9/14/07 | Tue 10/9/07 | 20% |
| 60 | | Setup UAT test environment | 4 days | Fri 9/14/07 | Thu 9/20/07 | 80% |
| 61 | | Complete UAT testing - ES&S, Kforce, Digimarc | 10 days | Fri 9/21/07 | Fri 10/5/07 | 0% |
| 62 | | Approval by customer | 2 days | Fri 10/5/07 | Tue 10/9/07 | 0% |
| 63 | | | | | | |
| 64 | | SW Rollout | 1 day | Tue 10/9/07 | Wed 10/10/07 | 0% |
| 65 | | Mainframe rollout | 1 day | Tue 10/9/07 | Wed 10/10/07 | 0% |
| 66 | | CS rollout | 1 day | Tue 10/9/07 | Wed 10/10/07 | 0% |

Project: HAVA Draft Schedule
Date: Wed 9/19/07

Task / Split / Progress / Milestone / Summary / Project Summary / External Tasks / External Milestone / Deadline