IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-392-WKW |
| THE STATE OF ALABAMA and NANCY L. WORLEY, Secretary of State, in her official capacity, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**SPECIAL MASTER'S FOURTEENTH
(OCTOBER 2007) INTERIM REPORT**

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, and files his fourteenth monthly interim report detailing the activities and progress made toward implementation of Alabama's single, uniform, official, centralized, interactive computerized statewide voter registration list.

**I. SPECIAL MASTER'S CERTIFICATION AS TO OVERALL
IMPLEMENTATION PROGRESS AND STATUS OF COMPLIANCE**

The Special Master continues to be extremely pleased to report to the Court that the State of Alabama has now achieved far greater than substantial compliance with the Court's Order of August 8, 2006, and that the final elements of compliance are being accomplished, on schedule, as suggested in the Special Master's Twelfth Interim Report, as supplemented by the Special Master's Third Weekly Report. The Special Master is

advised that Alabama's efforts over the past twelve months have resulted in a current compliance percentage, when considering all aspects of overall compliance, at the level of 98% plus. The Special Master is advised and believes that on or before October 31, 2007, the State of Alabama will be in full compliance with the Court's Order of August 8, 2006.

    A.    The voter registration systems throughout the State of Alabama, in all 67 counties, including probate offices, circuit clerk offices, and voter registrar offices, have been successfully converted and have currently "gone live" and the systems are operationally viable in these counties and the respective offices therein. This major step being fully accomplished prior to the Court's original deadline of August 31, 2007.

    B.    Probably the most complex task of the overall implementation effort was to achieve a secure, accurate, and workable interface between the Alabama Voter Registration System and the three separate departments of state government. All three of these interfaces, one with the Alabama Department of Public Health and one with the Administrative Office of Courts, and one with the Department of Public Safety, have been successfully accomplished. We are currently in the final stages of systems testing.

    C.    It is the Special Master's intention to continue to file weekly reports with the Court for the remainder of the month of October, and thereafter if necessary, updating the Court accurately on progress and time estimates for completion of this one delayed aspect of implementation. The Special Master has requested a time extension of the current deadline for an additional sixty (60) days. All parties will continue to receive copies of these additional weekly reports. In the interim, if the Court desires for the

Special Master to do any additional items or activities, the Special Master will be ready, willing, and anxious to comply.

## II. ACTIVITIES OF THE SPECIAL MASTER AND THE SPECIAL MASTER'S IMPLEMENTATION COMMITTEE

Activities since the date of the Special Master's twelfth report are as follows:

A.   Almost all activities of the Special Master and the Implementation Committee and the State of Alabama's vendor, ES&S, are progressing in accordance with the projected implementation schedule.

B.   Since the last report, all 67 counties have now "gone live" under the new voter registration system. Currently ES&S is dealing with the appropriate officials, in the counties, to perform testing, training, and "working out the bugs" of the system.

C.   Although it is not a compliance item, additional problems have been identified in various counties of the State of Alabama with regard to training of the various personnel so as to allow them to be able to perform the various required tasks in order to effectively operate the overall voter registration system. ES&S is attempting to provide additional training where possible. ES&S is committed to provide additional regional training opportunities for all county personnel who would like avail themselves of the training and the Special Master has committed to reimburse expenses to those persons wishing to avail themselves of this additional training, for their travel and meals that are necessary. It is not contemplated that the distances involved to the regional training sites will require overnight stays, although the training may include either two or three days of hands-on activity.

D. The Special Master, the Implementation Committee, the project managers, and other interested parties will continue to address the following issues:

1. Issues relating to the need for additional computer hardware in some counties of the State of Alabama.

2. Issues relating to the development of a secondary backup data center.

3. Issues relating to training and support.

It is expected that there will be additional issues discussed at future meetings.

E. The Special Master is extremely pleased to be able to report greater than substantial compliance at this time and to be able to assure the Court that full compliance is expected before October 31, 2007. The Special Master assures the Court that everything is being done, within reason, to accomplish this task at the earliest possible date. Weekly reports with more detailed information will follow.

Done this 12th day of October 2007.

Respectfully submitted,

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Algert S. Agricola, Jr. | Donald Palmer |
| James Harold Anderson | Robert D. Popper |
| Terry G. Davis | Michael W. Robinson |
| Frank Corley Ellis, Jr. | Winfield J. Sinclair |
| Misty S. Fairbanks | Edward Still |
| Margaret L. Fleming | Gary R. Trawick |
| Shannon Lynn Holliday | Dorman Walker |
| Christy A. McCormick | George L. Beck |
| R. Randolph Neeley | Terrie S. Biggs |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor