# Alabama Voter Registration Project
## Weekly Status Report



11208 John Galt Boulevard   *   Omaha, NE 68137   *   1-800-247-8683

| Summary Information | |
|---|---|
| Project Manager | Shannon Curtis |
| Client Liaison | Mark Kelley |
| Project Executive | Gary Crump |
| Reporting Period | October 5 – October 11, 2007 |
| Project Health: | Schedule                     Health |

Legend: Green: On Schedule, Yellow: Somewhat Behind Schedule or on the watch list, Red: Behind Schedule, Needs Attention

| Major Milestone Summary | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Original | | Revised/Actual | | Current | | |
| Description | Start Date | Finish Date | Start Date | Finish Date | Completion % Planned | Completion % Actual | Status |
| Agency Central Testing (ES&S & Agencies Both) | | 8/28/07 | 8/23/07 | 10/07 | 100 | 96 | In Progress |
| Phase I Software Enhancements – ID Card & Roster Requirements /Design (Phase I) | | 2007 | | 10/15/07 | 95 | 95 | In Progress |
| Agency Central WebEx Training Complete – DPS (drivers license & SSN) | | 8/31/07 | 10/17/07 | 10/22/07 | | | Not Started |
| Agency Central Go Live – DPS - Driver's License/SSN Validation | | | | 10/22/07 | | | Not Started |
| Local Redundancy Software Rollout | | | 10/1/07 | 10/31/07 | 10 | 3 | In Progress |
| Disaster Recovery / Business Continuity Planning | | 6/15/07 | 10/1/07 | 12/31/07 | 5 | 5 | In Progress |
| Additional Software Enhancements Requirements Gathering (Phase II/III) | | 2007 | | 2007 / TBD | | | Not Started |
| Mock Disaster Recovery Testing Activities | | 7/30/07 | | 12/07 | | | Not Started; dates to be revisited |
| ID Card & Roster Development & Implementation | | | | 12/31/07 / TBD | | | Not Started |
| Regional Refresher Training | | 4th Qtr | 10/15/07 | 12/20/07 | | | Not Started |
| Conduct Statewide Mock Election | | 4th Qtr TBD | 12/5/07 | | | | Not Started |

Note: This section contains recently completed and upcoming milestones; for more specifics, please refer to detailed project schedule

| Accomplishments – Current Reporting Period |
|---|
| 1. Work continues on Agency Central activities as a critical path item and remains in a red status. DPS and ES&S joint testing continued again this reporting period and is nearing completion. Retesting on performance items with the DPS server is planned for the remainder of this week as a result of production simulation testing. |

# Alabama Voter Registration Project
## Weekly Status Report

| Accomplishments – Current Reporting Period |
|---|
| There remain two open items being worked for the felons interface and this is the same as last week. First is the business issue with regard to the timing of when a voter's record is removed from the voter's list due to a felony conviction. ES&S is awaiting a final business decision which will determine if there are any required application changes. This issue is actively being researched by the Governor's office.<br><br>The second issue deals with the felon data itself being received from the AOC. The data file containing deletion records contains approximately 4300 records. ES&S is evaluating the best way to disseminate this information back out to the counties to be addressed for correction. |
| 2. ES&S began the Local Redundancy implementation with testing in Lee County. Testing this reporting has been largely successful although not as timely as planned. Application expertise was on site for three days this reporting period. A small number of issues remain for resolution this week before formal rollout can commence. Refinements to the full rollout schedule continue and are dependent upon the conclusion of the testing in Lee County. Every effort will be made to implement as many counties by the end of October while still accommodating local election activities in the counties. Five counties have been preliminarily identified and they have volunteered to serve as the first local redundancy installations to further validate the rollout plan. |
| 3. Refresher training invitations were formally sent to all county personnel. Training will commence next week and continue through mid-December. |
| 4. ES&S analysis continued with regard to process-based methods for addressing security access concerns expressed by various county and state personnel. Because the Voter Registration and Election Management application is a centralized system with the voter record serving as the foundation, this effort is fairly complex and time consuming. It is anticipated that ES&S will have information available to share during the next reporting period on this topic. |
| 5. ES&S began internal GIS analysis work this reporting period for Alabama. |

