IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| The STATE OF ALABAMA and BETH CHAPMAN, Secretary of State, in her official capacity, | ) |
| Defendants. | ) |

## **ORDER**

For the reasons stated on the record during today's telephone status conference, it is ORDERED that **on or before October 22, 2007,** the parties shall confer regarding the confirmation of HAVA compliance and file notice of the issues to be heard at the October 24, 2007 hearing, including but not limited to the issue of verification of first time registrants.

DONE this 12th day of October, 2007.

　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE