IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| BETH CHAPMAN, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
|    Defendants. | ) |

**<u>ORDER</u>**

With respect to the Motion to Modify the *Ex Parte* Communications Orders filed by the defendants on November 20, 2007 (Doc. # 135), the parties are directed as follows:

1. The plaintiff shall file a written response addressing all issues implicating the United States and its interests raised in the motion, and shall identify those issues in which it claims no interest.

2. The Special Master shall file a written response on all issues raised in the motion.

3. *Amici curiae* may also file written responses.

4. The plaintiff, defendants and Special Master shall confer on language modifying the *ex parte* orders and shall file jointly their agreed language and contested language. Issues implicated in contested language shall be briefed by the Special Master and the parties, either in their response to the motion or separately.

  5.  Responses, briefs and proposed language modifying the orders shall be filed **on or before December 7, 2007**.

  DONE this 21st day of November, 2007.

                /s/  W. Keith Watkins
                UNITED STATES DISTRICT JUDGE