IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) Civil Action Number: |
| v. | ) |
| | )   2:06-CV-00392-WKW |
| STATE OF ALABAMA, and | ) |
| BETH CHAPMAN, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
|    Defendants. | ) |

<u>RESPONSE TO COURT ORDER (Doc. 136)</u>

The State of Alabama and the Honorable Beth Chapman, Secretary of State, previously moved this Court to modify its *ex parte* communications orders. (Doc. 135). In response, this Court ordered the State, the Secretary, the United States, and the Special Master to "confer on language modifying the *ex parte* orders and . . . file jointly their agreed language and contested language." Having conferred, agreement has been reached on the language set out below.

     Upon motion of the State Defendants (Doc. 135), and with the consent of the United States and the Special Master, this Court's Order enjoining the State Defendants' litigation counsel from direct communications with the Court's Special Master (Doc. 64; *see also* Doc. 72) is hereby modified as follows:

     Without the necessity of the presence of counsel for the United States (either personally or by telephone), litigation counsel for the State Defendants, and such persons as they deem appropriate, may fully communicate with the Special Master, his legal representatives, and such persons as designated by the Special Master's legal representatives, with respect to the following:

     (a) **Compliance with the Voting Rights Act –** Discussions will include, but are not limited to, consideration of whether it is appropriate or desirable to request preclearance of Alabama's Voter Registration System ("ALVRS") pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c. In the event that a determination is made to request preclearance, discussions may include consultation in the preparation of the submission. Discussions may also include whether to withdraw any submission made. In all such communications,

any matter of Alabama State law impacting on a potential preclearance submission may be fully discussed and evaluated.

(b) **Compliance with State law** – Discussions will focus on what modifications are necessary to bring ALVRS into full compliance with State law, as required by the contract between the Special Master and the vendor. Any such modifications shall not bring ALVRS out of HAVA-compliance, and limited discussions about what HAVA requires are authorized for the purpose of continuing to ensure HAVA compliance. Discussion about whether any otherwise applicable State law has been preempted by HAVA may also be had, as may discussions about how compliance with State law might also further compliance with federal laws other than HAVA.

(c) **Turnover of ALVRS** – Discussion may be had about how, upon the Special Master's being released from his duties by this Court, the Special Master will smoothly turn ALVRS over to the Secretary of State. Discussions will include the need for education and training of computer personnel in the Secretary of State's Office.

A proposed order containing this language is attached hereto as Exhibit A for the convenience of the Court.

Given that the parties and the Special Master have agreed on the language for the modification of the *ex parte* order, undersigned counsel was advised by counsel for the United States and the Special Master that they believed submission of the language constitutes full compliance with the Court's order, such that no further action is required of them at this time.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/ Winfield J. Sinclair
Winfield J. Sinclair (SIN006)
Misty S. Fairbanks (FAI005)
Assistant Attorneys General

Attorneys for the State of Alabama &
Secretary of State Beth Chapman

CERTIFICATE OF SERVICE

This is to certify that on the 6th day of December, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Kenneth D. Wallis, II, Esq.
Scott L. Rouse, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Robert D. Popper, Esq.
Christy A. McCormick, Esq.
Donald Palmer, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C. 20006

R. Randolph Neeley, Esq.
United States Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

Algert Swanson Agricola, Jr., Esq.
Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
Post Office Box 1110
Montgomery, Alabama 36101-1110

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank C. Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, Alabama 35051

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511

And by first class mail, postage prepaid, to the following:

Rena J. Comisac, Esq.
Acting Assistant Attorney General
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

John K. Tanner, Esq.
United States Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

                                                        s/Winfield J. Sinclair
                                                        Winfield J. Sinclair
                                                        Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union Street, 3rd Floor
Montgomery, Alabama 36130
TEL:      334-353-9110
FAX:      334-353-8440
E-mail:    wsinclair@ago.state.al.us