IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action Number: ) ) 2:06-CV-00392-WKW |
| STATE OF ALABAMA, and BETH CHAPMAN, Secretary of State, in her official capacity, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

Upon motion of the State Defendants (Doc. 135), and with the consent of the United States and the Special Master, this Court's Order enjoining the State Defendants' litigation counsel from direct communications with the Court's Special Master (Doc. 64; *see also* Doc. 72) is hereby modified as follows:

Without the necessity of the presence of counsel for the United States (either personally or by telephone), litigation counsel for the State Defendants, and such persons as they deem appropriate, may fully communicate with the Special Master, his legal representatives, and such persons as designated by the Special Master's legal representatives, with respect to the following:

(a) **Compliance with the Voting Rights Act –** Discussions will include, but are not limited to, consideration of whether it is appropriate or desirable to request preclearance of Alabama's Voter Registration System ("ALVRS") pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c. In the event that a determination is made to request preclearance, discussions may

include consultation in the preparation of the submission. Discussions may also include whether to withdraw any submission made. In all such communications, any matter of Alabama State law impacting on a potential preclearance submission may be fully discussed and evaluated.

    (b) **Compliance with State law** – Discussions will focus on what modifications are necessary to bring ALVRS into full compliance with State law, as required by the contract between the Special Master and the vendor. Any such modifications shall not bring ALVRS out of HAVA-compliance, and limited discussions about what HAVA requires are authorized for the purpose of continuing to ensure HAVA compliance. Discussion about whether any otherwise applicable State law has been preempted by HAVA may also be had, as may discussions about how compliance with State law might also further compliance with federal laws other than HAVA.

    (c) **Turnover of ALVRS** – Discussion may be had about how, upon the Special Master's being released from his duties by this Court, the Special Master will smoothly turn ALVRS over to the Secretary of State. Discussions will include the need for education and training of computer personnel in the Secretary of State's Office.

    Done on this the _____ day of December, 2007.


                                        _____
                                        UNITED STATES DISTRICT JUDGE