IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and ) | |
| BETH CHAPMAN, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

The court requests that, **on or before March 3, 2008**, the Special Master file a report on the status of (1) HAVA compliance with respect to the February 2008 primary election and the impending November 2008 general election; (2) HAVA funds; and (3) the need for further tenure of the Special Master.

The parties, amici, and all interested persons may file a response **on or before March 10, 2007**.

DONE this 14th day of February, 2008.

                                                /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE