IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-392-WKW |
| | ) | |
| THE STATE OF ALABAMA and | ) | |
| NANCY L. WORLEY, Secretary of State, | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## SPECIAL MASTER'S
## POST-ELECTION STATUS REPORT

Comes now Bob Riley, Governor of the State of Alabama, as Court-appointed Special Master, pursuant to the Order of this Court dated February 14, 2008, and files his post-election status report. This report, in accordance with the requirements of said Order, deals with HAVA compliance of the Voter Registration System prior to and during the February 5, 2008, statewide presidential primary election, compliance during the impending November 4, 2008, election cycle, a report on expenditures and balances held of HAVA funds, and the propriety of termination of the tenure of the Special Master.

### I. SPECIAL MASTER'S CERTIFICATION OF HAVA COMPLIANCE OF THE VOTER REGISTRATION SYSTEM PRIOR TO AND DURING THE 2/5/08 STATEWIDE PRESIDENTIAL PRIMARY ELECTION

The Special Master is extremely pleased to report to the Court that not only is Alabama's new Voter Registration System HAVA compliant, as was recognized by this

Honorable Court at the formal compliance hearing held on October 24, 2007, but more importantly, the statewide presidential primary election was held, under the newly-implemented HAVA compliant Voter Registration System, without any significant problems or defects being detected in the system itself. With regard to the actual accomplishment of an election process, the key component of the Voter Registration System is the production of the actual, accurate, voter list during the last week before the election. In this instance, all 67 counties successfully printed their voter lists in a timely fashion. A few counties, particularly the larger counties, printed their lists several days before the practical deadline of Monday, February 4, 2008. Almost all other counties, according to information and belief, printed their lists successfully on the Thursday, Friday, or weekend prior to the February 5th election. Only one or two counties waited until Monday, February 2, 2008, to complete their voter list printing; but, these counties did so knowingly and intentionally, having what was apparently justifiable confidence in their ability to print on the last day. Again, based upon information and belief, all 67 counties successfully printed their voter list and successfully accomplished their elections without any significant system problems relating to the newly-implemented Voter Registration System. The very few problems that are known to have occurred did not have any significant impact on the election nor on the rights of any voter to effectively participate in the election. Based upon information and belief, the problems that did occur were human errors, primarily relating to data entry, and relating to the updating and/or accuracy of street files, but the affected voters were still allowed to vote provisional ballots which would naturally have been subsequently allowed and certified. The Special Master is aware of no individuals' proper vote that was not properly counted.

2

## II. NOVEMBER 4, 2008 GENERAL ELECTION CYCLE

The project contractor/implementation contractor, ES&S, is continuing to work with the individual counties to address these problems which were deemed to be human error or data entry problems and to ensure, to the greatest extent possible, that they will not occur in future elections. Certainly there is no system that can avoid human error problems; but, without doubt, these situations can be and will be significantly reduced in future elections. Again, based upon all available information and based upon the educated and reasoned belief of both ES&S and the Special Master, it is believed with a high degree of confidence that the system performed in excellent fashion, as intended and contemplated. There are continuing efforts to make further improvements to the system itself, but these are not considered compliance issues in any regard. There is no known logical or reasonable conclusion that can be drawn other than that all future elections will run even more smoothly than the February 5th statewide presidential primary election.

## III. STATUS OF HAVA COMPLIANCE FUNDS

The Special Master is pleased to report that the current available cash balance in the HAVA account, as of Friday, February 29, 2008, at 10:00 a.m. was $4,128,389.06. There are known encumbrances against this cash account balance of $47,325.28 for 2007 and $2,012,855.45 for 2008. These are the only encumbrances that are currently known to the Special Master. That would leave an available cash balance in the HAVA account after deduction of these encumbrances of $2,068,208.33. The Special Master is aware and fully expects that there will be continuing relatively minor operational

expenses of the implementation process, but the Special Master is likewise confident that the full contract implementation, will be accomplished within the previously established account budget availability and that there will be excess funds in the account which will are contemplated to be transferred to the Secretary of State when the Special Master is discharged and the system is turned over to the Secretary of State.

### IV. PROPRIETY OF TERMINATION OF THE TENURE OF THE SPECIAL MASTER

The project contractor, ES&S, continues to fulfill its contractual obligations to the State of Alabama. The work which ES&S is performing, although extremely valuable to the State of Alabama, to the Secretary of State, as chief elections officer, the probate judges, as chief elections officers for their respective counties, and other election officials in the counties, but these items are not HAVA compliance requirements. Some of the main issues currently being worked on are commonly referred to as project, or system, enhancements. They include the installation, configuration, and testing of a secondary data center, disaster recovery and business continuity planning and testing, installation of the geographic information system (GIS), which will simplify and provide certainty to local street file information and appropriate placement of addresses within appropriate precincts and boxes, improvements to the voter identification card system, and several other enhancement items. Each of these items are contractual in nature, not HAVA compliance related, and can be managed just as effectively through the Secretary of State's office and staff as they can be by the Special Master.

As previously indicated to the Court, the Special Master respectfully requests that he be discharged, as Special Master, immediately, and that the Voter Registration

System be returned to the Secretary of State for the remaining items of enhancement and contractual performance.

Done this 3rd day of March 2008.

Respectfully submitted,

*/s/ Ken Wallis*

Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor
State Capitol, Suite NB-05
600 Dexter Avenue
Montgomery, Alabama 36130
(334) 242-7120 Phone
(334) 242-2335 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **Algert S. Agricola, Jr.** | **Donald Palmer** |
| **James Harold Anderson** | **Robert D. Popper** |
| **Terry G. Davis** | **Michael W. Robinson** |
| **Frank Corley Ellis, Jr.** | **Winfield J. Sinclair** |
| **Misty S. Fairbanks** | **Edward Still** |
| **Margaret L. Fleming** | **Gary R. Trawick** |
| **Shannon Lynn Holliday** | **Dorman Walker** |
| **Christy A. McCormick** | **George L. Beck** |
| **R. Randolph Neeley** | **Terrie S. Biggs** |

And I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, DC 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue, NW
Washington, DC 20530

/s/ Kenneth D. Wallis, II
Kenneth D. Wallis, II
Chief Legal Advisor
Office of the Governor