IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 2:06-CV-00392-WKW |
| STATE OF ALABAMA, and ) | |
| BETH CHAPMAN, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

RESPONSE TO SPECIAL MASTER'S POST-ELECTION STATUS REPORT (Doc. 140)
BY THE STATE OF ALABAMA AND SECRETARY OF STATE BETH CHAPMAN

The State of Alabama and the Honorable Beth Chapman, Secretary of State, as permitted by this Honorable Court's February 14, 2008 Order (doc. 139) hereby respond to the Special Master's Post-Election Status Report (doc. 140) as follows:

1. As affirmed by the Secretary of State's counsel at the October 24, 2007 hearing, "[f]or her part, the Secretary would like very much to have [the Alabama Voter Registration System (ALVRS)] back as soon as possible." (Doc. 137, Transcript of October 24, 2007 Hearing, at 50). That remains the Secretary's sentiment; she is eager to have the responsibilities of her office returned to her.

2. Based upon the representations of the Special Master in his Post-Election Status Report (doc. 140), and based upon the apparent successful operation of the February 5, 2008 election, the State does not object to the return of ALVRS to the Secretary of State.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/ Winfield J. Sinclair
Winfield J. Sinclair (SIN006)
Misty S. Fairbanks (FAI005)
Assistant Attorneys General

Attorneys for the State of Alabama &
Secretary of State Beth Chapman

CERTIFICATE OF SERVICE

This is to certify that on the 10th day of March, 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Kenneth D. Wallis, II, Esq.
Scott L. Rouse, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Robert D. Popper, Esq.
Christy A. McCormick, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C. 20006

R. Randolph Neeley, Esq.
United States Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

Algert Swanson Agricola, Jr., Esq.
Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
Post Office Box 1110
Montgomery, Alabama 36101-1110

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank C. Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, Alabama 35051

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511

s/Winfield J. Sinclair
Winfield J. Sinclair
Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union Street, 3rd Floor
Montgomery, Alabama 36130
TEL:	334-353-9110
FAX:	334-353-8440
E-mail:	wsinclair@ago.state.al.us