IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 2:06-CV-00392-WKW |
| STATE OF ALABAMA, and ) | |
| BETH CHAPMAN, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR LEAVE TO REPLY, AND INCORPORATED REPLY, BY SECRETARY OF STATE BETH CHAPMAN

The Honorable Beth Chapman, Secretary of State, respectfully seeks leave to briefly reply to the filing of the *amicus* Alabama Probate Judges Association (doc. 142), and hereby incorporates her reply. Leave is sought because the Secretary is the person singularly affected by this Court's continuing jurisdiction over the responsibilities of her Office.

The history of this litigation is well-known. In May 2006, Secretary of State Worley was sued, along with the State of Alabama, for failure to timely comply with certain requirements of the Help America Vote Act of 2002. Ultimately, this Court appointed the Honorable Bob Riley, Governor of the State of Alabama, as Special Master, responsible for implementing a HAVA-compliant voter registration system. (Doc. 38; Doc. 64).

At a hearing held on October 24, 2007, approximately five months ago, this Court ruled from the bench, after hearing undisputed testimony, that Alabama's voter registration system is HAVA compliant. Though, at that time, the Governor wished to be relieved of his responsibilities, and the Secretary wished to have the responsibilities of her Office returned to her, this Court, consistent with the views of counsel for the Secretary and the State, recognized the

importance of successfully holding the then-upcoming presidential preference primary election using the new system.

Since that hearing, the presidential preference primary election was held with apparent success, the Special Master has again asked to be relieved of his duties (doc. 140 at 4-5), and the Secretary has again stated her desire to have the voter registration system turned over to her Office (doc. 141 at 1). Additionally, the State has not objected to the transfer (doc. 141 at 1), and the plaintiff in this cause has not voiced a position. Thus, the *amicus* Alabama Probate Judges Association stands alone in asking this Court to continue its oversight of a critical State function, fundamentally entrusted by the United States Constitution to the sovereign State of Alabama. *See* United States Const. Art. I, § 4; United States Const. Amend. X; *see also* (doc. 64 at 8) ("the running of elections is an essential administrative state function").

This Court is well aware that circumstances have changed drastically since the time when the Special Master's appointment was necessary. Moreover, the Special Master has represented that he has completed his HAVA-related duties, and that any remaining contractual responsibilities "can be managed just as effectively through the Secretary of State's Office and staff as they can be by the Special Master." (Doc. 140 at 4.) The Secretary of State, as the State's chief election officer, Ala. Code § 17-1-3(a), agrees that she and her Office are fully capable of completing the implementation of the voter registration system and addressing any problems that exist.

Accordingly, Secretary Chapman respectfully asks this Court to allow her to assume, with all haste, the full duties of the Office to which the people of Alabama elected her.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/ Winfield J. Sinclair
Winfield J. Sinclair (SIN006)
Misty S. Fairbanks (FAI005)
Assistant Attorneys General
Attorneys for Secretary of State Beth Chapman

CERTIFICATE OF SERVICE

This is to certify that on the 20th day of March, 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Kenneth D. Wallis, II, Esq.
Scott L. Rouse, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Robert D. Popper, Esq.
Christy A. McCormick, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C. 20006

R. Randolph Neeley, Esq.
United States Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

Algert Swanson Agricola, Jr., Esq.
Gary R. (Rick) Trawick, Esq.
Slaten & O'Connor, P.C.
Post Office Box 1110
Montgomery, Alabama 36101-1110

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank C. Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, Alabama 35051

Michael W. Robinson, Esq.
Alabama Dept. of Public Safety
Legal Unit
P.O. Box 1511
Montgomery, Alabama 36102-1511


s/Winfield J. Sinclair
Winfield J. Sinclair
Assistant Attorney General


Address of Counsel:

Office of the Attorney General
11 South Union Street, 3rd Floor
Montgomery, Alabama 36130
TEL:   334-353-9110
FAX:   334-353-8440
E-mail:   wsinclair@ago.state.al.us