IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and ) | |
| BETH CHAPMAN, Secretary of State, ) | |
| in her official capacity, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Secretary of State's Motion for Leave to Reply (Doc. # 143), it is ORDERED that the motion for leave is GRANTED.

DONE this 21st day of March, 2008.

                                         /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE