# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| STATE OF ALABAMA, and ) | 2:06-cv-0392-WKW-SRW |
| BETH CHAPMAN, Alabama ) | |
| Secretary of State, in her official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

**COMES NOW**, G. R. "Rick" Trawick, and files this Motion to Withdraw, and states unto the Court as follows:

1. Defendant is currently represented by Algert S. Agricola, Jr., of the firm Ryals, Plummer, Donaldson, Agricola & Smith and will continue to represent Defendant.

Respectfully submitted this the 25th day of March, 2008.

/s G. R. Trawick
G. R. Trawick (SJS No. TRA007)
Counsel for The Alabama Probate Judges Association

OF COUNSEL:
**SLATEN & O'CONNOR, P.C.**
105 Tallapoosa Street, Suite 101
Montgomery, AL 36104
(334) 396-8882
(334) 396-8880 Fax
rtrawick@slatenlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. |
| ) | |
| STATE OF ALABAMA, and ) | 2:06-cv-0392-WKW |
| BETH CHAPMAN, Alabama ) | |
| Secretary of State, in her official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Winfield J. Sinclair wsinclair@ago.state.al.us
Margaret L. Fleming mfleming@ago.state.al.us
Misty S. Fairbanks mfairbanks@ago.state.al.us
Christy A. McCormick christy.mccormick@usdoj.gov
Donald Palmer donald.palmer@usdoj.gov
R. Randolph Neeley rand.neeley@usdoj.gov
Robert D. Popper robert.popper@usdoj.gov
Dorman Walker dwalker@balch.com
Frank C. Ellis fellis7234@aol.com
Edward Still still@votelaw.com
James H. Anderson janderson@beersanderson.com
Shannon Holliday holliday@copelandfranco.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

John K. Tanner
U.S. Department of Justice
Chief, Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

Wan J. Kim
U.S. Department of Justice
Voting Section
Civil Rights Division
Room 7254-NWB
950 Pennsylvania Avenue NW
Washington, D.C. 20530

                Respectfully submitted,

                s/ G. R. Trawick
                G. R. Trawick
                **SLATEN & O'CONNOR, P.C.**
                Winter Loeb Building
                105 Tallapoosa Street, Suite 101
                Montgomery, AL 36104
                Phone:  (334) 396-8882
                Fax:     (334) 396-8880
                E-mail: rtrawick@slatenlaw.com

F:\Gen Litigation\Ala Probate Judges Assoc\Pleadings\Notice of Withdrawal.wpd