IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| BETH CHAPMAN, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 145) filed by Attorney G.R. "Rick" Trawick, it is ORDERED that the motion is GRANTED.

DONE this 9th day of May, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE