IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-392-WKW |
| The STATE OF ALABAMA and BETH CHAPMAN, Secretary of State, in her official capacity, | ) |
|     Defendants. | ) |

## **ORDER**

Upon consideration of the Special Master's status reports and the responses thereto, it is ORDERED that:

    1.    A telephone status conference is SET for **July 23, 2008, at 10:30 a.m. (CDT)**, to be arranged by counsel for the defendants;

    2.    The plaintiff shall file a proposed final order and judgment **on or before August 1, 2008**; the defendants and interested parties, including the Special Master, shall file a response to the proposed final order and judgment **on or before August 11, 2008**; and the plaintiff may file a reply **on or before August 15, 2008;** however, the parties are urged to reach an agreement as to a proposed consent decree; and

    3.    If a final hearing is necessary, it will be held **August 22, 2008, at 10:00 a.m. (CDT)**.

DONE this 15th day of July, 2008.

                                      /s/  W. Keith Watkins
                            UNITED STATES DISTRICT JUDGE