IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-392-WKW |
| | ) |
| The STATE OF ALABAMA and | ) |
| BETH CHAPMAN, Secretary of State, | ) |
| in her official capacity, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

For reasons stated in the telephone status conference held today, it is ORDERED that Defendant State of Alabama shall file a proposed final order and judgment **on or before July 24, 2008**; all other interested parties shall file a response **on or before August 11, 2008**; and the defendants may file a reply **on or before August 15, 2008.**

DONE this 23rd day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE