IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | Civil Action Number: |
| v.    ) | |
| ) | 2:06-CV-00392-WKW |
| STATE OF ALABAMA, and    ) | |
| BETH CHAPMAN, Secretary of State,    ) | |
| in her official capacity,    ) | |
| ) | |
| Defendants.    ) | |

PROPOSED FINAL ORDER AND JUDGMENT

The State of Alabama and Alabama's Secretary of State, the Honorable Beth Chapman, hereby respectfully submit a proposed Final Order and Judgment, as allowed by this Court's July 23, 2008 Order (doc. 149). For the Court's convenience, a Microsoft Word version of the proposed Final Order and Judgment is being e-mailed to propord_watkins@almd.uscourts.gov.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL
BY:

s/ Winfield J. Sinclair
Winfield J. Sinclair (SIN006)
Misty S. Fairbanks (FAI005)
Assistant Attorneys General

Attorneys for the State of Alabama &
Secretary of State Beth Chapman

CERTIFICATE OF SERVICE

This is to certify that on the 23rd day of July, 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Kenneth D. Wallis, II, Esq.
Office of the Governor
State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36104

Robert D. Popper, Esq.
Christy A. McCormick, Esq.
United States Department of Justice
1800 G Street, Room 7270
Washington, D.C. 20006

R. Randolph Neeley, Esq.
United States Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

Algert Swanson Agricola, Jr., Esq.
Slaten & O'Connor, P.C.
Post Office Box 1110
Montgomery, Alabama 36101-1110

Dorman Walker, Esq.
Balch & Bingham
Post Office Box 78
2 Dexter Avenue
Montgomery, Alabama 36101-0078

Frank C. Ellis, Jr., Esq.
Wallace, Ellis, Fowler & Head
Post Office Box 587
Columbiana, Alabama 35051

s/ Winfield J. Sinclair
Assistant Attorney General

Address of Counsel:

Office of the Attorney General
11 South Union Street, 3rd Floor
Montgomery, Alabama 36130
TEL:   334-353-9110
FAX:   334-353-8440
E-mail:   wsinclair@ago.state.al.us