IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| STATE OF ALABAMA, and | ) | 2:06-cv-0392-WKW |
| BETH CHAPMAN, Secretary of State; | ) | |
| in her official capacity, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S RESPONSE TO**
**PROPOSED FINAL ORDER AND JUDGEMENT**

Plaintiff United States of America respectfully submits that it has no objection to the proposed Final Order and Judgment submitted by the State of Alabama and Alabama's Secretary of State (Doc. # 150-2) pursuant to this Court's July 23, 2008 Order (Doc. # 149).

Respectfully submitted this 30th day of July 2008.

MICHAEL B. MUKASEY
Attorney General

GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division

LEURA GARRETT CANARY
United States Attorney
R. RANDOLPH NEELY
Assistant United States Attorney

CHRISTOPHER COATES
Chief, Voting Section

By:   s/Christy A. McCormick

ROBERT D. POPPER
CHRISTY A. McCORMICK
Attorneys

Voting Section
Civil Rights Division
U.S. Department of Justice
Room 7254-NWB
950 Pennsylvania Ave., NW
Washington, D.C. 20530
(800) 253-3931 (telephone)
(202) 307-3961 (facsimile)

Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

        I hereby certify that on this 30th day of July 2008, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

        Beth Chapman
        Secretary of State of the State of Alabama
        State Capitol, Room 5105
        600 Dexter Avenue
        Montgomery, Alabama 36101

        State of Alabama
        c/o Troy King
        Attorney General for the State of Alabama
        Winfield J. Sinclair
        Misty S. Fairbanks
        Assistant Attorneys General
        11 South Union Street
        Montgomery, Alabama 36130

        Kenneth D. Wallis, II, Esq.
        Office of the Governor
        State Capitol
        600 Dexter Avenue, Suite NB-05
        Montgomery, Alabama 36104

        Scott L. Rouse, Esq.
        Office of the Governor
        State Capitol
        600 Dexter Avenue, Suite NB-05
        Montgomery, Alabama 36104

        Algert S. Agricola, Jr.
        Slaten & O'Connor, P.C.
        Winter Loeb Building
        105 Tallapoosa Street, Suite 101
        Montgomery, Alabama 36104

        Dorman Walker, Esq.
        Balch & Bingham
        P.O. Box 78
        2 Dexter Avenue
        Montgomery, Alabama 36101-0078

        Frank Corley Ellis, Jr., Esq.

        Wallace, Ellis, Fowler & Head
        P.O. Box 587
        Columbiana, Alabama 35051

| Address of Counsel: | s/Christy A. McCormick |
|---|---|
| | Trial Attorney |
| Voting Section, Room 7254-NWB | U.S. Department of Justice |
| Civil Rights Division | |
| U.S. Department of Justice | |
| 950 Pennsylvania Avenue, NW | |
| Washington, D.C. 20530 | |
| (800) 253-3931 (telephone) | |
| (202) 307-3961 (facsimile) | |
| E-mail: Robert.Popper@usdoj.gov | |