IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )  | |
|     Plaintiff,   ) | |
| ) | |
|     v.   ) | CASE NO. 2:06-cv-392-WKW |
| ) | |
| The STATE OF ALABAMA and   ) | |
| BETH CHAPMAN, Secretary of State,   ) | |
| in her official capacity,   ) | |
| ) | |
|     Defendants.   ) | |

## **ORDER**

There being no objection to the proposed final order and judgment, it is ORDERED that the hearing previously set for August 22, 2008, is CANCELLED. Upon receipt of the Special Master's Final Report, the court's final order and judgment will be entered.

DONE this 18th day of August, 2008.

                                          /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE