<<Back



## Covington County probate judge indicted

*Associated Press - June 13, 2008 6:14 PM ET*

ANDALUSIA, Ala. (AP) - Covington County Probate Judge Sherrie Phillips has been indicted on theft and felony ethics charges.

Attorney General Troy King said his staff presented evidence to a Covington County grand jury on Tuesday and got a six-count indictment. Phillips turned herself in Friday afternoon at the Covington County Jail in Andalusia.

King said the probate judge is accused of first-degree theft and theft by deception involving checks worth $1.8 million and $3,650. Both checks involved estates.

She is also charged with two ethics violations accusing her of using her office for unlawful personal gain.

Phillips and her attorney, Ab Powell, did not immediately return phone calls seeking comment.

If convicted, Phillips faces sentences of 2 to 20 years in prison and fines of up to $30,000 on each count, plus loss of her public office.

*Copyright 2008 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*



All content © Copyright 2001 - 2008 WorldNow and WTVM, a Raycom Media station. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.