# WEATHINGTON, MOORE & WEISSKOPF, P.C.

A PROFESSIONAL CORPORATION
P. O. Box 310
2603 Moody Parkway, Suite 200
Moody, Alabama 35004

Billy R. Weathington, Jr.
Corey B. Moore
Candace B. Crenshaw
Alexander M. Weisskopf
James E. Hill III

Tel. (205) 640-2000
Fax (205) 640-2010

September 9, 2008

**VIA:   email wsinclair@ago.state.al.us and U.S. Mail**

Winfield Sinclair
Assistant Attorney General
Office of the Attorney General
Alabama State House
11 South Union Street
3rd Floor
Montgomery, Alabama 36130-0152

    Re:    *United States of America v. The State of Alabama, et al., In the United States District Court for the Middle District of Alabama, Northern Division, Case No. 2:06-cv-392-WKW*

Dear Mr. Sinclair:

    This letter will confirm our telephone conversation earlier today wherein I advised that the St. Clair County Commission adopted a resolution at its meeting this morning establishing the district lines within the five (5) precincts you identified as problematic. This should alleviate the possibility of a voter being able to vote in more than one voting location in St. Clair County and should bring St. Clair County into compliance with Federal and State law as well as the Order entered by Judge Watkins on September 4, 2008. Enclosed is a copy of the resolution along with the maps attached thereto.

    As I explained during our telephone conversation, the mapper was out sick and we used copies of maps provided by Mr. Plemmons of the Registrars Office. I will be obtaining better quality maps tomorrow or the next day and will forward copies of the better quality maps to you once I receive them.

    This letter will also confirm that the election officials of St. Clair County, including Probate Judge Wallace Wyatt, Jr., have committed to comply with applicable Federal and State law in conducting elections, including the election scheduled for November 4, 2008. I have further confirmed that the representative from the Probate Judge's office who attended the Commission meeting this morning understands that precinct lists will not be provided to multiple voting places within the precinct and that each voting place within a precinct will receive a separate list of voters that reside only within that particular district.

*Winfield Sinclair*
*Assistant Attorney General*
*September 9, 2008*
*Page 2*

---

   Should you have any questions or need additional information please do not hesitate to contact me.

            Very truly yours,

            WEATHINGTON, MOORE & WEISSKOPF, P.C.

            By: Billy R. Weathington, Jr.

BRW/
enclosures
cc: St. Clair County Commission
   Judge Wallace Wyatt, Jr.
   Sheriff Terry Surles
   Annette Manning Hall, Circuit Clerk
   Misty Fairbanks, Assistant Attorney General (via: email mfairbanks@ago.state.al.us)