STATE OF ALABAMA      )

ST. CLAIR COUNTY      )

RESOLUTION NO. 2008-43

A RESOLUTION AUTHORIZING THE ST. CLAIR COUNTY COMMISSION TO INSURE UNIFORMITY IN THE ALABAMA VOTER REGISTRATION SYSTEM PURSUANT TO THE ORDER ISSUED BY UNITED STATES DISTRICT JUDGE W. KEITH WATKINS DATED SEPTEMBER 4, 2008, BY PROVIDING DISTINCT DISTRICT LINES WITHIN PRECINCTS FOR VOTERS SO THAT VOTERS ARE ASSIGNED IN ALL CASES TO INDIVIDUAL VOTING BOX LOCATIONS BASED ON THE VOTER'S PLACE OF RESIDENCE.

WHEREAS, the St. Clair County, Alabama, Commission (hereinafter the "Commission") has been presented with an Order issued by United States District Judge W. Keith Watkins dated September 4, 2008 (the "Order"), wherein the County is required to produce a voting list reflecting that persons are qualified to vote only in a box or voting location which encompasses the person's place of resident; and

WHEREAS, the Order states that "no voting official shall participate in the conduct of a Federal election in which a voter is capable of voting in more than one voting location"; and

WHEREAS, a Federal election is scheduled for November 4, 2008; and

WHEREAS, the Commission has the sole authority to change voter district lines, and recognizes that there are five precincts within the County wherein voters are listed on more than one voter list in a precinct; and

WHEREAS, the Commission wishes to be in compliance with the Code of Alabama, Federal Law, and the Order;

NOW, THEREFORE, BE IT RESOLVED by the St. Clair County, Alabama, Commission, as follows:

1. The St. Clair County Commission adopts the attached maps and corresponding legal descriptions reflecting specific district lines within the following precincts:

| | | | | | |
|---|---|---|---|---|---|
| 0101 | Ashville | 0302 | Branchville | 1502 | Eden |
| 0102 | Friendship | 0303 | Odenville | 1503 | Pell City |
| 0801 | Poplar Springs | 2701 | Chandler | | |
| 0802 | Gum Springs | 2702 | Gallant VFD | | |
| 0803 | Odom | 2703 | Slate | | |

2. The Commission, pursuant to Ala. Code § 17-6-3(d), hereby directs that a

description of the boundaries of the changed voting districts be filed with the Judge of Probate and with the Board of Registrars, and posts a copy thereof at the County Courthouse.

      3.      The Commission, pursuant to Ala. Code § 17-6-6(3), hereby directs that within 30 days, a certified copy of the resolution and a copy of a map showing the new precinct boundaries together with a written description of the boundaries be sent to the Permanent Legislative Committee on Reapportionment.

      4.      The Commission hereby directs the County Attorney to submit an Expedited Section 5 Preclearance Petition to the U.S. Department of Justice pursuant to Section 5 of the Voting Rights Act of 1965, as amended.

      5.      The Commission hereby directs that all election officials of St. Clair County comply with the provisions of state and federal law and the Order.

      RESOLVED and APPROVED by the St. Clair County Commission this the 9th day of September, 2008.

_____
Stanley Batemon, Chairman

ATTEST:

_____
Acting Administrator