| Planned Accomplishments – Next Reporting Period(s) |
|---|
| 1. Continue to work on and identify improved communication strategies for the voter registration project. |
| 2. Conclude Agency Central Interface testing activities with DPS and their vendors. ES&S will continue additional testing, training, and deployment tasks into next week. ES&S will implement in the client training / testing area for the counties on 10/16/07 with training scheduled for 10/17 – 10/19/07. Full implementation remains scheduled for 10/22/07. |
| 3. Continue discussions regarding software enhancements and the establishment of a software enhancement review committee. Continue planning for enhancements and future phases in accordance with the project schedule / contract (Phase II). Identify a committee of users for software enhancements with the State personnel. Identify dates for additional requirements gathering sessions. |
| 4. Continue work on disaster recovery planning and preparation for Alabama. |
| 5. Begin Regional Refresher Training. |
| 6. Finalize Local Redundancy Validation and Testing with the first county and begin staged rollout activities for the remainder of the state. |
| 7. Continue Planning for Mock Statewide Election |

# Alabama Voter Registration Project
## Weekly Status Report

| # | Description | Create Date | Owner | Status / Notes |
|---|---|---|---|---|
|  | | | | |

| # | Description | Create Date | Owner | Status / Notes |
|---|---|---|---|---|
| 14 | A number of Alabama Counties have been assigning voters within a precinct to polling place locations by voter last name. | 8/30/07 | Alabama | 10/11/07 – The Governor's Legal staff is researching next steps on this issue.<br><br>9/6/07 – Because ES&S requires that voters be assigned geographically all the way down to the polling place, some counties have to change the locations for some voters. There is an issue whether this change requires DOJ approval as a result. |
| 13 | Concerns with Access Control to Voter Registration and Election Management Modules have been expressed by the SOS and users within the counties. | 8/29/07 | ES&S / Governor's Office | 10/11/07 – Work on this effort continues.<br>9/6/07 – ES&S is identifying resolutions to this issue both short term and long term. |
| 12 | Absentee Managers continue to inquire about peripheral hardware availability from the State due to workflow improvements available with the new application. | 7/30/07 | Alabama HIC / Governor's Offices | 10/11/07 – A preliminary plan to address the peripheral needs has been provided to the Governor's offices and is ready for execution. |
| 10 | Hardware Support has been identified as an open issue to be resolved. The Governor's office and the SOS are not equipped / prepared to respond to hardware support requests. Hardware and connectivity support are outside the scope of the ES&S contract with Alabama. | 6/27/07 | Shannon Curtis / Judge English / Ken Wallis | 10/11/07 – No change in status<br>9/6/07 – The SOS offices have indicated that they wish to retain ownership of local hardware. Hardware Vendor contact information needs to be provided to the SOS so that they may assume responsibility for the hardware. |
| 8 | ES&S has identified data syncing and performance issues related to the Local Redundancy Solution. | 6/12/07 | Shannon Curtis / Gary Crump | 10/11/07 – Data Syncing issues have been resolved and initial client testing activities are nearing completion. Statewide implementation activities will commence during the next reporting period.<br><br>10/4/07 – ES&S believes that all data syncing issues have been successfully resolved this reporting period and the application is ready for implementation in Alabama. |

Heading row: **New Issues Log**

Note: For a full list of issues, please refer to the complete Project Issues Log maintained separately from the weekly status report.

| # | Risk Description | Mitigation Plan | Status / Notes |
|---|---|---|---|
| | There are no new, critical risks that require monitoring on the weekly status report. | | |

Heading row: **New and Critical Risks**

Note: For a full list of risks, please refer to the complete Risk Log maintained separately from the weekly status report.